UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re: :

LYONDELL CHEMICAL COMPANY, et al.,

Debtors.

------------------------------------- x

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, on behalf of The Debtors' Estates,

Plaintiff,

v.

CITIBANK, N.A., LONDON BRANCH et al.,

Defendants.

------------------------------------- x

Case No. 09-10023 (REG)

Jointly Administered

Adversary Proceeding
No. 09-01375 (REG)

## ORDER

Upon the Motion The Law Debenture Trust Company of New York ("Law Debenture Trust"), as Indenture Trustee, for Entry of Order pursuant to 11 U.S.C. § 1109(b) and Fed. R. Civ. P. 24(a) Granting Right Intervene in Adversary Proceeding Commenced By Official Committee Of Unsecured Creditors (the "Motion to Intervene"), and argument having been heard on November 4, 2009, and this Court having given good and fair consideration to all the papers and proceedings herein, and based on the reasons set forth in the record of the hearing on November 4, 2009, and for good cause showing, it is hereby

ORDERED that the Motion to Intervene is granted; and it is further

ORDERED that Law Debenture Trust will not participate in the discovery in Phase I of this adversary proceeding or in other proceedings associated with Phase I (including Phase I expert discovery) without securing the consent of the other parties herein or, in the absence of ability to agree, a chamber's conference with the Court regarding any such additional participation, except that Law Debenture Trust may speak at hearings and may submit supplemental remarks in briefs beyond those remarks already presented by the Unsecured Creditors' Committee (the "Committee"); and it is further

ORDERED that Law Debenture Trust will not participate in the mediation in this adversary proceeding, except that it may participate solely in its capacity as a representative of the Committee.

Dated: New York, New York
November *10*, 2009

*s/ Robert E. Gerber*
HONORABLE ROBERT E. GERBER
United States Bankruptcy Judge