Jeffrey T. Golenbock
Douglas L. Furth
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Telephone (212) 907-7300
Fax (212) 754-0330

*Counsel for Law Debenture Trust Company*
*of New York, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LYONDELL CHEMICAL COMPANY, et al., | Case No. 09-10023 (REG) |
| Debtors. | Jointly Administered |

--------------------------------------------------------x

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, on behalf
of The Debtors' Estates,

               Plaintiffs,

       v.                   Adv. No. 09-01375

CITIBANK, N.A., LONDON BRANCH, et al.,

               Defendants.

--------------------------------------------------------x

**OBJECTION OF THE LAW DEBENTURE TRUST COMPANY OF NEW YORK**
**TO DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT WITH**
**<u>FINANCING PARTY DEFENDANTS IN COMMITTEE LITIGATION</u>**

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ....................................................................................... ii

PRELIMINARY STATEMENT ................................................................................. 1

BACKGROUND RELEVANT TO THE MILLENIUM DEBTORS ........................... 5

I.     THE COURT MUST REVIEW THE SETTLEMENT AGREEMENT ON A DEBTOR BY DEBTOR BASIS ................................................................................................ 8

II.    THE SETTLEMENT AGREEMENT SHOULD BE SUBJECT TO STRICTER THAN USUAL SCRUTINY ................................................................................................ 9

III.   THE JUDGMENT OF THE LITIGATION SUBCOMMITTEE WITH RESPECT TO THE MILLENIUM DEBTORS WAS NOT ADEQUATELY FORMED ...................... 10

IV.    ANY SETTLEMENT THAT PERMITS THE HOLDERS OF THE NELL NOTES TO BENEFIT IS NOT WITHIN THE RANGE OF REASONABLENESS ......................... 11

V.     THERE IS LITTLE JUDICIAL ECONOMY IN SETTLING THE ISSUES RELATIVE TO THE COMMITTEE LITIGATION WHILE LEAVING THE ISSUES RELATIVE TO THE NELL NOTES UNRESOLVED ..................................................................... 13

VI.    IN ANALYZING THE SETTLEMENT AGREEMENT, THE DEBTORS IGNORE THE IMPACT OF FUNDED DEBT LIMITATIONS RELATIVE TO THE MILLENNIUM DEBTORS ............................................................................................................. 14

VII.   THE DEBTORS IGNORE THE FACT THAT MILLENNIUM AMERICA AND MILLENNIUM CHEMICALS DID NOT RECEIVE THE BENEFIT OF ANY MERGER FINANCING OF OLD AND COLD DEBT .................................................. 15

CONCLUSION ........................................................................................................ 16

# TABLE OF AUTHORITIES

## CASES

*Airline Pliot Ass'n, Int'l v. Am. Nat'l Bank & Trust Co. (In re Ionosphere Clubs, Inc.)*,
    156 B.R. 414 (S.D.N.Y. 1993) *aff'd*, 17 F.3d 600 (2d Cir. 1994)............................................8

*In re Adelphia Communications Corp.*, 327 B.R. 143 (Bankr. S.D.N.Y. 2005) ........................ 9-10

*In re Purofied Down Products Corp.*, 150 B.R. 419 (S.D.N.Y. 1993)............................................8

*In re Telcar Group, Inc.*, 363 B.R. 345 (Bankr. E.D.N.Y. 2007) ...................................................10

*Vaughan v. Drexel Burnham Lambert Group, Inc. (In re Drexel Burnham Lambert*
    *Group, Inc.)*, 134 B.R. 499 (Bankr. S.D.N.Y. 1991) ................................................................10