QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Access Industries, Inc.,*
*Access Industries Holdings LLC,*
*AI International, S.à.r.l., Nell Limited, Len*
*Blavatnik, Lincoln Benet, Philip Kassin,*
*NAG Investments LLC, and*
*Perella Weinberg Partners LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re: LYONDELL CHEMICAL          :   Case No. 09-10023 (CGM)
COMPANY, *et al.*,                :   Chapter 11
         Debtors.                 :
                                  :   (Jointly Administered)
---------------------------------------------------------------x
                                                               :
EDWARD S. WEISFELNER, AS LITIGATION  :
TRUSTEE OF THE LB LITIGATION TRUST,  :
                                  :
         Plaintiff,               :   Adv. Pro. No. 09-1375 (MG)
v.                                :
                                  :
LEONARD BLAVATNIK, *et al.*,      :
                                  :
         Defendants.              :
---------------------------------------------------------------x

**DECLARATION OF REX LEE IN SUPPORT OF**
**THE DEFENDANTS' OPPOSITION TO THE TRUSTEE'S MOTION TO EXCLUDE**
**(I) THE FOREIGN LAW DECLARATION OF PIETER VAN DER KORST AND**
**<u>(II) CERTAIN DEPOSITION DESIGNATIONS</u>**

I, REX LEE, an attorney duly admitted to practice in the State of New York and the Southern District of New York, hereby declare under penalty of perjury as follows:

1. I am of counsel at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Access Industries, Inc., Access Industries Holdings LLC, AI International S.à.r.l, Nell Limited, Len Blavatnik, Lincoln Benet, Philip Kassin, NAG Investments LLC, and Perella Weinberg Partners LP (collectively, the "Defendants") in the above-captioned action. I submit this Declaration in support of the Defendants' opposition to the motion *in limine* of Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust (the "Trustee"), to exclude (i) the foreign law declaration of Pieter van der Korst and (ii) the deposition testimony of David Witte, Michael Kratochwill, and Kevin McShea designated by the Defendants.

2. Annexed hereto as Exhibit A is a true and correct excerpt of the transcript of the December 11, 2009 hearing in this action.

3. Annexed hereto as Exhibit B is a true and correct copy of a January 13, 2011 letter from the Trustee to the Court in this action.

4. Annexed hereto as Exhibit C is a true and correct excerpt of the transcript of the January 14, 2011 telephone conference in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY
        October 10, 2016

                                                    /s/ *Rex Lee*
                                                    Rex Lee

1