# EXHIBIT F



Plaintiff Exhibit
PX-133
Case No. 09-1375 (MG)

| | |
|---|---|
| **From:** | Salvin, Robert E. <cnsres@enterprise.com> |
| **Sent:** | Friday, May 11, 2007 11:03 PM (GMT) |
| **To:** | Foley, Kimberly A. <Kim.Foley@Lyondell.com> |
| **Cc:** | Chagoya, Jesus <Jesus.Chagoya@Lyondell.com> |
| **Subject:** | 2007 LRP Assumptions |

Kim

Is there one or two packages that contains the high level 2007 LRP assumptions  C2= margins, refining, etc.?  Can you direct me to it?  I suspect the LRP BOD presentation may have it, yes.  In the Strategy Presentation, we presented the results without too much explanation.  Sometime Monday morning would be great.

Jesus

You may have the same summary in some bank document . . . if so, can you get it to me?

Thanks

Bob

Robert Salvin
Manager, Portfolio Planning
Corporate Development
Lyondell Chemical
713-309-2150
713-562-7279 (cell)
robert.salvin@lyondell.com

EXHIBIT
10
SALVIN

PENGAD 800-631-6989

**CONFIDENTIAL**

**LBTR 00053947**

46953946

PX-133.0001