**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LYONDELL CHEMICAL COMPANY, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10023 (GCM)<br><br>(Jointly Administered) |
| EDWARD S. WEISFELNER, AS TRUSTEE OF THE LB LITIGATION TRUST,<br><br>                    Plaintiff,<br><br>      v.<br><br>LEONARD BLAVATNIK, *et al.*,<br><br>                  Defendants. | Adv. Pro. No. 09-1375 (MG) |
| EDWARD S. WEISFELNER, AS TRUSTEE OF THE LB LITIGATION TRUST,<br><br>                    Plaintiff,<br><br>      v.<br><br>NAG INVESTMENTS LLC,<br><br>                  Defendant. | Adv. Pro. No. 11-1844 (MG) |

**ORDER ADMITTING CERTAIN EXHIBITS INTO EVIDENCE**

It is hereby **ORDERED** that the following exhibits offered into evidence during the testimony of Ralph Tuliano are admitted into evidence:

[*Table on following page*]

Weisfelner v. Blavatnik, Adv. Pro. No. 09-1375 (Bankr. S.D.N.Y) (MG)
Weisfelner v. NAG Investments LLC, Adv. Pro. No. 11-1844 (Bankr. S.D.N.Y.) (MG)

### TULIANO EXHIBITS FOR ADMISSION INTO EVIDENCE

| EXHIBIT | PTO OBJECTION | PARTIES' STIPULATION |
|---|---|---|
| CX1 | N/A | Admit |
| CX2 | N/A | Admit |
| CX3 | N/A | Admit |
| CX4 | N/A | Admit |
| CX5 | N/A | Admit |
| CX6 | N/A | Admit |
| CX7 | N/A | Admit |
| CX9 | N/A | Admit |
| CX10 | N/A | Admit |
| CX11 | N/A | Admit |
| PD101 | N/A | Admit |
| PD105 | N/A | Admit |
| PD107 | N/A | Admit |
| PD111 | N/A | Admit |
| DX125 | Hearsay | Admit |
| DX130 | Hearsay | Admit |
| DX180 | Hearsay | Admit |
| DX219 | Relevance | Admit |
| DX279 | Hearsay | Admit |
| DX308 | Hearsay | Admit |
| DX311 | No objection | Admit |
| DX334 | No objection | Admit |
| DX557 | No objection | Admit |
| PX22 | No objection | Admit |
| PX410 | Hearsay | Admit |
| PX483 | Hearsay | Admit |
| PX523 | Hearsay | Admit |
| PX551 | Hearsay | Admit |
| JX4 | N/A | Admitted 10/17/16 |
| JX52 | N/A | Admitted 10/17/16 |

**IT IS SO ORDERED.**

Dated: October 20, 2016
    New York, New York

                                        **/s/Martin Glenn**
                                        MARTIN GLENN
                                United States Bankruptcy Judge