**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LYONDELL CHEMICAL COMPANY, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.  09-10023 (GCM)<br><br>(Jointly Administered) |
| EDWARD S. WEISFELNER, AS  TRUSTEE OF THE LB LITIGATION TRUST,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LEONARD BLAVATNIK, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 09-1375 (MG) |
| EDWARD S. WEISFELNER, AS TRUSTEE OF THE LB LITIGATION TRUST,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NAG INVESTMENTS LLC,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 11-01844 (MG) |

**ORDER ADMITTING CERTAIN EXHIBITS INTO EVIDENCE**

It is hereby **ORDERED** that the following exhibits offered into evidence during the testimony of Philip Kassin are admitted into evidence:

[*Table on following page*]

<u>Weisfelner v. Blavatnik</u>, Adv. Pro. No. 09-1375 (Bankr. S.D.N.Y) (MG)
<u>Weisfelner v. NAG Investments LLC</u>, Adv. Pro. No. 11-1844 (Bankr. S.D.N.Y.) (MG)

**KASSIN EXHIBITS FOR ADMISSION INTO EVIDENCE**

| EXHIBIT | PTO OBJECTION | PARTIES' STIPULATION |
|---|---|---|
| DX3 | No objection | Admit |
| DX5 | No objection | Admit |
| DX29 | Hearsay, improper valuation opinion/CMO | Admit, not for truth |
| DX35 | Hearsay | Admit, not for truth |
| DX42 | No objection | Admit |
| DX44 | Hearsay | Admit, not for truth |
| DX52 | No objection | Admitted 10/27/16 |
| DX57 | No objection | Admitted 10/27/16 |
| DX60 | Hearsay | Admit, not for truth |
| DX67 | No objection | Admit |
| DX68 | Hearsay; incomplete (no attachment) | Admit, not for truth |
| DX70 | No objection | Admitted 10/27/16 |
| DX72 | No objection | Admit |
| DX75 | No objection | Admit |
| DX85 | No objection | Admit |
| DX89 | No objection | Admit |
| DX90 | No objection | Admit |
| DX101 | Hearsay | Admit, not for truth |
| DX104 | Hearsay | Admit |

| EXHIBIT | PTO OBJECTION | PARTIES' STIPULATION |
|---|---|---|
| DX106 | No objection | Admit |
| DX111 | No objection | Admitted 10/27/16 |
| DX123 | No objection | Admit |
| DX127 | No objection | Admitted 10/27/16 |
| DX162 | No objection | Admit |
| DX165 | No objection | Admit |
| DX169 | Hearsay | Admit, not for truth |
| DX171 | No objection | Admit |
| DX172 | No objection | Admit |
| DX218 | No objection | Admit |
| DX219 | Relevance | Admitted 10/20/16 |
| DX230 | No objection | Admit |
| DX231 | Relevance | Admit |
| DX235 | Hearsay; improper valuation opinion/CMO | Admit, not for truth |
| DX276 | Relevance | Admit |
| DX317 | No objection | Admit |
| DX498 | Hearsay | Admitted 10/27/2016 (not for its truth) |
| DX518 | Foundation | Admit |
| DX527 | No objection | Admit |
| DX528 | Hearsay | Admit, not for truth |
| DX529 | Hearsay | Admit |
| PX79 | Hearsay | Admit |
| PX85 | No objection | Admit |

09-01375-mg    Doc 905    Filed 12/02/16    Entered 12/02/16 12:42:02    Main Document
Pg 3 of 5

| EXHIBIT | PTO OBJECTION | PARTIES' STIPULATION |
|---------|---------------|----------------------|
| PX86 | Hearsay re Patel Opinion | Admit |
| PX87 | No objection | Admit |
| PX94 | No objection | Admit |
| PX97 | Hearsay | Admit, not for truth |
| PX102 | Hearsay | Admit |
| PX109 | No objection | Admitted 10/26/16 |
| PX190 | No objection | Admitted 10/26/16 |
| PX194 | No objection | Admit |
| PX211 | Hearsay | Admit, not for truth |
| PX215 | No objection | Admit |
| PX225 | No objection | Admit |
| PX233 | No objection | Admitted 10/26/16 |
| PX235 | No objection | Admit |
| PX305 | No objection | Admitted 10/26/16 |
| PX315 | No objection | Admit |
| PX327 | No objection | Admit |
| PX361 | No objection | Admit |
| PX362 | No objection | Admitted 10/27/16 |
| PX471 | No objection | Admit |
| PX488 | Hearsay as to bank statements | Admit, but not for truth of bank statements |
| PX527 | Hearsay | Admit |
| PX528 | No objection | Admit |
| PX765 | No objection | Admit |

| EXHIBIT | PTO OBJECTION | PARTIES' STIPULATION |
|---------|---------------|----------------------|
| PX766 | No objection | Admit |
| PX793 | N/A | Admit |
| PX799 | N/A | Admit |
| PX803 | N/A | Admit |
| PD200 | N/A | Admit, subject to Mr. Kirpalani's qualifications on the record as to PD 204 (Tr. 2015-2016) |
| JX4 | N/A | Admitted 10/17/16 |
| JX13 | N/A | Admitted 10/17/16 |
| JX18 | N/A | Admitted 10/17/16 |
| JX21 | N/A | Admitted 10/17/16 |
| JX22 | N/A | Admitted 10/17/16 |
| JX23 | N/A | Admitted 10/17/16 |
| JX24 | N/A | Admitted 10/17/16 |
| JX49 | N/A | Admitted 10/17/16 |
| JX60 | N/A | Admitted 10/17/16 |
| JX87 | N/A | Admitted 10/17/16 |
| JX91 | N/A | Admitted 10/17/16 |

**IT IS SO ORDERED.**

Dated:  December 2, 2016
        New York, New York

                                                               _____/s/ Martin Glenn_____
                                                                    MARTIN GLENN
                                                            United States Bankruptcy Judge