**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LYONDELL CHEMICAL COMPANY, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10023 (CGM)<br><br>(Jointly Administered) |
| EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>LEONARD BLAVATNIK, *et al.*,<br><br>                    Defendants. | Adv. Pro. No. 09-1375 (MG) |
| EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>NAG INVESTMENTS LLC,<br><br>                    Defendant. | Adv. Pro. No. 11-01844 (MG)<br><br>BC 17,0058 |

**FINAL JUDGMENT IN ADVERSARY PROCEEDINGS**

A trial having been held in the above-captioned adversary proceedings over 13 days between October 17, 2016 and November 7, 2016, with closing arguments held on February 2, 2017; and a written Memorandum Opinion and Order After Trial (the "Memorandum Opinion and Order") having been entered by the Court on April 21, 2017 (ECF Doc. # 919), directing defendants to settle a judgment; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to Federal Rule of Civil Procedure 54, made applicable to these Adversary Proceedings pursuant to Federal Rule of Bankruptcy Procedure 7054, for the reasons set forth in the Memorandum Opinion and Order:

   a. On Count 1 of the Second Amended Complaint (Adv. Pro. 09-1375, ECF. Doc. # 732), a constructive fraudulent transfer claim seeking to avoid and recover Toehold Payment 1 from defendants AI Chemical Investments LLC ("AI Chemical"), Len Blavatnik ("Blavatnik"), and Nell Limited ("Nell"), judgment is hereby entered in favor of defendants and against Edward S. Weisfelner, as Trustee of the LB Litigation Trust (the "Trustee").

   b. On Count 2 of the Second Amended Complaint, an intentional fraudulent transfer claim seeking to avoid and recover Toehold Payments 1 and 2 from defendants AI Chemical, Blavatnik, and Nell, judgment is hereby entered in favor of defendants and against the Trustee.

   c. On Count 6 of the Second Amended Complaint, a claim for mismanagement and breach of duty under Luxembourg law against defendant Blavatnik, judgment is hereby entered in favor of defendant and against the Trustee.

   d. On Count 7 of the Second Amended Complaint, a claim asserting tort liability under Luxembourg law against defendants Blavatnik, Access Industries Holdings LLC ("AIH"),[1] Philip Kassin, and Lincoln Benet, judgment is hereby entered in favor of defendants and against the Trustee.

---

[1] In his Second Amended Complaint, the Trustee asserted Count 7 against AIH. Before trial, the Trustee claimed to assert Count 7 against "Access Industries, Inc." instead. (ECF Doc. # 837, at 24). This judgment applies equally to AIH and Access Industries, Inc.

    e.      On Count 9 of the Second Amended Complaint, a preference claim seeking to avoid and recover repayments under the Access Revolver from defendant AIH, judgment is hereby entered in favor of defendant and against the Trustee.

    f.      On Count 10 of the Second Amended Complaint, an equitable subordination claim seeking to subordinate the unsecured claim of defendant AI International S.à.r.l. ("AI International") under the Access Revolver, judgment is hereby entered in favor of defendant and against the Trustee.

    g.      On Count 11 of the Second Amended Complaint, a constructive fraudulent transfer claim seeking to avoid and recover fees paid to defendants Nell and Perella Weinberg Partners LP ("Perella Weinberg"), judgment is hereby entered in favor of defendants and against the Trustee.

    h.      On Count 12 of the Second Amended Complaint, a breach of contract claim seeking damages against defendants AIH and AI International, judgment is hereby entered in favor of the Trustee and against defendants in the amount of Seven Million Two Hundred Thousand Dollars ($7,200,000), plus: (1) pre-judgment interest against defendants AIH and AI International at the New York statutory rate of nine percent (9%) per year pursuant to CPLR 5004, in the amount of $5,409,468.49 from December 31, 2008 through May 5, 2017, and an additional $1,775.34 per day for each day between May 5, 2017 and the date of this Judgment; and (2) post-judgment interest against defendants AIH and AI International on the total amount of the Judgment, beginning from the date of the entry of this Judgment until the date it is fully satisfied, at the rate specified in 28 U.S.C. § 1961.

      i.      On Count 18 of the Second Amended Complaint, an aiding and abetting breach of fiduciary duty claim against defendants AIH[2] and AI Chemical, judgment is hereby entered in favor of defendants and against the Trustee.

      j.      On Counts 1 and 2 of the NAG Amended Complaint (Adv. Pro. 11-01844, ECF No. 9), fraudulent transfer claims against defendant NAG Investments, LLC, judgment is hereby entered in favor of defendant and against the Trustee.

2. The clerk is ordered to enter judgment in each of the Adversary Proceedings accordingly. This Court shall retain jurisdiction over all matters arising from or relating to the implementation of this final judgment.

**IT IS SO ORDERED.**

Dated: May 15, 2017
       New York, New York

                                                  **_/s/ Martin Glenn_**
                                                     MARTIN GLENN
                                   United States Bankruptcy Judge

---

[2] In his Second Amended Complaint, the Trustee asserted Count 18 against AIH. As with Count 7, the Trustee claimed before trial to assert Count 18 against "Access Industries, Inc." as well. (ECF Doc. # 837, at 42 n.29). This judgment applies equally to AIH and Access Industries, Inc.