# Designation No. 843

Thomas W. O'Connor | Resume



# THOMAS W. O'CONNOR
## Principal/Petroleum Markets and Infrastructure

Mr. O'Connor has over 40 years of petroleum and energy management experience primarily for Mobil Oil/ExxonMobil. At Mobil, he directed teams delivering over $25 million in savings annually through Refinery optimization, Domestic and International Crude Oil trading, Risk Management initiatives and Gasoline and Distillate scheduling and inventory management. His experience at Mobil included virtually all aspects of the operational supply chain from crude oil production through refinery optimization to distribution and marketing, as well as planning and analysis positions. His work at ICF has involved assessment of the global fuels markets for key public and private clients in areas of supply and demand analysis, infrastructure development and resilience, market pricing analysis, biofuels pathways and integration, policy impact evaluations, due diligence work and litigation work as an expert witness.

## Years of Experience
- Professional start date: 1969
- ICF start date: 2004

## Education
- B.S., Chemical Engineering, University of Notre Dame, Notre Dame, Indiana, 1969

## Areas of Expertise
- Petroleum Markets
- Supply & Logistics Infrastructure
- Refinery Optimization
- Policy Impact Analysis
- Disruption Resilience

## Key Skills

- *Petroleum Market Analysis*

- *Refinery Economics*

- *Pipeline, Marine and Rail Transportation*

- *Petroleum Disruption Analysis*

- *Alternative Fuels markets*

- *Petroleum Terminal Infrastructure*

- *Asset Resilience and Hardening*

- *Expert Witness Litigation*

- *Policy Analysis*

## Project Experience

### Consulting Project Experience

### Develop an Assessment for the State of Hawaii on the Impact of the Closure of Refining Capacity in the State (2013-14)

Mr. O'Connor led ICF's team in assessing the impact of renewable power generation, energy efficiency and distributed generation on the Hawaii demand for fuel oil for power generation, and the impact of the reduced demand on the operations of the two refineries in the State (one of which had announced a closure). The study evaluated alternative sources of petroleum supply for Hawaii and the potential impacts of refinery closure on energy security and fuel costs. ICF worked with the State Energy Office to coordinate input and validate the study results with a cross-



DX-0629.001

**Thomas W. O'Connor** | Resume

section of petroleum industry, business and environmental executives as well as the Public Utilities Commission and other key stakeholders. Reports are public information.

### NYSERDA Petroleum Terminal Resiliency Study (2013)

Supported the development of Microsoft Excel data tools for monitoring and characterizing the severity of energy disruptions potentially threatening the State of Hawaii. Matt worked with State emergency officials to gain an understanding of petroleum industry data collected by the State in order to develop custom data tools. As part of the project deliverables, Matt demonstrated the capabilities of the tools to State emergency officials, highlighted the key decision-making information for responding to emergencies, and provided recommendations for improving future data collection.

### DOE ISER (Infrastructure Security and Energy Restoration) Support (2011 to current)

Mr. O'Connor manages an ICF team supporting the Department of Energy's Office of Electricity Delivery and Energy Reliability (OE) through work for the ISER group in the OE office.  ICF supports ISER through analysis of energy infrastructure trends and vulnerabilities, support for the national critical infrastructure protection program and development of the "Energy Assurance Daily" report on infrastructure disruptions (http://www.oe.netl.doe.gov/ead.aspx).  In addition, ICF directly supports ISER during declared emergencies or national security special events in accordance with the National Response Plan by analyzing and reporting disruption impacts and restoration efforts.

### DOE Office of Fossil Energy: Strategic Petroleum Reserve LTSR (Long Term Strategic Review) – 2015/2016

Mr. O'Connor led the ICF team retained to support the Office of Fossil Energy (OFE) and coordinate the development of the Long Term Strategic Review for the Strategic Petroleum Reserve (SPR). ICF worked with OFE and other contractors (ORNL, Stanford, Intek) and the Project Management Office to assemble the LTSR and insure that the report met OFE and DOE goals. The LTSR covered the optimal SPR size, infrastructure investment needs to sustain drawdown capacity, integrity of SPR assets, the evaluation of product reserves and potential enhancements to policy guidelines.

### Develop an Assessment of Transportation Fuels Supply and Demand in Multiple Market Areas of PADD's 1 and 3 for the U.S. Energy Information Administration (2015/2016)

Mr. O'Connor led an ICF team tasked with identifying supply and demand infrastructure (Refineries, Pipelines, Ports, Terminals, etc) in the two U.S. regions of highest refinery production (PADD 3 – Gulf Coast) and highest fuels demand (PADD 1 – East Coast). The report, available at https://www.eia.gov/analysis/transportationfuels/padd1n3/, identifies fuels supply and demand characteristics in sub-regions of both PADDs, and supply vulnerabilities as well as anticipated infrastructure changes.

### Assessment of Market Opportunities for New Crude Supply into PADD 3 (2013)

For an Asset Management Investment Group, ICF provided a detailed assessment of the domestic crude production growth from major basins which will move crude into PADD 3 and the pipelines, rail and marine infrastructure which transports the additional crude. In addition, we examined the current refinery crude slates in each of the PADD 3 enclaves (Corpus, Houston,



**DX-0629.002**

Port Arthur, Lake Charles and New Orleans) and the connectivity of pipelines and crude delivery infrastructure to those markets. The intent was to identify 1) the areas where the new crude supply will be most in conflict with existing imports and refinery operation and 2) the Midstream parties best positioned to take advantage of the transformation in the crude production/refining marketplace.

### Assess the Impact of a Policy to Allow Crude Oil Exports on the US Economy and Markets (2014)

This study, completed for the American Petroleum Institute, assessed the impact of a modification of prevailing policy which restricts the exporting of crude oil from the United States. The analysis examined the impact on infrastructure requirements, investments, GDP and jobs as well as market implications. The work was done in collaboration with EnSys, Inc. and Hellerworx and Poten, and reviewed rail, marine, pipeline and refinery impacts on both a global and U.S. basis.

### Assess the Impact of Proposed Crude Oil Railcar Regulatory Changes by DOT on the Oil Industry (2014-2015)

This study for the American Petroleum Institute, analyzed the current railcar fleet moving crude oil, ethanol and other flammables and determined the impact of potential new builds and retrofits timing required by proposed DOT/PHMSA regulatory changes to improve railcar safety. The study involved assessing the anticipated need for crude by rail movements from U.S. and Canadian sources, the need for ethanol and other flammable movements by rail, and the change in transportation costs with the DOT/PHMSA proposed regulation versus a Business as Usual case. ICF developed an economic model to determine the least cost method to comply with the proposed timetable, and assessed the capacity and cost of new car builds, retrofit cost and time out of service, the need to scrap or repurpose railcars, and the alternative options which may be required in the event of inadequate railcar availability under the proposed timetable. The study further assessed the impact on the economy as a whole from the proposed regulation, including GDP, jobs and consumer impacts.

### Assess the Market Impact of Keystone XL for the U.S. State Department Presidential Permit Process (2012)

Led the development of a market analysis for the re-application of the permit for construction of the Keystone pipeline.in 2012. ICF, as a sub-contractor to ERM, Inc., assessed the likely impact of the pipeline versus alternatives such as rail transport and shipment from the West Coast of Canada on crude and product markets in the United States.

### State of Hawaii Fuels Resilience Study (2015)

Led an ICF team which worked with the Hawaii State Energy Office (SEO) to identify the potential impacts of the sudden loss of one of both refineries in the state due to the potential impact of a major hurricane or tsunami. The study developed a model based on supplier reported data to track inventory levels at specific terminals during the disruption, forecast outages, and identified a series of ten specific responses for the State to deploy to mitigate the impact of the disruption or accelerate the restoration of supply. The ten responses, developed in collaboration with the



DX-0629.003

**Thomas W. O'Connor** | Resume

SEO, provide detailed guidance and authority information to enable the State EOC (Emergency Operations Center) to implement actions quickly.

## Assess Impact of Potential Liquidation of Refinery Stocks for an Investment Bank (2014)

Led rapid response ICF team to assess the range of potential losses incurred in the event a major U.S. refinery were closed. Alternative market impacts were determined for stocks in the refinery as well as for disposition of crude in transit. Competitive analysis of the refinery was developed to assess the potential for closure.

## Expert Witness Testimony, Lyondell-Basell Bankruptcy Litigation (2009-Current)

Mr. O'Connor was retained by Akin, Gump, Strauss & Hauer (New York) to provide expert witness testimony in the $20 billion lawsuit filed by the Committee of Unsecured Creditors against the multiple lending companies who funded Basell's acquisition of Lyondell Petrochemical in 2007. ICF represented lenders including CitiBank, Merrill Lynch, ABN-Amro, UBS, and Goldman Sachs, as well as the Lyondell management. ICF was accountable to represent the reasonableness of the lenders' analyses of the acquisition from the refining market perspective, and the forecast of refinery performance of the Lyondell-Basell management. This required analysis of fuels market trends, refinery margins and demand, and capacity forecasting. This project continued in 2010-2011 as ICF was retained by Porter & Hedges (Houston) to opine in further litigation against the Lyondell management. The litigation is still in process in 2016.

## Assessment of Refining Valuation of a Gas Pipeline Conversion (2013)

For a major US based natural gas pipeline company, Mr. O'Connor evaluated the potential impact of a conversion of the pipeline from natural gas to crude oil transport. This $2 billion project was designed to allow refiners on the US West Coast access to a new crude stream. ICF evaluated the current feedstock slate of these refiners (crude oil and other feedstocks) and assessed the potential economic appetite for these refiners to process a different crude stream.

## New York State Energy Research and Development Authority (NYSERDA) Assessment of Transportation Fuel Infrastructure (2011-2012)

Led multiple portions of ICF's work identifying the petroleum supply infrastructure impacting New York State. This included assessing the status of recent refinery closures and ownership changes, crude and product import patterns, key suppliers and wholesale distribution players, and terminal, pipeline and marine infrastructure. This work product was utilized by New York State in assessing the impacts of Hurricane Sandy.

## New York State Pipeline Criticality Study for the New York Division of Homeland Security (2011-2012)

Led ICF's petroleum analysis for the New York Division of Homeland Security (DHS) to assess the criticality of petroleum and natural gas pipelines supplying New York State. The petroleum analysis involved working with pipeline companies and suppliers to determine the relative criticality of the pipelines based on ICF developed consequence evaluations and impacts on the consumers in New York State. This included assessments of supply into the Northeast region from Canadian imports and domestic sources. A second phase of the study above, this analysis examined the critical interdependencies between power systems, natural gas and petroleum systems on New York State. Critical assets were assessed for High/Medium or Low impacts on other energy systems, mass transit and over the road transportation. The systems were examined



**DX-0629.004**

**Thomas W. O'Connor** | Resume

for a number of weather hazards, including a Category 3 hurricane hitting New York City.  Mr. O'Connor led the petroleum portion of ICF's cross functional team.

### Developed Assessment of Petroleum Infrastructure Vulnerability and Consequences for New York and New Jersey post-Hurricane Sandy (2012)

As part of an ICF team working for the New York Power Authority, Mr. O'Connor led the development of petroleum asset vulnerabilities, dependencies and consequences leading to the prioritization of recommendations made to Gov. Cuomo's three post-Sandy Commissions charged with improving the readiness, response and long term resilience of the energy infrastructure in New York.

### Developed an Assessment of Policy and Technical Issues Impacting Development of the Venezuelan Orinoco Belt Crude, and Brazilian Pre-Salt Crude Production for the U.S. Department of Energy (2011)

Mr. O'Connor led a priority study for the Department of Energy to assess the likely development of Orinoco Belt and Pre-Salt region crude production from Venezuela and Brazil. The goal of the study was to assess the likely pace of the development in both countries, recognizing the impact of national policies and technical challenges on investment. The work involved extensive interviews with analysts, academics and industry contacts, as well as ICF's expertise, to formulate conclusions for DOE.

### Shell Hawaii Litigation (2011-12)

Mr. O'Connor developed expert witness testimony representing Shell Oil in a retail litigation matter. The testimony involved assessing the retail gasoline market on Maui, including assessing retail margins, market shares and the potential impact of an ownership change on retail profits. The work also involved developing testimony to refute plaintiff assertions regarding the wholesale and retail market. The litigation was settled before depositions and trial.

### Washington State Pipeline Corridor Evaluation for Petroleum Products, Natural Gas and Biofuels for the Washington Energy Facility Site Evaluation Council (EFSEC-2007)

Mr. O'Connor led an ICF team on a study for the State of Washington (Energy Facility Site Evaluation Council) analyzing the petroleum fuel, natural gas and biofuel supply into southwest Washington and Oregon. The purpose was to identify the underlying causes for high prices and price volatility in the region. The study required identification and interviews with the key stakeholders in the industry, community and governments (Washington and Oregon), as well as analysis of tankage, pipeline constraints, marine traffic and demand history and outlook. The report identified a number of causes for the supply disruptions and provided recommendations which may mitigate excessive volatility. This report was provided to the Governor and legislature to determine possible actions the state could explore.

### Develop a Forward Outlook for Petroleum Product Supply for PADD 5 States to Identify Possible Infrastructure and Supply Constraints Through 2020 Stemming from Changing Regulations, Including Biofuels, LCFS, etc. for the Western States Petroleum Association (WSPA) (2008)

Led an ICF team tasked by WSPA to examine the impacts of increasing demands for transportation fuels as forecast by the Energy Information Administration on the supply requirements for fuels in the PADD 5 states. The study forecast the requirements for additional



**Thomas W. O'Connor** | Resume

imports of petroleum products and crude oil as well as ethanol to meet demands. The study comprehended the impact of the new Renewable Fuel Standards legislated in December 2007, forecast refinery capacity growth in the region and identified pinch points in supply that could lead to disruptions and possible price volatility that would impact consumers.

### Hawaii Gasoline Price Controls, Ethanol Mandate Impacts, and Petroleum Industry Monitoring Program 2004-2010

Directed an ICF team responsible for reviewing and recommending enhancements to Legislated gasoline price controls for the Hawaii Public Utilities Commission. Scope of work included review of gasoline price alternatives, freight, marketing margins and location adjustments within the State. Recommended a series of modifications to procedures and additional studies which were, in part, been adopted by the Commission. Additional project work in 2006 identified the impact of the Hawaii State mandate to sell 10% ethanol in gasoline on the gas cap determination process, including adjustments for the infrastructure changes required to meet the mandate, and direction of analysis of marketing margins of parties impacted by the gas cap legislation in Hawaii. Ongoing work in 2007 through 2010 has involved developing an annual Petroleum Industry Monitoring report for the Commission which investigated and reported on refinery, supplier and retail margins and operational data for companies in the petroleum market in Hawaii. Analysis of actual price and volume transactions were utilized, along with comparisons to global market prices to assess the relative competitiveness of prices and margins in Hawaii.

### Evaluate Alternative Fuel Technology Pathways to assess the potential supply chain gaps in investment spending to support the California Energy Commission's (CEC) goals to drive lower carbon fuels in the marketplace (2010)

CEC retained ICF to outline the primary alternative fuel pathways (E-85, biodiesel, CNG, LNG, Hydrogen, LPG, electric vehicles, etc.) and assess the primary barriers impacting penetration of these fuels in California's market.  In particular, ICF compared ARRA, State, and Private investment funding to determine key areas in each supply chain which may benefit from targeted CEC funding.  In addition, ICF profiled the alternative fuel supply chain infrastructure currently existing in the marketplace.  The project also assessed Life Cycle impacts on GHG for each of these pathways.

### Develop Petroleum and Biofuel Infrastructure Analysis and Recommendations for Iowa Energy Assurance Plan (2011-2012)

Work with Iowa's Energy agencies to develop an energy assurance plan under U.S. DOE funding to assist Iowa in understanding petroleum, propane and biofuels infrastructure, vulnerable assets, and risk mitigation planning in the event of energy disruptions. Collaborated with multiple agencies to provide key contacts, a process to manage disruptions and training to assist understanding of petroleum markets and how they impact Iowa.

### *Oil Industry Experience*

### Lead Refinery Optimization Process Improvements, Mobil Oil, 1997-2000

Led initiative that developed team concept and revamped organization roles to properly align optimization decision processes between refinery and headquarters, resulting in over $25 million annual improvement in refining system bottom line. Improvements developed included integration of market values for crudes, fuel (gasoline, diesel, etc.) with Refinery LP models to accurately



**DX-0629.006**

**Thomas W. O'Connor** | Resume

reflect economics in specific time windows. Areas included optimal crude selection, capacity utilization, performance benchmarking, system optimization and turnaround management. Implemented refinery crude inventory management program that set clear targets based on supply chain parameters and balanced needs to reduce working capital against supply security. Achieved 99.8% supply reliability at inventory levels roughly 20% below industry average days' supply.

### Direct International Crude Trading Business, Mobil Oil, 1995-1997

Led a group of traders that marketed $10 million daily of equity crude production and purchased a similar amount of crude for refinery processing. Developed global marketing and risk management strategies with International offices (London and Singapore). Results included initiation and implementation of process improvements that measured and controlled exposure of paper (NYMEX) trading activity, which stemmed trading losses of over $5 million in 1994. Refocused metrics on refinery optimization targets.

### Direct US Fuel Distribution & Inventory Management, Mobil Oil, 1988-1993

Led group of 15 professionals that managed distribution of all fuel products from manufacturing to marketing. Team scheduled pipeline and marine movements, controlled inventory, minimized transportation costs, optimized distribution system, directed Trading actions, and kept customers supplied during disruptions. Scope of work was the supply of over 800 TBD Marketing sales volumes.

*Other Roles*:

Key team member on studies to: 1) Initiate a Corporate wide hydrocarbon risk management strategy (1993); 2) Improve the organizational effectiveness of the global supply & trading organization; 3) Identify candidate targets for acquiring additional refinery capacity (1987 – Chalmette). Also managed Midwest supply and distribution (1984-1987); Corporate Planning (1987-1988) focused on Refining investment strategies; Multiple roles in process engineering, economics and inter-refinery coordination and optimization (1969-1984) for both Exxon and Mobil.

## Employment History

| | | |
|---|---|---|
| ICF International | Principal | 2004-Current |
| Pace Global Energy Services | Managing Director, Energy Management | 2002-2003 |
| Manugistics (Supply Chain Software) | Manager, Strategic Consulting Services | 2000-2002 |
| Mobil Oil/ExxonMobil | Manager, Refinery Optimization | 1969-2000 |
| | Manager, Crude Trading | |
| | Manager, Organizational Effectiveness | |
| | Manager, Risk management | |
| | Manager, Distribution & Scheduling | |
| | Other (Multiple Process & Economics positions) | |



DX-0629.007

# Designation No. 844

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re:                                            :    Case No. 09-10023 (REG)
:
LYONDELL CHEMICAL                                 :    Chapter 11
COMPANY, et al.,                                  :
:    (Jointly Administered)
Debtors.              :
:
------------------------------------------------------x

### DECLARATION OF ANDERS J. MAXWELL IN SUPPORT OF THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR AN ORDER (I) AUTHORIZING DEBTORS (A) TO OBTAIN DIP FACILITY PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) AND 364(e), (B) TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) TO PURCHASE CERTAIN ASSETS PURSUANT TO 11 U.S.C. § 363, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364 AND (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c)

Pursuant to 28 U.S.C. § 1746, Anders J. Maxwell declares:

1.      I am a partner and managing director of Peter J. Solomon Company ("PJ
Solomon") in the restructuring group.  I joined PJ Solomon in 1999.  My recent engagements
have included, Building Materials Holding Corp., Pivotal Promontory L.L.C., Mirant
Corporation, Calpine Generating, Hunt Oil Company and PNM Resources.   Prior to my
employment at PJ Solomon, I was employed by GE Capital for 14 years, Salomon Smith Barney,
Lazard Freres and Kidder Peabody.   While at GE Capital, I served as Vice President of
Corporate Finance and Vice President and General Manager of GE Capital's Equity Capital
Group.  At GE Capital, I directed a number of major workouts including Patrick Media, Channel
Home Centers, Shoetown and Suckle Industries. I have an M.B.A. from the Wharton School of
the University of Pennsylvania and a Bachelor of Architecture (with Honors) from the University
of California.



EXHIBIT
Maxwell
3
KK 2/19/09
depobook.com

2.    PJ Solomon has been retained, subject to court approval, as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the Lyondell bankruptcy cases.  I am responsible for leading the Lyondell engagement for PJ Solomon.

3.    I submit this affidavit in support of the Objection of the Official Committee of Unsecured Creditors to Motion for an Order (I) Authorizing Debtors (A) to Obtain DIP Facility Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e), (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (C) to Purchase Certain Assets Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (the "Objection").

4.    In the course of my engagement, I have familiarized myself with the Debtors' history, business operations, capital structure and proposed debtor-in-possession financing by reviewing publicly available information, the motions, declarations, affidavits and other submissions filed in these chapter 11 cases, and certain other documents provided by the Debtors to the Committee, specifically the Bank Update Meeting presentation dated December 29, 2008 and DIP Lender Meeting presentation dated January 30, 2009.  I have met with the Debtors' Head of North America Operations, Mr. Ed Dineen, and CFO, Mr. Alan Bigman and had discussions with the Debtors' financial advisor, Mr. David Ying of Evercore and CRO, Mr. Kevin McShea of AlixPartners.  In addition, I have reviewed and analyzed the January 6, 2009 Duff & Phelps LLC ("D&P") Valuation Analysis of LyondellBasell Industries AF S.C.A. and Certain Subsidiaries (hereinafter the "Report"). Further, based upon the foregoing and my work and analyses, I have prepared and/or compiled the exhibits attached hereto and made a part hereof.

**The Formation and Structure of the Debtors**

5.    I understand that LyondellBasell Industries AF S.C.A. ("LBI") was formed through the merger of Lyondell Chemical Co. and Basell AF S.C.A. on December 20, 2007. An organizational chart of the Debtors and their affiliates are attached hereto as Exhibit 1.

6.    Basell paid Lyondell acquisition consideration of $20.9 billion primarily funded with new loans of $12.3 billion and $7.5 billion in retained and refinanced debt. In April 2008, D&P opined that at the time of the merger, LBI had an enterprise value of between $29 to $33 billion.

**The Debtors' Capitalization**

7.    At the time of filing, the Debtors' entities had total outstanding secured and unsecured loans of approximately $24.1 billion as more fully set forth in the table attached hereto as Exhibit 2.

**Preliminary Analysis Suggest that the Debtors' Enterprise Value Exceeds Secured and Unsecured Loans**

8.    In the Report, D&P estimated that as of January 6, 2009 LBI's business enterprise value has decreased from the D&P valuation as of December 20, 2007, by approximately one third or to between $17.6 billion to $20.8 billion, with a midpoint at $19.2 billion.

9.    Based upon a review of the Report and other information provided by the Debtors or filed in court, the Report raises basic questions as to its methodology and validity and appears to substantially understate the business enterprise value of LBI.

10.    First, the Report fails to address the significant discrepancy with D&P's prior opinion of value as of December 20, 2007. The failure to explain a $12 billion dollar reduction in value (at midpoint of the valuation range) over the course of little more than one year suggests flawed methodology, and/or over-reliance on short term and highly volatile capital market price indications on the part of D&P. The credibility of the Report is further challenged by a number

of other valuations referenced by the Debtors in a recent presentation and indicating a valuation range of $34.2 billion to $37.6 billion. See page 3 of Exhibit 3.

11.      Second, the Report relies on only two (2) methods of valuation, Discounted Cash Flow ("DCF") and Comparable Company analyses. The DCF analysis contained in the Report inexplicably relies upon ten (10) year financial forecasts, in which free cash flow is substantially lower than forecasts provided by the Debtors in their Bank Presentation of December 29, 2008 ("Bank Presentation"), adjusted for Other Assets as defined in the Report. Using the Bank Presentation projections, the resulting DCF analysis suggests a midpoint enterprise valuation of $23.5 billion for LBI, or $3.5 billion higher than the midpoint valuation derived by D&P based on the lowered free cash flow, as reflected in Exhibit 3, page 6. This DCF comparison, in order to be comparable, is based on the Bank Presentation forecast period of five (5) years, 2009-2013.

12.      Third, while the Report refers to Comparable Transactions in assessing enterprise value, the Report does not actually rely upon the Comparable Transactions to assess value. Consideration of these Comparable Transactions would result in a midpoint enterprise value of $22.2 billion for LBI, or $2.2 billion higher than that suggested by D&P, as reflected in Exhibit 3, page 8.

13.      Fourth, the Report fails to account in the valuation analysis for more than $2 billion in Cash, Restricted Cash and Short-term Investments on the Debtors' balance sheet as of September 30, 2008. Inclusion of only Cash and Short-term Investments as additional Other Assets in the valuation would result in a corresponding increase of $800 million, as reflected in Exhibit 3, page 9.

14.      Fifth, the Report assumes a weighted average cost of capital ("WACC") ranging between 12% to 14%. This range includes a 2% to 3% Distressed Company Premium. The inclusion of a Distressed Company Premium with the leverage assumed and as a going concern enterprise valuation is improper. Elimination of that premium would result in a midpoint

enterprise value of $21.9 billion (equally weighting DCF and Comparable Company approaches) for LBI, or $1.9 billion higher than indicated in the Report, as reflected in Exhibit 3, page 11.

15.     Sixth, the Report ascribes an equal weighting to the two valuation methods upon which it relies.  This unduly weights the Comparable Company analysis relative to the DCF analysis.  For a cyclical, transitional business such as the Debtors it is customary to more heavily weight the DCF analysis.  Applying a 60% weight to the DCF analysis and a 40% weight to the Comparable Company analysis, would result in a midpoint enterprise value of $20.4 billion for LBI, or $400 million higher than D&P, as reflected in Exhibit 3, page 12.

16.     Taking into account the adjustments required by Bank Presentation projections, including consideration of Comparable Transactions and Other Assets, removing the Distressed Company Premium from the WACC, and appropriately weighting valuation methods, from the Report, this preliminary analysis suggests that the Debtors have more than sufficient enterprise value to cover their existing debt of $24.1 billion, as reflected in Exhibit 3, pages 13 and 14.

**The Use of The DIP and Its Excessive Costs**

17.     The proposed DIP Facility is extraordinary in several respects: the timing of placement, size, application of proceeds, cost, term and financial covenant structure relative to the Debtors' business. The timing on the DIP Facility's marketing by the Debtors – apparently the closing business days of December 2008 – appears to have been in the most adverse credit market of record, and thus, most adverse to the Debtors. This is apparent from the S&P / LSTA Leveraged Loan Index ("Index"), which reflects pricing for leveraged corporate credit. Subsequent to the circling of commitments for the DIP Facility, this Index indicates the market has recovered from a historic trough in late December 2008 by approximately 10% (see Exhibit 4). The excessive pricing and terms ceded on the DIP Facility relative to the current market is substantiated by recent market bids over par for the DIP Facility.

18.     Second, the size of the DIP Facility far exceeded the capacity of the credit markets at the time it was originally sourced.  As a consequence, the Debtors were left to rely solely upon the current holders of the Debtors' secured prepetition debt.

19.     Third, notwithstanding the size of the DIP Facility, roughly two-thirds of the $3.25 billion in available new money is projected to be spent within the first thirteen weeks of the case, leaving the Debtors with only $750 million in future availability (attached as Exhibit 5). The interim DIP of $2.167 billion under the new money Term Loan has been fully funded and the $1.515 billion under the ABL Facility may be fully borrowed (subject to availability and the borrowing base thereunder).

20.     Fourth, approximately half of the proceeds from the new money Term Loan during the first 13 weeks appear utilized for non-operating expenditures, including inter-company loans to non-debtor entities, and to fund the extraordinarily high financing fees associated with the DIP Facility, itself.  In addition, approximately $500 million of the DIP Facility proceeds as proposed are utilized to fund operating losses which appear to be incurred because the Debtors elect to continue to operate plants below breakeven, when to conserve value, selected plants could be, at least temporarily, closed.

21.     Fifth, the cost of the DIP Facility is prohibitively expensive and confiscatory. Including commitment and exit fees, the all-in-rate for the new money under the DIP Facility exceeds 20%.  Interest on new money loans under the Term Loan Facility is at either Prime (currently 3.25%) plus 10% (a total current rate of approximately 13.25%), or LIBOR (currently 1.18, with a floor of 3.0%) plus 10% (a total current rate of approximately 13.0%).  In addition to this base rate, the Debtors must pay a 3.5% Front End Fee on the overall commitment and a 3.0% Exit Fee upon any repayment or reduction in commitments.  In addition, an Unused Commitment Fee of 1.5% must be paid on unborrowed funds.

22.     By contrast, interest on the Senior Secured Credit Facility at the prepetition non-default rate currently accrues at several different rates based on LIBOR or EURIBOR plus a margin of 350 to 375 basis points. Using current LIBOR and EURIBOR Rates, PJ Solomon has calculated that the weighted average interest rate (using the principal amounts currently outstanding on each tranche as weights) on amounts outstanding under the Senior Secured Credit Facility is approximately 6.4%. Borrowing under the DIP Facility to fund prepetition interest expense, therefore results in a negative spread of approximately 13 to 14% per annum since the Debtors borrow at 20% to pay interest which would otherwise accrue at 6.4%.

**Foreshortened DIP Term**

23.     It is also remarkable that the DIP Facility has a final maturity of December 15, 2009, less than 10 months hence. The current draft DIP credit agreement contains a provision to extend maturity, however, such extension requires 100% consent of the DIP lenders in their sole discretion. Lacking a commercially realistic provision for the Debtors to extend, this short term affords the DIP lenders the prerogative to terminate the case. Given the sheer size and organizational complexity of the Debtors' businesses, this short term is completely unrealistic for concluding a Plan of Reorganization and arbitrarily places the outcome of the case in the DIP lenders' hands.

**The DIP Facility Has Unduly Burdensome Covenants**

24.     In addition to the onerous effective rate of interest and short maturity, the DIP Facility contemplates a number of specific financial covenants by which the Debtors must abide or be in default. In current drafts of the DIP credit agreement and ancillary documents, the DIP Facility is to include four key financial covenants  - and a related provision governing excess liquidity - several of which hold the Debtors hostage to highly volatile commodity markets beyond the control of Debtors' management and to which the Debtors' financial performance is highly sensitive. Expected financial covenants of greatest concern in these regards include a

minimum cumulative EBITDAR, tested monthly, a cap on funding to European operations, as well as the requirement to pay current interest on pre-petition senior secured indebtedness in any month in which liquidity exceeds a floor.

25.    While it is difficult to precisely evaluate the effect of these financial covenants as the flowthrough impacts are complex, nevertheless, these covenants, by their nature, appear highly problematic as they rely on weekly financial projections by the Debtors based on assumed and fixed commodity prices and estimated performance over the next 10 months in highly volatile and uncertain commodity markets. The Debtors' earnings, cash flow and liquidity are highly sensitive to even small changes in the market's pricing of their end product commodities and core feedstock. By the Debtors' own published estimates, for example, a $1 per barrel change in crude oil typically equates to a $30 million to $40 million change in working capital (attached as Exhibit 6, page 5). Should 2009 evidence a recurrence of the spike of $40 a barrel in oil prices in the spring of 2008, as the Debtors observe, this would result in a $1.2 billion to $1.6 billion increase in working capital requirements, which would appear to far exceed provisions in the proposed financial covenants. A Credit Suisse Research Analysis (attached as Exhibit 7), "Major Chemicals Monthly," dated January 20, 2009, estimates that a penny per pound increase in the price of one key end product, ethylene, would result in an increase of $84 million in annualized net income for LBI, while a penny per pound increase in another key end product, polyethylene, would result in a $63 million increase in the annual net income of LBI. In both cases, PJ Solomon estimates this would equate to a much larger impact on EBITDA and, possibly, net cash flow and liquidity. Related to feedstock, in a "Bank of America 2009 Credit Conference," November 19-21, 2008, presentation (referenced page attached as Exhibit 8), LBI estimated that a one dollar per barrel change in refining margins results in an annualized change in EBITDA of $136 million. Adverse swings in market-driven margins and pricing of these and other core feedstock and end products are beyond management's control, in the current

environment very possible and, if incurred, can have substantial impact on the Debtors' earnings, EBITDA and liquidity, the reliability of weekly and monthly projections, and thus the ability of the Debtors to meet any or all of the above financial covenants. Id. The Debtors' CFO, Alan Bigman, admitted these concerns in his Affidavit submitted as part of the First Day motions. First Day Affidavit of Alan Bigman, at ¶ 42. Tying financial covenants and, thus, the Debtors' critical ability to avoid default and acceleration of the DIP Facility, to highly volatile commodity prices and volumes, seems imprudent and could force the Debtors' liquidation at any point in the approximately eleven month term of the DIP Facility

26.    Likewise, the proposed financial covenants expose the Debtors to default in the event of other events beyond the Debtors' control. As was the case in the course of 2008, the Debtors' extensive physical plant is at risk to uncontrolled events, such as hurricanes and construction accidents, highlighted in the Bank Presentation.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
         February ___, 2009


                                        _____
                                        Anders J. Maxwell


# 1630342 v4 - 028135/0001

EXHIBIT 1

**Exhibit 1**

### Corporate Structure of the Debtors



EXHIBIT 2

## Lyondell Basell AF S.C.A. Pre-petition Capital Structure

*(All Amounts in USD Millions)*

| Tranche | |
|---|---:|
| **First Lien** | |
| A/R Facility | $503.0 |
| Inventory Facility | 1,030.0 |
| Revolver | 989.0 |
| Term Loan A | 1,910.0 |
| Term Loan B | 9,290.0 |
| Lyondell Notes due 2010 | 100.0 |
| Lyondell Notes due 2020 | 225.0 |
| Equistar Notes due 2026 | 150.0 |
| **Total First Lien** | **$14,197.0** |
| | |
| **Second Lien** | |
| Interim Loan Facility | 8,300.0 |
| **Total Second Lien** | **$8,300.0** |
| | |
| **Unsecured Notes** | |
| Millennium Notes due 2026 | 241.0 |
| Basell Senior Notes due 2015 (US Denominated) | 615.0 |
| Basell Senior Notes due 2015 (EUR Denominated) (a) | 698.6 |
| **Total Unsecured Notes** | **$1,554.6** |
| | |
| **Consolidated** | **$24,051.6** |

Note: Does not include intercompany debt.
Source: First Day Affidavit of Alan Bigman.
(a) Converted at rate of 1.40 $/Euro.

EXHIBIT 3

DRAFT

lyondellbasell

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LYONDELL CHEMICAL COMPANY

## MAXWELL DECLARATION EXHIBIT 3

*February ___, 2009*

PETER J. SOLOMON COMPANY, L.P.

lyondellbasell

DRAFT

# DUFF & PHELPS BUSINESS ENTERPRISE VALUE ("BEV")

## Midpoint of BEV for LyondellBasell AF S.C.A.

**$ in Billions**



### Corresponding Key Commodity Markets

|  | December 20, 2007 | January 6, 2009 |
|---|---|---|
| WTI Crude [1] | $96.00 / bbl | $44.60 / bbl |
| Ethylene Margin [2] | $0.15 / lb | $0.12 / lb |
| LD Polyethylene Margin [2] | $0.34 / lb | $0.34 / lb |

(1) Source: Bloomberg.
(2) Source: Credit Suisse "Major Chemicals Monthly" report, dated January 20, 2009.

PETER J. SOLOMON COMPANY

2



# OTHER RECENT INDICATIONS OF ENTERPRISE VALUE

DRAFT

*Contains Material Non-Public Information*

## Core LyondellBasell & JV Value – December 2007

*($ in millions)*

Selected Valuation Range $34,200 - $37,600mm

**Comments**

**2007 Trading Comparables** — 27,441 · 31,490
- Sum of 2007 core LyondellBasell and JVs trading valuation ranges
- Assigns no value to non-distributed earnings or cashflow

**2007 Trading Comparables & Saudi Value** — 28,215 · 32,273
- Sum of 2007 core LyondellBasell and JVs trading valuation ranges
- Includes equity (including premium) invested in Saudi JV not yet producing dividends

**2008 Trading Comparables** — 33,276 · 37,767
- Sum of 2008 core LyondellBasell and JVs trading valuation ranges
- Assigns no value to non-distributed earnings or cashflow

**2008 Trading Comparables & Saudi Value** — 34,050 · 38,541
- Sum of 2008 core LyondellBasell and JVs trading valuation ranges
- Includes equity (including premium) invested in Saudi JV not yet producing dividends

**Sum of Parts** — 33,408 · 37,626
- Sum of parts valuation of core LyondellBasell and JVs
- Includes equity (including premium) invested in Saudi JV not yet producing dividends

**DCF** — 32,242 · 36,787
- Core LyondellBasell and JVs DCF valuation ranges
- Assigns no value to non-distributed earnings or cashflow

**DCF & Saudi Value** — 33,096 · 37,561
- Core LyondellBasell and JVs DCF valuation ranges
- Plus equity (including premium) invested in Saudi JV not yet producing dividends

20,000  25,000  30,000  35,000  40,000

*Source: Valuation by major investment bank as of December 2007*

\*\* Core Basell:        $12,376 - $13,968          \*\* Net Synergies:                    $2,513 - $2,882
\*\* Core Lyondell:      $16,357 - $18,111          \*\* Total LyondellBasell JVs:   $2,162 - $2,667

13    | www.lyondellbasell.com |                    CONFIDENTIAL

PETER J. SOLOMON COMPANY

3

Source: LyondellBasell DIP Lender Presentation, dated January 30, 2009, slide 13.

DRAFT

lyondellbasell

# DUFF & PHELPS CRITIQUE

*$ in Billions*

| Adjustment | | Dollar Impact | Cumulative Impact | Adjusted Midpoint |
|---|---|---|---|---|
| 1. | Free Cash Flow | [    ] | [    ] | [    ] |
| 2. | Transaction Comparables | [    ] | [    ] | [    ] |
| 3. | Other Assets | [    ] | [    ] | [    ] |
| 4. | WACC | [    ] | [    ] | [    ] |
| 5. | Weighting | [    ] | [    ] | [    ] |

PETER J. SOLOMON COMPANY

4

DRAFT

# FREE CASH FLOW 2009P-2013P

*(Amounts in Millions)*

| Duff & Phelps Report 01-06-09 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **EBITDA** | | | | | |
| LyondellBasell AF S.C.A | $2,109 | $2,356 | $3,711 | $4,253 | $4,603 |
| **Unleveraged Free Cash Flow** | | | | | |
| LyondellBasell AF S.C.A | $1,226 | $1,103 | $1,840 | $2,203 | $2,522 |

| Bank Presentation 12-29-2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **EBITDA** | | | | | |
| LyondellBasell AF S.C.A (a) | $2,109 | $2,356 | $3,711 | $4,253 | $4,602 |
| **Unleveraged Free Cash Flow** | | | | | |
| LyondellBasell AF S.C.A (a) | $1,522 | $1,304 | $2,740 | $3,197 | $3,626 |

| Difference: Duff & Phelps Report vs. Bank Presentation | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **EBITDA** | $0 | $0 | $0 | $0 | $1 |
| **Unleveraged Free Cash Flow** | | | | | |
| Annual | ($296) | ($201) | ($900) | ($994) | ($1,104) |
| Cumulative | ($296) | ($497) | ($1,397) | ($2,391) | ($3,495) |

(a) LyondellBasell AF S.C.A. includes both filing and non-filing entities.

PETER J. SOLOMON COMPANY

lyondellbasell





## CORRECTED FREE CASH FLOW

DRAFT

**DCF**

**Revised BEV**[1]

**BEV Impact**[1]

$ in Billions

$30
$20
$10
$0

$27.8 — Based on Bank Book Projections (2)

$20.7 — Duff & Phelps Report

+$1.4
$19.3

$23.5 — Revised

$20.0 — Duff & Phelps Report

+$0.8
$19.2

= + $3.5

**Cumulative Impact** $3.5
1. Free Cash Flow

(1) Revised BEV for LyondellBasell AF S.C.A. Assumes the following weightings: Comparable Companies 50% and DCF 50%. Includes value of JV, NOL and Assets Held for Sale. The impact calculated above assumes that both DCF calculations were done for 5 year forecasts, 2009-2013, in order to match Bank Presentation forecasting period. D&P terminal perpetuity growth rate unchanged.
(2) Excludes Other Assets of $1.6 billion, including NOL Benefit, Value of JV Investments and Assets Held for Sale.

PETER J. SOLOMON COMPANY

6

DRAFT

lyondellbasell

# COMPARABLE TRANSACTIONS

## Selected Transaction Analysis — Chemical Industry

E-3

DUFF & PHELPS

## Selected Transaction Analysis — Refining Industry

E-4

DUFF & PHELPS

Source: Duff & Phelps Valuation Report, dated January 6, 2009, slides E-3 and E-4.

PETER J. SOLOMON COMPANY





# COMPARABLE TRANSACTIONS

DRAFT

## Transactions Included

## Revised BEV[1]

## BEV Impact[1]

= + $2.2

$16.0 — Comparable Companies

$20.7 — DCF

$25.1 — Comparable Transactions

$20.0 — Duff & Phelps Report

$22.2 — Revised

$ in Billions

$30
$25
$20
$15
$10
$5
$0

### Cumulative Impact

1. Free Cash Flow      $3.5
2. Transactions         2.2
   Subtotal            $5.7

(1) Revised BEV for LyondellBasell AF S.C.A. Assumes the following weightings: Comparable Companies 33%; DCF 33% and Comparable Transactions 33%. Includes value of JV, NOL and Assets Held for Sale. Impact calculated above based on DCF calculations for 5 year forecasts, 2009-2013.

PETER J. SOLOMON COMPANY

8

DRAFT

lyondellbasell

## OTHER ASSETS

*$ in Billions*

### Duff & Phelps Report:

| | |
|---|---|
| Value of JV Equity Investments | $1.1 |
| Assets Held for Sale | 0.2 |
| NOL Benefit | 0.3 |
| | $1.6 |

### Debtors' Last Balance Sheet (9/30/08)[1]:

| | |
|---|---|
| Cash | $0.6 |
| Short Term Investments | 0.2 |

**BEV Impact**

**= + $0.8**

| | Cumulative Impact | |
|---|---|---|
| 1. | Free Cash Flow | $3.5 |
| 2. | Transactions | 2.2 |
| 3. | Other Assets | 0.8 |
| | Subtotal | $6.5 |

(1) Source: Duff & Phelps Valuation Report, dated January 6, 2009, slide A-3.

PETER J. SOLOMON COMPANY

DRAFT

lyondellbasell

# WEIGHTED AVERAGE COST OF CAPITAL ("WACC")

## LyondellBasell Industries AF S.C.A WACC Analysis - Chemical

| Levered Beta | Discount Rate Range | | |
|---|---|---|---|
| Unlevered Beta | 0.90 | 0.95 | 1.00 |
| Debt % of Capital | 30% | 40% | 50% |
| Equity % of Capital | 70% | 60% | 50% |
| Tax Rate | 35.0% | 35.0% | 35.0% |
| Levered Beta | 1.15 | 1.36 | 1.65 |
| **Levered Cost of Equity** | | | |
| Risk-free Rate | 3.0% | 3.0% | 3.0% |
| Levered Beta | 1.15 | 1.36 | 1.65 |
| Market Risk Premium | 6.0% | 6.0% | 6.0% |
| Small Stock Premium | 0.7% | 0.7% | 0.7% |
| Distressed Company Premium | 2.0% | 2.5% | 3.0% |
| Levered Cost of Equity | 12.6% | 14.4% | 16.6% |
| **Cost of Debt** | | | |
| Cost of Long-term Debt | 10.7% | 12.5% | 14.5% |
| Tax Rate | 35.0% | 35.0% | 35.0% |
| After-tax Cost of Debt | 7.0% | 8.1% | 9.4% |
| **Weighted Average Cost of Capital (WACC)** | | | |
| Debt % of Capital | 30% | 40% | 50% |
| Equity % of Capital | 70% | 60% | 50% |
| Calculated WACC | 10.90% | 11.86% | 13.00% |
| **Selected WACC Range** | **11.00%** | | **13.00%** |

## LyondellBasell Industries AF S.C.A WACC Analysis - Refining

| Levered Beta | Discount Rate Range | | |
|---|---|---|---|
| Unlevered Beta | 1.30 | 1.35 | 1.40 |
| Debt % of Capital | 30% | 40% | 50% |
| Equity % of Capital | 70% | 60% | 50% |
| Tax Rate | 35.0% | 35.0% | 35.0% |
| Levered Beta | 1.66 | 1.94 | 2.31 |
| **Levered Cost of Equity** | | | |
| Risk-free Rate | 3.0% | 3.0% | 3.0% |
| Levered Beta | 1.66 | 1.94 | 2.31 |
| Market Risk Premium | 6.0% | 6.0% | 6.0% |
| Small Stock Premium | 0.7% | 0.7% | 0.7% |
| Distressed Company Premium | 2.0% | 2.5% | 3.0% |
| Levered Cost of Equity | 15.7% | 17.8% | 20.5% |
| **Cost of Debt** | | | |
| Cost of Long-term Debt | 10.7% | 12.5% | 14.5% |
| Tax Rate | 35.0% | 35.0% | 35.0% |
| After-tax Cost of Debt | 7.0% | 8.1% | 9.4% |
| **Weighted Average Cost of Capital (WACC)** | | | |
| Debt % of Capital | 30% | 40% | 50% |
| Equity % of Capital | 70% | 60% | 50% |
| Calculated WACC | 13.04% | 13.92% | 14.98% |
| **Selected WACC Range** | **13.00%** | | **15.00%** |

Source: Duff & Phelps Valuation Report, dated January 6, 2009, slide D-2 and D-3.

PETER J. SOLOMON COMPANY



CORRECTED WACC

DRAFT

lyondellbasell

# DCF

Duff & Phelps  $20.7

Corrected WACC  $24.5

# Revised BEV(1)

Duff & Phelps Report  $20.0

Revised  $21.9

# BEV Impact(1)

= + $1.9

$ in Billions

| Cumulative Impact | |
|---|---|
| 1. Free Cash Flow | $3.5 |
| 2. Transactions | 2.2 |
| 3. Other Assets | 0.8 |
| 4. WACC | 1.9 |
| Subtotal | $8.4 |

(1) BEV for LyondellBasell AF S.C.A. Assumes the following weightings: Comparable Companies 50% and DCF 50%. Includes value of JV, NOL and Assets Held for Sale. Impact calculated above based on DCF calculations for 5 year forecasts, 2009-2013.

PETER J. SOLOMON COMPANY

11



# WEIGHTING DCF

## BEV Impact[1]

## = + $0.4

**DRAFT**

Note: $0.4 billion BEV impact is not added to final calculation and is used only to illustrate the impact of going from 50% / 50% weighting to a 40% / 60% weighting.
(1) BEV for LyondellBasell AF S.C.A. Assumes the following weightings: Comparable Companies 40% and DCF 60%. Includes value of JV, NOL and Assets Held for Sale. Impact calculated above based on DCF calculations for 5 year forecasts, 2009-2013.

PETER J. SOLOMON COMPANY

12

DRAFT

lyondellbasell

# DCF AND OTHER ROLL-FORWARD ADJUSTMENTS

*$ in Billions*

## DCF Roll-forward: Adjusting for Free Cash Flow and WACC

## Roll-forward: Adjusting for Other Assets, Comparable Transactions and Weighting

**BEV Impact**[1]

**= + $2.1**



(1) $1.2 billion increase in implied BEV reduces overall impact to reflect overlapping effect of individual impacts of adjusted Free Cash Flow and WACC.

PETER J. SOLOMON COMPANY

13

lyondellbasell

DRAFT

## DUFF & PHELPS CRITIQUE

*$ in Billions*

### D&P Report's Midpoint BEV

| Adjustment | | Dollar Impact | Cumulative Impact | Adjusted Midpoint |
|---|---|---|---|---|
| 1. | Free Cash Flow | $3.5 | $3.5 | $23.5 |
| 2. | Transaction Comparables | 2.2 | 5.7 | 25.7 |
| 3. | Other Assets | 0.8 | 6.5 | 26.5 |
| 4. | WACC | 1.9 | 8.4 | 28.4 |
| 5. | Weighting | $2.1 | $10.5 | **$30.5** |

**$20.0**

PETER J. SOLOMON COMPANY

EXHIBIT 4

SPBDLLB    66.21Y as of close  2/11                    Index GP



S&P / LSTA Leveraged Loan Index
Since Inception (January 4, 2002 to February 11, 2009)





S&P / LSTA Leveraged Loan Index
Last Three Months (November 11, 2008 to February 11, 2009)

EXHIBIT 5

**Lyondell Basell - North America**
13 Week Cash Flow Forecast
Consolidated by Category Line Item
$ in millions

| Week Ending | 2-Jan | 9-Jan | 16-Jan | 23-Jan | 30-Jan | 6-Feb | 13-Feb | 20-Feb | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | |
| Accounts Receivable Collections | 249.6 | 249.6 | 249.6 | 249.6 | 249.6 | 278.9 | 278.9 | 278.9 | 278.9 | 330.8 | 330.8 | 330.8 | 330.8 | 3,686.7 |
| Joint Venture Dividends | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | 180.0 | - | - | - | - | - | - | - | - | - | - | - | - | 180.0 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal | 429.6 | 249.6 | 249.6 | 249.6 | 249.6 | 278.9 | 278.9 | 278.9 | 278.9 | 330.8 | 330.8 | 330.8 | 330.8 | 3,866.7 |
| **Disbursements** | | | | | | | | | | | | | | |
| Accounts Payable - Feedstock | (244.8) | (431.0) | (261.1) | (235.5) | (242.1) | (147.5) | (195.6) | (190.8) | (202.8) | (164.1) | (233.2) | (218.5) | (218.5) | (2,985.5) |
| Accounts Payable | (48.0) | (52.0) | (65.0) | (52.0) | (56.0) | (55.0) | (55.0) | (41.0) | (61.0) | (48.0) | (51.0) | (61.0) | (69.0) | (681.0) |
| Payroll & Benefits | (32.5) | (1.7) | (32.5) | (1.7) | (2.6) | (32.5) | (32.5) | (1.7) | (32.5) | (2.6) | (32.5) | (44.7) | (32.5) | (283.0) |
| Taxes | - | - | - | - | (123.0) | - | - | - | - | - | - | (1.0) | - | (124.0) |
| Capital Expenditures | (6.0) | (6.0) | (6.0) | (6.0) | (6.0) | (7.5) | (7.5) | (7.5) | (7.5) | (7.8) | (7.8) | (7.8) | (7.8) | (91.0) |
| Turnaround Outlays | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debt Service | (82.0) | (15.0) | (25.0) | (3.0) | (76.0) | (10.0) | (10.0) | (10.0) | (98.0) | (10.0) | (25.0) | (10.0) | (69.0) | (458.0) |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - | (21.3) |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | (162.0) | (600.0) | - | - | - | - | - | - | - | - | - | - | - | (762.0) |
| Other | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) | (39.0) |
| Subtotal | (578.4) | (1,110.0) | (411.7) | (301.2) | (415.6) | (348.6) | (318.7) | (254.0) | (404.8) | (235.5) | (352.5) | (333.0) | (380.8) | (5,444.8) |
| **Restructuring Disbursements** | | | | | | | | | | | | | | |
| Professional Fees | (3.3) | - | (0.4) | - | - | (4.1) | - | (0.4) | - | (30.9) | - | (0.4) | - | (39.3) |
| US Trustee | - | - | - | - | - | - | - | - | - | (0.8) | - | - | - | (0.8) |
| Mailings | - | - | (0.7) | - | - | - | - | (0.5) | - | - | - | (0.5) | - | (1.8) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal | (3.3) | - | (1.1) | - | - | (4.1) | - | (0.9) | - | (31.7) | - | (0.9) | - | (41.8) |
| **Cash Inflow (Outflow) from Operations** | (152.0) | (860.5) | (163.2) | (51.6) | (166.1) | (73.8) | (39.7) | 24.1 | (125.9) | 63.7 | (21.7) | (3.1) | (50.0) | (1,619.9) |
| Beginning Book Cash Balance | 332.0 | 180.0 | 880.5 | 1,043.7 | 1,095.3 | 1,261.4 | 1,335.2 | 1,374.9 | 1,350.8 | 1,476.7 | 1,413.1 | 1,434.8 | 1,437.9 | 332.0 |
| Net Cash Flow | (152.0) | (860.5) | (163.2) | (51.6) | (166.1) | (73.8) | (39.7) | 24.1 | (125.9) | 63.7 | (21.7) | (3.1) | (50.0) | (1,619.9) |
| Unmet Funding Need (Surplus) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Book Cash Balance | 180.0 | 880.5 | 1,043.7 | 1,095.3 | 1,261.4 | 1,335.2 | 1,374.9 | 1,350.8 | 1,476.7 | 1,413.1 | 1,434.8 | 1,437.9 | 1,487.9 | 1,487.9 |
| Unmet Funding Need (Surplus) | - | - | - | - | - | - | - | - | - | - | - | - | 50.0 | 50.0 |
| Accumulated | 880.5 | 1,043.7 | 1,095.3 | 1,261.4 | 1,335.2 | 1,374.9 | 1,350.8 | 1,476.7 | 1,413.1 | 1,434.8 | 1,437.9 | 1,487.9 | 1,487.9 | 1,487.9 |
| **Other Potential Cash Outflows** | | | | | | | | | | | | | | |
| Utility Deposit | - | (50.0) | - | - | - | - | - | - | - | - | - | - | - | (50.0) |
| A/R Facility Payment | - | - | (200.0) | - | - | - | - | - | - | - | - | - | - | (200.0) |
| Inventory Facility Payment | - | (150.0) | (200.0) | - | - | - | - | - | - | - | - | - | - | (350.0) |
| Term Loan A & B Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Based Securitization | - | - | (22.0) | - | - | - | - | - | - | - | - | - | - | (22.0) |
| Fees | - | - | - | - | - | - | - | - | - | - | - | (0.8) | - | (0.8) |
| Interest | - | (41.2) | - | - | (48.3) | - | - | (52.5) | (45.3) | - | - | (12.0) | (6.9) | (171.1) |
| Other - TBD | - | - | - | - | - | - | - | - | - | - | - | - | (0.8) | - |
| Total Other Potential Cash Outflows | - | (241.2) | (422.0) | - | (48.3) | - | - | (52.5) | (45.3) | - | - | (12.0) | (7.6) | (828.9) |
| **Net Cash Inflow (Outflow)** | (152.0) | (1,101.7) | (585.2) | (51.6) | (214.3) | (73.8) | (39.7) | (28.4) | (171.2) | 63.7 | (21.7) | (15.1) | (57.6) | (2,448.7) |
| Beginning Book Cash Balance | 332.0 | 180.0 | 585.2 | 585.2 | 51.6 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 332.0 |
| Net Cash Flow | (152.0) | (1,101.7) | (585.2) | (51.6) | (214.3) | (73.8) | (39.7) | (28.4) | (171.2) | 63.7 | (21.7) | (15.1) | (57.6) | (2,448.7) |
| Unmet Funding Need (Surplus) | - | 1,121.7 | 585.2 | 51.6 | 214.3 | 73.8 | 39.7 | 28.4 | 171.2 | (63.7) | 21.7 | 15.1 | 57.6 | 2,316.7 |
| Ending Book Cash Balance | 180.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 |
| **DIP Credit Facility** | | | | | | | | | | | | | | |
| Beginning Balance | - | - | 1,269.7 | 1,854.9 | 1,906.5 | 2,120.8 | 2,194.6 | 2,234.4 | 2,262.8 | 2,434.0 | 2,370.3 | 2,392.0 | 2,407.1 | - |
| Interest | - | (16.4) | - | - | - | - | - | - | (21.1) | - | - | (22.4) | - | (59.9) |
| Fees and Expenses | - | (148.0) | - | - | - | - | - | - | - | - | - | - | - | (148.0) |
| Borrowings (Repayments) | - | 1,121.7 | 585.2 | 51.6 | 214.3 | 73.8 | 39.7 | 28.4 | 171.2 | (63.7) | 21.7 | 15.1 | 57.6 | 2,316.7 |
| Ending Balance | - | 1,269.7 | 1,854.9 | 1,906.5 | 2,120.8 | 2,194.6 | 2,234.4 | 2,262.8 | 2,434.0 | 2,370.3 | 2,392.0 | 2,407.1 | 2,464.7 | 2,464.7 |
| DIP Availability | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liquidity Surplus (Deficit)** | 180.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 |
| Unmet Funding Need (Surplus) | - | 1,269.7 | 585.2 | 51.6 | 214.3 | 73.8 | 39.7 | 28.4 | 171.2 | (63.7) | 21.7 | 15.1 | 57.6 | 2,464.7 |
| Accumulated | - | 1,269.7 | 1,854.9 | 1,906.5 | 2,120.8 | 2,194.6 | 2,234.4 | 2,262.8 | 2,434.0 | 2,370.3 | 2,392.0 | 2,407.1 | 2,464.7 | 2,464.7 |

**LyondellBasell - Europe**
13 Week Cash Flow Forecast
Consolidated by Category Line Item
*EUR in millions*

| Week Ending | 2-Jan | 9-Jan | 16-Jan | 23-Jan | 30-Jan | 6-Feb | 13-Feb | 20-Feb | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | |
| Accounts Receivable Collections | € 82.5 | € 231.7 | € 170.1 | 142.1 | 152.3 | 214.4 | 115.3 | 175.0 | 134.1 | 217.4 | 108.9 | 197.1 | 107.3 | € 2,048.3 |
| Joint Venture Dividends | - | 428.6 | - | - | - | - | - | - | - | - | - | - | - | 544.3 |
| Intercompany | 115.7 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | 198.2 | 660.3 | 170.1 | 142.1 | 152.3 | 214.6 | 115.3 | 175.0 | 134.1 | 217.4 | 108.9 | 197.1 | 107.3 | 2,592.6 |
| **Disbursements** | | | | | | | | | | | | | | |
| Accounts Payable - Feedstock | (18.6) | (51.9) | (96.1) | (35.3) | (66.9) | (37.3) | (45.6) | (80.0) | (66.9) | (36.2) | (50.1) | (89.4) | (40.9) | (706.2) |
| Accounts Payable | (38.7) | (115.6) | (79.5) | (50.4) | (162.3) | (69.3) | (63.7) | (71.1) | (118.3) | (77.6) | (61.3) | (67.9) | (60.2) | (1,039.6) |
| Payroll & Benefits | (1.9) | (7.5) | (2.3) | (3.2) | (33.0) | (5.5) | (4.1) | (3.3) | (29.9) | (4.1) | (3.6) | (6.8) | (11.7) | (116.9) |
| Taxes | 1.7 | (3.0) | (13.3) | 4.3 | (10.0) | (2.3) | (6.0) | 6.4 | (19.5) | (0.8) | (8.5) | 6.6 | (8.5) | (52.9) |
| Capital Expenditures | (9.0) | (7.3) | (10.9) | (1.6) | (1.6) | (3.1) | (1.0) | (19.1) | (1.9) | (0.8) | (8.5) | (0.7) | (19.1) | (86.3) |
| Turnaround Outlays | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debt Service | (0.9) | (253.1) | 33.0 | 33.0 | (23.2) | 32.1 | 11.9 | (8.6) | (26.8) | (0.9) | (13.1) | (8.6) | (3.6) | (228.7) |
| Utilities | (27.1) | (2.9) | (0.8) | (1.4) | (9.4) | (18.4) | (3.3) | (2.8) | (12.6) | (16.6) | (3.3) | (2.2) | (1.2) | (101.6) |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (3.7) | (13.2) | (6.6) | (10.0) | (8.5) | (12.9) | (8.6) | (10.2) | (8.5) | (4.4) | (9.4) | (10.5) | (6.2) | (112.9) |
| **Subtotal** | (98.1) | (454.5) | (176.4) | (64.6) | (334.3) | (116.8) | (120.2) | (188.8) | (284.4) | (141.1) | (150.0) | (170.5) | (151.3) | (2,435.6) |
| **Restructuring Disbursement** | | | | | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | (1.5) | - | - | - | (1.5) | - | - | - | (3.0) |
| US Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mailings | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | - | - | - | - | - | (1.5) | - | - | - | (1.5) | - | - | - | (3.0) |
| **Cash Inflow (Outflow) from Operation** | 100.0 | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 154.6 |
| Beginning Book Cash Balance | - | 100.0 | 305.9 | 299.6 | 377.1 | 205.1 | 307.2 | 302.3 | 288.5 | 138.2 | 213.0 | 172.0 | 198.6 | - |
| Net Cash Flow | 100.0 | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 154.6 |
| Unmet Funding Need | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Book Cash Balance** | 100.0 | 305.9 | 299.6 | 377.1 | 205.1 | 307.2 | 302.3 | 288.5 | 138.2 | 213.0 | 172.0 | 198.6 | 154.6 | 154.6 |
| Unmet Funding (Need) Surplus | 100.0 | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 154.6 |
| **Accumulated Funding (Need) Surplus** | 100.0 | 305.9 | 299.6 | 377.1 | 205.1 | 307.2 | 302.3 | 288.5 | 138.2 | 213.0 | 172.0 | 198.6 | 154.6 | 154.6 |
| **Other Potential Cash Outflows** | | | | | | | | | | | | | | |
| Utility Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| A/R Facility Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory Facility Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Term Loan A & B Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Based Securitization | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Other Potential Cash Outflows** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Inflow (Outflow)** | 100.0 | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 154.6 |
| Beginning Book Cash Balance | - | 100.0 | 305.9 | 299.6 | 377.1 | 205.1 | 307.2 | 302.3 | 288.5 | 138.2 | 213.0 | 172.0 | 198.6 | - |
| Net Cash Flow | 100.0 | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 154.6 |
| Unmet Funding Need | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Book Cash Balance** | 100.0 | 305.9 | 299.6 | 377.1 | 205.1 | 307.2 | 302.3 | 288.5 | 138.2 | 213.0 | 172.0 | 198.6 | 154.6 | 154.6 |
| Unmet Funding (Need) Surplus | 100.0 | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 154.6 |
| **Accumulated Funding (Need) Surplus** | 100.0 | 305.9 | 299.6 | 377.1 | 205.1 | 307.2 | 302.3 | 288.5 | 138.2 | 213.0 | 172.0 | 198.6 | 154.6 | 154.6 |
| **DIP Credit Facility** | | | | | | | | | | | | | | |
| Beginning Balance | - | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fees and Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Borrowings (Repayments) | 100.0 | - | - | - | - | - | - | - | - | - | - | - | - | 100.0 |
| Ending Balance | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| DIP Availability | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liquidity Surplus (Deficit)** | | | | | | | | | | | | | | |
| Unmet Funding (Need) Surplus | - | 205.8 | (6.2) | 77.4 | (172.0) | 102.1 | (4.9) | (13.8) | (150.3) | 74.8 | (41.0) | 26.6 | (44.0) | 54.6 |
| **Accumulated Funding (Need) Surplus** | - | 205.8 | 199.6 | 277.0 | 105.0 | 207.1 | 202.2 | 188.5 | 38.2 | 113.0 | 72.0 | 98.6 | 54.6 | 54.6 |

EXHIBIT 6

1 of 2 DOCUMENTS

FD (Fair Disclosure) Wire

August 19, 2008 Tuesday

# Q2 2008 LyondellBasell Earnings Conference Call - Final

**LENGTH:** 8259 words

OPERATOR: Hello and welcome to the LyondellBasell second-quarter 2008 earnings teleconference.

At the request of LyondellBasell, this conference is being recorded for instant replay purposes. Following today's presentation, we will conduct a question-and-answer session. (Operator Instructions)

I'd now like to turn the conference over to Mr. Doug Pike, Vice President-Investor Relations. Sir, you may begin.

DOUG PIKE, VP IR, LYONDELLBASELL AF S.C.A.: Thank you. Hello and welcome to LyondellBasell's teleconference.

I'm joined today by Volker Trautz, our CEO, and Alan Bigman, our CFO. I'd like to point out to everyone that a slide presentation accompanies today's call. It is available on LyondellBasell.com on the Investor Presentations page.

Now, before we begin the business discussion, I'd like for you to note that statements made in this call relating to matters that are not historical facts are forward-looking statements that are subject to risks and uncertainties. Actual results could differ materially from those forward-looking statements. For more detailed information about the factors that could cause our actual results to differ materially, please refer to LyondellBasell's consolidated financial statements for the year ended December 31, 2007 and the quarter ended June 30, 2008, which are available on the Investor Relations page of our Web site, www.LyondellBasell.com/investorrelations.

Please also refer to LyondellBasell's, Equistar's and Millennium's annual report on Form 10-K for the year ended December 31, 2007 and quarterly reports on Form 10-Q for the quarter ended June 30, 2008, which were filed with the SEC during August 2008 and each of which is available on the Investor Relations page of our Web site at www.LyondellBasell.com/investorrelations.

I'd also like to point out that a recording of this call will be available until 4:30 p.m. Eastern Time on September 20, and a Web replay can also be accessed at the Investor Relations page of our Web site, again at www.LyondellBasell.com/investorpresentations.

Now, I'd like to turn the call over to Alan for a discussion of our second-quarter results.

ALAN BIGMAN, CFO, LYONDELLBASELL AF S.C.A.: Thank you, Doug.

Please turn to Slide 3 and we will begin our discussion of second-quarter results with our safety record. As you can see, the Company has had a strong and improving safety record this year. Unfortunately, early in the third quarter, a tragic crane accident involving a contractor company occurred at our Houston refinery. 11 contractors were injured in the collapse of the 30-story crane, 4 fatally. We are cooperating with OSHA and our contractors to investigate the cause of this accident. However, it will be some time before we have a conclusive determination. Later in the call, we will discuss the event's impact on our turnaround work at the refinery, but most importantly, this incident reminds us all

why the safety of our employees and contractors must always remain our first concern.

Now, let's turn to Slide 4 and look at the second-quarter financial results. For comparative purposes, we've included the second quarter of 2007 for the legacy companies.

As you can see, our EBITDA for the full company was $905 million based on the underlying US GAAP financial information and our reported inventory accounting basis. When using FIFO inventory accounting for the entire company, this increases to $1.5 billion, essentially equivalent to the combined EBITDA generated by Basell and Lyondell individually or during the second quarter of 2007.

As compared to the prior quarter, EBITDA increased by approximately $575 million with our Fuel segment demonstrating particular strength. You'll also note that the difference between FIFO and LIFO inventory accounting was very significant for this quarter due to the rapidly increasing feedstock costs that we had during the quarter.

The second quarter saw a spectacular run-up in hydrocarbon prices. Crude oil prices started the quarter at approximately $100 a barrel and finished over $140 a barrel. Similarly, natural gas and ethane, which are also important in our cost structure, increased by about 40% during the quarter. Later in the call, Doug will discuss how each of the key businesses performed under this cost pressure, and I will discuss the impact on working capital and liquidity.

As we did last quarter, on the bottom portion of this slide, we have highlighted some items that contribute to an adjusted EBITDA value. Among these, items such as the JV dividends and accounts receivables facility yield, will be recurring factors. However, the other item is unique to the period.

During the second quarter, operational issues at the Houston refinery impacted results by an estimated $118 million. This captures the lost opportunity cost related to the FCC mechanical issue, as well as the impact of a lightning strike that temporarily reduced crude processing rates late in the second quarter. After accounting for these items, the quarterly adjusted EBITDA is approximately $1.65 billion, slightly stronger than second-quarter 2007 performance of the combined legacy entities and approximately $575 million stronger than our first-quarter results.

If you now turn to Slide 5, we've summarized our first-half results. Adjusted EBITDA totals approximately $2.7 billion, which is essentially the same as the prior year's first-half combined legacy company results.

So what's behind these results? In summary, the business portfolio is working much as we had expected, with the commodity products performing in opposition to each other while the more specialized and niche products produce stable results.

Our fuels business has performed extraordinarily well, and this quarter benefited from strong results at our recently acquired French refinery. However, elevated raw material costs have pressured our olefins business and during the second quarter commodity polymer margins declined under pressure created by monomer cost increases. The less-commoditized businesses, including propylene oxide products, polyolefin solutions, advanced polyolefins in the technology business, have maintained relatively strong and stable results.

Now, I will turn the call over to Doug, and he will discuss these factors in more depth.

DOUG PIKE: Thanks, Alan. Let's start by turning to Slide 6 and take a look at the Fuels segment. Now, as a reminder, this segment consists primarily of our refining and oxygenated fuels results. As Alan mentioned, beginning in the second quarter, results include the acquisition of the Berre l'Etang refinery at our large integrated site in the south of France.

During the second quarter, adjusted EBITDA reached $933 million, and each of the principal assets in the segment performed well. To provide perspective, the Houston refinery's adjusted EBITDA was approximately $630 million when including

the opportunity cost related to facility downtime, or approximately $510 million without this.

Meanwhile, the French refinery contributed EBITDA of approximately $110 million, and oxyfuels EBITDA was approximately $185 million. Clearly, this is strong performance, which was countered to refinery industry trends.

Let's look at the areas individually. The Houston refinery benefited from strong spreads, as the Maya 211 benchmark averaged close to $36 a barrel, an increase of approximately $10 a barrel versus the first quarter and close to $5 better than the second quarter of 2007.

As you can see in the top bar chart, performance was driven by the strength of the heavy light and distillate spreads, both areas that differentiate our refinery from a typical light refiner. Additionally, you can see from the chart that, despite being in the driving season, gasoline spreads continue to be depressed. However, this impacts our refinery somewhat less than it does a typical light crude refiner.

Although its configuration is quite different than the Houston refinery, the Berre refinery was also well-positioned during the quarter. It's probably best to explain by considering an industry benchmark spread for the Berre refinery, and for this, we suggest that you monitor the Urals 4121 Spread. The digits in this formula relate as follows -- 4 barrels of crude are processed to produce 1 barrel of gasoline, 2 barrels of diesel, 1 of heavy fuel oil, hence the 4-1-2-1 nomenclature. The typical crude consumed by this refinery is the light-to-medium crude sulfur crude typical of refineries located on the Mediterranean. On the graph, we've provided a history of this spread, which averaged approximately $13.80 during the second quarter.

Now, to provide further perspective, during 2006 and 2007, this benchmark averaged approximately $8.50 per barrel. When modeling the refinery, I would suggest that you model the crude consumption to average 100,000 to 150,000 barrels per day, which is consistent with our second-quarter operation.

Now, the third key component of our Fuel segment, oxyfuels, also benefited from strong margins as plotted on the bottom chart. Oxyfuels margins are typically strong in the second quarter and this year was no exception. During the quarter, European ETBE raw material margins averaged $0.90 per gallon, an increase of approximately $0.45 per gallon versus the first quarter.

Looking forward to the third quarter, there are a couple of items that I'd like to discuss. First, specific to the Houston refinery, as we have started the scheduled turnaround of one crude train and coking unit. The work on the crude still is estimated to last approximately 7 weeks, while the work on a coker was originally scheduled for approximately 60 days. However, as a result of the crane incident, we currently believe the coker work will be extended to approximately 90 days. While the crude still is undergoing maintenance, our crude processing rates are planned to average approximately 150,000 barrels per day, and our current plan is to increase crude rates to full capacity once the crude unit returns to operation. We currently estimate the cumulative downtime to impact quarterly EBITDA by $100 million to $150 million.

The other item I'd like to mention has been a decline in crude price and refining spreads. For example, through August 8, the Maya 2-1-1 spread has averaged $23.25 per barrel, versus nearly $36 per barrel during the second quarter. However, refining spreads are seasonal, and this spread is consistent with the third quarter of 2007.

Now, let's turn to Slide 7 to discuss the Chemicals segment. Remember this segment includes our ethylene business, as well as our other chemicals, which include propylene oxide and its derivatives, acetyls, ethylene oxygenates and styrene.

Adjusted EBITDA in this segment improved by $65 million to $324 million in the second quarter versus the first. In the pie charts, you can see that the mix between olefins and the other chemicals shifted significantly between the quar-

3

ters with approximately 60% of the EBITDA generated but olefins, versus approximately one-third in the third quarter.

Now, in our US olefins business, the second quarter was characterized by the rebalancing of the raw material mix, coupled with the pass-through of lower-cost inventories in a rapidly rising cost environment. During the quarter, we continued to shift towards a lighter feed slate, ultimately averaging 65% NGLs and 35% naphtha. This shift, coupled with the strength of co-product price increases and some supplier price concessions, helped us keep the increase in the cost of ethylene production metric in line with ethylene price increases, which averaged approximately $0.06 per pound higher in Q2 than in the first quarter. By maintaining our current cost base margins, we've positioned ourselves to benefit from the pass-through of lower-cost inventories and recorded significant improvement in FIFO-based EBITDA.

Now, ethylene -- our European ethylene operations were also subjected to significant cost pressures. As the quarter progressed, naphtha prices increased, while the key product prices were fixed based on quarterly pricing. This resulted in a significant decline in ethylene margins late in the quarter. Accordingly, results from the European operation declined by approximately $40 million versus the first quarter.

Following a very strong first-quarter, results in the other chemical products declined for a variety of reasons. In propylene oxide and PO derivatives, we experienced a moderate decline, driven primarily by the pace of raw material costs pass-through, while in acetyls, EBITDA declined to more typical quarterly levels following record first-quarter results. Although results for these products declined relative to the first quarter, they were essentially consistent with results over the past several years.

I'd also like to point out that our financials reflect PDI results as a discontinued operation. The sale of this business is pending, and we expect the transaction to close during the third quarter.

So looking at the third quarter, thus far, the Chemicals segment has benefited from declining raw material costs, while the majority of product prices have increased. As a result, business has been somewhat better positioned than it was earlier in the year.

Let's move to Slide 8 and take a look at the Polymer segment results. Polymer segment results declined from $327 million to $235 million, primarily due to lower margins. Overall margins declined by approximately $0.02 per pound with the reductions concentrated in the commodity products. This margin contraction occurred while regional ethylene and propylene cost increases ranged from $0.02 to $0.08 a pound versus the first quarter. Although commodity polymer margins declined, in general our polyolefin solutions and advanced polyolefin businesses maintain margins at or near first-quarter levels.

Volumetrically, we benefited from poly-propylene sales increases of approximately 5% over the first quarter, while polyethylene volumes were unchanged and advanced polyolefin volumes grew by approximately 12%. We attribute this sales growth to industry seasonality, our acquisition of the Solvay poly-propylene compounding business, and international sales strength.

Looking at the third quarter, thus far, polymer price increases have offset the significant monomer increases in both the US and European markets.

Now, I'd like to ask you to turn to Slide 9 as we discuss our technology and R&D segment. This segment includes our polyolefin catalyst business as well as our licensing efforts. The results in this segment have continued to be quite strong, realizing $80 million EBITDA in the second quarter.

Catalyst sales continued to account for 50% to 55% of the EBITDA, while licensing continued to show good results and notable among the recent licensing successes, our new polypropylene licenses with SABIC and PetroChina.

I'd now like to turn the call over to Alan to discuss our first-quarter cash flow and working capital before Volker wraps up the prepared comments.

4

ALAN BIGMAN: Thanks, Doug.

If you turn to Slide 10, you will see our second and first-quarter cash flow statements. I want to point out a few items that led to a significant improvement in the cash flow versus the first quarter.

First, I would like to point out that cash generated from operating activities was $640 million versus a use of $239 million during the first quarter. To a significant degree, this improvement is driven by the absence of first-quarter, one-time and seasonal items. These consisted of transaction-related payments, as well as some seasonal payments, such as property taxes and customer rebates.

Also, note that cash used in investing activities declined significantly versus the first quarter. The first quarter reflected the impact of the Berre refinery and Solvay PCMA acquisitions, while he second quarter represents a more typical quarter with capital spending at normal levels. As a result, the second quarter represents a more typical spending environment and a good cash flow despite the extraordinary run-up in raw material costs.

Before I move to a discussion of working capital and liquidity, I would like to mention a few nonrecurring items that, in aggregate, may impact third-quarter cash flow. Significant among these items will be after-tax cash receipts of approximately $160 million from the TDI sale and a $65 million payment of from Reliant energy for a resolution of contract disputes, as well as some other possible positive cash items. Offsetting these will be a $375 million payment to Shell to settle Berre refinery inventory valuation adjustments.

Now, I'd like you to turn to the next page of the slide package, Slide 11, as we discuss our working-capital efforts. This slide depicts the key elements of our working capital for the first six months of the year. As we review this, I want to remind you that, excluding the Berre and Solvay acquisition and our cost-control efforts, a $1 per barrel increase in the cost of crude oil would typically increase our working capital by approximately $30 million to $40 million. That's of course on a FIFO basis. Therefore, since crude prices increased by $40 a barrel during the first six months of the year, you would expect to see a $1.2 billion to $1.6 billion increase in working capital requirements, all other things being equal.

As you can see, having the inventories on a FIFO basis and accounting for an Accounts Receivable program, the key elements of working capital did increase by approximately $1.4 billion. However, this includes the additional working capital from the acquisitions, as well as the impact of foreign exchange, which of course is a non-cash item.

On the right-hand side of the chart, we have eliminated the impact of these items. You can see that, on a consistent basis, working capital increased by only $470 million despite the $40 per barrel increase in crude oil. Our people accomplished this primarily through a reduction in receivables and inventory days outstanding. We've continued to work diligently in this area and expect to realize additional benefits during the coming quarters. Obviously, if hydrocarbon prices hold at today's level, or continue to decline, we would likely see a more dramatic reduction in working capital.

Let's wrap up the financial discussion with a quick review of our liquidity and debt positions. In the chart on the left on Slide 12, you can see that we have not only maintained our liquidity but increased it by approximately $700 million over the course of the year. In the chart on the right, you can see there the result of the acquisitions, working capital increases related to the increased hydrocarbon prices, and one-time items, our debt level has increased by approximately $800 million. Exclusive of these extraordinary events and items, net debt would've been reduced despite the unprecedented hydrocarbon price levels we have reached. During the second half of the year, we are focused on continuing to generate cash to reduce debt levels further.

I think that the first six months of operations have demonstrated the quality, flexibility and balance of the assets within our portfolio. We believe that

the integration throughout the value chain has in fact reduced volatility in earnings very significantly. Also, this has demonstrated the creativity and skill of our people in a very difficult environment, as you can see with the working capital management that we have achieved, and also the ability of the organizations to come together very quickly to create value.

Now, I will turn the call over to Volker for a discussion of third-quarter business conditions and his thoughts of LyondellBasell's progress through its first two quarters.

VOLKER TRAUTZ, CEO, LYONDELLBASELL AF S.C.A.: Thanks, Alan. Let's finish the quarterly earnings discussion by turning to Slide 13 for a quick review of the first six weeks of the third quarter.

Much as it has all year, raw material volatility remains the dominant story. In Fuels, we have seen margin decline as crude oil has moved off its peak. However, all of the margins have declined relative to the second quarter. They are consistent with margins during the third quarter of last year.

Specific to our operations, work on the Houston refinery turnaround is progressing and as Doug mentioned, we estimate that the scheduled maintenance will reduce quarterly EBITDA by $100 million to $150 million. I want to add to what Alan said about the tragic events surrounding the crane collapse in July, and thank our employees for all that they did in managing the difficult situation. We know that nothing is more important than their health and safety.

Turning to the past six weeks also in our chemical business, the olefin area is finally benefiting from some cost relief, but I should remind you that, while the price of crude has declined, it still remains quite high. In fact, it is still above the April price. Polyolefins is benefiting from some cost relief. Our other chemicals and polymers are passing through the recent ethylene and propylene price increases. In propylene oxide, we expect the normal lag in the timing of raw material cost pass-through by polymers price increase (inaudible) generally offsets the monomer increases maintaining margins at or near second-quarter levels. Finally, our technology area has continued its strong performance.

Now, I would like to step back a little and reflect on our first few quarters as LyondellBasell as a new company. It certainly has turned out to be an interesting time to form a new company. Think about it for a moment. Who amongst us would forecast that we would achieve flat year-on-year results given the global economic environment and increased price of crude oil? In some ways, these external pressures have heightened our intensity and focus, and they have also demonstrated the value of our broadened portfolio, geographic reach and vertical integration. In other words, the rationale of our merger has already been proven in the first couple of weeks and months.

Internally during our first month, together we have accelerated the integration process and we have continued to identify and capture synergies as it brings the legacy companies together as a stronger, integrated global company. Given the environment, I'm very pleased with the results that we have achieved during our first six months.

Let's take just a few minutes to revisit the factors that drove the merger and see how they've played out so far. First, let's consider our desire to advance the portfolio's integration and balance while participating up and down the vertical value chain. Given the performance of the Fuel segment over the past two quarters, I think that it is quite clear that we are benefiting from the portfolio additions. When you contrast the pressures experienced by the olefins business to the strength we've seen in the Fuel area, the value balance we see in our portfolio is very evident. We have also continued to benefit from our position in less commoditized products such as propylene oxide, advanced polyolefins, where results have been quite steady in an otherwise volatile market.

We also saw improved geographic balance in our portfolio. It is quite evident that we already have been the beneficiary of strength in developing regions, which has helped offset weakness in developed regions.

In bringing our organizations together, we also believed that we would bene-fit from the broader, more global experience and skill of our diverse employee population. Again, I believe that this is working. Certainly, our US experience in fuels and refining is helping as we integrate the Berre refinery. Our scale and product breadth, coupled with the expertise and relationship of our technol-ogy group, has opened doors to opportunities that may not otherwise have been available.

It is obvious too early to determine how this will play out, but opportuni-ties are developing, should we elect to pursue them.

I know you also want to hear about the integration process, and I'm very pleased that it is progressing well. As such, a few weeks (inaudible) we have already consolidated some office locations and rationalized some high-cost poly-mer capacity. We also are capturing value by identifying, pursuing additional synergy opportunities. We have more than 20 teams pursuing the opportunities and we recently extended the initiative to advance an energy savings program across the organization. Examples of our early success include savings approximately $15 million annually by moving production of several products from Europe to US polyethylene facilities.

As another example, within our financial and IT areas, we will save approxi-mately $35 million annually by combining outside service contracts and insurance coverage.

Overall, we are well ahead of our 2008 net savings target of $45 million, and I expect that we will more than double the target before the year is finished. Additionally, personally, I'm confident that we will exceed our long-term target of $420 million annually, substantially.

Investors have also been very interested in our licensing and joint venture efforts. Progress has been great. We have recently brought the Michigan expan-sion online, and late this year and early next year will highlight by the new Saudi adventures. Our partners' employees have worked very hard and successfully to manage the project spending and schedules in a very difficult Middle East construction market.

Additionally, as you heard earlier in this call, we continue to win new li-censes and are very excited about the recent SABIC and PetroChina contracts.

So to summarize, while the external events have created significant chal-lenges, I'm very proud of our results and progress. Like most executives, I al-ways want things to move faster. However, I also realize that the Company is progressing very well.

With that perspective, I would like to thank you for your attention and sup-port. Operator, we will now take questions.

OPERATOR: Thank you. We are now ready to begin the question-and-answer ses-sion. (Operator Instructions) Bo Hunt, Banc of America Securities.

BO HUNT, ANALYST, BANC OF AMERICA SECURITIES: By the way, thanks for the de-tail on this presentation; it's pretty helpful.

You mentioned that results at PO and derivatives business was negatively ef-fect during the quarter by rising raw material costs and some maintenance. So I guess my question is two parts, if that's all right. First of all, should we ex-pect to see that raw materials spike is going to be offset by price increases in the third quarter, and that therefore your propylene oxide results might be similar to first-quarter levels?

DOUG PIKE: Bo, this is Doug. I think propylene oxide acted as it typically does, where, as propylene moves up, it will passed it through with -- typically and sometimes contractually with a one-month delay or so. But I think really what I wanted you to understand is that trend is continuing, and I would expect it will into the third quarter. There's no reason to think it won't. So as pro-pylene moves up, you'll see margins temporarily decline a little bit. On the

other side, though, if propylene moves down, you'll see the propylene oxide business hold that for a time.

BO HUNT: Okay. Then is it possible to quantify the EBITDA impact of the maintenance you discussed, or is that not material?

DOUG PIKE: It was really just in the $10 million sort of range.

BO HUNT: Okay, that's helpful. Then just to touch down on Berre a little bit more, obviously I guess the results looked much stronger than I thought they were going to be for the second quarter, given the fact that I think you mentioned they did about 100 million of EBITDA last year. You know, refining margins of the Urals 4-1-2-1 remains at current levels, a little down from Q2 but still strong. Should we anticipate that Berre would post an operating income similar to what it did in the second quarter? A little low, but --?

ALAN BIGMAN: This is Alan. The Berre results have been quite gratifying, and sometimes you are surprised of the upside in an acquisition.

Obviously, the refining margins have been particularly strong in the 4-1-2-1 spread. There were also some benefits from the working capital that we had acquired from Shell at March prices that were sold at second-quarter prices, which was quite beneficial.

But the $100 million run rate that we had originally discussed does seem a bit conservative now that we have the refinery and are more into the details, so I think we do have a bit of a surprise to the upside on that.

BO HUNT: Great, it's good news. Then in terms of your ability to continue to ship your North American olefins feedstock fleet towards NGLs and away from NAFTA, where does that top out?

DOUG PIKE: You know, our guys -- I don't know if we can say where it tops out. Our guys continue to find new ways to put more flexibility into the system, so we are continuing to work on that. But you know, we've always said before, about two thirds naphtha or two thirds NGLs is kind of the range. I think we will be able to push that a little bit further beyond that with time. Of course, the key is to be flexible there, because olefins raw materials in the US and which is the favored material has been moving around pretty quickly here.

VOLKER TRAUTZ: I think the key word here is clearly "flexibility", because if you look back a few years ago, everybody was on (inaudible) the name of the game in North America is heavy feed dragging. Now everybody is convinced light feet dragging is the order of the day, so what is in reality is required is flexibility. And we are hard working to increase this flexibility.

BO HUNT: Okay, great. Then sorry, I'm going to ask you one last question. Doug, I know you and I have talked about this before but I might as well take advantage and ask everybody. It looks like the spread between WTI crude oil and Maya crude oil has tightened recently with the fall in oil prices, just as it expanded when oil was rising. You know, is there anything just besides the movement in crude oil prices that you see causing that relationship to tighten?

DOUG PIKE: I think you have that movement, and you have heavy fuel oils in their price, you always have a component of heavy fuel in the pricing for the crude, so you've seen some movement up in Number Six.

Also, when you look at this whole Maya 2-1-1, you've also recently seen some adjustments where gasoline has improved, diesel has come off a little bit. But when you pull back from all of it and you look at $23 Maya 2-1-1, that's a pretty good spot to be in at this time of year. So we feel pretty good about where we are and the way it's working out.

BO HUNT: Understood, thanks.

OPERATOR: Laurence Jollon, Lehman Brothers.

LAURENCE JOLLON, ANALYST, LEHMAN BROTHERS: Good morning. On the last call, you had said, I believe, if my notes are correct, that you're not interested in sizable acquisitions at this point. I know acquisitions are always challenging

to discuss on a public call. You know, there have been some rumors in the press, whether right or wrong, that Lyondell is looking at some captive businesses of larger chemical businesses.

Can you just provide us an update on your thoughts around acquisitions and if you did find the right opportunity, how you would think about leverage pro forma if you're comfortable with leverage levels now or you are willing to go higher and if access would be willing to put in equity for the right acquisition?

VOLKER TRAUTZ: We don't comment rumors, but what we always said, we are not going for a major acquisition at this moment. So if there are rumors around, we don't comment them but probably you refer to rumors that our shareholder was involved, but rumors are rumors. We have no intention to go for a major acquisition at this point.

DOUG PIKE: That's right. I think I would just also comment that the Company is focused on integrating the businesses that we have now. We very much like the asset footprint, and really the key focus is to concentrate on the balance sheet and to bring down debt levels at this point.

VOLKER TRAUTZ: Just as a reminder, the two acquisitions Alan referred to and Doug referred to, Berre refinery and the Solvay compounding business, they were already underway for more than a year before we merged the two companies, so it simply coincided with the third quarter but it was not something we triggered after we brought two companies together. It's only something we finished after we brought the two companies together. As I said, it was more coincidence.

LAURENCE JOLLON: Thanks very much.

OPERATOR: Edison Wong, Trust Company of the West.

EDISON WONG, ANALYST, TRUST COMPANY OF THE WEST: I had a quick question on your shutdown with the coker being down this past quarter. Was that correlated in some ways to the crane incident and sort of what provisions you have in terms of insurance on sort of what -- the event that occurred?

DOUG PIKE: Hi, Edison, this is Doug. I will start with we had a scheduled turnaround maintenance, which is the units that are down as an event that takes place about every five years.

EDISON WONG: Right, I remember that.

DOUG PIKE: (multiple speakers) one train in the crude still and one of our two cookers. So that was all scheduled and underway; that's why the crane was there.

With the crane incident, though, we are going to have to approach the coker in a slightly different way. That's why we said we were extending the turnaround and maintenance time for the coker from an originally planned 60 days to a 90 day time frame.

The work on the crude still is continuing, as originally planned, so we will move forward with that under the original schedule.

ALAN BIGMAN: I believe, as Doug had mentioned, the opportunity cost of having the coker down for longer than we expected for the turnaround, simply because of the different way we are going to have to handle that turnaround without having a crane, the issue simply being that there are very few cranes like that in the world and losing this crane -- we have to do a different way, is going to be the tens of millions of dollars.

VOLKER TRAUTZ: It's probably not easy to talk in this way about the incident, but first of all, as I already mentioned before, our team had an outstanding performance, but we have to recognize that we are lucky with the incident. First of all, we had considered already beforehand two different ways how to go through the maintenance with the coker, so we had already two alternatives and only the one with the crane looked initially a little bit cheaper and better. Unfortunately, we had now, due to the tragic incident, going in a different direction, but fortunately -- sorry to say "fortunately" -- we have a fallback po-

sition. It costs a little bit more money, it takes a little bit more time, but at least we are able to proceed as originally planned and only the difference is the one Alan mentioned before.

EDISON WONG: Thanks, I appreciate it. Sort of in terms of -- is there an insurance value you guys have against this as well?

ALAN BIGMAN: The opportunity cost of having the coker down a little longer will not be covered by insurance, so that's a (inaudible) we are going to have to bear.

OPERATOR: (Operator Instructions). David Troyer, Credit Suisse.

DAVID TROYER, ANALYST, CREDIT SUISSE: I was wondering if you had some of the numbers for the third quarter of 2007. We have Basell and Lyondell. Of course, the merger wasn't completed by then. We have Basell and Lyondell reported EBITDA numbers. I was wondering if you had some of the items that go into the adjustments.

DOUG PIKE: For the third quarter?

DAVID TROYER: Of 2007, so as we begin to formulate views on third quarter 2008, we can think about how the year-over-year changes.

DOUG PIKE: No, I apologize but I don't have that at my fingertips right now. But what I think, what I refer people to is the earnings releases from both individual companies are available on our Web site, so you could refer back to those and go through there. It won't give you segment-by-segment results because of some of the changes within the segments, but it will give you the historic EBITDA that you can look at for the third quarter. It will also give you a picture of any type of events or special items that may have occurred last year in the third quarter.

ALAN BIGMAN: Although I think, if you're thinking about modeling the third quarter this year, the most significant thing is going to be, or seems to be at this point, since we aren't done with the third-quarter, that in many ways it's a mirror image of the second quarter with rapidly declining feedstock prices instead of rapidly increasing. So a lot of the impact you saw in the second quarter that were quite extraordinary in some ways will tend to reverse themselves in that kind of a feedstock environment.

DAVID TROYER: Okay. The second question is -- and maybe and you began to address this, Doug -- we've always used Mayan spreads as a proxy because there's not very good transparency on Venezuelan. You know, rapidly changing price environment -- does that relationship still hold or might there be leads and lags in how your actual purchased crude changes?

ALAN BIGMAN: No, that would still hold. Venezuelan crude relative to Maya crude would hold up and typically the differences are less than $1 or so, so you should be very comfortable using that metric.

DAVID TROYER: And they change real-time to you?

DOUG PIKE: Yes, you are following the same things and the same fuel markets with heavy crude there, so --.

DAVID TROYER: Okay. Then last question is the $2.8 billion of liquidity, do you have a breakdown of the various sources of liquidity, were they come from?

ALAN BIGMAN: We do have a breakdown. I don't have it right in front of me now, but it consists of undrawn revolver; it consists of undrawn asset-backed facilities; it consists of cash. But it's all readily available.

DAVID TROYER: Okay, that's all I had. Thank you.

OPERATOR: [Piresh Shah], Princeton Advisory Group.

PIRESH SHAH, ANALYST, PRINCETON ADVISORY GROUP: Thank you for such a good presentation. I just wanted to understand this change in working capital again a little bit, and also just to understand the increase in the liquidity business

result. Do you mind just going over the change in working capital again one more time for me?

ALAN BIGMAN: Okay, basically what happens is, everything else being equal -- with no FX impact, which obviously is non-cash; it just changes the value of payables, receivables and inventories -- and taking out the acquisitions which added working capital inorganically, we've said that basically since most of our inventories and receivables and payables are denominated in hydrocarbons, in other words we either have hydrocarbon feedstock or finished products whose prices are largely based on hydrocarbons, increases in hydrocarbon prices -- and we use crude as the one that most people monitor -- result in an increase in working capital.

What you've seen here on Slide 11 is we've taken -- you threw that, the Accounts Receivable increased and the inventory increase, and you see the difference between LIFO and FIFO inventory there. And then the accounts payable compensating that, that also tends to increase with the hydrocarbon prices. That's where you get the net increase in working capital.

We've normalized out the additional working capital for the Berre acquisition, which is working capital we got as part of that deal, and the Solvay engineered plastics, a smaller number but still additional working capital. FX impact is simply the increase in value due to the strengthening euro, because European inventory is denominated in euros. That gives you the actual cash change in working capital, normalized out for the acquisitions, of less than $500 million as opposed to what we would've expected, $1.2 billion to $1.6 billion increase with our rule of thumb of $30 to $40 million of working capital per $1 of crude increase.

Now, that of course works the other way around as well. As you see hydrocarbon prices decline, everything else being equal, we should see a reduction in working capital.

Does that answer your question?

PIRESH SHAH: Yes, it does, it does. Thank you.

VOLKER TRAUTZ: More in different words, when we saw the up-flying oil prices, we really had a couple of groups working extremely hard and creative to smooth down to reduce the impact of working capital. As Alan explained, instead of $1.5 million or $1.6 billion, the impact could be limited to less than $500 million and I think that was really outstanding, and I'm very proud what the teams and specifically the chemicals team, where it was predominately focused, did in a very short period of time. It was great; it was really outstanding, outstanding achievements.

PIRESH SHAH: Okay, thank you.

OPERATOR: [Sanon Curran], with Barclays Capital.

SANON CURRAN, ANALYST, WITH BARCLAYS CAPITAL: Good morning. In your financial report, you mentioned that you banks actually had some increased rate under your bridge facilities, 12% per annum, and I don't think that was supposed to be happening right now. So I don't know if you are able to, but can you comment on what is exactly happening with the banks? And in light of these events, any color you can share with us in terms of timing to refi this bridge? Thank you.

ALAN BIGMAN: That's a good question. We agree with you that the rate shouldn't be 12%, and we've said that in our financial statements.

Basically, what happened is as follows. Normally, the way this would have worked is that we had a bridge financing set up that rolls in the year into exchange notes; that's the standard way you do it in a leveraged finance deal like this.

In more normal financial markets, we probably wouldn't have gone into the bridge at all. We would have issued securities in December of 2007 to finance the deal and we would right now have $8 billion of bonds instead of $8 billion of bridge loans.

SANON CURRAN: Yes.

ALAN BIGMAN: But the provisions have it that there is a 6-month bridge loan where -- actually a 12-month bridge loan with a 6-month security demand holiday, after which the banks can then issue a securities demand and we have to then issue securities if of course there's a market for them.

So what's basically happened was that the banks believe that in June -- and by the way, in our financial projections, the way we thought about it, there is a cap of 12% or 12.5% under certain circumstances. We've modeled that into our projections as we think about it, from June forward, for this reason. However, however, without having actual securities issued and without having issued a securities demand, we do not believe that the banks have the right to reset that to 12%.

They've used a very interesting tranche mechanism to achieve that 12%, which we are disputing. In the meantime of course, we continue to pay the interest because we certainly don't want to be in any kind of a legal dispute on that with the banks, so we are paying that but we are very confident that our position is correct here and that ultimately we will be paying less than that 12% interest.

Does that answer the question?

SANON CURRAN: Yes, thank you very much.

OPERATOR: David Rosenberg, Oak Tree Capital Management.

DAVID ROSENBERG, ANALYST, OAK TREE CAPITAL MANAGEMENT: I was wondering if you guys could give me a little more granularity on the $118 million add-back that you have for the downtime at the refinery, as far as what was for I guess more maintenance-related downtime, what was for more I guess unique, one-time type of downtime?

DOUG PIKE: Sure, David, this is Doug. That $118 million is related to unique, one-time downtime. You recall, in the first quarter, towards the end of first quarter, we had a mechanical upset in our fluid unit, which continued into the second quarter. So the majority of that $118 million is related to fluid unit operations and the lost opportunity of having it down throughout the early part of April.

The other piece of that is, late in the quarter when we had a storm here in Houston, lightning did strike our crude pumps, on one of our crude (inaudible). That brought that down for I guess about a week or so, four or five days. So that had an additional impact. The majority of that $118 million is related to the fluid unit, and it was related to a unique mechanical issue.

DAVID ROSENBERG: So none of this is tied to a planned turnaround?

DOUG PIKE: No. The turnaround, the turnaround was planned as a third-quarter event. It did begin at the onset or beginning of the third quarter.

OPERATOR: Bo Hunt, Banc of America Securities.

BO HUNT: One follow-up -- you already answered most of the other stuff, but regarding your joint ventures, can you provide any guidance on maybe we might see the SEPC and (inaudible) joint ventures work through their project financing and begin to pay dividends? I'm sure I just missed mispronounced (inaudible) but --.

VOLKER TRAUTZ: Well, may I start here answering? Most of the joint ventures and most of the activities and most of the investments in the Middle East are slightly more or substantially delayed. In this respect, we had a very fortunate situation that we had a window of opportunity at the time to close our financing and to close contracts, so we are probably one of the few examples which are the exception from the rules.

Our (inaudible) joint venture will come on stream in the next couple of weeks. We will start with a (inaudible) in the next weeks and we will start deliver the first polyethylene material in two months or so from now. So both (inaudible) joint venture are progressing very well. So we basically don't have de-

lay and we also don't have overruns in the budget, which is nearly a miracle at this period of time in the Middle East.

BO HUNT: Okay. Maybe I missed it there, but given where margins are currently out of similar assets in the Middle East, could we have an idea on how long it takes to get to dividend payments? (multiple speakers) --

ALAN BIGMAN: Your question is very correct on that one. It obviously depends on oil prices. The higher the oil price -- because you are dealing with fixed feedstock prices, or not fixed but significantly discounted and the discount increases with the price of oil for some of those materials -- you wind up with much faster repayment of project financing, easier refinancing, the higher the oil price is.

I would think, in this kind of an environment, certainly you're not going to see dividends in 2009; it's too soon. But 2010, if you have this kind of oil price environment, it is possible that you would be able to refinance that project finance.

It also depends a little bit on what financing markets look like in 2010. But I would say 2010 at the earliest, 2011 to be more conservative.

VOLKER TRAUTZ: But Alan (multiple speakers) benchmark what happens with SPC. In SPC, we basically got the first dividend after 1 1/2 years, less than 2 years, no?

ALAN BIGMAN: Yes, that's correct, Volker. That's the benchmark that we're using here. Again, in this kind of oil price environment, you have a very, very strong cash flow and profitability scenario. The only thing that might make it a little bit slower than SPC was -- is what the state of the financing markets will be at the time.

So I would say, again, 2010 on the optimistic side, 2011 I would think at the latest in this kind of an environment.

Obviously, if crude prices drop to $40 or $30, you're going to have a different cash flow scenario, but things will look different in a lot of areas if that happens.

BO HUNT: Yes, that would be nice! Thanks, guys.

OPERATOR: We have no further questions.

DOUG PIKE: Well, thank you, everybody, for joining us today and we appreciate your support.

VOLKER TRAUTZ: Thank you very much.

OPERATOR: This concludes today's conference. You may disconnect at this time. Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURA-

Q2 2008 LyondellBasell Earnings Conference Call - Final FD (Fair Disclosure)
Wire August 19, 2008 Tuesday

CIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFOR-MATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**LOAD-DATE:** August 27, 2008

**LANGUAGE:** ENGLISH

**TRANSCRIPT:** 081908al.743

**PUBLICATION-TYPE:** Transcript

Copyright 2008 ASC Partners L.L.C.
All Rights Reserved.
Copyright 2008 CCBN, Inc.
All Rights Reserved.

EXHIBIT 7


CREDIT SUISSE

20 January 2009
Americas/United States
**Equity Research**
Major Chemicals / UNDERWEIGHT

**Research Analysts**
Mark W. Connelly
212 325 5844
mark.w.connelly@credit-suisse.com

Nils-Bertil Wallin, CFA
212 538 8127
nils-bertil.wallin@credit-suisse.com

# Major Chemicals

**MONTHLY**

## Market Outlook -- January 2009

LyondellBasell declared Chapter 11; Dow Chemical remains in limbo with regard to Rohm and Haas and Kuwait; Nova is scrambling to plug the leaks; Westlake has not changed its strategy; and Georgia Gulf is, well, in a very, very tough place.

The industry outlook remains grim and that's before we've had a chance to work through fourth quarter earnings, which are likely to be truly awful. Worse, we suspect, will be the outlook for the first quarter.

But with so much event risk in the space, investors aren't focusing as much on the fundamentals. When they do, we think the stocks could take another leg down. Even if there were a V-shaped recovery for the economy, chemicals would probably see an L for quite a while, due to oversupply and insufficient idling of capacity.

Most producers have taken some action to idle plants and lay off workers. But, the industry as a whole tends to respond slowly to oversupply—witness styrene/polystyrene. This is not to fault producers who have no incentive to take capacity offline when the rest of the industry keeps running. But it does suggest that the speed of the downturn knocked producers off-balance, and that getting back into balance won't happen quickly.

**Exhibit 1: Chemical Margins**
*US$ in millions, unless otherwise stated*

| Margin | Ethylene cts/lb | ECU US$ | Styrene cts/lb | Avg PE cts/lb | PP cts/lb | PS cts/lb | PVC cts/lb |
|---|---|---|---|---|---|---|---|
| Dec-08 | 12.11 | 845.86 | 8.88 | 28.70 | 18.50 | 45.13 | 20.95 |
| Yr Ago | 15.02 | 447.80 | 4.46 | 28.77 | 17.50 | 24.96 | 19.84 |
| % Δ yoy | -19% | 89% | 99% | 0% | 6% | 81% | 6% |
| Month Ago | 19.27 | 822.64 | 7.61 | 36.52 | 18.50 | 48.36 | 23.58 |
| % Δ mom | -37% | 3% | 17% | -21% | 0% | -7% | -11% |
| Previous Annual Peak | 20.69 | 401.26 | 11.45 | 33.11 | 19.50 | 24.33 | 22.75 |
| Previous Annual Trough | 11.10 | 115.19 | 7.16 | 20.23 | 13.65 | 16.20 | 14.29 |
| 2006 | 20.69 | 401.26 | 7.25 | 33.11 | 17.21 | 20.66 | 22.75 |
| 1Q/07 | 14.35 | 342.56 | 6.72 | 27.10 | 18.58 | 22.80 | 17.18 |
| 2Q/07 | 13.27 | 392.21 | 5.17 | 27.40 | 18.42 | 21.34 | 18.75 |
| 3Q/07 | 14.78 | 456.45 | 4.91 | 29.04 | 18.83 | 23.24 | 19.39 |
| 4Q/07 | 14.89 | 451.22 | 3.83 | 26.75 | 18.25 | 23.66 | 19.79 |
| 2007 | 14.32 | 410.61 | 5.16 | 27.57 | 18.52 | 22.76 | 18.77 |
| 1Q/08 | 16.50 | 429.60 | 3.70 | 30.30 | 18.00 | 24.70 | 21.30 |
| 2Q/08 | 20.30 | 370.30 | 3.30 | 35.00 | 18.80 | 25.20 | 23.00 |
| 3Q/08 | 19.70 | 642.30 | 3.10 | 41.90 | 20.50 | 30.00 | 23.30 |
| 4Q/08E | 20.00 | 829.80 | 7.00 | 39.30 | 18.50 | 42.20 | 23.00 |
| 2008 | 19.13 | 568.00 | 4.27 | 36.64 | 18.96 | 29.91 | 22.67 |
| 1Q/09E | 8.70 | 604.10 | 1.00 | 21.30 | 18.50 | 33.20 | 17.70 |
| 2009E | 7.95 | 319.35 | 0.08 | 14.29 | 13.50 | 20.83 | 11.31 |

*Source: Company data, Credit Suisse estimates, CMAI, Chemdata.*

**DISCLOSURE APPENDIX CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, INFORMATION ON TRADE ALERTS, ANALYST MODEL PORTFOLIOS AND THE STATUS OF NON-U.S ANALYSTS. FOR OTHER IMPORTANT DISCLOSURES, visit www.credit-suisse.com/ researchdisclosures or call +1 (877) 291-2683.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of Credit Suisse in the United States can receive independent, third party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.credit-suisse.com/ir or call 1 877 291 2683 or email equity.research@credit-suisse.com to request a copy of this research.



20 January 2009

# Ethylene *(126mm MT global capacity, N Am: 28%, W Eur: 19%, ME: 12%, Asia: 27%, ROW: 26%)*

• Ethylene prices declined $0.095/lb in December, despite 22% of capacity being offline in December. Last month, spot prices fell below average production costs, but this was reversed in December, as spot prices climbed about $0.05/lb. However, an increase in spot prices does not mean that we will see a recovery in contract prices or margins.

• While ethane costs dropped about $0.02/lb of ethylene, the decline in prices more than offset the slippage in cost, leading to lower margins. Ethane is also not telling the full story for the industry. Margins are compressing even further with heavier feedstocks, leading to negative weighted average cash margins.

• But negative margins don't mean we've seen a bottom yet; not when almost every other basic material has been running below production costs for at least a month. Moreover, some ethylene producers have already decided to keep their plants idle through January due to weak demand. Hence, we expect first quarter profitability, or lack thereof, to be much worse than fourth quarter.



| Exhibit 2: Ethylene Prices and Margins | Exhibit 3: Ethylene Production and Operating Rates |
|---|---|
| *US cts lb* | *billions of lbs* *operating rate* |




### Exhibit 4: Ethylene Price Increase Announcements
*US cts/lb*

| Month | Proposed | Realized / Forecast | Margin |
|---|---|---|---|
| Jan-08 | $0.040 — $0.070 | NM | ($0.019) |
| Feb-08 | $0.040 — $0.050 | ($0.030) | $0.040 |
| Mar-08 | $0.040 | $0.030 | $0.023 |
| Apr-08 | $0.050 — $0.060 | $0.015 | $0.027 |
| May-08 | $0.020 | $0.025 | NM |
| Jun-08 | $0.050 | $0.050 | ($0.055) |
| Jul-08 | $0.150 | $0.040 | ($0.024) |
| Aug-08 | | ($0.080) | $0.050 |
| Sep-08 | | ($0.045) | $0.063 |
| Oct-08 | | ($0.120) | $0.030 |
| Nov-08 | | ($0.130) | ($0.093) |
| Dec-08 | | ($0.095) | ($0.072) |
| Jan-09 | $0.070 | NM | ($0.042) |
| Feb-09 | $0.050 | ($0.005) | $0.012 |
| Mar-09 | | NM | NM |

### Exhibit 5: Polyethylene Price Increase Announcements
*US cts/lb*

| Month | Proposed | Realized / Forecast | Margin |
|---|---|---|---|
| Jan-08 | $0.060 — $0.050 | ($0.010) | ($0.029) |
| Feb-08 | $0.030 | | $0.070 |
| Mar-08 | $0.050 | NM | ($0.007) |
| Apr-08 | $0.060 | $0.030 | $0.042 |
| May-08 | | $0.030 | $0.005 |
| Jun-08 | $0.050 | $0.060 | ($0.045) |
| Jul-08 | $0.070 | $0.060 | NM |
| Aug-08 | $0.080 | NM | $0.130 |
| Sep-08 | $0.050 | ($0.070) | $0.038 |
| Oct-08 | $0.070 | ($0.110) | $0.040 |
| Nov-08 | | ($0.200) | ($0.163) |
| Dec-08 | | ($0.105) | ($0.082) |
| Jan-09 | $0.070 | ($0.025) | ($0.062) |
| Feb-09 | $0.050 | ($0.025) | ($0.008) |
| Mar-09 | | ($0.020) | ($0.020) |

### Exhibit 6: Ethylene Producers/Buyers Earnings Leverage to a $0.01 per Pound Price Increase

| Company | Capacity (Use) | Net Income ($mm) | EPS Impact | Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|---|---|---|---|
| Dow Chemical | 22,548 | 131.9 | $0.14 | Exxon Mobil | 17,544 | 102.6 | $0.02 |
| LyondellBassell | 14,350 | 83.9 | N/A | SABIC*** | 18,381 | 107.5 | $0.16 |
| Nova Chemicals | 6,650 | 38.9 | $0.47 | Shell | 14,300 | 83.7 | € 0.01 |
| Westlake Chemical | 2,800 | 16.4 | $0.25 | Sinopec** | 11,199 | 65.5 | $0.01 |
| Georgia Gulf | (1,426) | (8.3) | ($0.24) | Ineos | 9,319 | 54.5 | N/A |

\*\* HK$    \*\*\* SAR

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

CREDIT SUISSE

20 January 2009

## Polyethylene (Film: 31%, Injection/Blow Molding: 22%, Exports: 15%, Misc: 18%, Third Party: 15%)

• Polyethylene prices settled down $0.10/lb in December while margins fell nearly $0.08/lb. Producers nominated a $0.07/lb increase in January, but given extended idlings we suspect demand isn't strong enough to warrant a price increase—the nomination is there in case raw materials start to rise again (an unlikely scenario in our view).

• As expected, total shipments were down nearly 8% on a year-to-date basis in November, as a close to 13% decline in domestic shipments was partially offset by 13% growth in exports. (Exports are about 20% of total shipments, which is why shipments aren't flat.)

• Price increases are placeholders for potential feedstock volatility; but demand is not sufficiently strong to warrant higher prices: producers' customers' customers have not fully restocked and are probably waiting longer for signs of renewed demand before building any inventory. We expect margins to remain challenged through the year as weak demand, oversupply, and bankrupt competitors place a ceiling on price increases.

**Exhibit 7: LLDPE Prices and Margins**
*US cts/lb*



**Exhibit 8: North American Production/Capacity**
*billions of pounds*                                    *operating rate*




**Exhibit 9: North American Inventories and Inventory Days**
*billion of pounds*                                    *rolling 3-month days*



**Exhibit 10: North American Domestic Demand**
*billions of pounds*                                    *yoy change*



**Exhibit 11: Polyethylene Producers Earnings Leverage to a $0.01 per Pound Price Increase**

| Company | Capacity | Net Income ($mm) | EPS Impact | Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|---|---|---|---|
| Dow Chemical | 16,926 | 99.0 | $0.10 | SABIC*** | 9,212 | 53.9 | $0.08 |
| LyondellBassell | 10,758 | 62.9 | N/A | Sinopec** | 7,900 | 46.2 | $0.00 |
| Nova Chemicals | 2,625 | 15.4 | $0.18 | Ineos | 6,954 | 40.7 | $0.30 |
| Westlake Chemical | 2,538 | 14.8 | $0.23 | Basell | 5,066 | 29.6 | N/A |
| Exxon Mobil | 15,623 | 91.4 | $0.02 | ** HK$ | | | *** SAR |

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

**CREDIT SUISSE**

20 January 2009

# Propylene *(80.5mm MT global capacity, N Am: 27%, W. Eur: 22%, ME: 4%, Asia: 32%, ROW: 15%)*

• Polymer and chemical grade propylene prices fell $0.10/lb in December. Excess supply in the refinery grade market has left that grade of propylene trading at fuel value, while weak derivative demand is not pulling up polymer grade. We're likely to see further weakness in January if oil stays below $40/bl.

• Propylene operating rates were in the mid-60% region in November and worsened in December with further plant idlings. Of course, given the different routes to make propylene, this utilization is more notional. But it suggests how weak demand was even before producers started to take downtime.

• With the prospect of ethane as a favored feedstock relative to naphtha for 2009, we may see some increase in propylene prices. Refiners typically take downtime in the first quarter, but that coupled with reduced supply from lighter feedstock cracking could lead to some price improvement. However, prices shouldn't climb too much, otherwise a shift to naphtha feedstocks will lead to greater propylene supply from steam crackers.

| Exhibit 12: **Polymer Grade Propylene Price** | Exhibit 13: **U.S. Production/Capacity** |
|---|---|
| *US cts/lb* | *billions of pounds*      *operating rate* |





Exhibit 14: **Propylene Price Increase Announcements**
*US cts/lb*

Exhibit 15: **Polypropylene Price Increase Announcements**
*US cts/lb*

| Month | Proposed | Realized / Forecast | | Month | Proposed | Realized / Forecast | Margin |
|---|---|---|---|---|---|---|---|
| Jan-08 | $0.040 — $0.070 | $0.005 | | Jan-08 | $0.030 | $0.010 | $0.005 |
| Feb-08 | | ($0.030) | | Feb-08 | | ($0.025) | $0.005 |
| Mar-08 | $0.030 — $0.050 | $0.020 | | Mar-08 | $0.030 — $0.040 | $0.010 | ($0.010) |
| Apr-08 | $0.020 — $0.035 | $0.035 | | Apr-08 | $0.050 | $0.035 | NM |
| May-08 | $0.030 — $0.040 | $0.040 | | May-08 | $0.050 — $0.080 | $0.060 | $0.020 |
| Jun-08 | $0.075 — $0.080 | $0.060 | | Jun-08 | | $0.060 | NM |
| Jul-08 | $0.090 — $0.150 | $0.100 | | Jul-08 | $0.150 — $0.170 | $0.110 | $0.010 |
| Aug-08 | | NM | | Aug-08 | $0.060 | ($0.020) | ($0.020) |
| Sep-08 | | ($0.200) | | Sep-08 | | ($0.160) | $0.040 |
| Oct-08 | | ($0.050) | | Oct-08 | | ($0.090) | ($0.040) |
| Nov-08 | | ($0.300) | | Nov-08 | | ($0.300) | NM |
| Dec-08 | | | ($0.100) | Dec-08 | | | ($0.100) | NM |
| Jan-09 | | ($0.035) | | Jan-09 | | ($0.035) | NM |
| Feb-09 | | $0.000 | | Feb-09 | | NM | NM |
| Mar-09 | | $0.000 | | Mar-09 | | NM | NM |

Exhibit 16: **Propylene Producers/Consumers Earnings Leverage to a $0.01 per Pound Price Increase**

| Company | Capacity (Use) | Net Income ($mm) | EPS Impact | Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|---|---|---|---|
| Dow Chemical | 6,937 | 40.6 | $0.04 | Exxon Mobil | 16,198 | 94.8 | $0.02 |
| LyondellBassell | 8,982 | 52.5 | N/A | Sinopec** | 11,050 | 64.6 | $0.01 |
| Nova Chemicals | 829 | 4.8 | $0.06 | Total PC | 9,800 | 57.3 | € 0.02 |
| Westlake Chemical | 2,800 | 16.4 | $0.25 | Shell | 13,637 | 79.8 | $0.01 |
| Georgia Gulf | (540) | (3.2) | ($0.09) | Ineos | 5,170 | 30.2 | N/A |
| | | | | ** HK $ | | | |

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

CREDIT SUISSE

20 January 2009

## Polypropylene (Injection Molding: 31%, Fiber: 18%, Third Party: 25%, Exports 11%, Misc: 14%)

• Polypropylene prices dove $0.10/lb in December, matching the fall in propylene prices. Despite the significant drop in prices, margins remained flat. We suspect that 2009 will begin to see margin erosion with new contract negotiations and general economic weakness.

• November ytd shipments fell 13% vs. the prior year, driven by a 32% decline in exports and a 10% decline in domestic shipments. Rolling three month total shipments have essentially flattened in terms of the year over year declines, suggesting that we are potentially at a bottom in terms of momentum.

• We expect further margin erosion this year in polypropylene despite its typical fixed margin contract base. We suspect producers without balance sheets will offer discounts to retain, even attract, customers, which will force other producers to follow suit. If prices fall sufficiently, it could make polypropylene cheap relative to other resins, encouraging inter-polymer substitution to the detriment of the rest of the market.

**Exhibit 17: Polypropylene Prices and Margins**
*US cts/lb*



**Exhibit 18: North American Production/Capacity**
*billion of pounds*                                    *operating rate*



**Exhibit 19: North American Polypropylene Inventories**
*billions of pounds*                          *rolling 3-month days*



**Exhibit 20: North American Domestic Demand**
*billions of pounds*                                    *yoy change*



**Exhibit 21: Polypropylene Producers Ranked by Earnings Leverage to a $0.01 per Pound Price Increase**

| Company | Capacity | Net Income ($mm) | EPS Impact | Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|---|---|---|---|
| Dow Chemical | 2,716 | 15.9 | $0.02 | Total PC | 5,379 | 31.5 | € 0.01 |
| LyondellBassell | 9,718 | 56.9 | N/A | SABIC*** | 3,982 | 23.3 | $0.01 |
| Exxon Mobil | 4,619 | 27.0 | N/A | *** SAR | | | |
| Ineos | 5,366 | 31.4 | N/A | | | | |

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*



20 January 2009

# Styrene *(28.5mm MT global capacity, N Am: 26%, W Eur: 22%, ME: 4%, Asia: 42%, ROW: 6%)*

• Styrene prices eased $0.08/lb in December, driven by a $0.53/gal drop in benzene prices to $1.07. Such a precipitous drop in raw materials allowed producers to pick up some margin on a per pound basis. But overall profitability should be weak given the low volumes. Benzene's volatility (styrene's nemesis) continued with spot pricing jumping 56% intra-month before settling lower.

• Styrene operating rates improved in November to an estimated 70% from near rock-bottom rates of 58% in October. But 70% isn't that great either, and suggests how weak the derivatives were, even though there was an uptick in polystyrene production.

• Dow announced that it would close a small styrene plant in Freeport, TX. This equates only to 2.5% of supply, so the closure won't change operating rates materially. World scale plants need to be shuttered; but that won't happen until we see negative cash margins and we're not quite there yet.

| Exhibit 22: **Styrene Prices and Margins** | Exhibit 23: **North American Production/Capacity** |
|---|---|
| *US cts/lb* | *Billions of pounds*  *operating rate* |





Exhibit 24: **Styrene Price Increase Announcements**
*US cts/lb*

| Month | Proposed | Realized | / Forecast | Margin |
|---|---|---|---|---|
| Jan-08 | $0.020 – $0.030 | $0.005 | | ($0.007) |
| Feb-08 | | $0.005 | | NM |
| Mar-08 | $0.030 – $0.050 | $0.050 | | ($0.010) |
| Apr-08 | | ($0.020) | | NM |
| May-08 | $0.020 – $0.025 | $0.025 | | NM |
| Jun-08 | | $0.063 | | ($0.005) |
| Jul-08 | | NM | | NM |
| Aug-08 | | NM | | ($0.008) |
| Sep-08 | | ($0.010) | | NM |
| Oct-08 | | ($0.050) | | $0.014 |
| Nov-08 | | ($0.320) | | $0.032 |
| Dec-08 | | | ($0.080) | $0.013 |
| Jan-09 | | NM | | ($0.051) |
| Feb-09 | | NM | | ($0.028) |
| Mar-09 | | NM | | ($0.029) |

Exhibit 25: **Polystyrene Price Increase Announcements**
*US cts/lb*

| Month | Proposed | Realized | / Forecast | Margin |
|---|---|---|---|---|
| Jan-08 | $0.040 | NM | | ($0.012) |
| Feb-08 | $0.040 | $0.020 | | $0.019 |
| Mar-08 | $0.050 | $0.050 | | ($0.010) |
| Apr-08 | | ($0.020) | | NM |
| May-08 | $0.020 | NM | | ($0.022) |
| Jun-08 | $0.040 – $0.060 | $0.050 | | ($0.018) |
| Jul-08 | $0.080 – $0.100 | $0.055 | | $0.060 |
| Aug-08 | $0.040 | $0.055 | | $0.047 |
| Sep-08 | $0.040 – $0.050 | ($0.010) | | ($0.010) |
| Oct-08 | | ($0.050) | | $0.014 |
| Nov-08 | | ($0.200) | | $0.152 |
| Dec-08 | | | ($0.125) | ($0.032) |
| Jan-09 | | ($0.020) | | ($0.071) |
| Feb-09 | | ($0.020) | | ($0.048) |
| Mar-09 | | ($0.020) | | ($0.049) |

Exhibit 26: **Styrene Producers Earnings Leverage to a $0.01 per pound Price Increase**

| Company | Capacity | Net Income ($mm) | EPS Impact | Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|---|---|---|---|
| Dow Chemical | 4,950 | 29.0 | $0.03 | BASF | 5,041 | 29.5 | € 0.04 |
| LyondellBassell | 5,928 | 34.7 | N/A | Total PC | 3,684 | 21.6 | € 0.01 |
| Nova Chemicals | 3,050 | 17.8 | $0.21 | Ineos | 2,028 | 11.9 | N/A |
| Westlake Chemical | 500 | 2.9 | $0.04 | | | | |
| Shell | 6,185 | 36.2 | $0.01 | | | | |

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

CREDIT SUISSE

20 January 2009

## Polystyrene (Packaging: 50%, EPS: 13%, Construction/Home: 12%, Exports/3rd Party: 19%, Misc: 6%)

• Polystyrene prices declined $0.125/lb in December and margins declined by $0.03/lb as the dive in prices more than offset the fall in raw material costs. Further price slippage is likely in the first quarter as customer orders remain muted on the back of an uncertain economic outlook.

• Polystyrene shipments are down 12% in November on a year-to-date basis, as both domestic and export shipments declined by a similar amount. It's surprising that polystyrene isn't down further compared to the declines posted by other resins. However, PS demand was already easing in 2007, so there wasn't as far to fall.

• We've been saying for a long time that producers need to shutter more capacity simply to match supply to demand. But no one really wanted to bite the bullet apart from Ineos Nova. We suspect that the decisions producers were unwilling to make in an ok market, will be made for them in a crummy market. This may not be the death knell for North American polystyrene, but the winner may well be the one that is "the last man standing".

**Exhibit 27: Polystyrene Prices and Margins**
*US cts/lb*

**Exhibit 28: North American Production/Capacity**
*millions of pounds*     *operating rate*

**Exhibit 29: North American Inventories**
*millions of pounds*     *rolling 3-month days*

**Exhibit 30: North American Domestic Demand**
*millions of pounds*     *yoy change*



**Exhibit 31: Polystyrene Producers Earnings Leverage to a $0.01 per Pound Price Increase**

| Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|
| Dow Chemical | 4,120 | 24.1 | - |
| Nova Chemicals | 1,722 | 10.1 | - |
| BASF | 3,140 | 18.4 | € 0.02 |
| Total PC | 3,100 | 18.1 | - |
| Ineos | 3,100 | 18.1 | N/A |

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

CREDIT SUISSE

20 January 2009

# Chlorine & Caustic Soda <span>(150mm MT global capacity, N Am: 31%; W Eur: 21%, Asia: 30%, ROW: 17%)</span>

• ECU margins edged higher on the heels of slightly lower raw material costs and steady quarterly price contracts. We expect margins to begin their decline in the first quarter as lower capacity utilization across the economy is finally felt in caustic soda demand destruction.

• Operating rates were in the mid-70% range in November and likely lower in December given how weak PVC production was in that month. We should see a small recovery in the first quarter, but while that may keep the chlorine market in balance, it has the potential to pressure caustic soda.

• Industrial uses for caustic (e.g., alumina, and pulp & paper) are seeing 20-30% declines in demand, far more than PVC. This suggests that if chlorine production rises incrementally, it may create an oversupply situation for caustic, leading to a precipitous drop in price, ending the peak in chlor-alkali margins. This would be bad news for integrated producers, because caustic was keeping chain margins positive.

| Exhibit 32: **ECU Prices and Margins** | Exhibit 33: **North American Chlorine Production/Capacity** |
|---|---|
| US $/ton | thousands of short tons                                operating rate |





| Exhibit 34: **Caustic Soda Price Increase Announcements** | Exhibit 35: **PVC Price Increase Announcements** |
|---|---|
| US $/short ton | US cts/lb |

| Month | Proposed | Realized | / Forecast | Margin | Month | Proposed | Realized | / Forecast | Margin |
|---|---|---|---|---|---|---|---|---|---|
| Jan-08 | $35.00 | $25.00 | | $2.00 | Jan-08 | $0.020 | $0.020 | | $0.020 |
| Feb-08 | $45.00 | | | ($9.00) | Feb-08 | $0.020 | ($0.020) | | ($0.006) |
| Mar-08 | | | | ($19.00) | Mar-08 | $0.020 | $0.010 | | NM |
| Apr-08 | $40.00 | $40.00 | | $3.00 | Apr-08 | | $0.010 | | $0.010 |
| May-08 | $60.00 | | | ($20.00) | May-08 | $0.020 — $0.040 | $0.040 | | $0.029 |
| Jun-08 | $60.00 | | | ($19.00) | Jun-08 | $0.020 | NM | | ($0.023) |
| Jul-08 | $100.00 | $200.00 | | $132.00 | Jul-08 | $0.080 | NM | | ($0.016) |
| Aug-08 | $120.00 | | | $51.00 | Aug-08 | | NM | | $0.037 |
| Sep-08 | $100.00 | | | $8.00 | Sep-08 | | ($0.020) | | NM |
| Oct-08 | $130.00 | $120.00 | | $76.000 | Oct-08 | $0.040 | ($0.060) | | NM |
| Nov-08 | | | | NM | Nov-08 | | ($0.070) | | ($0.010) |
| Dec-08 | | | | $13.000 | Dec-08 | | | ($0.070) | ($0.026) |
| Jan-09 | | ($200.00) | | ($139.00) | Jan-09 | | ($0.020) | | ($0.014) |
| Feb-09 | | | | $9.00 | Feb-09 | | ($0.020) | | ($0.018) |
| Mar-09 | | | | NM | Mar-09 | | ($0.020) | | ($0.020) |

Exhibit 36: **Caustic Soda Producers Earnings Leverage to a $0.01 per Pound Price Increase**

| Company | Capacity | Net Income ($mm) | EPS Impact | Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|---|---|---|---|
| Dow Chemical | 9,442 | 55.2 | $0.06 | Olin | 3,476 | 20.3 | $0.28 |
| Westlake Chemical | 450 | 2.6 | $0.04 | | | | |
| Georgia Gulf | 1,034 | 6.0 | $0.18 | | | | |
| Occidental | 7,559 | 44.2 | $0.05 | | | | |
| PPG | 3,901 | 22.8 | $0.14 | | | | |

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

CREDIT SUISSE

20 January 2009

## Polyvinyl Chloride (Pipe: 44%, Siding 12%, Windows & Doors: 6%; Exports: 7%, Misc: 26%)

• PVC prices likely settled down $0.07/lb in December driven by demand weakness and plummeting ethylene costs. Margins declined by $0.026/lb in the same month, as producers gave back the benefit they had been enjoying from lower raw material costs. Margins should remain under pressure into the first quarter.

• Total PVC shipments fell 9% in November on a year-to-date basis as domestic shipments sank close to 12% offset by a nearly 24% increase in exports. However, the positive export number is from strong shipments earlier in the year: offshore sales are down 46% over the past three months. This year is unlikely to see a continuation of the strong export market due to the US$ (one petrochemical market where it does make sense to compare currency effects).

• So far, we've not had any evidence that Shintech is directing it's new capacity to the export market; but it may be too soon to tell given how much the global economy fell off the cliff. More capacity is supposed to come online in 2009 and 2010; hence, we suspect there will be more closures of older capacity this year to balance these additions.



**Exhibit 37: PVC Prices and Margins**
*US cts/lb*

**Exhibit 38: PVC Production/Capacity**
*billions of pounds*                              *operating rate*

**Exhibit 39: North American PVC Inventories**
*billions of pounds*              *rolling 3 month days*

**Exhibit 40: North American Domestic Demand**
*billions of pounds*                              *yoy change*

**Exhibit 41: PVC Producers Earnings Leverage to a $0.01 per Pound Price Increase**

| Company | Capacity | Net Income ($mm) | EPS Impact |
|---|---|---|---|
| Georgia Gulf | 2,875 | 16.8 | $0.49 |
| Westlake Chemical | 1,400 | 8.2 | $0.13 |
| Shintech | 4,525 | 26.5 | ¥7.31 |
| Occidental | 4,200 | 24.6 | $0.03 |
| Formosa** | 2,500 | 14.6 | $0.02 |

** HK$, North American Capacity only

*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC*

CREDIT SUISSE

20 January 2009

# Feedstocks

• December natural gas averaged $5.82/mmbtu while oil averaged $40.82/bl, leaving the oil-to-gas ratio around 7x, about two turns below the historical median, but not particularly meaningful when ethylene production was pretty low in any case.

• Ethane prices fell by another $0.054/gal to an average of $0.35/gal. Lighter feedstocks were cost advantaged since heavier feedstocks were relatively more expensive due to the decline in co-product values. For 2009, we expect ethane to remain only slightly cost advantaged relative to naphtha.

• Ethane is moving back near parity with respect to European naphtha and has already reached that point vs. Japanese naphtha. However, the differentials between European and Japanese naphtha relative to USGC ethane widened because of an unusual circumstance in which European ethylene production was actually cost advantaged relative to the Mid-East due to quarterly contracts for co-products based on higher oil. This trend is likely to reverse itself in the by February when Asia crackers come back on stream post the Lunar New Year.

**Exhibit 42: North American Ethane Costs vs. Naphtha Europe and Japan**
*ratio of ethane to naphtha on a BTU equivalent basis*



*Source: Credit Suisse estimates, company data, CMAI, Chemdata, APC, Bloomberg*

CREDIT SUISSE

20 January 2009

Exhibit 43: Global Capacity for Selected Major Chemical Producers
*mmlbs, unless otherwise indicated*

| Company | Ethylene | Propylene | Chlorine | Caustic Soda | Styrene | Acetone | Phenol | LDPE | LLDPE | HDPE | Total PE | PP | PS | PVC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASF | 6,501 | 5,016 | 1,742 | 1,917 | 5,041 | 0 | 0 | 561 | 127 | 0 | 688 | 18 | 3,140 | 1,891 |
| Basell/Lyondell | 14,350 | 8,982 | 0 | 0 | 5,928 | 0 | 0 | 3,617 | 1,129 | 6,012 | 10,758 | 9,718 | 0 | 0 |
| Chevron | 4,319 | 3,194 | 0 | 0 | 1,017 | 0 | 0 | 310 | 323 | 2,452 | 3,085 | 441 | 1,050 | 0 |
| Conoco Phillips | 3,900 | 5,816 | 0 | 9,442 | 1,017 | 617 | 926 | 310 | 323 | 2,452 | 3,085 | 1,009 | 1,050 | 0 |
| Dow Chemical | 22,548 | 6,937 | 8,584 | 0 | 4,950 | 0 | 0 | 3,697 | 9,551 | 3,678 | 16,926 | 2,716 | 4,120 | 0 |
| Exxon Mobil | 17,544 | 16,198 | 0 | 0 | 0 | 0 | 0 | 3,326 | 6,647 | 5,650 | 15,623 | 4,619 | 0 | 0 |
| Formosa | 8,366 | 7,978 | 3,512 | 3,863 | 2,304 | 494 | 741 | 529 | 1,186 | 2,732 | 4,447 | 3,757 | 710 | 2,500 |
| Georgia Gulf | 0 | 0 | 940 | 1,034 | 0 | 408 | 660 | 0 | 0 | 0 | 0 | 0 | 0 | 2,875 |
| Ineos | 9,319 | 5,170 | 0 | 0 | 2,028 | 670 | 1,005 | 922 | 1,257 | 4,775 | 6,954 | 5,366 | 3,100 | 3,113 |
| Koch | 2,630 | 1,300 | 0 | 0 | 3,050 | 590 | 890 | 428 | 351 | 0 | 779 | 1,058 | 0 | 0 |
| Nova Chemicals | 6,650 | 829 | 0 | 0 | 0 | 0 | 0 | 325 | 1,400 | 900 | 2,625 | 0 | 1,722 | 0 |
| Occidental | 0 | 0 | 6,872 | 7,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,200 |
| Olin | 0 | 0 | 3,160 | 3,476 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PPG | 0 | 0 | 3,546 | 3,901 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reliance | 4,667 | 4,330 | 2,515 | 2,766 | 0 | 0 | 0 | 419 | 948 | 1,146 | 2,513 | 4,079 | 0 | 1,863 |
| SABIC | 18,381 | 4,687 | 2,267 | 2,493 | 1,488 | 0 | 0 | 1,838 | 3,505 | 3,869 | 9,212 | 3,982 | 893 | 1,679 |
| Shell | 14,300 | 13,637 | 0 | 0 | 6,185 | 639 | 959 | 454 | 0 | 220 | 674 | 931 | 0 | 0 |
| Sinopec | 11,199 | 11,050 | 3,409 | 3,750 | 1,903 | 432 | 648 | 2,552 | 2,609 | 2,739 | 7,900 | 7,895 | 960 | 2,525 |
| Shintech | 0 | 0 | 1,000 | 1,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,419 |
| Sterling | 0 | 0 | 0 | 0 | 1,874 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sunoco | 249 | 1,947 | 0 | 0 | 0 | 705 | 1,058 | 0 | 0 | 0 | 0 | 2,169 | 0 | 0 |
| Total PC | 7,838 | 9,800 | 0 | 0 | 3,684 | 0 | 0 | 1,188 | 207 | 3,255 | 4,650 | 5,379 | 3,100 | 0 |
| Westlake Chemical | 2,800 | 2,800 | 410 | 450 | 500 | 0 | 0 | 1,525 | 1,013 | 0 | 2,538 | 0 | 0 | 1,400 |
| All Others | 120,953 | 61,724 | 213,957 | 235,353 | 30,452 | 8,177 | 12,211 | 23,534 | 19,872 | 34,507 | 77,913 | 53,681 | 31,979 | 99,491 |
| **World Total** | **290,864** | **180,376** | **251,913** | **277,104** | **77,349** | **12,733** | **19,098** | **49,152** | **51,577** | **80,400** | **181,128** | **116,535** | **51,824** | **125,957** |

*Source: Company data, Credit Suisse estimates, CMAI, Chemdata.*

CREDIT SUISSE

20 January 2009

Exhibit 44: Ethylene Chain, Simplified
*LB/LB yield factor, unless otherwise indicated*



[1] HDPE: 45%, LLDPE: 26%, LDPE: 29%;    [2] 31% of Total PE, of which 60% LLDPE;    [3] 13% of Total PE, of which 95% HDPE
[4] 6% of Total PE, of which 100% HDPE;    [5] 9% of Total PE, of which 72% HDPE    [6] Other key styrene end markets include S-B Latex.

*Source: Company data, Credit Suisse estimates.*

CREDIT SUISSE

20 January 2009



**Exhibit 45: Propylene Chain, Simplified**
*LB/LB yield factor, unless otherwise indicated*

[1] Polymer grade propylene can also be produced by purifying refinery grade propylene in a fluid catalytic cracking splitter or by reacting ethylene and raffinate 2 together in a metathesis unit.
[2] Primary use: Polyols for Polyurethanes; Propylene Glycol for Unsaturated Polyester Resins   [3] 35% of Demand;   [4] 20% of Demand;   [5] 14% of Demand
[6] DVDs are made from polycarbonate, a thermoplastic resin   [7] Other acrylonitrile end markets include adiponitrile.

*Source: Company data, Credit Suisse estimates.*

CREDIT SUISSE

20 January 2009

## Exhibit 46: Commodity Chemical and Plastic Prices and Costs
US$ prices

| Price | Ethylene cts/lb | Propylene cts/lb | Benzene $/gal | Chlorine $/st | Caustic Soda $/st | ECU $/st | Styrene cts/lb | LDPE cts/lb | LLDPE cts/lb | HDPE cts/lb | PP cts/lb | PS cts/lb | PVC cts/lb | Oil $/bl | Natural Gas $/mmbtu | Ethane cts/gal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1987 | 24.19 | 16.27 | 1.00 | 151.50 | 105.00 | 286.10 | 37.58 | 33.33 | 30.00 | 33.54 | 41.13 | 45.79 | 34.38 | 19.19 | 1.46 | 15.25 |
| 1988 | 29.50 | 20.71 | 1.11 | 133.33 | 175.63 | 336.52 | 45.25 | 48.00 | 48.00 | 48.54 | 50.79 | 58.71 | 42.08 | 15.97 | 1.60 | 17.65 |
| 1989 | 30.04 | 20.71 | 1.33 | 88.67 | 231.88 | 351.74 | 41.02 | 42.75 | 42.75 | 45.31 | 42.23 | 53.58 | 38.73 | 19.69 | 1.58 | 14.91 |
| 1990 | 26.23 | 17.79 | 1.21 | 112.25 | 252.75 | 358.38 | 40.39 | 38.52 | 38.58 | 38.38 | 49.80 | 45.12 | 36.29 | 23.52 | 1.65 | 21.24 |
| 1991 | 19.67 | 18.13 | 1.12 | 32.92 | 263.13 | 322.35 | 30.25 | 31.25 | 31.25 | 33.77 | 34.63 | 44.00 | 26.67 | 21.51 | 1.45 | 21.36 |
| 1992 | 16.68 | 14.79 | 1.11 | 38.96 | 222.71 | 288.94 | 28.75 | 29.31 | 29.56 | 29.38 | 32.29 | 41.58 | 28.83 | 20.55 | 1.75 | 23.07 |
| 1993 | 16.90 | 13.69 | 0.98 | 119.38 | 102.50 | 232.13 | 23.84 | 30.04 | 31.33 | 27.63 | 27.67 | 40.04 | 28.29 | 18.46 | 2.11 | 21.05 |
| 1994 | 20.31 | 15.96 | 1.06 | 187.50 | 71.67 | 298.33 | 31.83 | 33.83 | 31.33 | 31.36 | 32.58 | 43.54 | 34.45 | 17.18 | 1.91 | 20.07 |
| 1995 | 29.13 | 22.67 | 0.95 | 164.17 | 312.58 | 395.44 | 43.50 | 44.62 | 42.25 | 42.58 | 39.82 | 62.83 | 38.15 | 17.72 | 1.72 | 15.15 |
| 1996 | 23.52 | 18.71 | 0.98 | 148.58 | 186.25 | 394.25 | 28.29 | 41.08 | 38.75 | 40.40 | 39.82 | 42.25 | 32.83 | 22.13 | 2.68 | 26.12 |
| 1997 | 27.10 | 20.52 | 1.00 | 112.88 | 334.42 | 375.48 | 27.48 | 43.83 | 40.75 | 43.44 | 36.63 | 36.83 | 31.81 | 21.38 | 2.53 | 20.78 |
| 1998 | 19.93 | 14.25 | 0.80 | 122.29 | 183.75 | 324.42 | 23.25 | 37.00 | 35.00 | 34.25 | 34.20 | 34.67 | 24.71 | 14.41 | 2.08 | 18.50 |
| 1999 | 23.13 | 14.90 | 0.87 | 98.88 | 98.13 | 193.44 | 26.50 | 39.17 | 31.58 | 35.00 | 38.23 | 38.75 | 29.33 | 19.24 | 2.27 | 27.73 |
| Q1/2006 | 30.43 | 24.30 | 1.34 | 139.75 | 247.92 | 326.42 | 34.34 | 43.46 | 40.83 | 42.08 | 46.67 | 57.25 | 34.43 | 30.38 | 4.31 | 40.44 |
| Q2/2006 | 27.13 | 18.92 | 1.52 | 42.08 | 247.92 | 570.00 | 30.34 | 39.21 | 29.21 | 38.21 | 34.38 | 45.25 | 33.38 | 25.93 | 3.96 | 33.35 |
| Q3/2006 | 24.39 | 19.83 | 1.41 | 47.25 | 156.88 | 307.16 | 30.04 | 35.83 | 33.33 | 36.83 | 35.83 | 43.33 | 37.00 | 25.91 | 3.37 | 18.50 |
| Q4/2006 | 29.28 | 22.92 | 1.54 | 185.00 | 166.88 | 357.58 | 36.50 | 34.25 | 34.75 | 41.00 | 40.04 | 51.96 | 37.00 | 31.11 | 5.51 | 39.87 |
| Q1/2007 | 34.58 | 33.49 | 2.88 | 223.75 | 151.08 | 399.94 | 56.38 | 51.42 | 47.38 | 51.57 | 66.00 | 66.00 | 42.25 | 41.45 | 5.91 | 50.28 |
| Q2/2007 | 43.23 | 47.33 | 3.26 | 256.63 | 288.75 | 583.25 | 61.29 | 59.88 | 57.54 | 62.25 | 64.54 | 74.71 | 51.83 | 56.30 | 8.80 | 62.77 |
| Q3/2007 | 49.09 | 47.33 | 3.26 | 255.83 | 287.75 | 583.25 | 61.29 | 56.25 | 52.54 | 62.29 | 64.87 | 47.47 | 66.05 | 60.79 | 8.60 | 65.42 |
| Q4/2007 | 67.70 | 78.30 | 3.50 | 255.75 | 412.50 | 680.00 | 75.04 | 80.44 | 62.20 | 90.70 | 98.98 | 102.80 | 118.20 | 103.18 | 9.20 | 79.32 |
| Q1/2008 | 58.17 | 61.48 | 3.57 | 227.50 | 530.00 | 910.50 | 75.04 | 80.42 | 70.46 | 66.40 | 80.13 | 99.13 | 119.70 | 81.76 | 7.10 | 107.18 |
| Q2/2008 | 27.13 | 16.50 | 2.19 | 150.00 | 300.00 | 480.00 | 30.30 | 44.70 | 38.38 | 34.38 | 35.00 | 27.44 | 34.70 | 46.00 | 5.50 | 42.50 |
| Jan-06 | 54.50 | 41.50 | 2.46 | 267.50 | 340.00 | 641.50 | 58.25 | 75.00 | 65.00 | 75.00 | 67.00 | 72.50 | 55.50 | 65.48 | 8.69 | 63.00 |
| Feb-06 | 51.00 | 46.50 | 2.86 | 267.50 | 325.00 | 625.00 | 58.50 | 71.00 | 61.50 | 67.00 | 64.00 | 72.50 | 55.50 | 61.62 | 7.53 | 53.00 |
| Mar-06 | 46.50 | 47.00 | 2.80 | 267.50 | 300.00 | 600.00 | 55.25 | 63.00 | 59.00 | 59.00 | 66.00 | 69.00 | 52.00 | 63.00 | 6.60 | 56.00 |
| Apr-06 | 46.50 | 47.00 | 2.90 | 267.50 | 300.00 | 600.00 | 56.25 | 63.00 | 56.50 | 53.50 | 65.50 | 69.00 | 52.00 | 69.54 | 6.77 | 63.00 |
| May-06 | 47.00 | 49.50 | 2.95 | 267.50 | 300.00 | 597.50 | 58.00 | 63.00 | 53.00 | 53.50 | 66.00 | 70.00 | 47.50 | 70.83 | 6.24 | 68.00 |
| Jun-06 | 44.67 | 51.17 | 3.84 | 260.00 | 300.00 | 567.50 | 66.17 | 64.00 | 54.00 | 60.50 | 69.83 | 70.42 | 47.17 | 70.93 | 6.07 | 75.67 |
| Jul-06 | 45.83 | 43.50 | 3.64 | 260.00 | 300.00 | 540.50 | 63.25 | 63.00 | 54.00 | 53.50 | 61.67 | 78.00 | 47.17 | 74.41 | 6.17 | 59.10 |
| Aug-06 | 44.67 | 51.42 | 3.95 | 260.00 | 300.00 | 595.50 | 66.25 | 64.00 | 54.00 | 60.50 | 69.83 | 70.50 | 46.45 | 74.40 | 6.17 | 72.33 |
| Sep-06 | 44.67 | 53.50 | 3.55 | 260.00 | 300.00 | 564.50 | 65.00 | 63.00 | 53.00 | 59.50 | 66.00 | 70.50 | 43.80 | 63.82 | 4.90 | 64.00 |
| Oct-06 | 52.50 | 54.25 | 3.49 | 260.00 | 345.00 | 639.50 | 63.00 | 63.00 | 53.00 | 59.50 | 73.50 | 79.00 | 43.50 | 58.75 | 5.84 | 63.00 |
| Nov-06 | 61.50 | 52.00 | 3.08 | 260.00 | 345.00 | 638.50 | 63.50 | 63.00 | 56.50 | 55.00 | 73.50 | 80.00 | 44.00 | 58.76 | 7.10 | 100.19 |
| Dec-06 | 61.50 | 52.00 | 3.36 | 230.00 | 345.00 | 638.50 | 63.08 | 66.00 | 56.50 | 55.00 | 76.00 | 79.50 | 44.00 | 61.76 | 7.10 | 107.10 |
| Jan-07 | 61.50 | 54.25 | 3.44 | 230.00 | 345.00 | 648.50 | 62.75 | 63.00 | 59.50 | 55.00 | 76.00 | 79.50 | 44.00 | 54.51 | 6.73 | 94.53 |
| Feb-07 | 42.50 | 49.50 | 3.24 | 230.00 | 345.00 | 640.00 | 57.25 | 63.00 | 59.50 | 56.50 | 75.50 | 84.00 | 54.50 | 59.28 | 8.36 | 107.69 |
| Mar-07 | 38.50 | 45.50 | 3.26 | 235.00 | 275.00 | 537.50 | 57.25 | 63.00 | 51.25 | 56.50 | 75.50 | 84.00 | 54.50 | 60.44 | 7.11 | 120.49 |
| Apr-07 | 41.50 | 45.50 | 3.40 | 235.00 | 275.00 | 537.50 | 56.75 | 63.00 | 54.50 | 56.50 | 76.00 | 84.00 | 54.50 | 63.98 | 7.60 | 124.89 |
| May-07 | 43.50 | 46.00 | 3.78 | 235.00 | 275.00 | 540.00 | 65.00 | 63.00 | 54.50 | 56.50 | 73.50 | 84.00 | 55.50 | 63.42 | 7.64 | 74.60 |
| Jun-07 | 44.50 | 53.50 | 3.59 | 235.00 | 275.00 | 595.50 | 66.00 | 63.00 | 58.00 | 59.50 | 70.50 | 84.00 | 55.50 | 67.49 | 7.35 | 76.00 |
| Jul-07 | 48.50 | 52.00 | 3.70 | 235.00 | 275.00 | 620.00 | 63.00 | 66.00 | 58.00 | 56.50 | 70.50 | 83.00 | 55.50 | 73.21 | 6.21 | 76.00 |
| Aug-07 | 49.50 | 53.75 | 3.59 | 240.00 | 275.00 | 620.00 | 63.50 | 66.00 | 58.00 | 56.50 | 69.50 | 81.00 | 45.50 | 72.36 | 6.22 | 83.37 |
| Sep-07 | 52.50 | 55.00 | 3.36 | 240.00 | 300.00 | 639.50 | 63.00 | 66.00 | 58.00 | 63.50 | 73.50 | 79.00 | 49.50 | 79.92 | 6.08 | 99.67 |
| Oct-07 | 57.50 | 54.50 | 3.49 | 240.00 | 345.00 | 636.60 | 63.08 | 66.00 | 56.50 | 63.50 | 73.50 | 80.00 | 49.50 | 85.76 | 6.74 | 99.67 |
| Nov-07 | 61.50 | 62.50 | 3.45 | 240.00 | 345.00 | 638.50 | 64.00 | 70.00 | 56.50 | 63.50 | 76.00 | 82.00 | 49.50 | 91.76 | 7.10 | 98.88 |
| Dec-07 | 61.50 | 62.00 | 3.45 | 240.00 | 345.00 | 638.50 | 63.08 | 70.00 | 56.50 | 63.50 | 76.00 | 84.00 | 49.50 | 91.08 | 7.17 | 98.88 |
| Jan-08 | 58.50 | 59.00 | 3.67 | 250.00 | 410.00 | 639.50 | 63.00 | 70.00 | 56.50 | 63.50 | 79.00 | 84.00 | 54.50 | 92.92 | 8.00 | 107.18 |
| Feb-08 | 65.50 | 69.00 | 3.87 | 250.00 | 410.00 | 681.00 | 70.00 | 75.00 | 63.00 | 68.50 | 77.00 | 91.00 | 54.50 | 95.35 | 8.55 | 95.37 |
| Mar-08 | 65.50 | 69.00 | 4.31 | 250.00 | 410.00 | 681.00 | 76.00 | 75.00 | 70.25 | 68.50 | 81.00 | 91.00 | 54.50 | 105.56 | 9.46 | 94.53 |
| Apr-08 | 71.00 | 72.00 | 4.16 | 250.00 | 530.00 | 891.00 | 72.50 | 78.00 | 70.25 | 74.00 | 90.00 | 105.00 | 54.50 | 112.62 | 11.00 | 124.89 |
| May-08 | 66.50 | 85.00 | 4.45 | 250.00 | 530.00 | 891.00 | 97.00 | 75.00 | 80.25 | 87.50 | 93.00 | 103.50 | 54.50 | 125.40 | 11.34 | 128.86 |
| Jun-08 | 50.00 | 60.00 | 4.24 | 250.00 | 780.00 | 1000.00 | 70.75 | 78.00 | 80.25 | 75.50 | 93.00 | 105.00 | 54.50 | 133.38 | 11.68 | 128.86 |
| Jul-08 | 37.00 | 30.00 | 1.30 | 610.00 | 780.00 | 750.00 | 54.00 | 80.00 | 68.00 | 73.00 | 95.00 | 104.50 | 54.50 | 76.58 | 6.74 | 49.40 |
| Aug-08 | 27.50 | 16.50 | 1.80 | 530.00 | 530.00 | 758.00 | 30.25 | 66.00 | 56.50 | 55.00 | 71.00 | 82.00 | 52.50 | 57.28 | 6.69 | 32.93 |
| Sep-08 | 27.00 | 16.50 | 2.06 | 530.00 | 300.00 | 758.00 | 30.25 | 46.00 | 36.50 | 34.50 | 35.00 | 60.50 | 32.50 | 42.00 | 5.50 | 41.20 |

Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

CREDIT SUISSE

20 January 2009

Exhibit 47: Commodity Chemical and Plastic Margins
ovals indicate peaks



Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

CREDIT SUISSE

20 January 2009



Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

CREDIT SUISSE

20 January 2009



Exhibit 51: Chlor-alkali and Polyvinyl Chloride Prices & Margins
US$/st chlor-alkali, cts/lb PVC, unless otherwise stated; oval: peak margins

Exhibit 50: Styrene and Polystyrene Price and Margins
US cts/lb, unless otherwise stated; oval: peak margins

Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

Source: Company data, Credit Suisse estimates, CMAI, Chemdata.

CREDIT SUISSE

20 January 2009

**Companies Mentioned** *(Price as of 20 Jan 09)*
BASF (BASF.DE, Eu22.68, RESTRICTED)
Chevron Corp. (CVX, $71.74, NEUTRAL, TP $68.00)
China Petroleum & Chemical Corporation - H (0386.HK, HK$4.39, UNDERPERFORM [V], TP HK$4.03)
ConocoPhillips (COP, $49.11, NEUTRAL, TP $55.00)
Dow Chemical Company (DOW, $15.03, NEUTRAL, TP $24.00)
ExxonMobil Corporation (XOM, $78.10, NEUTRAL, TP $75.00)
Formosa Petrochemical (6505.TW, NT$56.90, UNDERPERFORM, TP NT$47.00)
Formosa Plastics (1301.TW, NT$46.30, UNDERPERFORM, TP NT$41.00)
Georgia Gulf Corp. (GGC, $1.53, NEUTRAL [V], TP $2.00)
Nova Chemicals (NCX, $5.52, NEUTRAL, TP $7.00)
Occidental Petroleum (OXY, $53.53, OUTPERFORM [V], TP $75.00)
Olin Corp (OLN, $17.01)
PPG Industries, Inc. (PPG, $41.43, NEUTRAL, TP $40.00)
Reliance Industries (RELI.BO, Rs1182.40, NEUTRAL [V], TP Rs1504.00)
Rohm and Haas Company (ROH, $60.58, NEUTRAL, TP $69.00)
Royal Dutch Shell plc (RDSa.L, 1710.00 p, UNDERPERFORM, TP 1652.00 p, MARKET WEIGHT)
Shin-Etsu Chemical (4063, ¥4,230, OUTPERFORM [V], TP ¥5,200, MARKET WEIGHT)
Solvay (SOLB.BR, Eu54.27)
Sterling Chemicals (SCHI, $10.00)
Sunoco, Inc. (SUN, $42.31, NEUTRAL [V], TP $32.00)
Total (TOTF.PA, Eu37.10, UNDERPERFORM, TP Eu41.70, MARKET WEIGHT)
Westlake Chemical (WLK, $15.09, OUTPERFORM [V], TP $21.00)

# Disclosure Appendix

## Important Global Disclosures

I, Mark W. Connelly, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

**Analysts' stock ratings are defined as follows***:**

**Outperform (O):** The stock's total return is expected to exceed the industry average* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral (N):** The stock's total return is expected to be in line with the industry average* (range of ±10%) over the next 12 months.

**Underperform (U)**:** The stock's total return is expected to underperform the industry average* by 10-15% or more over the next 12 months.

*The industry average refers to the average total return of the relevant country or regional index (except with respect to Europe, where stock ratings are relative to the analyst's industry coverage universe).*

**In an effort to achieve a more balanced distribution of stock ratings, the Firm has requested that analysts maintain at least 15% of their rated coverage universe as Underperform. This guideline is subject to change depending on several factors, including general market conditions.*

***For Australian and New Zealand stocks a 7.5% threshold replaces the 10% level in all three rating definitions, with a required equity return overlay applied.*

**Restricted (R):** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

**Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe* versus the relevant broad market benchmark**:**

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.*

**The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.*

CREDIT SUISSE

## Credit Suisse's distribution of stock ratings (and banking clients) is:

|  | Global Ratings Distribution | |
|---|---|---|
| Outperform/Buy* | 38% | (59% banking clients) |
| Neutral/Hold* | 44% | (57% banking clients) |
| Underperform/Sell* | 16% | (49% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

## Important Regional Disclosures

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

The following disclosed European company/ies have estimates that comply with IFRS: BASF.DE, XOM, RDSa.L, SOLB.BR, TOTF.PA.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

Principal is not guaranteed in the case of equities because equity prices are variable.

Commission is the commission rate or the amount agreed with a customer when setting up an account or at anytime after that.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

To the extent this is a report authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors:

The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.

Disclaimers continue on next page.

20 January 2009
Americas/United States
**Equity Research**

# CREDIT SUISSE

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse; in Canada by Credit Suisse Securities (Canada), Inc..; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A.; in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse Singapore Branch, Credit Suisse Securities (India) Private Limited, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse Taipei Branch, PT Credit Suisse Securities Indonesia, and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse Taipei Branch has been prepared by a registered Senior Business Person.  Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Copyright 2009 CREDIT SUISSE and/or its affiliates.  All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

EXHIBIT 8

# EBITDA Margin Sensitivity for Selected Products ($MM)



**Polymers impact of 1¢/lb change in 2008**

Chart axis: $0, $20, $40, $60, $80, $100, $120, $140, $160

Categories: Polypropylene, Polyethylene, Advanced Polyolefins

**Chemicals impact of 1¢/lb change in 2008**

Chart axis: $0, $20, $40, $60, $80, $100, $120

Categories: US Olefins, Europe Olefins, Propylene Oxide

**Refining impact of $1/bbl change and Oxyfuels impact of 10¢ / gal in 2008**

Chart axis: $0, $20, $40, $60, $80, $100, $120, $140

Categories: Refining, Oxyfuels

# Designation No. 845



**DX-0652**
Case No. 09-1375 (MG)



CONTENTS

CALL PARTICIPANTS     2
PRESENTATION     3
QUESTION AND ANSWER     12

# The Dow Chemical Company NYSE: DOW

## FQ3 2008 Earnings Call Transcripts

Thursday, October 23, 2008 2:00 PM GMT

## S&P Capital IQ Estimates

| | -FQ3 2008- | | | -FQ4 2008- | -FY 2008- | -FY 2009- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.56 | 0.51 | ▼ (8.93 %) | 0.61 | 2.97 | 2.75 |
| Revenue (mm) | 15564.57 | 15411.00 | ▼ (0.99 %) | 15735.33 | 62246.92 | 58915.93 |

Currency: USD
Consensus as of Oct-22-2008 12:20 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| - EPS NORMALIZED - | | | |
| FQ3 2007 | 0.90 | 0.84 | ▼ (6.67 %) |
| FQ4 2007 | 0.80 | 0.84 | ▲ 5.00 % |
| FQ1 2008 | 0.95 | 0.99 | ▲ 4.21 % |
| FQ2 2008 | 0.85 | 0.81 | ▼ (4.71 %) |

COPYRIGHT © 2015, S&P CAPITAL IQ, A PART OF MCGRAW HILL FINANCIAL.

# Call Participants

**EXECUTIVES**

**Andrew N. Liveris**

**Geoffery E. Merszei**

**Howard Ungerleider**

**ANALYSTS**

**David Begleiter**
*Deutsche Bank*

**Frank Mitsch**
*BB&T Capital Markets*

**Jeffrey Zekauskas**
*JPMorgan*

**Kevin McCarthy**
*Banc of America Securities*

**Mark Connelly**
*Credit Suisse*

**Michael Judd**
*Greenwich Consultants*

**Peter Butler**
*Glen Hill Investments*

**PJ Juvekar**
*Citigroup*

**Robert Koort**
*Goldman Sachs*

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.002

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

# Presentation

**Operator**

Good day and welcome to the Dow Chemical Company's Third Quarter 2008 Earnings Results Conference Call. Today's call is being recorded. At this time, I would like to turn the call over to the Vice President of Investor Relations, Howard Ungerleider. Please go ahead sir.

**Howard Ungerleider**

Thanks, Derek. Good morning everyone and welcome. As usual, we are making this call available to investors and the media via webcast. This call is the property of the Dow Chemical Company. Any redistribution, retransmission or rebroadcast of this call in any form without Dow's expressed written consent is strictly prohibited.

On the call with me today are Andrew Liveris, Dow's Chairman and CEO; Geoffery Merszei, Dow's Executive Vice President and Chief Financial Officer; and Jeff Tate, Director in Investor Relations.

Around 6.30 this morning, October 23rd, our earnings release went out on PR Newswire and was posted on the Internet on Dow's website dow.com. We have prepared some slides to supplement our comments on this conference call. The slides are posted on our website, available on the presentations page of the Investor Relations section or through the link to our webcast.

As you know, some of our comments today may include statements about our expectations for the future. Those expectations involve risks and uncertainties. We can't guarantee that the accuracy of any of our forecasts or estimates and we do not plan to update any forward-looking statements during the quarter. Now, if you would like more information on the risks involved in forward-looking statements, please see our SEC filings. In addition some of our comments may reference non-GAAP financial measures. A reconciliation to the most directly comparable GAAP financial measure and other associated disclosures are contained in our earnings release on our website. Our earnings release, as well as recent 10-Qs, 10-Ks, 8-Ks and annual reports are available on the Internet at dow.com in the financial reports page of the Investor Relations section.

Starting with the agenda on slide 3, Geoffery will begin today's call with a high level review of our third quarter. He will turn the call back to me for some additional detail at the operating segment level. Geoffery will then address several critical issues that are on the minds of many of our investors, such as what we're doing to address the global economic crisis and he'll give you an update on two of the larger transformational actions we have underway, the formation of K-Dow Petrochemicals and our planned acquisition of Rohm and Haas, as well as our outlook.

Finally, after our prepared remarks, we'll move to your questions for both Andrew and Geoffery. Now turning to slide 4, you'll see a summary of the financial highlights for the quarter.

Let me hand it over to Geoffery.

**Geoffery E. Merszei**

Thank you, Howard, and good morning The third quarter was characterized by three major events- the record high feedstock and energy costs, the weakening global demand, and finally, the two large hurricanes that hit the US Gulf Coast I believe Dow performed well in the quarter, despite these challenges delivering significant price increases tight cost controls and once again strong and consistent equity earnings.

So let's get into the details on slide five. Sales for the third quarter increased 13% from the same period last year to $15.4 billion. Price increased 22% with double digit price gains in all operating segments and all geographic areas. In fact, this was the largest year-over-year percentage increase in price since the first quarter of 2005.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.003

THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL OCT 23, 2008

Now volume was down 9% globally reduced 2% by the impact of the hurricanes Gustav and Ike, further weakening of demand and our focus on implementing price increases in the quarter. Now excluding the impact of acquisitions and divestitures and the hurricanes, volume was down 5%.

I am pleased to report that the outstanding performance in Agricultural Sciences continued setting a new third quarter sales and EBIT record. And equity earnings were $266 million for the third quarter, marking the seventh consecutive quarter that earnings from our joint ventures exceeded $250 million.

Now, in spite of the recent significant declines in energy prices, which occurred near the end of the quarter purchased, feedstock and energy costs surged 48% representing an increase of $2.6 billion over the same quarter last year. And actually, we were up more than $350 million, or $0.27 per share sequentially.

This was the largest year-over-year increase in the company's history and the third consecutive quarter in which these costs reached new heights. So as a result, margin expansion in the quarter was not achieved by either our basic or performance segments as the hurricanes idled approximately 80% of our North American capacity in September, just as feedstock costs were declining. All of this led to reported earnings for the quarter of $0.46 per share.

Now, turning to slide six, please keep in mind that this number reflects the unfavorable impact on the hurricanes composed of $0.09 per share in costs and $0.03 per share in margin on lost sales. In addition, there was a $0.03 per share impact for purchased in-process research and development charges, and $0.02 per share for expenses related to our announced acquisition of Rohm and Haas.

Now, if we add this to the reported earnings of $0.46, you get to an adjusted earnings level of $0.63. And this does not take into account that we had an unusually high tax rate of 29% in the quarter, which would add another $0.03 per share.

So as I said earlier, I believe this was a good quarter for Dow, particularly, considering the numerous challenges we faced through the quarter. Another way to look at our earnings is to start with our second quarter earnings of $0.81, then subtract the earnings difference in our AgroSciences division of $0.18, which is due to the normal seasonality of this business.

And next, factoring the substantial increase in our hydrocarbon and energy costs of $0.27 per share on a sequential basis that I referred to earlier. Now, adding these two items together, could have dropped our earnings to as low as $0.36. But due to the success of our pricing increases and our aggressive cost controls, I hope you agree that we delivered significantly better results.

And this does not even take into account that the third quarter is traditionally Dow's weakest quarter or that we incurred various hurricane-related impacts. Now, before I turn the call back to Howard, I would like to briefly highlight the strong contributions from our joint ventures as seen on slide seven.

Let's begin with Dow Corning which reported record third quarter sales and earnings due in part to excellent results at its Hemlock semiconductor unit. Next, our joint venture OPTIMAL in Malaysia had a solid quarter as well with margin expansion driven by higher prices and cost advantaged feedstocks. And our joint venture EQUATE in Kuwait reported strong polyethylene results driven by higher prices and their advantaged feedstock position. However, these strong results were offset by lower ethylene glycol earnings.

And now, I'd like to turn the call back to Howard for a review of our performance by operating segment in the quarter

**Howard Ungerleider**

Thanks, Geoffery. Now, starting with slide eight in Performance Plastics, the majority of the businesses in this segment posted double-digit price gains with price up 14% overall. Volume was down 4% on further declines in the North American automotive and housing industries. Demand also softened in these same industries in Europe, particularly in residential and commercial construction in Spain and the UK.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.004

In Dow Polyurethanes, volumes declined due to softening demand for furniture bedding and appliance applications as well as our aggressive efforts to raise prices and the impact of the hurricanes, which limited supply.

Polyurethane Systems, however, reported strong demand for insulation materials used in oil and gas exploration applications. In fact, the business broke ground on an expansion at its Izolan system house in Russia during the quarter to capitalize on growth in this area.

In Dow Epoxy, there was significant margin squeeze in intermediates because of industry oversupply, which limited our ability to raise prices enough to offset higher costs In Dow Epoxy Systems, growth in wind energy and infrastructure applications, however, remain strong.

Despite robust price gains across the segment, selling prices continue to lag significant increases in raw material costs during the quarter. And with the impact of the hurricanes, EBIT in the Performance Plastics segment was down versus the same period last year.

Now moving to slide nine, for the ninth consecutive quarter Performance Chemicals posted year-over-year price gains up 21%. In North America, Asia-Pacific and Latin America price improved in each of these regions by more than 20%. Designed Polymers reported strong demand in food, pharmaceutical and personal care applications in Dow Wolff Cellulosics, which partially offset weakness in construction polymers.

Dow Water Solutions reported growth for FILMTEC reverse-osmosis membranes and ion-exchange resins as global water industry fundamentals remain strong due to growing demand for clean water. Outstanding results were reported in Biocides driven by growth in oil and gas applications.

In Specialty Chemicals, prices were higher in all geographical areas and strong demand was reported in industrial and household cleaning applications as well as in the agricultural industry. Margins for Dow Latex expanded in the quarter, due to our strong focus on price, which was aided by a limited supply of a key raw material.

Equity earnings were strong in the quarter based on results from OPTIMAL and Dow Corning. Sales and earnings accelerated during the quarter at Dow Corning due to continued strong demand in the Solar industry as well as new capacity at their Hemlock semiconductor unit, which was operational for the full quarter.

For the Performance Chemicals segment overall, EBIT increased as improvement in sales and higher equity earnings offset an increase in raw material costs.

Slide 10 highlights our continued strong performer Dow AgroSciences. Following a stellar performance in the first half of the year and despite this being a seasonally slow quarter, Dow AgroSciences delivered a third quarter sales and EBIT record. Price was up 18% while volume increased 8% reflecting organic growth and growth from recent acquisitions.

Our broad product portfolio of both agricultural, chemicals, and seeds continue to benefit from robust global demand for agricultural output. Sales in seeds and traits increased in the quarter led by a higher demand for sunflower oil and seed in Latin America.

Chlorine sales in Brazil also rose in the quarter, due to an improved farm economy and a solid performance from our Agromen acquisition. Strong demand was reported for cereal and broadleaf crop herbicides in North America and Northern Europe, due to high cereal prices, an increase in planted acres and the very successful launch of Pyroxsulam in Canada which exceeded customer expectations.

Glyphosate sales were up in the quarter, driven by higher prices due to tight industry supply conditions. Strong volume growth continued for new products Penoxsulam rice herbicide and Aminopyralid herbicide for range and pasture.

Spinetoram insecticide sales continued to ramp-up from product launches in the United States The business announced two new bolt-on acquisitions in the quarter; Dairyland Seed and Renze Hybrids. These represent the fifth and sixth acquisitions Dow AgroSciences has completed since May 2007.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.005

Earnings were unfavorably impacted by pretax charges totaling $27 million for purchased in-process research and development related to these acquisitions.

Now shifting to the basic on slide 11, sales in Basic Plastics rose 7% to $3.5 billion, up from $3.3 billion in the same period last year. Price increased a robust 25% and was up in all businesses and in all geographic areas.

Volume, however, decreased 18% due in part to several portfolio management actions Dow has taken over the past year namely the shutdown of capacity in Louisiana and Brazil and the formation of our Americas Styrenics joint venture in May of this year. Volumes were also unfavorably impacted by the hurricanes.

Strong price gains in polyethylene more than offset increases in purchased feedstock and energy costs. Demand for polypropylene was down, again, this quarter, due to lower consumer spending and slowdowns in the housing and automotive sectors.

Equity earnings were up versus the same period last year on improved earnings from EQUATE EBIT for Basic Plastics was down compared with the same period last year, due to price increases not being sufficient to offset significantly higher raw material costs as well as the impact of the hurricanes.

And finally in Basic Chemicals on slide 12, sales of $1.5 billion for the quarter were flat with the same period last year. This segment recorded a 20% gain in price and a 20% decline in volume. Compared with last year volumes were lower due to the sale of the caustic soda business in western Canada in December of 2007.

Pricing for caustic soda continued to be strong benefiting from ongoing favorable industry supply demand fundamentals. Demand for vinyl chloride monomer used in PVC production, however, continued to decline as end use applications for PVC in residential building and construction applications remained extremely weak.

Results for the ChlorVinyls business were also impacted by the hurricanes which extended an earlier unplanned outage at our manufacturing facility in Freeport Texas. Volume was down in the ethylene oxide/ ethylene glycol business due to weak industry fundamentals and further declines in polyester fiber demand in Asia-Pacific.

The EO/EG business was also negatively impacted by the two hurricanes in the quarter. Despite selling prices that are higher and higher equity earnings from OPTIMAL EBIT was significantly lower compared with the third quarter of 2007.

One final data point, our operating rates for the quarter was 76%, down from 83% last quarter primarily because of the hurricanes. Excluding the hurricane impact, our operating rate would have been slightly higher sequentially at 84%.

Now, I'd like to turn the call back to Geoffery, who will address several critical issues that are on the minds of many of our investors.

**Geoffery E. Merszei**

Thank you, Howard. Let's now turn to slide 13, and the topic of risk management, I would like to share with you what we have done to preserve our financial flexibility and further strengthen our financial discipline. As we all know these are clearly challenging times, but I want to assure you that Dow remains financially strong; our balance sheet is in good shape; and the company has sufficient liquidity and financial flexibility to meet all of its business obligations.

When we saw the credit markets were beginning to tighten back in the summer of 2007, we proactively focused our risk management activities in two areas liquidity and counterparty risk. Today, in the area of liquidity, we have committed credit lines of approximately $5 billion, of which half remains unused. In addition, we have other sources of funding available to us throughout the world. And for example, here in the US, we regularly issue medium-term retail bonds.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.006

Now regarding counterparty risk, we diversified our financial exposures. And by this, I'm referring to investments as well as the derivatives. We've also limited the maximum amount of exposure we would have to each counterparty as well as being very selective in the type of investments we make.

In addition to preserving our financial flexibility, our financial discipline also remains intact. We've taken a number of actions to preserve cash, defer or eliminate capital spending and cut costs. First, we're re-examining all capital projects in light of the new economic environment and plan to reduce our capital spending by $100 million by year end.

So this will lower our capital spending goal from $2.2 billion to $2.1 billion Next, we're delaying all discretionary spending. In fact, in the third quarter, we successfully reduced our SG&A expenses by almost $20 million sequentially. And in light of the current economic environment, we have put in place new plans to reduce spending by an additional $100 million to $150 million before year end.

We also have a goal to reduce our working capital by several $100 million. Specifically, here we plan to reduce DSI by three days to 59 days by year end. And we are very actively managing our credit policies. In fact our days sales outstanding tied a yearly low of 38 days in the third quarter.

So we believe that these are prudent measures, given the economic slowdown and the uncertain times ahead. I would also like to mention that Dow has been actively managing its business portfolio and taking action on underperforming underutilized or non-competitive assets for quite sometime now.

For example, in the last two years, we've announced 43 plant shutdowns, we exited 17 sites, and we've divested 18 businesses. And we will continue to trim spending on businesses that cannot hold their ground during tough economic conditions

In fact, year-to-date, we have divested nine businesses with revenues of approximately $1.5 billion and more than $40 million of negative EBIT. So we're also actively realigning existing businesses for growth and profitability. The recent realignment in Dow Emulsion Polymers is a good example. The outcome of this effort will be more focused lean and a more agile business model.

By the end of 2008 Dow Emulsion Polymers will have reduced its production capacity by about 20% here in North America and 10% in Europe. The business will also have reduced its workforce by approximately 22%.

So this strong financial discipline has become part of our culture. This provides Dow with the strength and stability needed to navigate even in these challenging times. And speaking of strength and stability, nothing communicates this more than our cash dividend.

So as you can see on, slide 14 Dow has a long and distinguished dividend history And according to my own research Dow is the only company in the Fortune 200 that has either maintained or increased its regular quarterly dividend since 1912.

Now this includes paying our dividend through two world wars, the Great Depression, the oil shock of the '70s, the savings and loan collapse of the '80s, the Asian financial crisis in the '90s as well as numerous industry cycles. If you add it up, that's 388 consecutive quarters of remunerating our shareholders without reduction or interruption.

I would like to reassure our investors that we have every intention to continue this long standing tradition. And at today's stock price, our dividend yield is over 7% making Dow a very appealing investment choice indeed.

Now in the time that remains, I would like to update you on the two large transformational actions, we have underway. First on slide 15, I would like to discuss the formation of K-Dow Petrochemicals, our joint venture with our Kuwaiti partners.

Now over the past 10 months, we have been hard at work on this extremely exciting new venture and we're still on track to close this transaction by year end, which was the expected timing that we communicated when we announced this new joint venture last December.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.007

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

Now when this transaction is complete, we will have created a global petrochemical leader with sales of approximately $14 billion. In fact since we're a public company, it would rank in the Fortune 200. As you can imagine, creating a Fortune 200 company from scratch is extremely complex. This carve out includes over 60 plants, 50 manufacturing sites and 11 joint ventures spread out in 11 countries.

Given the size and geographic reach of this joint venture, K-Dow is establishing more than 60 new legal entities. And to facilitate the negotiation, a data room containing more than 12,000 documents and over 150,000 pages was established. More than 1,000 Dow employees have been actively engaged in this project throughout the year.

And because Dow and K-Dow will be both customer and supplier to one another at many sites, we've created approximately 250 supply, service and technology agreements. It's important to remember that these are agreements, which will preserve the value of Dow's integration and our ability to supply our performance businesses with key raw materials.

Recently, we named the K-Dow leadership team and announced that its corporate headquarters will be located in southeast Michigan. The management team at K-Dow will consist of both Dow and Kuwaiti leaders, who have many years of experience with the businesses being contributed to this joint venture and operating successfully through numerous petrochemical industry cycles.

Now this management team has already been working diligently to obtain financing for K-Dow. And as a result of this effort, K-Dow will have the funds necessary to successfully operate independently and grow on day one. This is a clear recognition that these are high quality businesses and are strong cash generators throughout the ethylene cycle.

And needless to say. this also speaks to the reputation and financial strength of both companies. Remember Kuwaiti Petroleum Corporation is one of the world's top 10 energy companies. So where are we in the closing process?

Well, regarding regulatory approvals, the transaction has received clearance from the FTC here in the United States and the European Commission, and the project has been cleared by the Committee on Foreign Investment in the US also known as CFIUS, due to it being deemed outside of their scope.

This transaction has also been approved in Kuwait by the Board of Directors of both PIC and its parent the Kuwait Petroleum Corporation. And we are currently awaiting final approval from the Kuwaiti government via their Supreme Petroleum Council. So as I said earlier we remain on track to close this transaction by the end of the year.

Now moving on to slide 16, I'd like to talk about our announced acquisition of Rohm and Haas. We remain on track to close this transaction in the early part of 2009 pending, of course, regulatory approvals. In order to complete the transaction, we have secured a $13 billion bridge loan. This facility has been fully committed and successfully syndicated amongst 19 banks with very favorable terms and conditions.

We have also secured $4 billion in convertible preferred securities for this acquisition: $1 billion from the Kuwaiti Investment Authority and $3 billion from Berkshire Hathaway. These two facilities are contingent upon the close of the Rohm and Haas acquisition, and they're also committed. And as you recall, these securities carry a coupon of 8.5%.

Now I believe, Warren Buffett chose to invest in Dow because one, we have a good brand; two, an excellent management team; and three, a sound strategy and business position in our industry. And I also believe, his involvement in this transaction is a sound endorsement of our transformational strategy and most importantly the long-term value it will create.

And after utilizing these funding sources and the proceeds from the formation of K-Dow, we expect to draw approximately $4 billion to $6 billion from a $13 billion bridge facility in order to complete this acquisition. And as we said, back in July, Rohm and Haas is a strong operational fit for Dow.

And this combination brings together best-in-class products and technologies broad geographic reach and leading industry positions in coatings, electronics and adhesives to create an outstanding business

DX-0652.008

THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL  OCT 23, 2008

portfolio with significant growth opportunities. And we're also making great progress on identifying synergies between the two companies, and we remain confident, we will achieve the $800 million in cost synergies that we announced back in July.

Now I'd like to remind you that this $800 million we committed is in addition to the $110 million announced restructuring program that Rohm and Haas already has underway. And given the current economic climate, we are already identifying new ways to accelerate the implementation of the $800 million synergy commitment.

As part of our acceleration effort, we have set a goal to be at a $100 million annual run rate by day one of the new Dow, an achievement rare in acquisitions. So here are just a few examples of the work that has begun to get us to this run rate commitment.

First is an example in the IT space, where we will be able to immediately rationalize similar capabilities and stop redundant project work. In fact just looking at Dow's current IT activity, we have already identified a 100,000 hours of active project work that could possibly be eliminated.

Now, this is especially true in SAP development and implementation, AND another example is in the purchase services area, where we expect to have reductions in spending on IT from critical vendors based on the increased scale of our new company.

And we've set an aggressive timeline to implement these cost reductions, where we fully expect to achieve our run rate in the range of $40 million to $50 million in savings immediately following the close of the transaction. I'll share with you another example in marketing and sales We believe Rohm and Haas has the best-in-class marketing organization in our sector and knows how to drive profitable growth from customer-driven technologies and products.

Now it's our intention to integrate this capability throughout the Dow organization. In doing so, we'll achieve marketing and sales cost synergies with an estimated run rate of $30 million on day one as well. So as you can see the majority of the $100 million day one run rate has already been identified.

And finally, in order to accelerate the capture of synergies post-closing and be ready to implement on day one we have launched a number of clean teams to focus on cost and growth synergies. Now, this is no different from what we have done in the past with some of our past acquisitions.

Clean teams are typically comprised of third parties such as Dow retirees or independent consultants, who do much of the pre-work in advance of closings. And these teams gather and analyze the data as well as formulate recommendations, which will be shared with the implementation teams immediately after closing.

So, clean teams have been established in the functional areas of purchasing, supply chain, tax controllers and manufacturing. And all of these efforts are aimed at jump-starting synergy capture on day one.

So as you can see on slide 17, here is a summary of the major categories of savings we've identified in our $800 million commitment.

In summary, we remain very confident in our ability to deliver total savings of at least $910 million and do it quickly after close.

Now I'd like to share with you a few more updates on important milestones regarding this transaction. We're currently responding to a second request for information, which we received from the FTC here in the United States and we are cooperating.

Now in an effort to mitigate potential antitrust issues, we proactively announced that we are exploring divestiture options for our Clear Lake, Texas Acrylic Acid and Esters business as well as our UCAR Emulsions Systems Specialty Latex business here in North America. And we're also cooperating in the European Commission's review of this transaction and they are on track to file regulatory documents in that process.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.009

And finally, there is a Rohm and Haas shareholder vote on the proposed acquisition, which is scheduled for October 29. So at this point we're not aware of issues that would prevent us from achieving any of the milestones, I just outlined with you and we reconfirm our intent to close this transaction in the early part of 2009.

Our acquisition of Rohm and Haas is very consistent with our strategy… increase the percentage of specialty businesses in our portfolio, so we are better able to withstand the ups and downs of the economic and industry cycle, and most importantly, create shareholder value in the long-term.

So turning now to slide 18, I'd like to make a few comments about our outlook and what to expect from Dow in the fourth quarter. The global economy is now clearly feeling the effects of the same economic issues that have plagued the US for the past several quarters. These issues have been magnified by a lack of consumer confidence resulting in a drop in demand not only in the US but, in fact, around the world.

So while feedstock and energy costs have significantly declined from the all-time highs that we experienced only recently, we believe margin expansion of fourth quarter will likely be muted by weakening demand. So as I mentioned earlier, Dow is well-positioned to weather this increasingly difficult economic downturn.

We have a strong balance sheet. We have a track record of strong financial discipline. And we are accelerating our focus on what we can control namely price, volume, management as well as cutting costs, deferring or canceling capital spending and continued business portfolio management.

And in addition, we will continue to implement actions that are aligned with our transformational strategy, such as completing our petrochemical joint venture with our Kuwaiti partners and closing our announced acquisition of Rohm and Haas.

So thank you very much. And at this time, I will hand the call back to Howard for the Q&A portion.

**Howard Ungerleider**

Thanks, Geoffery. That wraps up our prepared remarks. For your reference, a copy of these comments will be posted on Dow's website later today. Now, we'll move onto your questions.

Before we do though, I'd like to remind you that my comments on forward-looking statements and non-GAAP financial measures apply to both our prepared remarks and to anything that may come up during the Q&A Derek would you please explain the Q&A procedure?

Question and Answer

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.010

# Question and Answer

**Operator**

Yes, sir. [Operator Instructions]. And our first question that will come from PJ Juvekar. Sir, your line is no open, please go ahead.

**PJ Juvekar**
*Citigroup*

Yes. Hi. Good morning.

**Howard Ungerleider**

Good morning.

**PJ Juvekar**
*Citigroup*

You mentioned that your glyphosate profitability was up due to tight supply demand. How do you see that supply/demand playing out in '09? And then what is your glyphosate strategy, let's say, for next few years?

**Andrew N. Liveris**

Well, hi, PJ. We actually do see China capacity coming on in '09, which will cause some moderation of margins. And therefore, if you like not the stuff we've been seeing so far this year I think that's on the supply side.

On the demand side, I do think we've kind of had a little bit of a farm bubble here these last couple years and I think that's going to moderate in a very slowing economy, although, people will still eat clearly. So I think that Ag sector still remains very strong in general not just the glyphosate side in '09 I would say.

Our own strategy, we remain very committed to being a supplier. Obviously, we have outsourcing agreements and our agreements with Monsanto and it's very much a part of our repertoire, although I would tell you we could always do with more It's continually… what we're seeking for is more and more channels inclusive of more and more ways to get glyphosate as part of our overall mix.

**PJ Juvekar**
*Citigroup*

Thank you. And quickly, Geoff, you didn't talk about stock buyback when you talked about your financial strategy. If you look around… many industrial companies are suspending stock buybacks to conserve cash. Can you just tell us how you're thinking about buybacks?

**Geoffery E. Merszei**

Well, sure. As you know… thanks for the question, PJ. As you know, during the course of the third quarter, we'll be completed our $2 billion program and we spent about $50 million on that The only reason why we haven't announced yet another programs is because we have two very large transactions that are about to close plus, of course, your last point, which is on cash preservation.

But let me reiterate what our financial policy has been over the last two years and will continue to be is that at a minimum we're going to cover dilution. This is on an annual basis. And you can count on a new program following the two transactions that we are about to complete. PJ?

**Operator**

[Operator Instructions]. We'll take our next question from Mr. Kevin McCarthy. Please go ahead.

**Kevin McCarthy**

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.011

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

*Banc of America Securities*

Yes. Good morning.

**Andrew N. Liveris**

Hi, Kevin.

**Kevin McCarthy**
*Banc of America Securities*

Andrew, Dow sales are roughly six times that of Rohm and Haas yet based on the deal price of 78 you'd be paying a price for the equity that's roughly 70% of your own stock market value here. So my question is given the unprecedented volatility in the capital markets do you still feel as though the Rohm and Haas transaction is tenable based on the original terms or must it be re-negotiated?

**Andrew N. Liveris**

Well, it's clearly you're using numbers based on current equity markets and I think if you saw me on CNBC this morning. There's many of us. I think Mr. Welch was on TV saying the same thing as I was that fewer equity markets have disconnected from true valuations of companies and enterprises like ours.

I mean just look at our dividend yield give you an indicator of how ludicrous as I used the word this morning, valuations are So I don't think your math works that way. And if you're going to tell me that we should have waited, then, I could have told you that it wouldn't have been available at these equity valuations. And I would also tell you the family wouldn't have sold.

And so the strategic rationale for the Rohm and Haas deal remains hugely intact equity markets will eventually re-catch up with what should be the right valuations based on the strength of companies. Companies like ours have been unfairly marked down, but I've been… I am not going to moan about that.

We're just going to deliver the value that we talked about when we announced the deal. And as Geoffery said in his talk, the value is very strongly positive. Everything we've seen on the cost synergies are there. We don't talk about the growth synergies because we didn't count them.

And so, we still believe that our numbers are intact based on our ability to deliver the cost synergies and tilt the company's portfolio to be two-thirds specialty to one-third commodity, which is what these two transactions are doing. A lot of Monday morning quarterbacks out there, I'm not listening to any of them.

**Kevin McCarthy**
*Banc of America Securities*

Understood. Not trying to do that. I certainly understand valuations are very well dislocated and this strategy makes a lot of sense for you. Separate topic on the subject of foreign exchange, I was wondering if you could address the subject of any changes you may foresee in international trade flows as well as translation. I know you don't normally get into a lot of detail on FX, but obviously we've seen a lot of volatility in the US dollar movement recently as well.

**Geoffery E. Merszei**

Sure, Kevin. On a year-over-year basis, the currency impact on price which was favorable was about one-fifth of that 22%. But keep in mind, we have a very large manufacturing base throughout the world. And so any gains on a year-over-year basis, a large portion of that is offset through higher costs.

And in fact, I did not highlight in my comments that on a sequential basis, we actually had a negative impact from currency. But as you know, we don't highlight the currency part, but it was negative in the short-term. If you compare year-over-year currency impact, you've got to take into account the profile of the business. And there is clearly a correlation between commodities and currencies.

All you need to do is look at the Canadian dollar and the Australian dollar, and see how they have deteriorated, of course, because of the… call it a disease… depreciation of the various commodities.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.012

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

Over the long-term, we believe that the US dollar will probably be on the weakening side. I don't normally look at my crystal ball and it's only a crystal ball, but I think short term we've probably reached a PPV a value… PPP value; person and price parity value of… I think today the Euro was at $1.28 and the last thing that I read was at around $1.25.

So I think we have pretty much seen the strength of the US dollar. And I would venture that over the course of the next couple years, in fact, you're going to get another weakening tendency in the US dollar

**Kevin McCarthy**
*Banc of America Securities*

Thank you very much

**Operator**

Thank you. We'll take our next question from Jeff Zekauskas, please go ahead.

**Jeffrey Zekauskas**
*JPMorgan*

Hi. Good morning.

**Andrew N. Liveris**

Good morning, Jeff.

**Jeffrey Zekauskas**
*JPMorgan*

When you originally negotiated your memorandum of understanding with PIC, I'm sure there was all kinds of negotiating room and over time has the net present value of that arrangement with PIC changed in any way?

That is the net present value at your closing different from the net present value of the original memorandum of understanding?

**Andrew N. Liveris**

Geoffery mentioned on the talk how much work is being done, the thousands and thousands of documents and moving parts And when you take all that and you net out and you do this that and the other we come out on the other side of it, well, the answering your question is no.

The net present value stayed very intact and very firm. And the Kuwaitis, if I can take a second here when they did the deal, what happens when you work with a country is they think long-term, and really buying in half of one of the world's leading plastics franchises to them was a growth opportunity versus if you like a valuation opportunity at that moment in time. That was their whole way of thinking.

They did their economic rationale based on what this franchise would do to grow from here with access to their feedstocks. And so as they went through their approval process at Kuwait Petroleum's board, they reaffirmed the MPV value and IRR to them and ditto to us despite these thousands of moving parts that you might have alluded to or your question might have alluded to a change of some sort, Jeff. We were quite… both of us pleasantly surprised that way.

**Jeffrey Zekauskas**
*JPMorgan*

I guess this is my second question. In terms of the Clear Lake and UCAR Emulsions Divestiture calculated in 2007 sales, how large is that divestiture relative to the 1.3 billion limit you have with the arrangement with Rohm and Haas?

**Andrew N. Liveris**

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.013

Yes, clearly, those two, one business and one facility, $500 or so million just a little north of that and not very material to the size of the company obviously. And those were good businesses for Dow. They in both cases came through acquisition as you probably know [inaudible] from Carbide and Clear Lake from Celanese. And we understood as we did the Rohm and Haas deal that we would have to divest, but they're not substantial in size

**Jeffrey Zekauskas**
*JPMorgan*

Okay. Thank you very much

**Operator**

[Operator Instructions]. We will take our next question from Mr. Mark Connelly. Please go ahead, sir.

**Mark Connelly**
*Credit Suisse*

Thanks. I am asking both again in another way, if you want. The first question, the strong pricing that you're seeing in the performance businesses suggested it might be on the more commoditized side of your portfolio, and if that's true, then you might start to see a decline in that pricing as energy prices back off? I was wondering if you could… could you comment on that?

And the second question is about your spending reductions. I'm curious what the giveback on that is, I mean presumably those were high return projects to begin with, so can you give us a sense of what it means to pull those back?

**Andrew N. Liveris**

Yes, Mark. Thank you. We'll get both questions answered. Thanks for asking them simultaneously. Look on the pricing power, clearly, with the severe drop you know, we started the third quarter with oil hovering in the 140, 150 mark naphtha north of 1,000 EC [ph], where half those rates outbound in the quarter. So the commodities have come down commensurate with that decline.

The specialties have… to your point… have… which is roughly half of the portfolio have lagged down although there are pressures on some of the more differentiated commodity part of the specialty portfolio, which is roughly half again of that half. So, frankly, the quarter of the company that seems to have hung in there quite well on price power because their markets are good still despite recessionary environments and they're not as… their pricing is value pricing versus commodity input pricing.

Our businesses in the specialty area like Dow Water and Wolff Cellulosics. These are doing well because of the markets they serve plus not really hydrocarbon-driven. But we have been bringing down prices on the commodity side to commensurate with the drop in oil and gas, now the… mostly oil actually mostly naphtha.

But just a little footnote, notice OPEC's move this morning, I mean, so we really are still living in volatile times of hydrocarbons and albeit we're down half from where we were three months ago. We still believe that the… let's call it the 70 to 90 ranges are still out there and naphtha in the… north of 500 to 600s are out there still even in declining demand environments because of the supply side.

So we're very watchful of how we set prices but we're very fast and our Basic Plastics business did a great job in the quarter, Remind me, of your second question?

**Mark Connelly**
*Credit Suisse*

On the spending reductions.

**Andrew N. Liveris**

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.014

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

Yes the spending reductions. Look because of the declines in demand the ongoing portfolio work we do here which of course is multi-year, but in these days and ages multi-quarter and multi-week. We see businesses that were performing well that in declining demand environments don't perform well.

So a lot of these interventions are because there is now value destruction or less value in something that was creating value before. So we can idle facilities, take out costs and wait. And in some cases, look at it in a more permanent way, and that's the nature of the interventions not… we're keeping all of our growth programs intact, our R&D spending is actually up, so, frankly, with portfolio managing, a way through your question.

**Mark Connelly**
*Credit Suisse*

Got it. That makes sense. Thank you.

**Howard Ungerleider**

Derek, for the sake of the limited amount of time remaining, can we limit each caller to one question please, so we can get more callers in?

**Operator**

[Operator Instructions]. And our next question will go to Mr. Frank Mitsch with BB&T Capital. Please go ahead.

**Frank Mitsch**
*BB&T Capital Markets*

Yes. Hi. Good morning. I have five parts to my one question.

**Andrew N. Liveris**

Thank, Frank.

**Frank Mitsch**
*BB&T Capital Markets*

Andrew, earlier this year, I think back in April as you were looking out at the year you said, hey, we look at strong international markets in Ag are offsetting the US weaknesses. Obviously, in today's release you talked about a looming global recession. Can you talk about the various geographies around the world? What your expectations are for growth and your ability to perform as you look out into 2009?

**Andrew N. Liveris**

Yes. Firstly, the calibration to international, as we all did through the most part of this year, we all said our rest of world or in our case 70% of our business being outside the US was a geographic hedge to a very poor US market.

And clearly, Frank, that's changed dramatically with our ability as a country to shoot ourselves in the foot and get Main Street to catch the flu and the rest of the world catching the flu due to the credit crunch.

And as a consequence of that we're seeing quite a lot of declines. Notably in Europe, I think Europe is as bad as the United States in several markets auto housing, but also appliances, durables, furniture furnishings. So that's the developed world and I would say Japan is not much better, although slightly better.

The emerging world is where we are starting to see the slowdowns that are troublesome And that's the credit crunch and consumer confidence in those economies, as well as in the case of the export economies like China, Southeast Asia that export to the US, seeing the loss of the US export market. And for that matter, the dollar moving in the direction it did could actually help that a little bit.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.015

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

But China, I mean, their GDPs are coming down to the 8% mark in terms of forward forecast. For them off of a double-digit GDP, that's a bit of a worrying signal. I don't believe the Chinese will let their GDP go below 8%. They can't afford it. So I think, Frank, there's going to be sort of a kind of a stimulus here sometime in the next few months certainly from China and hopefully, here in the United States that helps correct what I consider maybe the recession environment be all of '09.

But we think that will take several quarters to see through. So China are at 8% and then India, Middle East and in Eastern Europe also coming down a few percentage points of their GDP growth to what I would call off the hot pace they were at and more in the 5% ranges and the 4% ranges. I think we're going to see two or three quarters, where the slowdown will continue and the emerging world being affected. And I would tell you that that's at least two quarters maybe three quarters in our mind

**Frank Mitsch**
*BB&T Capital Markets*

All right. Terrific. And you're fond of saying, Andrew, that the coming year should be a good year for Dow. You've said that in the past With this sort of outlook and excluding obviously the Kuwaiti and the Rohm and Haas deal, would you envision 2009 being "a good year" for Dow?

**Andrew N. Liveris**

The reason it will be a good year for Dow will be nothing to do with the economy nothing to do with the market. Frank, I… in my mind, our psychology here is 2003 where we had to intervene to portfolio manage our way through incredibly rough waters in the economy and in the marketplace.

Now, 2003 wasn't 2002, thank goodness We are a much stronger company with a better balance sheet. We have the synergies that Geoffery talked about. We have our interventions. We have, frankly, a portfolio move that will help us as we go through the year. And as a consequence of that, I think we will be in good shape in the back half of the year.

And so maybe I will declare a good year at that point, but I don't want to fool anyone. I think these troubled waters out there are going to mean that it's going to be tough to navigate. But you're talking to a company that has huge operational excellence on its side And frankly, our mindset here is execution, execution, execution.

**Operator**

We will take our next question from Mr. Peter Butler. Please go ahead.

**Peter Butler**
*Glen Hill Investments*

Good morning.

**Andrew N. Liveris**

Hi, Peter.

**Peter Butler**
*Glen Hill Investments*

Andrew, wouldn't Carl Gerstacker be backing up the proverbial truck right here to buy shares cheap? Gerstacker would say, "My God, if you can buy at a 7% yield, then you're looking at good news from Kuwait and Rohm and Haas. Why wait for the stock to go higher?"

**Andrew N. Liveris**

Yes. Look, Peter, as Geoffery answered because we have these two or three moving parts that are close in two or three months. But I think Geoffery indicated, I don't know backing up the truck is a colorful way of explaining it. But I said this morning, the dividend is safe. This CEO is never going to cut it. I'm not going

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.016

**THE DOW CHEMICAL COMPANY FQ3 2008 EARNINGS CALL** OCT 23, 2008

to be the first. The yield is unbelievable. The stock is undervalued by a long mile. I mean, so clearly, your analysis is our analysis.

We're just going to get through the two transactions. Let us go on the other side of it. And then obviously, stock buyback is going to be top of mind. And these values hang in there in equity markets for the next several months. I think Mr. Buffett said it, well, Buy American. Well, we're American.

**Peter Butler**
*Glen Hill Investments*

Thanks for the help

**Operator**

We will take our next question from Mr. Bob Koort with Goldman Sachs. Please go ahead.

**Robert Koort**
*Goldman Sachs*

Thank you. Good morning.

**Andrew N. Liveris**

Good morning, Bob.

**Geoffery E. Merszei**

Good morning.

**Robert Koort**
*Goldman Sachs*

Andrew, I think you said on one of the shows this morning that you don't think a $3 trough number is reasonable anymore. I was wondering if you could tell me what the path to the trough looks like? Is it a demand erosion trough in '09? Or do still think '10 or '11 is the trough?

And then, secondly, in your performance business particularly Performance Plastics obviously a pretty horrific margin partly influenced by the hurricanes, but what do you see in terms of the progression of your performance business margins as you go through the next couple of years? Thanks.

**Andrew N. Liveris**

Yes, I think, Bob, firstly on the trough. We're going to spend a lot of November analyzing our view of '09, '10 and '11 given these new market conditions. Clearly, '09 now is going to be a tough demand year, everything we've just talked about. So we see an economic trough in '09. The industry trough that we were forecasting for '10 and '11 is going to be impacted by both sides of that discussion.

One is the new demand forecasts are going to speak… stop projects happening. So people who are early in their project calibrations are going to delay projects compared to… this is on the commodity stuff in particular and the petrochemical stuff. In addition, there is going to be a lot of competitors out there who don't have our leverage ratios, who are not going to make it. I mean people who are… with their debt ratios in the 90s who leveraged up in the good days are going to suffer. You pick your favorite companies, I'm sure you can find them in the commodity chain in particular.

And then, on top of that you've got frankly the other side of the coin, which is the people who have got low-cost feedstocks and now can negotiate better EPC contracts because everything is coming off… the price of steel, the price of copper, the price of engineering. You can start to bring these projects more in line with the better returns in the low feedstock cost regimen.

And so actually companies like Dow, who have put these joint ventures in place should benefit from the '010, '011 scenario compared to what we were before. And last point I'll make, in a declining oil and gas

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

**DX-0652.017**

environment, we have feedstock flexibility that we can bring to bear in our developed economies now, which we didn't have up until a month or two ago.

In other words, naphtha, LPG, ethane… we've got flexi-crackers that we can bring to help us out in the '10-'11 industry trough. So these are the sorts of things we'll be discussing deeply in November and we'll come out on the other side of that and give you guys a better view. Second question, Bob?

**Robert Koort**
*Goldman Sachs*

On the performance side, the margins have been pretty lackluster,

**Andrew N. Liveris**

Of course that is clearly hurricane affected. Although, I would tell you the urethanes business also suffered from this decline in furniture bedding, as you know, slab stock polyol et cetera. So there is a demand correction in the epoxy business had the electronics demand correction that was going on as consumers cut back on consumer electronics markets.

So I would tell you there is… the more commodity side of the Performance Plastics portfolio saw those declines. However, the systems part, the PU Systems and Epoxy Systems did very well. And that's part of their strategy to go more down market into more, what I would call, value-added businesses.

Frankly, Dow Automotive and Dow Building Solutions are having a lot of difficulty. And we are changing their cost curves to suit those new equations in their customer side. So Performance Plastics when you look at the makeup of the businesses, some of those businesses have been underperforming because of the markets and what's going on. And we will be watching that very carefully in terms of their spend rates and investment rates.

**Operator**

And we will take our next question from Mr. David Begleiter. Please go ahead.

**David Begleiter**
*Deutsche Bank*

Thank you. Andrew, Dow Corning has become an important part of the company's earnings. Can you discuss how sustainable these are? Obviously, Solar might be impacted by some of the declines in crude prices. Thank you

**Andrew N. Liveris**

Well, the Hemlock business model is a terrific business model and frankly Solar is… we don't see any declines on the Solar side even at these oil prices. And as I said on an earlier question, where is oil going to bottom out? Is oil going to bottom out because of the demand destruction? Or is it going to bottom out because of the supply side and OPEC intervening?

I think we had a big signal this morning that oil is not going to go much south of the numbers it's been at, which makes Solar very attractive and then throw on top of that, you know, look in a few weeks, one of these two president-elects are going to put in place alternative energy programs.

Every country in the world has seen the effect of high oil price. We believe Solar is going to be here to stay because government is going to make it an alternative just like wind and other things renewables as well. So, we think the business model is very intact at Dow Corning on the Solar side and therefore sustainable

**David Begleiter**
*Deutsche Bank*

And just could you just comment on China in October, how slow is activity in that country?

**Andrew N. Liveris**

DX-0652.018

Yes. Look it's slow. I mean we're seeing double-digit volume declines. I think the Chinese are quite alarmed. And I'm going to be there next week as Chair of the US-China Business Council meeting with some very high-level people. And I think they are looking at stimuli as we speak.

The post-Olympic thing was worse than they expected, but the global credit crisis I think has absolutely alarmed them. And as I said earlier, I don't think they're going to let it go below 8%.

**David Begleiter**
*Deutsche Bank*

Thank you.

**Howard Ungerleider**

Let's make this the last question please.

**Operator**

Yes, of course. And our last question today will come from Mike Judd with Greenwich Consulting. Please go ahead.

**Michael Judd**
*Greenwich Consultants*

Yes. Just a pension question. I noticed that on your balance sheet the pension liability was down around $100 million or so. Could you talk a little bit about that move directionally? Also, I guess Rohm and Haas hasn't filed a Q yet, could you talk about where they are in regards to their pension? And lastly, just with the two transactions that are coming up here how pensions could change?

**Geoffery E. Merszei**

Well, I think you asked three questions. I can't comment on the Rohm and Haas pension situation. They're being managed totally separately. And so, I'm sorry I can't comment on that.

With regards to pension for Dow, if you take the statistic based at end of September 30, we, in fact, had a funding ratio… overfunding ratio in the low teens, okay. Now, of course, we all know that the equity markets have suffered since the end of September. I don't know where we are right now and I don't have the crystal ball to tell you what going to happen by the end of this year.

So I think it's a little too early to start coming to conclusions about pensions. Our pensions around the world are well-funded. They were way overfunded at the end of last year. I shared with you what they were at the end of September. And so, let's see what happens over the next two months. But at this point in time, I frankly think it's too early to make a comment

**Michael Judd**
*Greenwich Consultants*

And with the close of the Kuwait deal how will that impact the pension situation?

**Geoffery E. Merszei**

Well, on a proportionate basis, they will be aligned and it should have no material impact on Dow

**Michael Judd**
*Greenwich Consultants*

Thanks.

**Howard Ungerleider**

Okay, great. Thanks, Mike. We're going to have to end it there since we're over our allotted time. But we'd like to thank you for joining us on the call today. Our team looks forward to talking with you on Dow's next earnings conference call in early 2009. Thanks very much

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

**Operator**

And once again, that will conclude today's Dow Chemical Company conference call. Thank you for your participation and have a great rest of the day. .

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.020

The information in the transcripts ("Content") are provided for internal business purposes and should not be used to assemble
or create a database. The Content is based on collection and policies governing audio to text conversion for readable "Transcript"
content and all accompanying derived products that is proprietary to Capital IQ and its Third Party Content Providers.
The provision of the Content is without any obligation on the part of Capital IQ, Inc. or its third party content providers to review
such or any liability or responsibility arising out of your use thereof. Capital IQ does not guarantee or make any representation or
warranty, either express or implied, as to the accuracy, validity, timeliness, completeness or continued availability of any Content
and shall not be liable for any errors, delays, or actions taken in reliance on information. The Content is not intended to provide tax,
legal, insurance or investment advice, and nothing in the Content should be construed as an offer to sell, a solicitation of an offer
to buy, or a recommendation for any security by Capital IQ or any third party. In addition, the Content speaks only as of the date
issued and is based on conference calls that may contain projections of other forward-looking statements. You should not rely on
the Content as expressing Capital IQ's opinion or as representing current information. Capital IQ has not undertaken, and do not
undertake any duty to update the Content or otherwise advise you of changes in the Content.
THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND. USE OF THE CONTENT IS AT THE
USERS OWN RISK. IN NO EVENT SHALL CAPITAL IQ BE LIABLE FOR ANY DECISION MADE OR ACTION OR INACTION TAKEN IN
RELIANCE ON ANY CONTENT, INCLUDING THIRD-PARTY CONTENT. CAPITAL IQ FURTHER EXPLICITLY DISCLAIMS, ANY WARRANTY
OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR
PURPOSE AND NON-INFRINGEMENT. CAPITAL IQ, SUPPLIERS OF THIRD-PARTY CONTENT AND ANY OTHER THIRD PARTY WORKING
WITH CAPITAL IQ SHALL NOT BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGES OR LOSS (INCLUDING
DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL AND ANY AND ALL OTHER FORMS OF DAMAGES OR LOSSES REGARDLESS OF
THE FORM OF THE ACTION OR THE BASIS OF THE CLAIM) CAUSED OR ALLEGED TO BE CAUSED IN CONNECTION WITH YOUR USE
OF THE CONTENT WHETHER OR NOT FORESEEABLE, EVEN IF CAPITAL IQ OR ANY OF THE SUPPLIERS OF THIRD-PARTY CONTENT OR
OTHER THIRD PARTIES WORKING WITH CAPITAL IQ IN CONNECTION WITH THE CONTENT HAS BEEN ADVISED OF THE POSSIBILITY
OR LIKELIHOOD OF SUCH DAMAGES.
© 2015 Capital IQ, Inc.

Copyright © 2014, S&P Capital IQ, a part of McGraw Hill Financial.

DX-0652.021

# Designation No. 846

**Defendant Exhibit**
**DX-0654**
Case No. 09-1375 (MG)

## Mr. Maxwell's Estimated Value of LBI as of December 20, 2007
## Compared with Contemporaneous Estimates by Investment Banks



Sources: Fischel 2009 Rebuttal Exhibit AK; Maxwell 2009 Report at 7.

**DX-0654.001**

# Designation No. 847

**Defendant Exhibit**
**DX-0655**
**Case No. 09-1375 (MG)**



## Mr. Maxwell's Estimated Value of LBI as of December 20, 2007 Compared with Contemporaneous Estimates by Investment Banks

Sources: Fischel 2009 Rebuttal Exhibit AK; Maxwell 2009 Report at 7.

**DX-0655.001**

# Designation No. 848



**Mr. Maxwell's Estimated Value of LBI as of December 20, 2007 Compared with Contemporaneous Estimates by Investment Banks**

Defendant Exhibit
**DX-0656**
Case No. 09-1375 (MG)

Sources: Fischel 2009 Rebuttal Exhibit AK; Maxwell 2009 Report at 7.

**DX-0656.001**