# Designation No. 849

## Mr. Maxwell's Estimated Operating Value of LBI as of December 20, 2007
## Adjusted to Use November 2007 Management Projections
## ($ in Millions)



Valuation Excluding Joint Ventures of $1,259

Defendant Exhibit
DX-0657
Case No. 09-1375 (MG)

Comparable Company Analysis — $25,971 — $30,224

Solvency Line - $25,765

Comparable Transactions Analysis — $22,039 — $26,534

Discounted Cash Flow Analysis — $25,137 — $28,654

Composite — $24,780 — $28,909

$17,000  $19,000  $21,000  $23,000  $25,000  $27,000  $29,000  $31,000  $33,000  $35,000

Sources: Maxwell 2009 Report at 25; JX 27.

DX-0657.001

## Mr. Maxwell's Comparable Company Analysis as of December 20, 2007
### Adjusted to Use November 2007 Management Projections
### ($ in Millions)

| | LyondellBasell Adj. EBITDA | Implied Multiples | | Implied Enterprise Value | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Low | Midpoint | High |
| **LTM (9/30/07)** | | | | | | |
| Basell | $1,656 | 5.3 x - | 6.3 x | $8,777 | $9,605 | $10,433 |
| Lyondell | | | | | | |
|   Ethylene Co-Products and Derivatives | $864 | 5.3 x - | 6.3 x | $4,579 | $5,011 | $5,443 |
|   Propylene Co-Oxide and Related Products | $695 | 5.3 x - | 6.3 x | $3,684 | $4,031 | $4,379 |
|   Refining | $1,186 | 4.9 x - | 5.3 x | $5,811 | $6,049 | $6,286 |
|   Other | ($25) | 5.3 x - | 6.3 x | ($133) | ($145) | ($158) |
| Synergies | $420 | 5.5 x - | 5.5 x | 2,310 | 2,310 | 2,310 |
| **Total** | **$4,376** | | | **$25,028** | **$26,861** | **$28,693** |
| | | | | | | |
| **FY 2007** | | | | | | |
| Basell | $1,755 | 4.8 x - | 5.8 x | 8,424 | 9,302 | 10,179 |
| Lyondell | $2,858 | 4.9 x - | 5.6 x | 13,861 | 14,933 | 16,005 |
| Synergies | $420 | 5.5 x - | 5.5 x | 2,310 | 2,310 | 2,310 |
| **Total** | **$4,613** | | | 24,595 | 26,545 | 28,494 |
| | | | | | | |
| **FY 2008E** | | | | | | |
| Basell | $1,681 | 5.0 x - | 6.0 x | 8,405 | 9,246 | 10,086 |
| Lyondell | $3,515 | 5.0 x - | 6.0 x | 17,575 | 19,333 | 21,090 |
| Synergies | $420 | 5.5 x - | 5.5 x | 2,310 | 2,310 | 2,310 |
| **Total** | **$5,616** | | | 28,290 | 30,888 | 33,486 |
| | | | | | | |
| | | | Composite | $25,971 | $28,098 | $30,224 |

Note: Values highlighted yellow indicate values changed or added by Compass Lexecon.

Sources: Maxwell 2009 Report at 20; JX 27.

**DX-0657.002**

## Mr. Maxwell's Comparable Transaction Analysis as of December 20, 2007
### Adjusted to Use November 2007 Management Projections
### ($ in Millions)

| | LyondellBasell Adj. EBITDA | Implied Multiples | | Implied Enterprise Value | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Low | Midpoint | High |
| **LTM (9/30/07)** | | | | | | |
| Basell | $1,656 | 4.7 x - | 5.7 x | $7,783 | $8,611 | $9,439 |
| Lyondell | | | | | | |
|   Ethylene Co-Products and Derivatives | $864 | 4.7 x - | 5.7 x | $4,061 | $4,493 | $4,925 |
|   Propylene Co-Oxide and Related Products | $695 | 4.7 x - | 5.7 x | $3,267 | $3,614 | $3,962 |
|   Refining | $1,186 | 5.4 x - | 6.4 x | $6,404 | $6,997 | $7,590 |
|   Other | ($25) | 4.7 x - | 5.7 x | ($118) | ($130) | ($143) |
| **Total** | **$4,376** | | | **$21,397** | **$23,585** | **$25,773** |
| **FY 2007** | | | | | | |
| Basell | $1,755 | 4.7 x - | 5.7 x | 8,249 | 9,126 | 10,004 |
| Lyondell | $2,858 | 5.1 x - | 6.1 x | 14,433 | 15,862 | 17,291 |
| **Total** | **$4,613** | | | **22,681** | **24,988** | **27,294** |
| | | | **Composite** | **$22,039** | **$24,287** | **$26,534** |

Note: Values highlighted yellow indicate values changed by Compass Lexecon.

Sources: Maxwell 2009 Report at 22; JX 27.

DX-0657.003

## Mr. Maxwell's DCF Analysis as of December 20, 2007
## Adjusted to Use November 2007 Management Projections
### ($ in Millions)

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Terminal EBITDA Chemicals/ Other | Refining | Total |
|---|---|---|---|---|---|---|---|---|---|
| Basell | 1,681 | 1,343 | 1,109 | 1,135 | | | | | |
| JV Dividends | (99) | (95) | (129) | (151) | | | | | |
| Lyondell | 3,515 | 3,072 | 2,818 | 2,593 | | | | | |
| Other | (18) | (18) | (18) | (18) | | | | | |
| Synergies | 45 | 300 | 420 | 420 | | | | | |
| EBITDA | 5,124 | 4,602 | 4,200 | 3,979 | | | 1,477 | 3,000 | 4,476 |
| --% Growth | | -10.2% | -8.7% | -5.3% | | | | | |
| EBIT | 3,722 | 3,189 | 2,819 | 2,593 | | | | | |
| Taxes @ 35% | 1,303 | 1,116 | 987 | 908 | | | | | |
| Tax-Adjusted EBIT | 2,419 | 2,073 | 1,832 | 1,685 | | | | | |
| Depreciation & Amortization | 1,402 | 1,413 | 1,381 | 1,386 | | | | | |
| Capital Expenditures | (1,196) | (953) | (625) | (555) | | | | | |
| Deferred Charges | (126) | (155) | (136) | (72) | | | | | |
| Change in Net Working Capital | 328 | 179 | 139 | (214) | | | | | |
| Free Cash Flow | 2,827 | 2,557 | 2,591 | 2,230 | | | | | |
| | | | | | | | | | |
| **EBITDA Terminal Multiple - Chemicals** | | 6.0 | | | 6.5 | | | 7.0 | |
| **EBITDA Terminal Multiple - Refining** | | 5.0 | | | 5.5 | | | 6.0 | |
| **Discount Rate** | 10.25% | 10.50% | 10.75% | 10.25% | 10.50% | 10.75% | 10.25% | 10.50% | 10.75% |
| Present Value of Free Cash Flow | 8,517 | 8,482 | 8,448 | 8,517 | 8,482 | 8,448 | 8,517 | 8,482 | 8,448 |
| Present Value of Terminal Value | 16,955 | 16,822 | 16,689 | 18,546 | 18,400 | 18,255 | 20,137 | 19,978 | 19,820 |
| Core Enterprise Value | 25,472 | 25,304 | 25,137 | 27,063 | 26,882 | 26,703 | 28,654 | 28,460 | 28,268 |

Note: Values highlighted yellow indicate values changed by Compass Lexecon to incorporate full run-rate synergies of $420 million into terminal value calculation.

Sources: Maxwell 2009 Report Exhibit O; JX 27.

**DX-0657.004**

## Mr. Maxwell's Balance Sheet Solvency Test as of December 20, 2007
### Adjusted to Use November 2007 Management Projections
### ($ in Millions)

|  | Valuation Range | | |
|---|---|---|---|
|  | **Low** | **Midpoint** | **High** |
| Comparable Company Valuation | $25,971 | $28,098 | $30,224 |
| Comparable Transactions Valuation | $22,039 | $24,287 | $26,534 |
| Discounted Cash Flow Valuation | $25,137 | $26,895 | $28,654 |
| Operating Enterprise Valuation | $24,780 | $26,844 | $28,909 |
| JV Valuation | 1,259 | 1,259 | 1,259 |
| Total Asset Value | $26,039 | $28,103 | $30,168 |
| Net Debt and Liabilities | 25,765 | 25,765 | 25,765 |
| **Value of Equity Capital** | **$274** | **$2,338** | **$4,403** |

Note: Values highlighted yellow indicate values changed by Compass Lexecon.

Sources: Maxwell 2009 Report at 20, 22, 27, and Exhibit P; JX 27.

**DX-0657.005**

# Designation No. 850



**Defendant Exhibit**

**DX-0658**

**Case No. 09-1375 (MG)**

## Lyondell EBITDA Projections
## December 2006 LRP  vs. CMAI 2009 Reforecast Projections



Note: December 2006 LRP Projections exclude Inorganics segment (i.e., MCH).

Sources: DX 32 at 2; CMAI 2009 Report at 48.

**DX-0658.001**

# Designation No. 851

**Defendant Exhibit**
**DX-0660**
Case No. 09-1375 (MG)

## Mr. Maxwell's DCF Analysis as of December 20, 2007
## Adjusted to Use Merrill Lynch July 15, 2007 Base Case Projections
### ($ in Millions)

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Terminal EBITDA Chemicals/ Other | Refining | Total |
|---|---|---|---|---|---|---|---|---|---|
| Basell | 1,755 | 1,359 | 1,311 | 1,365 | 1,417 | 1,478 | | | |
| JV Dividends | (99) | (95) | (129) | (151) | (151) | (151) | | | |
| Lyondell | 3,267 | 2,722 | 2,494 | 2,341 | 2,311 | 2,412 | | | |
| Synergies | 45 | 300 | 420 | 420 | 420 | 420 | | | |
| EBITDA | 4,968 | 4,286 | 4,096 | 3,975 | 3,997 | 4,159 | 1,656 | 2,591 | 4,247 |
| --% Growth | | -13.7% | -4.4% | -3.0% | 0.6% | 4.1% | | | |
| EBIT | 3,566 | 2,873 | 2,715 | 2,589 | 2,611 | 2,773 | | | |
| Taxes @ 35% | 1,248 | 1,006 | 950 | 906 | 914 | 971 | | | |
| Tax-Adjusted EBIT | 2,318 | 1,867 | 1,765 | 1,683 | 1,697 | 1,802 | | | |
| Depreciation & Amortization | 1,402 | 1,413 | 1,381 | 1,386 | 1,386 | 1,386 | | | |
| Capital Expenditures | (961) | (854) | (796) | (883) | (864) | (864) | | | |
| Deferred Charges | (126) | (155) | (136) | (72) | (72) | (72) | | | |
| Change in Net Working Capital | 328 | 179 | 139 | (214) | (214) | (214) | | | |
| Free Cash Flow | 2,961 | 2,450 | 2,353 | 1,900 | 1,933 | 2,038 | | | |
| | | | | | | | | | |
| **EBITDA Terminal Multiple - Chemicals** | | 6.0 | | | 6.5 | | | 7.0 | |
| **EBITDA Terminal Multiple - Refining** | | 5.0 | | | 5.5 | | | 6.0 | |
| **Discount Rate** | **10.25%** | **10.50%** | **10.75%** | **10.25%** | **10.50%** | **10.75%** | **10.25%** | **10.50%** | **10.75%** |
| Present Value of Free Cash Flow | 10,568 | 10,509 | 10,451 | 10,568 | 10,509 | 10,451 | 10,568 | 10,509 | 10,451 |
| Present Value of Terminal Value | 13,383 | 13,218 | 13,054 | 14,625 | 14,444 | 14,265 | 15,866 | 15,670 | 15,476 |
| Core Enterprise Value | 23,952 | 23,727 | 23,505 | 25,193 | 24,953 | 24,716 | 26,435 | 26,179 | 25,927 |
| | | | | | | | | | |
| **Added by Compass Lexecon** | | | | | | | | | |
| Joint Venture Value | 1,259 | 1,259 | 1,259 | 1,259 | 1,259 | 1,259 | 1,259 | 1,259 | 1,259 |
| Total Asset Value | 25,211 | 24,986 | 24,764 | 26,452 | 26,212 | 25,975 | 27,694 | 27,438 | 27,186 |

Note: Values highlighted yellow indicate values changed or added by Compass Lexecon.  This replication is based upon Mr. Maxwell's July 10 Base Case model in Exhibit P.

Sources: Maxwell 2009 Report at 27 and Exhibit P; DX 127 at 7 (LYO-UCC00050403).

DX-0660.001

# Designation No. 852





**Lyondell Management EBITDA Projections
December 2006 LRP vs. July 2007 Update**

Note: December 2006 LRP Projections exclude Inorganics segment (i.e., MCH).

Sources: DX 32 at 2; DX 127 at 6 (LYO-UCC00050402).

**DX-0661.001**

# Designation No. 853



Defendant Exhibit
**DX-0662**
Case No. 09-1375 (MG)

## Mr. Maxwell's DCF Analysis as of December 20, 2007
## Adjusted to Use November 2007 CIM Projections and December 2006 LRP Lyondell EBITDA Projections
### ($ in Millions)

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Terminal EBITDA Chemicals/ Other | Refining | Total |
|---|---|---|---|---|---|---|---|---|---|
| Basell | 1,681 | 1,343 | 1,109 | 1,135 | | | | | |
| LYO | 1,952 | 1,263 | 1,265 | 1,194 | | | | | |
| HRO | 1,324 | 1,376 | 1,110 | 931 | | | | | |
| Other | (18) | (18) | (18) | (18) | | | | | |
| Synergies | 200 | 340 | 420 | 420 | | | | | |
| Implementaion Cost | (155) | (40) | - | - | | | | | |
| EBITDA | 4,984 | 4,264 | 3,886 | 3,662 | | | 3,014 | 1,185 | 4,199 |
| --% Growth | | -14.4% | -8.9% | -5.8% | | | | | |
| EBIT | 3,582 | 2,851 | 2,505 | 2,276 | | | | | |
| Taxes @ 35% | 1,254 | 998 | 877 | 797 | | | | | |
| Tax-Adjusted EBIT | 2,328 | 1,853 | 1,628 | 1,479 | | | | | |
| Depreciation & Amortization | 1,402 | 1,413 | 1,381 | 1,386 | | | | | |
| Capital Expenditures | (1,196) | (953) | (625) | (555) | | | | | |
| Deferred Charges | (126) | (155) | (136) | (72) | | | | | |
| Change in Net Working Capital | 328 | 179 | 139 | (214) | | | | | |
| Free Cash Flow | 2,736 | 2,337 | 2,387 | 2,024 | | | | | |
| | | | | | | | | | |
| **EBITDA Terminal Multiple - Chemicals** | | 6.0 | | | 6.5 | | | 7.0 | |
| **EBITDA Terminal Multiple - Refining** | | 5.0 | | | 5.5 | | | 6.0 | |
| **Discount Rate** | **10.25%** | **10.50%** | **10.75%** | **10.25%** | **10.50%** | **10.75%** | **10.25%** | **10.50%** | **10.75%** |
| Present Value of Free Cash Flow | 7,934 | 7,902 | 7,871 | 7,934 | 7,902 | 7,871 | 7,934 | 7,902 | 7,871 |
| Present Value of Terminal Value | 17,063 | 16,928 | 16,794 | 18,555 | 18,408 | 18,263 | 20,047 | 19,888 | 19,732 |
| Core Enterprise Value | 24,997 | 24,830 | 24,665 | 26,489 | 26,311 | 26,134 | 27,981 | 27,791 | 27,603 |

Note: Values highlighted yellow indicate values changed or added by Compass Lexecon.

Sources: Maxwell 2009 Report Exhibit P; DX 219 at 8; and DX 32.

DX-0662.001

# Designation No. 854



**Defendant Exhibit**
**DX-0667**
Case No. 09-1375 (MG)

## Mr. Maxwell's DCF Analysis as of October 20, 2008
## Adjusted for Cash Tax Estimates from December 2008 LRP
### ($ in Millions)

|  | Q4 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Terminal EBITDA Chemicals / Other | Refining | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chemicals |  | $1,280 | $1,418 | $1,625 | $2,341 | $2,472 |  |  |  |
| Fuels |  | 1,725 | 1,450 | 1,375 | 1,125 | 1,175 |  |  |  |
| Polymers |  | 743 | 708 | 724 | 887 | 1,074 |  |  |  |
| Technology & R&D & Other |  | 225 | 165 | 146 | 123 | 160 |  |  |  |
| EBITDA | $570 | $3,973 | $3,741 | $3,870 | $4,476 | $4,881 | $2,818 | $1,370 | $4,188 |
| --% Growth | -- | -- | (5.8%) | 3.4% | 15.7% | 9.0% |  |  |  |
| EBIT | 217 | 2,560 | 2,361 | 2,484 | 3,090 | 3,495 |  |  |  |
| Taxes (a) | 76 | 275 | 89 | 71 | 67 | 87 |  |  |  |
| Tax-Adjusted EBIT | 141 | 2,285 | 2,272 | 2,413 | 3,023 | 3,408 |  |  |  |
| Depreciation & Amortization | 353 | 1,413 | 1,380 | 1,386 | 1,386 | 1,386 |  |  |  |
| Capital Expenditures | (291) | (897) | (934) | (830) | (883) | (806) |  |  |  |
| Other (Property Tax, Deferred Turnaround, etc.) | 109 | (175) | (258) | (361) | (222) | (138) |  |  |  |
| Purchase Solvay / Refinery | (29) | 0 | 0 | 0 | 0 | 0 |  |  |  |
| Change in Net Working Capital | 982 | 0 | 0 | 0 | 0 | 0 |  |  |  |
| Free Cash Flow | $1,265 | $2,626 | $2,460 | $2,608 | $3,304 | $3,850 |  |  |  |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **EBITDA Terminal Multiple - Chemicals** | | 5.5 x | | | 6.0 x | | | 6.5 x | |
| **EBITDA Terminal Multiple - Refining** | | 5.0 x | | | 5.5 x | | | 6.0 x | |
| **Discount Rate** | 11.75% | 12.00% | 12.25% | 11.75% | 12.00% | 12.25% | 11.75% | 12.00% | 12.25% |
| Present Value of Free Cash Flow | $12,167 | $12,102 | $12,038 | $12,167 | $12,102 | $12,038 | $12,167 | $12,102 | $12,038 |
| Present Value of Terminal Value | 12,589 | 12,445 | 12,302 | 13,769 | 13,611 | 13,455 | 14,948 | 14,777 | 14,608 |
| Core Enterprise Value | $24,756 | $24,547 | $24,340 | $25,935 | $25,713 | $25,493 | $27,115 | $26,879 | $26,645 |

| **Added by Compass Lexecon** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joint Venture Value | $1,306 | $1,306 | $1,306 | $1,306 | $1,306 | $1,306 | $1,306 | $1,306 | $1,306 |
| Assets Held for Sale | $271 | $242 | $213 | $271 | $242 | $213 | $271 | $242 | $213 |
| Total Asset Value | $26,333 | $26,095 | $25,859 | $27,512 | $27,261 | $27,012 | $28,692 | $28,427 | $28,164 |

Note: Values highlighted yellow indicate values changed or added by Compass Lexecon
(a) 2008 assumes 35% tax rate; 2009 through 2013 taxes based on cash tax estimates in December 2008 LRP (ACC00106111).

Sources: Maxwell 2011 Report at 25 and Exhibit O; DX 445 at 86 (ACC00106111).

# Designation No. 855



Defendant Exhibit

DX-0669

Case No. 09-1375 (MG)

## LBI - LITIGATION TRUST
### Summary Valuation Analysis - LyondellBasell

**Discounted Cash Flow Analysis**

*(Amounts in Millions)*

| | May 2008 CIM 1-May-08 | Q4 2008 (a) | 2009 | 2010 | 2011 | Terminal EBITDA Other | Refining | Chemicals / Total |
|---|---|---|---|---|---|---|---|---|
| Chemicals | | | $1,327 | $1,324 | $1,428 | | | |
| Fuels | | | 1,452 | 1,474 | 1,408 | | | |
| Polymers | | | 930 | 815 | 751 | | | |
| Technology & R&D & Other | | | 259 | 158 | 135 | | | |
| Berre and Solvay | | | 125 | 125 | 125 | | | |
| Synergies (b) | | | 300 | 420 | 420 | | | |
| EBITDA | | $570 | $4,393 | $4,316 | $4,267 | $2,756 | $1,445 | $4,200 |
| --% Growth | | -- | -- | (1.8%) | (1.1%) | | | |
| EBIT | | 128 | 2,625 | 2,574 | 2,576 | | | |
| Taxes @ 35.0% | | 45 | 919 | 901 | 902 | | | |
| Tax-Adjusted EBIT | | 83 | 1,706 | 1,673 | 1,674 | | | |
| Depreciation & Amortization (c) | | 442 | 1,768 | 1,742 | 1,691 | | | |
| Capital Expenditures | | (291) | (851) | (646) | (576) | | | |
| Deferred Charges | | 0 | (199) | (178) | (123) | | | |
| Other (Property Tax, Deferred Turnaround, etc.) | | 109 | 0 | 0 | 0 | | | |
| Purchase Solvay / Refinery | | (29) | 0 | 0 | 0 | | | |
| Change in Net Working Capital | | 982 | 300 | 0 | 0 | | | |
| Free Cash Flow | | $1,296 | $2,724 | $2,591 | $2,666 | | | $2,661 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **EBITDA Terminal Multiple - Chemicals** | | 5.5 x | | | 6.0 x | | | 6.5 x | |
| **EBITDA Terminal Multiple - Refining** | | 5.0 x | | | 5.5 x | | | 6.0 x | |
| **Discount Rate** | 11.75% | 12.00% | 12.25% | 11.75% | 12.00% | 12.25% | 11.75% | 12.00% | 12.25% |
| Present Value of Free Cash Flow | $7,950 | $7,926 | $7,903 | $7,950 | $7,926 | $7,903 | $7,950 | $7,926 | $7,903 |
| Present Value of Terminal Value | 15,742 | 15,631 | 15,521 | 17,220 | 17,098 | 16,978 | 18,697 | 18,565 | 18,434 |
| Core Enterprise Value | $23,692 | $23,558 | $23,424 | $25,170 | $25,025 | $24,881 | $26,647 | $26,491 | $26,337 |

Note: Terminal year based on average of 2009-2013 results.

Source: May 2008 CIM.

(a) Source: Business Reporting NL Update dated October 23, 2008. D&A calculated using 2009 number and multiplying by .25.

(b) Synergies expected at closing of Transaction.

(c) 2008 D&A calculated using 2009 number and multiplying by .25.

# Designation No. 856

Hearing Date and Time: March 10, 2009 at 9:45 a.m. (EST)
Objection Deadline: March 6, 2009 at 5:00 p.m. (EST)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 09-10023 (REG) |
| | : | |
| LYONDELL CHEMICAL | : | Chapter 11 |
| COMPANY, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-----------------------------------------------------x

## AMENDED APPLICATION FOR APPROVAL OF THE EMPLOYMENT AND RETENTION OF CHEMICAL MARKET ASSOCIATES, INC AS INDUSTRY EXPERT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 10, 2009

The Official Committee of Unsecured Creditors (the "Committee") appointed in the

chapter 11 cases of Lyondell Chemical Company, et al. (collectively, the "Debtors"), by and

through its chairman, hereby submits this amended application (the "Application") for the entry

of an order authorizing the retention of Chemical Market Associates, Inc. ("CMAI") as industry

expert to the Committee *nunc pro tunc* to February 10, 2009, pursuant to section 1103(a) of title

11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules

for the Southern District of New York (the "Local Rules"). In support of the Application, the

Committee submits the affidavit of David H. Witte annexed hereto as Exhibit A (the "Witte

Affidavit") and respectfully represents as follows:

## BACKGROUND

1)      On January 6, 2009 (the "Petition Date"), the Debtors commenced their cases

under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the
Bankruptcy Code.

    2)      On January 16, 2009, the United States Trustee for the Southern District of New
York, pursuant to section 1102(a) of the Bankruptcy Code, appointed seven entities to the
Committee to represent the interests of the Debtors' unsecured creditors. The Committee
consists of: Wilmington Trust Company, Law Debenture Trust of New York, Pension Benefit
Guaranty Corporation, BASF Corporation, Air Liquide Large Industries U.S. LP, Veolia ES
Industrial Services, and United Steel Workers.

## JURISDICTION

    3)      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157
and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this
Court pursuant to 28 U.S.C. §§ 1408 and 1409.

    4)      The statutory predicates for the relief sought herein are sections 328, 1103(a) and
1103(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016 and 5002 and Local
Bankruptcy Rule 2014-1.

## RELIEF REQUESTED

    5)      Pursuant to this Application, the Committee seeks authority to retain CMAI as its
industry expert with respect to the Debtors' refining, chemical, and polymer assets, among other
things, in connection with the Debtors' chapter 11 cases and as more fully described below. In
addition, CMAI intends to utilize the services of Purvin & Gertz, Inc. ("PGI"), CMAI's strategic
petroleum consulting partner, as a subcontractor to CMAI to provide some of the services
described in this Application to the Committee.[1] PGI will be compensated by CMAI for

---

[1] CMAI and PGI have a long-standing strategic partnership. CMAI does not make profit on the hourly fees charged
by PGI, nor will CMAI make a profit on the fees and expense reimbursements they seek on behalf of PGI. All

professional services rendered to CMAI at the same hourly rate that the Committee has agreed to

compensate CMAI for professional services as described in paragraphs 14-15 hereof. When

CMAI submits its fee application with the Bankruptcy Court, it will include the detailed time

records of PGI. Additionally, CMAI will seek reimbursement on behalf of PGI for all necessary

expenses incurred, which shall include, but not be limited to, travel, photocopying, delivery

service, postage, vendor charges and other out-of-pocket expenses incurred in providing

professional services. Further, the indemnification and other obligations pursuant to the terms of

the CMAI Retention Letter (defined below) and this Application shall apply to PGI.

     6)     The Committee submits this Application because of its need to retain a  refining,

chemical and polymer industries expert and consultant with broad experience in the pricing of

the commodities essential to the Debtors' businesses to consult with and advise the Committee in

the critical tasks associated with analyzing and assessing the value of the Debtors' assets, the

development of analyses targeted at assessing the strategic issues facing the various businesses

of the Debtors, and to work closely with the Committee investment banker, Peter J. Solomon

Company. Additionally, CMAI will provide the Committee with expert knowledge regarding the

specific industry, operational and technical questions of the Committee. The Committee believes

that the retention of CMAI is in the best interest of the Debtors' unsecured creditors. In that regard,

as a consultant of the Committee, CMAI will have the same fiduciary duty obligations to the

Committee and the Debtors' estate as do other professionals retained by the Committee in these

cases. The Committee has carefully tailored the scope and compensation of CMAI's retention so

that (i) the work performed by CMAI will not be duplicative of the work performed by any other

---

reference in this Application to the expertise provided by CMAI shall also encompass the expertise provided by
PGI.

3

professionals retained by the Committee in these cases; and (ii) the Debtors' estates do not incur unnecessary costs as a result of the Committee's retention of CMAI.

## QUALIFICATIONS OF PROFESSIONALS

7)     The Committee has selected CMAI as its industry expert because of the firm's diverse experience and extensive knowledge in petrochemical processing and the chemical, petroleum, and polymer industries. CMAI has a well-known reputation as a premier provider of consulting services to the chemical and related industries. Among other areas, CMAI provides client services in these industries that include market advisory services (continuous and periodic industry reports covering the types of products the Debtors produce, and access to leading industry experts), business advisory services (including assisting clients with acquisitions, divestitures and capital investments) and planning advisory services (that include global cost pricing, cost studies, training and economic forecasting).

8)     The Committee needs assistance in understanding and analyzing information relating to the Debtors' fairly broad and complex operations. The Committee especially requires CMAI's expertise in these fields to understand how the pricing of the various feedstock and commodities purchased and sold in the Debtors' chemical and polymer businesses impacts the Debtors' profitability, projected performance over a reasonable projection period and ultimate value of the Debtors' enterprise. CMAI has broad and deep experience providing expert consulting advice in these industries. As such, CMAI is qualified to perform the work required in these cases.

## CMAI'S ROLE

9)     Subject to the direction of the Committee and further order of this Court, the professional services to be rendered by CMAI on behalf of the Committee, as set forth in

CMAI's retention letter annexed hereto as <u>Exhibit B</u> (the "<u>CMAI Retention Letter</u>"), will include

the following:

a.  providing industry knowledge to support legal arguments;

b.  advising and assisting the Committee in asset valuation as supported by the Debtors' operations / asset modeling to estimate operating-margins and replacement value methodologies including back testing of the model to historical reported performance;

c.  advising and assisting the Committee in scenario analysis as /if necessary to explore and test valuation assumptions and analysis;

d.  advising and assisting the Committee in operations assessment/integration analysis of the Debtors;

e.  advising and assisting the Committee in development of analyses targeted at assessing the strategic issues facing the various businesses of the Debtors;

f.  advising and assisting the Committee in strategic business analysis including recommendations for various assets;

g.  advising and assisting the Committee in answering specific industry, operational and technical questions;

h.  advising and assisting the Committee by delivering expert advice and testimony, as necessary;

i.  advising and assisting the Committee by attending client meetings, as necessary; and

j.  advising and assisting the Committee by rendering such other advisory services as may be agreed upon by CMAI and the Committee in connection with the foregoing.

10)  Subject to this court's approval of the Application, CMAI shall serve as the

Committee's industry expert and will perform the services described above. In order to perform

these services in a cost-effective manner, CMAI shall endeavor to coordinate all of its services to

the Committee with the other professionals retained by the Committee in these cases, including

the services of Mesirow Financial Consulting, LLC and Peter J. Solomon Company, the

Committee's proposed financial advisor and investment banker, so as to minimize (and,

5

wherever possible, avoid) any unnecessary duplication of services and lessen any potential

burden on the Debtors' estates and their professional advisors.

11) The Committee believes that it is necessary to employ an industry expert to render

the professional services to the Committee as described above so that the Committee may

properly fulfill its duties under the Bankruptcy Code. Because of potential conflicts between the

various constituencies in these cases, the Committee cannot simply rely upon the opinions

expressed by industry experts representing other interests. Further, the Committee believes that

CMAI is well qualified to handle the work required in these chapter 11 cases.

## CMAI'S CONNECTIONS IN THESE CASES

12) The Committee has reviewed the Witte Affidavit including all of the

"connections" (as such term is used in Bankruptcy Rule 2014(a)) in these cases as disclosed

therein. CMAI disclosed therein that it provides marketing advisory services in the form of

industry news publications distributed to a multi-client group who subscribe to receive these

services, including the Debtors, some of the individual creditors, and other parties-in-interest.

Also, PGI provides a similar subscription based multi-client industry publication that the

Debtors, some of the individual creditors, and other parties-in-interest subscribe to and receive.

In addition to the multi-client services provided by CMAI and PGI described herein, CMAI and

PGI also provide single client work tailored to the specific needs of particular clients. CMAI and

PGI have provided and will continue to provide these single client services to some of the

individual creditors, and other parties-in-interest. The customized services CMAI and PGI

provide to single clients may relate to the bankruptcy proceeding of the Debtors as well as the

business of the Debtors and their affiliate non-debtor entities. CMAI, however, has agreed in the

CMAI Retention Letter that it will not accept employment by any person having an adverse

6

interest to the Committee pursuant to Section 1103(b) of the Bankruptcy Code or who would
otherwise cause a conflict of interest with its representation of the Committee. PGI has made an
identical representation in the Nebeker Affidavit. To further address any conflict that may arise
from CMAI providing multi-client services to the Debtors, some of the individual creditors, and
other parties-in-interest and single client services to some of the individual creditors, and other
parties-in-interest, CMAI and PGI have each established an "Ethical Wall," more fully
described in the Witte Affidavit, that will segregate the employees of CMAI and PGI who
provide multi-client services and single client services to some of the individual creditors, and
other parties-in-interest from the employees providing services to the Committee. Additionally,
prior to the Petition Date, CMAI and PGI received payments in the ordinary course of business
from the Debtors within the past year. These payments from Debtors were received in payment
for CMAI's multi-client industry news publications to which the Debtors subscribe as well as
single client studies. CMAI and PGI will continue to provide Debtors with its multi-client
subscription services post-petition. Also, CMAI has a prepetition claim against the Debtors for
the unpaid portion of a prepetition invoice. CMAI has agreed to relinquish the outstanding
balance of its prepetition claim to ensure compliance with the requirements of section 328(c) of
the Bankruptcy Code. With the exception of these payments disclosed in the Witte Affidavit,
CMAI/PGI did not receive any payments from the Debtors and is not a prepetition creditor of the
Debtors.

13)    Notwithstanding any such connections, the Committee believes that CMAI is a
disinterested person, and does not hold or represent an interest adverse to the Debtors' estates
with respect to the matters for which CMAI is to be employed, as required by section 328(c) of
the Bankruptcy Code. Furthermore, CMAI and PGI will periodically review their files during

the pendency of these cases to ensure that no conflicts or other disqualifying circumstance exists

or arise.  If any new relevant facts or relationships are discovered or arise which would

lead either CMAI or PGI to believe there is a conflict or other disqualifying circumstance, CMAI

or PGI, as applicable, will use reasonable efforts to identify such further developments and will

file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## CMAI'S COMPENSATION AND REIMBURSEMENT OF EXPENSES

### A.    CMAI's Compensation Structure

14)    CMAI's requested compensation for professional services rendered to the

Committee will be based upon the hours actually expended by each assigned staff member at

each staff member's hourly billing rate.  The Committee has agreed to compensate CMAI for

professional services rendered at its normal and customary hourly rates.

15)    In the normal course of business, CMAI revises its hourly rates yearly.  CMAI

requests that the rates listed below be revised to the hourly rates that are in effect at the time

services are rendered.  The current normal and customary hourly rates for services to be rendered

by CMAI and applicable herein are as follows:

| Level | Rates |
| --- | --- |
| Officer | $630 |
| Director | $575 |
| Senor Consultant | $525 |
| Consultants | $420 |
| Research Associate | $335 |
| Analyst | $205 |

### B.    Reimbursement of CMAI's Expenses

16)    CMAI will also seek reimbursement for necessary expenses incurred, which shall

include, but not be limited to, travel, photocopying, delivery service, postage, vendor charges

and other out-of-pocket expenses incurred in providing professional services.

17)    CMAI intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules. CMAI has agreed to accept as compensation such sums as may be allowed by the Court. CMAI understands that interim and final fee awards are subject to approval by this Court.

C.    No Agreement as to Sharing of Compensation

18)    As set forth in the CMAI Affidavit, with the exception of the subcontracting relationship with PGI discussed herein, CMAI has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted pursuant to section 504 of the Bankruptcy Code.

**INDEMNIFICATION**

19)    The Committee has agreed to seek a court order requiring that the Debtors and their estates indemnify and hold harmless CMAI and PGI and their affiliates, counsel and other professional advisors, and the respective directors, officers, members, partners, controlling persons, agents and employees of each of the foregoing (CMAI, PGI and all of such other persons collectively, the "Indemnified Parties"), from and against any losses, claims or proceedings including stockholder actions, damages, judgments, assessments, investigation costs, settlement costs, fines, penalties, arbitration awards, other liabilities, costs, fees and expenses (collectively, "Losses") (i) related to or arising out of (A) oral or written information provided by the Debtors, the Debtors' employees or other agents, which either the Debtors, CMAI or PGI provides to any persons, or (B) other action or failure to act by the Debtors, the Debtors' employees or other agents, or CMAI or PGI at the Debtors' request or with the Debtors' consent, or (ii) otherwise related to or arising out of the engagement of CMAI and PGI or any transaction or conduct in connection therewith, provided that this clause (ii) shall not

9

apply if it is finally judicially determined by a court of competent jurisdiction that such Losses arose solely out of its own bad faith, self-dealing, breach of fiduciary duty, gross negligence, or reckless or willful misconduct arising from the foregoing (other than ordinary negligence).

20)     All requests of CMAI or PGI for payment of indemnity, as further described in Exhibit A to the CMAI Retention Letter, shall be made by means of an application and shall be subject to review by this Court to be sure that payment of such indemnity conforms to the terms of the CMAI Retention Letter and is reasonable based on the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall CMAI or PGI be indemnified in the case of its own bad faith, self-dealing, breach of fiduciary duty, gross negligence, or reckless or willful misconduct arising from the foregoing (other than ordinary negligence).

## NOTICE

21)     The Committee has provided notice of this Application to the parties set forth on the Debtors' Master Service List, as provided for in that certain Order Establishing Notice Procedures and a Master Service List, as approved by this Court on January 7, 2009 and all other persons who have formally appeared and requested notices or copies of pleadings filed in these cases under Bankruptcy Rule 2002. The Committee respectfully submits that such dissemination constitutes adequate and proper notice of the Application.

22)     No prior application for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter the order annexed hereto as Exhibit C approving the Committee's retention of CMAI effective as of February 10, 2009, and that the Court grant the Committee such other and further relief as it deems just and proper.

Dated: New York, New York
February 23, 2009

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
LYONDELL CHEMCAL COMPANY, et al.

By:    Its Chairman

LAW DEBENTURE TRUST OF NEW YORK, solely in
its capacity as Chair of the Committee and not in its
individual capacity

By:    _____
Name: Robert L. Bice II
Title:   Senior Vice President

# EXHIBIT A

## EXHIBIT A

Witte Affidavit
(see attached)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                          :
In re:                                    :          Case No. 09-10023 (REG)
                                          :
LYONDELL CHEMICAL                         :          Chapter 11
COMPANY, et al.,                          :
                                          :          (Jointly Administered)
                  Debtors.                :
                                          :
-------------------------------------------------------x

### AFFIDAVIT OF DAVID H. WITTE IN
### SUPPORT OF APPLICATION FOR APPROVAL OF
### THE EMPLOYMENT AND THE RETENTION OF
### CHEMICAL MARKET ASSOCIATES, INC AS INDUSTRY EXPERT
### FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**David H. Witte**, being duly sworn, deposes and says:

1.      I am the Executive Vice President of Business Advisory Services of

Chemical Market Associates, Inc ("CMAI"), resident in CMAI's Houston office at 11757

Katy Freeway, Suite 700, Houston, TX 77079. Unless otherwise stated, I have personal

knowledge of the facts hereinafter set forth. This affidavit (the "Witte Affidavit") is

submitted on behalf of CMAI pursuant to Rule 2014(a) of the Federal Bankruptcy Rules

of Bankruptcy Procedure ("the Bankruptcy Rules") in connection with the application

(the "Application") by the Official Committee of Unsecured Creditors appointed in the

above-captioned cases (the "Committee") for the entry of an order authorizing the

retention of CMAI as industry expert to the Committee. Unless otherwise stated, I have

personal knowledge of the facts hereinafter set forth.

### QUALIFICATIONS OF PROFESSIONALS

2.      CMAI is a firm offering expertise in the chemical, polymer, and petroleum

industries.

3.      The Committee has selected CMAI as its industry expert because of the firm's diverse experience and extensive knowledge in the chemical, petroleum, and polymer industries. CMAI has a well-known reputation as a premier provider of consulting services to the chemical and related industries.

4.      The Committee needs assistance in understanding and analyzing information relating to the Debtors' fairly broad and complex operations. The Committee requires CMAI's expertise in these fields to understand how the pricing of the various feedstock and commodities purchased and sold in the Debtors' chemical and polymer businesses impacts the Debtors' profitability, projected performance over a reasonable projection period and ultimate value of the Debtors' enterprise. CMAI has broad and deep experience providing expert consulting advice in these industries. As such, CMAI is qualified to perform the work required in these cases.

## SERVICES TO BE RENDERED

5.      Subject to the direction of the Committee, and further order of this Court, the professional services to be rendered by CMAI will include the following:

a.      providing industry knowledge to support legal arguments;

b.      advising and assisting the Committee in asset valuation as supported by the Debtors' operations / asset   modeling to estimate operating-margins and replacement value methodologies including back testing of the model to historical reported performance;

c.      advising and assisting the Committee in scenario analysis as /if necessary to explore and test valuation assumptions and analysis;

    d.     advising and assisting the Committee in operations assessment/integration analysis of the Debtors;

    e.     advising and assisting the Committee in development of analyses targeted at assessing the strategic issues facing the various businesses of the Debtors;

    f.     advising and assisting the Committee in strategic business analysis including recommendations for various assets;

    g.     advising and assisting the Committee in answering specific industry, operational and technical questions;

    h.     advising and assisting the Committee by delivering expert advice and testimony, as necessary;

    i.     advising and assisting the Committee by attending client meetings, as necessary; and

    j.     advising and assisting the Committee by rendering such other advisory services as may be agreed upon by CMAI and the Committee in connection with the foregoing.

    6.     Subject to this Court's approval of the Application, CMAI is willing to serve as the Committee's industry expert and to perform the services described above.

### DISINTERESTEDNESS OF PROFESSIONALS

    7.     CMAI intends to utilize the services of Purvin & Gertz, Inc. ("PGI"), CMAI's strategic petroleum consulting partner, as a subcontractor to CMAI to provide some of the services described in this Witte Affidavit. The following paragraphs represent the collective statements of CMAI and PGI ("CMAI/PGI"). PGI has provided CMAI with an affidavit (the "Nebeker Affidavit"), attached hereto as Exhibit C,

confirming that CMAI has the authority to make statements on behalf of PGI regarding its disinterest. Additionally, the Nebeker Affidavit confirms that PGI has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants other than as stated in paragraphs 8 -16 hereof.

8.  Based upon information supplied by Committee counsel and Debtors' counsel in connection with its retention in the Debtors' chapter 11 cases (the "Case Parties"), which case lists were represented to be comprehensive based on information provided by the Debtors, CMAI/PGI searched its records[1] to identify any connection or relationship with the following entities:

      a.  The Debtors and their affiliates;

      b.  The Debtors' officers and directors;

      c.  The equity shareholders known to own more than twenty percent (20%) of outstanding stock of the Debtors;

      d.  The Debtors' major secured creditors;

      e.  Insurance carriers;

      f.  Custodians;

      g.  Suppliers;

      h.  The Debtors' fifty (50) largest unsecured creditors;

      i.  All members of the Committee;

      j.  Counsel to the Committee; and

---

[1]  CMAI/PGI does not intend to suggest that Bankruptcy Rule 2014 requires that a professional seeking retention under the Bankruptcy Code must disclose any connections that an affiliate of the professional may have to the creditors or other parties-in-interest in the bankruptcy case.  Rather, out of an abundance of caution, CMAI/PGI has searched certain portions of CMAI/PGI's database and made appropriate disclosures of relationships, with the exception of those relationships described in the section titled "Ethical Wall and Trading Wall Procedures."

k. Financial advisors and counsel to the Debtors and certain other parties-in-interest.

The Case Parties are set forth in Exhibit A attached hereto and incorporated herein by reference.

9. Based upon the database search described above, CMAI/PGI does not represent any other entity having an adverse interest in connection with these cases, and does not hold or represent an interest adverse to the interests of the estates with respect to the matter on which CMAI/PGI will be employed, in accordance with section 328(c) and 1103(b) of the Bankruptcy Code.

10. CMAI/PGI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, given that, to the best of my information and belief, CMAI/PGI:

a. is not a creditor, an equity security holder, or an insider of the Debtors;

b. is not and was not, within two years before the commencement of these chapter 11 cases, a director, officer or employee of the Debtors; and

c. does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

11. To the best of my knowledge, except as set forth herein and in Exhibit B attached hereto and incorporated herein by reference and subject to the limitations discussed herein, (a) CMAI/PGI has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the CMAI/PGI professionals working on this matter are not relatives of the United States

Trustee of the Southern District of New York or of any known employee in the office
thereof, or any United States Bankruptcy Judge of the Southern District of New York.

12.      CMAI/PGI, have in the past been retained by, and presently and likely in
the future will provide services for, certain creditors of the Debtors, other parties-in-
interest, and their respective attorneys and accountants in matters unrelated to such
parties' claims against the Debtors or interests in these chapter 11 cases. CMAI/PGI
currently performs or has previously performed such services for the entities listed in
Exhibit B.

13.      With the exception of one creditor referenced in Exhibit B, BASF
Corporation, who accounted for 1.05% of CMAI's gross revenue for the past twelve (12)
months and three creditors referenced in Exhibit B, Societe Generale, Chevron, and
PetroLogistics, who each accounted for between 1.1% and 1.7% of PGI's gross revenue
for the past twelve (12) months, no single creditor or party in interest client of CMAI or
PGI referenced in Exhibit B hereto, accounted for more than 1% of CMAI's or PGI's
gross revenues for the past twelve (12) months.

14.      As part of its practice, CMAI/PGI appears in many cases, proceedings,
and transactions involving many different law firms, financial consultants, and
investment bankers in matters unrelated to this bankruptcy. CMAI/PGI has not identified
any material relationships or connections with any law firm, financial consultant or
investment banker involved in these chapter 11 cases that would cause it to be adverse to
the Debtors, the Debtors' estates, any creditor or any other party-in-interest, or that would
otherwise affect CMAI/PGI's judgment or ability to perform services for the Committee.

15. CMAI/PGI has not provided, and will not provide, any professional services to the Debtors, any of the individual creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases. Notwithstanding the foregoing, CMAI provides marketing advisory services in the form of industry news publications distributed to a multi-client group who subscribe to and receive these services. The Debtors, some of the individual creditors, and other parties-in-interest subscribe to and receive CMAI's multi-client industry news publications. Also, PGI provides a similar subscription based multi-client industry publication that the Debtors, some of the individual creditors, and other parties-in-interest subscribe to and receive. In addition to the multi-client services provided by CMAI and PGI described herein, CMAI and PGI also provide single client work tailored to the specific needs of particular clients. CMAI and PGI have provided and will continue to provide these single client services to some of the individual creditors, and other parties-in-interest. The customized services that CMAI and PGI provide to single clients may relate to the Debtors' bankruptcy proceeding and the businesses of the Debtors and their affiliate non-debtor entities. CMAI, however, has agreed in the CMAI Retention Letter that it will not accept employment by any person having an adverse interest to the Committee pursuant to Section 1103(b) of the Bankruptcy Code or who would otherwise cause a conflict of interest with its representation of the Committee. PGI has made an identical representation in the Nebeker Affidavit. To further address any conflict that may arise from CMAI and PGI providing multi-client services to the Debtors, some of the individual creditors, and other parties-in-interest and single client services to some of the individual creditors, and other parties-in-interest, CMAI and PGI have each established

7

an "Ethical Wall," more fully described in paragraph 17 hereof, that will segregate the employees of CMAI and PGI who provide multi-client services and single client services to some of the individual creditors, and other parties-in-interest from the employees providing services to the Committee.

16.     Prior to the Petition Date, CMAI received payments in the ordinary course of business from the Debtors within the past year. These payments from Debtors were received in payment for CMAI's multi-client industry news publications to which the Debtors subscribe. CMAI will continue to provide Debtors with its multi-client subscription services post-petition. Additionally, CMAI has a prepetition claim against the Debtors for the unpaid portion of a prepetition invoice. CMAI has agreed to relinquish the outstanding balance of its prepetition claim to ensure compliance with the requirements of section 328(c) of the Bankruptcy Code. With the exception of the payments disclosed in this paragraph 16, neither CMAI nor PGI received any payments from the Debtors and is not a prepetition creditor of the Debtors.

**ETHICAL WALL PROCEDURES**

17.     CMAI and PGI each have established an "Ethical Wall" between the employees of CMAI or PGI working for the Committee (the "Lyondell Team") and (1) any employee of CMAI or PGI that provides multi-client advisory services, including subscription based industry publications ("Multi-Client Employees") and (2) any employee of CMAI or PGI that provides single client services to any creditor or party-in-interest ("Single Client Employees") The Ethical Wall prohibits the Lyondell Team from sharing confidential or non-public information concerning the Debtors and these cases with any Multi-Client Employee or Single Client Employee. Multi-Client Employees and

8

Single Client Employees, however, are not limited from sharing information about the

Debtors with the Lyondell Team. CMAI and PGI have informed all employees of the

Ethical Wall procedures.

## PROFESSIONAL COMPENSATION

18.     CMAI's requested compensation for professional services rendered to the

Committee will be based upon the hours actually expended by each assigned staff

member at each staff member's hourly billing rate. The Committee has agreed to

compensate CMAI for professional services rendered at its normal and customary hourly

rates.[2]

19.     The rates included in this Affidavit are CMAI's normal and customary

rates for matters of this sort. In the normal course of business, CMAI revises its hourly

rates yearly. CMAI requests that the rates listed below be revised to the hourly rates that

are in effect at the time the services are rendered. The current normal and customary

hourly rates for the services to be rendered by CMAI are as follows:

| Level | Rates |
|---|---|
| Officer | $630 |
| Director | $575 |
| Senor Consultant | $525 |
| Consultants | $420 |
| Research Associate | $335 |
| Analyst | $205 |

---

[2] As more fully described in the CMAI Retention Application, PGI will be compensated for professional services rendered to CMAI at the same hourly rate that the Committee has agreed to compensate CMAI for professional services. When CMAI submits its fee application with the Bankruptcy Court, it will include an itemization of the compensation paid to PGI.

20.     CMAI will also seek reimbursement for necessary expenses incurred, which shall include, but not be limited to, travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

21.     CMAI intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules. CMAI has agreed to accept as compensation such sums as may be allowed by the Court. CMAI understands that interim and final fee awards are subject to approval by this Court.

22.     In accordance with section 504 of the Bankruptcy Code, I hereby state that, with the exception of the subcontracting relationship with PGI disclosed herein, there is no agreement or understanding between CMAI and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases.

23.     This affidavit is provided in accordance with section 328(c) and 1103(b) of the Bankruptcy Code and Bankruptcy Rule 2014.

(The remainder of this page is intentionally blank)

David H. Witte

Sworn to before me this
12 day of February, 2009

Notary Public

JANNIS L. DIVIN
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXP. 11-04-2010

# 8204062

## EXHIBIT A

This information is being provided in connection with the Affidavit of David H. Witte in Support of the Application for Order Authorizing the Retention and Employment of CMAI as Industry Expert to the Official Committee of Unsecured Creditors Effective as of February 10, 2009. The following names were compared to CMAI's client database to identify any connection or relationship:

### Potential Parties in Interest

**Secured Lenders:**
ABN Amro
Access Industries
Aim Floating Rate Fund
Airlie Clo 2006-1 LTD
Allied Irish Banks
Altenberg Funding
Apollo Global Management, LLC
Apollo Management, L.P.
Ares Management LLC
Asclepiu
Ascerpios Research Group
Atlas Loan Funding (Navigator) LLC
Avalon Capital Ltd. 3
Avoca Inc.
Babson Clo Ltd. 2004-1
Balc-Ballyrock Clo II Limited
Banc of America
Banca Intesa San Paolo
Banca Popolare Di Milano
Bank of Scotland
Bayerische Landesbank
Belhurst Clo. Ltd
Bill & Melinda Gates Foundation
Brookville Horizons Fund L.P.
Burdale Financial Limited
Canpartners Investments IV, LLC
Canyon Capital Clo 2004-1 Ltd.
Castleri
Celf
Celts Clo 2007-1 Ltd.
Cerberus Capital Management, L.P.
Champlain Clo Ltd.
Charter View Portfolio
Charter Financial Services
Citibank

1

Clapboard
Credit Suisse
Deutsche Bank
DZ Bank
General Electric Capital Corp.
GMAC, LLC
Goldman Sachs
Grand Central Asset Trust
Halcyon Capital
Halcyon Asset Management, LLC
Harbourmaster Capital
ING Financial Services
Banca Intesa San Paolo
JP Morgan Securities Ltd.
King Street Capital Management
KKR Financial Holdings LLC
Laodicea II LLC
Lerner Enterprises LLC
Lloyds TSB
Merrill Lynch Capital Corp.
Morgan Stanley
National City Corporation
Natixis Funds
Oaktree Capital Management
Oha Finlandia Credit Fund
OHSF Financing Ltd.
Protean CBNA Loan Funding LLC
Protective Life Corporation
RZB Finance LLC
Silver Oak Partners
SG Finance Inc.
Societe Generale
State of California
Stichting Pensioenfonds Metaal En Techniek
Stitching Mn Services US High Yield
Swiftcurrent Offshore Ltd.
Symphony Asset Management
UBS
Wachovia
Watershed LB Holdings LLC
Wells Fargo
Western Asset Management Co.

**Debtors & Debtor Affiliates**

Debtor Companies:
Basell Finance USA Inc.
Basell Germany Holdings GmbH
Basell North America Inc.
Basell USA Inc.
Circle Steel Corporation
Duke City Lumber Company, Inc.
Equistar Chemicals, LP
Equistar Transportation Company, LLC
Glidco Leasing, Inc.
Glidden Latin America Holdings Inc.
HOISU Ltd.
Houston Refining LP
HPT 28 Inc.
HPT 29 Inc.
H.W. Loud Co.
IMWA Equities II, Co., L.P.
ISB Liquidating Company
LBI Acquisition LLC
LBIH LLC
LeMean Property Holdings Corporation
Lyondell Asia Pacific, Ltd.
Lyondell Chemical Company
Lyondell Chemical Delaware Company
Lyondell Chemical Espana Co.
Lyondell Chemical Europe, Inc.
Lyondell Chemical International Co.
Lyondell Chemical Nederland, Ltd.
Lyondell Chemical Products Europe, LLC
Lyondell Chemical Properties, L.P.
Lyondell Chemical Technology Management, Inc.
Lyondell Chemical Technology 1 Inc.
Lyondell Chemical Technology, L.P.
Lyondell Chimie France LLC
Lyondell-Equistar Holdings Partners
Lyondell Europe Holdings Inc.
Lyondell Greater China, Ltd.
Lyondell Houston Refinery Inc.
Lyondell LP3 GP, LLC
Lyondell LP3 Partners, LP
Lyondell LP4 Inc.
Lyondell (Pelican) Petrochemical L.P. 1, Inc.
Lyondell Petrochemical L.P. Inc.

Lyondell Refining Company LLC
Lyondell Refining I LLC
LyondellBasell Advanced Polyolefins USA Inc.
LyondellBasell Finance Company
MHC Inc.
Millennium America Holdings Inc.
Millennium America Inc.
Millennium Chemicals Inc.
Millennium Holdings, LLC
Millennium Petrochemicals GP LLC
Millennium Petrochemicals Inc.
Millennium Petrochemicals LP LLC
Millennium Petrochemicals Partners, LP
Millennium Realty Inc.
Millennium Specialty Chemicals Inc.
Millennium US Op Co LLC
Millennium Worldwide Holdings I Inc.
MWH South America LLC
National Distillers & Chemical Corporation
NDCC International II Inc.
Nell Acquisition (US) LLC
Penn Export Company, Inc.
Penn Navigation Company
Penn Shipping Company, Inc.
Penntrans Company
PH Burbank Holdings, Inc.
Power Liquidating Company, Inc.
Quantum Acceptance Corporation
SCM Plants, Inc.
Suburban Propane GP, Inc.
Tiona, Ltd.
UAR Liquidating Inc.
USI Chemicals International, Inc.
USI Credit Corp.
USI Puerto Rico Properties, Inc.
Walter Kidde & Company, Inc.
Wyatt Industries, Inc.

Non-Debtor North American Affiliates:
AI Petrochemicals LLC
BAFB B.V.
Basell Finance Company B.V.
Basell Funding S.á.r.l.
Basell Impact Holding Company
Basell Mexico, S. de R.L. de C.V.
Baselltech USA Inc.
BASF

Baypo LP
BI S.a.r.l.
BIPPO Corporation
Chem Connect
E.I. DuPont (GP) Dupont Feedstocks Company (LP)
Equistar Chemicals de Mexico, Inc.
Equistar Funding Corporation
Equistar Olefins G.P., LLC
Equistar Olefins Offtake G.P., LLC
Equistar Olefins Offtake LP
Equistar Polypropylene LLC
Equistar Receivables II, LLC
Equistar Receivables LLC
Equistar Transportation Company, LLC
Lyondell Asia Holdings Limited (Hong Kong)
Lyondell Asia Pacific, Ltd.
Lyondell Basell Advanced Polyolefins USA Inc.
LyondellBasell Receivables 1, L.L.C.
Lyondell Bayport, LLC
Lyondell Centennial Corp.
Lyondell Chemical Holding Company
Lyondell Chemical Italia S.r.l.
Lyondell Chemical Overseas Serv. Inc.
Lyondell Chemical Pan America, Inc.
Lyondell Chemical Wilmington, Inc.
Lyondell Chimie France SAS (France)
Lyondell Chimie TDI SCA (France)
Lyondell China Holdings Limited (Hong Kong)
Lyondell France Holdings SAS (France)
Lyondell Funding II, LLC
Lyondell General Methanol Company
Lyondell Greater China Holdings Ltd. (Hong Kong Corp.)
Lyondell Greater China Trading Limited (PRC)
Lyondell Intermediate Holding Company
Lyondell POJVGP, LLC
Lyondell POJVLP, LLC
Lyondell POTechGP, Inc
Lyondell POTechLP, Inc.
LyondellBasell AF GP S.a.r.l.
NAG Investments LLC
Nell Limited
Nihon Oxirane Co., Ltd. (Japan)
Ningbo ZRCC Lyondell Chemicals Co. Ltd. (PRC)
NOVA
Olefins JV LP
PD Glycol

PO Offtake, LP
PO JV, LP
POSM Delaware, Inc.
POSM II Limited Partnership, L.P.
POSM II Properties Partnership, L.P.
Quantum Pipeline Company
San Jacinto Rail Limited LP
Sinopec Zhenhai Refining & Chemical Co. Ltd.
Sumitomo Chemical Company Limited
Sunoco LaPorte LLC
Sunoco Olefins, LP
Technology JV, LP

European Non-Debtor Affiliates:
Basell International Holdings B.V.
LyondellBasell Australia (Holdings) Pty Ltd
PolyPacific Pty Ltd
PolyPacific Polymers Sdn.Bhd.
Basell International Trading FZE
Basell Europe Holdings B.V.
Basell Polyolefins India Private Ltd.
Basell Asia Pacific Ltd.
Basell Asia Pacific Trading (Shenzhen) Limited
Basell Asia Pacific Consulting (Shanghai) Co., Ltd.
SunAllomer Ltd.
Polymirae Co. Ltd
Basell (Thailand) Holdings B.V.
HMC Polymers Company Ltd.
Rayong Olefins Co. Ltd.
PTT chemical PCL
Basell Advanced Polyolefins (Thailand) Company Ltd.
LyondellBasell Brasil Holdings B.V.
Basell Holdings Middle East GmbH
Saudi Polyolefins Company
Basell Moyen Orient Investissements SAS
Saudi Ethylene & Polyethylene Company
Basell Arabie Investissements SAS
Al-Waha Petrochemical Company
LyondellBasell Proche Orient Investissements SAS
Basell Polyolefins Korea Ltd
Lyondell Quimica do Brasil, Ltda.
Basell Poliolefinas Ltda.
Basell Poliolefinas, S. de R.L. de C.V.
Lyondell Japan, Inc.
Lyondell South Asia PTE Ltd.
Basell Cayman Corporation
Basell (VI) Corporation

Basell Sales & Marketing company B.V.
Basell Service Company B.V.
Basell Finance & Trading Company B.V.
Basell China AP Holdings B.V.
Basell Advanced Polyolefins (Suzhou) Co. Ltd
GuangZhou Basell Advanced Polyolefins co. Ltd
Basell Canada inc.
Indelpro S.A. de C.V.
Basell Polypropylene S.A.S.
SCI de Plastiques de Normandie
LyondellBasell Netherlands Holdings B.V.
Lyondell Chemie International B.V.
Lyondell Chemie Nederland B.V.
Lyondell Chemie (PO11) B.V.
Lyondell Chemie (POSM) B.V.
Lyondell Chemie Investment Nederland B.V.
Lyondell PO11 C.V.
Lyondell Bayer MM VOF
Lyondell Chemie Utilities B.V.
Steamelac B.V.
Eurogen C.V.
Basell Europe Holdings B.V.
Basell UK Holdings Ltd.
Basell Polyolefins UK Ltd.
Basell UK Ltd.
Basell Holdings B.V.
Basell Polyolefins Company BVBA
Basell Benelux B.V.
Basell Orien Polyolefins Sp. z o.o.
Basell Orien Polyolefins Sprzedaz Sp. z o.o.
LyondellBasell Kazakhstan Holdings B.V.
Kazakhstan Petrochemicals Industries Inc. LLP
Basell Int'l Holdings B.V.
Basell Polyolefin Istanbul Ticaret Limited Sirketi
Basell Chemie Köln GmbH
Basell Nederland B.V.
LyondellBasell Industries Holdings B.V.
Basell Poliolefine Italia S.r.l.
Basell Italia S.r.l.
Basell Brindisi S.r.l.
Brindisi Servizi Generali S.c.a r.l.
Polymer Servizi Ecologici
I.F.M. S.c.a r.l.
Basell Polyéthylène S.A.S.
Basell France S.A.S.
Basell Production France S.A.S.

Basel Polyoléfines France S.A.S.
Société du Craqueur de l'Aubette S.A.S.
Aibette S.A.S.
Basell FPS S.A.S.
Basell Osp-Olefins S.A.S.
Basell Gemma S.A.S.
Compagnie de Distribution des Hydrocarbures S.A.S.
Compagnie Petrochimique de Berre S.A.S.
GIE Stockage Termianl de la Crau
GP Enterprise SA Co., Ltd.
SN2A SNC
Société du Pipeline Méditerranéen Rhône S.A.S.
GIE Groupement Pétrolier de la Côté d'Azur
Shell Stockage Pétrolier du Rhône SA
Basell Ibérica Poliolefinas Holdings S.L.
Basell Poliolefinas Ibérica S.L.
Complejo Industrial Taqsa A.I.E.
Hisane A.I.E.
Basell Poliolefinas Comercial Espagñola S.L.
UNA S.A.
Basell Plasticos Lda.
Petroken Petroquimica Ensenada SA
Lyondell Chemical Central Europe GmbH
Basell Germany Holdings GmbH
Basell Polyolefine GmbH
Basell Deutschland GmbH
Basell North America Inc.
Basell Bayreuth Chemie GmbH
InfraServ GmbH & Co. Höchst KG
InfraServ GmbH & Co. Knapsack KG
Industriepark Münchsmünster Verwaltungsgesellschaft mbH
Industriepark Münchsmünster GmbH & Co. KG
EPS Ethylen-Pipeline Süd Geschäftsführungs GmbH
EPS Ethylen-Pipeline-Süd GmbH & Co. KG
TRV Thermische Rückstandsverwertung Verwaltungs-GmbH
TRV Thermische Rückstandsverwertung GmbH & Co. KG
BKV Beteiligungs- und Kunststoffverwertungs-gesellschaft mbH
RIGK Gesellschaft zur Rückführung industrieller und gewerblicher
Kunststoffverpackungen mbH
TECPOL Technologieentwicklungs GmbH für ökoeffiziente Polymerverwertung

**Directors:**
Alan S. Bigman
Anton de Vries
Bart de Jong
Cees Los
Daniel Beaulieu

David W. O'Connor
Donald Puglisi
Deanna Kelly
Eberhard Faller
Francis P. McGrail
Gary L. Koehler
Ian Dunn
Joseph Lattanzio
Lincoln Benet
Lynn Coleman
Kent Potter
Kevin E. Walsh
Michael P. Mulrooney
Michael Wolkowicz
Phillip Kassin
Richard Floor
Robert Richter
Stephen M. Dwyer
Volker Trautz
Wendy Johnson

**Current Officers:**
Allen C. Holmes
Ann P. Graves
C. Bar de Jong
C. Robert Sperati
Charles F. Cooper
Charles L. Hall
Charles W. Graham
Connie E. Cothran
Corey A. Siegel
Dale Young
David W. O'Connor
Dawna L. Ferguson
Dennis M. Kozak
Edward J. Dineen
Eileen Cheng
Elizabeth C. Brown
Eric A. Silva
Eric H.M. Alofs
Gareth S. Bahlman
Gerald A. O'Brien
James W. Bayer
Janna G. Sewell
Jesus Chagoya
Jill Kuz
Joan K. Pike

JoAnn Beck
John Fisher Gray
Jonathan C. Richmond
Karen Twitchell
Manfred Klepacz
Mario Portela
Mark F. Wilson
Michael P. Ferro
Morris Gelb
Nancy Hardjomohamad
Steve Williams
Suzanne K. Trevino
Tsahai Kebede
W. Norman Phillips Jr.

### Former Officers/Directors:
Carol. A. Anderson
Dan F. Smith,
Daniel J. Murphy
Danny W. Huff
David J. Lesar
David J.P. Meachin
Donald Puglisi
John A. Hollinshead
Kerry A. Galvin
Michael B. Wimberly
Michael P. Ferro
Michael P. Mulrooney
Michelle S. Miller
Nancy Corbet
Paul S. Halata
Rick Fontenot
Stephen I. Chazen
Stephen R. Wessels
Susan K. Carter
T. Kevin DeNicola
Theodore Dziemianowicz
Travis Engen

### Companies Affiliated with Directors and Officers
Evonik Industries AG

### Principal Equity Holders:
Access Group
Capital Access Group LLC
Leonard Blavatnik
Bi SARL

10

**Insurance Carriers:**
ACE
ACE American
ACE Bermuda Insurances Ltd.
ACE Bermuda International (Dublin)
ACE Europe
ACE INA UK Limited
AIG
AIG Cat Excess Liability
AIG Environmental
AIG Europe S.A.
Allianz Group
Allianz Netherlands
American Guarantee & Liability Ins. Co.
The American Club - P&I Club
Arch Insurance Company - International Aerospace Insurances Services, Inc.
AWAC (Allied World Assurance Co.) Bermuda
Catlin Group Limited
CAN (Coordinated Assistance Network)
Glacier Reinsurance A.G.
Great American Insurance Group
Great Lakes Munich Re (MARP)
Hartford Insurance
HCC Insurance Holdings, Inc.
HDI Gerling Insurance
Lexington (AIG)
Liberty Mutual Europe Limited
MARP – Munich American RiskPartners
Navigators Group
OCIL Casualty Insurance Ltd.
OIL - Oil Insurance Limited
SCOR
St Paul Insurance Company
Starr Marine Agency
Swiss Re
XL Capital Ltd.
XL Capital Bermuda
XL Specialty Insurance Company
Zurich Financial Services
Zurich Insurance Limited (Ireland)
Zurich Netherlands

**Significant Creditors:**
Allied Capital Lending Corporation
Chevron Corporation
Deutsche Bank
GMAC Commercial Finance

Grand Central Asset Trust
Laodicea II LLC
Leverage Source III Sarl Societe
PDVSA-Petroleo S.A.
Stone Tower Capital, LLC

**Custodians**
A & R Transport, Inc.
Abaco Transport
Abalos, Inc.
Accel Cuautitlan (8017)
*Accel* Comercial, S.A.
*Accel* Distribución, S.A.
Accel San Nicolas De Los Garza (8017A)
All Southeast D
Alltranstek, LLC
Almacenadora AC
APL Logistics
Arlington Utility
Atmos Energy Corporation
Bourque Data Systems Inc.
BP Solvay North America LLC
Bulkmatic Transport Company
Burlington North
C.T.L. Forwarding LC
Canadian Nation
CDF Industries
Central Freight Lines, Inc.
City of Grand Praire
Columbus & Ohio  Railway
Con-Way Southern Express
CSXT N/A 107971
DHL Airways, Inc.
Duncan Disposal Company
EE-Jay Motor Transports, Inc.
Expeditors International
Federal Express
Fedex Custom Critical
Fedex Freight
Fedex Trade Networks
First Union Rail Corp.
GATX Rail Corp.
Geologistics Am
Gorski Bulk Transport
Grand Prairie D
Hartwick O'Shea & Cartwright Limited
Kansas City South

Kelron Logistics
KMS Packaging &Warehousing Inc
Kuehne & Nagel
Marubeni Corporation
Nashoba Valley
Norfolk Southern Corporation
Norresberns Truck Service
Northern Dry-Bu
Nots Warehouse 55
Oakley Trucking, Inc.
Omni Logistics, Inc.
Plastic Express, Inc.
PMC/BETA Corporation
Quality Carrier
Quality Transport, Co.
R & L Carriers
Reliable Delivery
RJR Transport Services
Roadway Express
Robyn T. Conlon
Royal Traffic
SAIA Motor Freight Line, Inc.
Savage Services
Saxon Transport
Schneider National, Inc.
Servicecraft Corp.
Shanghai Mengto
Southeastern Freight Lines
Southwestern Motor Transport Inc.
Spartan Logistics
Suez Energy Resources NA
Sweeney Transportation, Inc.
T.S. Expediting Services
T.T.S.I. Transport
TNT USA, Inc.
Transport Georg
Truck Rail Handling
Union Pacific Corp.
UPS
UPS Supply Chain Solutions
UPS, Lockbox 577
USF Holland
Van Someren Transport
Werner Enterprise
West Motor Freight, Inc.
WestSide Transport

Wiles Enterprise, LLC
Worcester Truck Company
Yellow Freight

**Suppliers:**
A&R Transport, Inc.
Air Products and Chemicals, Inc.
Air Products LLC
Altura Cogen LLC
Arcadis Of New York Inc
Arco Midcon LLC
Astra Oil Co Inc
Austin Industrial (Maintenance)
BASF Corporation
Basic Industries
Baypo C/O Bayer Corp
Beeline.com Inc
BP Energy Company
Brandywine Operating Partnership LP
BTMU Capital Corporation
Buckeye Gulf Coast Pipe Lines, LP
Calcasieu Parish Sheriff Office
Calpine Corporation
Catalyst Service Inc
CDI Engineering Group Inc
CDI Engineering Solutions Inc
Chase Savings & Investment Plan
Chemtrade Refinery Services Inc
Chevron Products Company
Citgo Petroleum Corporation
Cokinos Natural Gas Co
Computer Sciences Corp
Conam Inspection Inc.
ConocoPhillips
ConocoPhillips CO
Criterion Catalyst & Tech LP
CSX Transportation, Inc.
Dow Chemical, Co.
Eagle Energy Partners I LP
Engineers and Constructors, LLC
Entergy Corporation
Enterprise Products Partners, L.P.
Enterprise Texas Pipeline LLC
ExxonMobil Chemical Corp.
Flint Hills Resources LP
Fossil Energy Resources Ltd of BVI
Gulf Coast Waste Disposal Authority

Gulfmark Energy Ltd.
HRO
Interchem USA Inc.
Jacobs Field Svc N America Inc
Jacobs Field Svcs North America Inc
Kellogg, Brown & Root Industrial
Kirby Inland Marine
Kubota Metal Corporation
Lanxess Corp.
LBC Petrounited LP
Linde Gas LLC
Man Financial, Inc.
Marathon Petroleum Company LLC
Metroplex Energy Solutions
Morris Cogeneration LLC
Nalco Company
Norfolk Southern
Petróleos de Venezuela S.A. (PDVSA)
Pro Inspect, Inc.
PRSI Trading Co., LP
S & B Engineering & Constructors
SAP America Inc
Saracen Merchant Energy LP
Seaway Pipeline Co
Shell Chemical Corporation
Sonatrach Petroleum Corporation
Sud-Chemie, Inc.
SUEZ - DEGS of Tuscola LLC
Suncor Energy, Inc.
Sunoco Chemicals Polymers Division
Tauber Oil Company
Teppco Crude Oil LP
Texas State Treasury
Total Petrochemicals, Inc.
Tricon Energy Ltd
Tsakos Energy Navigation Limited
Uni-Form Components Company
Union Pacific Railroad
Veolia Environmental Services
Royal Vopak
Westlake Petrochemicals LP
Wyatt Field Service Company
Zachary Construction Corporation

**Landlords**
BIT Holdings Forty-Six Inc.
Brandywine Operating Partnership, L.P.

Campus Investors Office B, L.P.
CFS Air, LLC
Crescent HC Investors, L.P.
Digital-Midway, L.P.
Evening Star Associates
INVISTA S.à r.l.
Michigan State University Foundation
Occidental Chemical Corporation
Solutia Inc.
Sunoco Polyolefins, L.P.
The Woodlands Commercial Properties Company, L.P.
Underground Services (Markham), L.P.

## Professionals
AlixPartners
Clifford Chance
Epiq Systems
Evercore Partners L.L.C.
FTI Consulting
Susman Godfrey LLP
Sitrick

## Litigation Adversaries:
Agintis (France)
Alco Industries
Alco Industries
Allianz Paint Insurance Claim
Ann Johnson
AstraZeneca
Bumbury Corporation
Carpenter Company
CHOS Olefins
City of Houston
Crosslink Technologies, Inc.
Delphi Corporation
Dizayn Grup
Dresser Rand
Edison Energia S.p.A.
Eneco Company
Flexible Foam Products, Inc.
Global Power Professional Services LLC
Green Mountain Energy Company
ICI
In re Solutia, Inc.
Industrial Polymers Inc.
MPI Research
MTBE Resources

Nylex Corporation Pty. Ltd.
Parfina SAS (Chimidis SAS)
PARS (Pharmos Corporation)
Pulp & Paper of America
Radnor Holdings/Styrochem
RBX industries
Seegott Holdings, Inc.
Shawn Moniz
Shell Petrochemicals N.V.
Walter Ryan
Woodbridge Foam

**Miscellaneous:**
Bank of New York (Trustee for Holders of the Millennium Notes)

**Significant Counter-Parties to Leases**
Arco Midcon LLC
Arco Pipe Line Company
Buckeye Gulf Coast Pipelines, LLC
Cowboy Pipeline Service Company, LP
PetroLogisitics Olefins LLC
Seagull Products Pipeline Corporation
Texas Brine Corporation
Underground Services L.P.

**General Unsecured Creditors (Top 50)**
The Bank of New York, as Indenture Trustee (London)
The Bank of New York, as Indenture Trustee (New York)
Petroles Der Venezuela S.A.
BASF Corp.
Sonatrach
GIM Channelview Cogeneration
Linde Gas LLC
Calpine Corporation
Castor Americas Inc.
Enterprise Texas Pipeline LLC
Chevron Phillips Chemical Co
Air Products LLC
Air Liquide America Corp.
SAP America Inc.
Jacobs Field Services North America
BASF Corporation
Wyatt Field Service Company
Kirby Inland Marine
Morgan Stanley Capital Group
Morris Cogeneration LLC

Veolia Environment Services
Arco Midcon LLC
Union Pacific Railroad
BEELINE.COM Inc.
Brock Services Ltd
Chemtrade Refinery Services Inc.
Norfold Southern
Arcardis
Computer Sciences Corp

### General Unsecured Creditors (Top 50) continued

Westlake Petrochemical Corporation
Kellogg, Brown & Root Industrial
Chevron Products company
S & B Engineering & Constructors
Austin Industrial (Maintenance)
Catalyst Services Inc.
Stolt Tankers
CIBO Specialty Chemicals
JV Industrial Companies LTD
A Schulman Inc.
BP Products North America Inc.
Tauber Oil Inc.
Burlington Northern Santa Fe
Basic Industries
ExxonMobil Chemical Co.
Dow Chemical
Sunoco Chemicals
CDI Engineering Group
Marathon Petroleum Company LLC
Methanex Methanol Company
Centerpoint Energy Gas Rec. LLC-CGSI

### Creditors' Committee Members and Proposed Professionals

Wilmington Trust, FSB
Law Debenture Trust of New York
Pension Benefit Guaranty Corporation
BASF Corporation
Air Liquide Large Industries U.S.LP
Veolia ES Industrial Services
United Steel Workers
Brown Rudnick LLP
Mesirow Financial Consulting, LLC

## EXHIBIT B

CMAI/PGI "Connections"
(see attached)



| Case Parties | CMAI | | Purvin & Gertz | |
|---|---|---|---|---|
| **Secured Lenders:** | MultiClient | Single Client | MultiClient | Single Client |
| ABN Amro | | | | |
| Access Industries | x | x | | x |
| Aim Floating Rate Fund | | | | |
| Airlie Clo 2006-1 LTD | | | | |
| Allied Irish Banks | | | | |
| Altenberg Funding | | | | |
| Apollo Global Management, LLC | x | x | | |
| Apollo Management, L.P. | x | x | | |
| Ares Management LLC | | | | |
| Asclepiu | | | | |
| Ascorpios Research Group | | | | |
| Atlas Loan Funding (Navigator) LLC | | | | |
| Avalon Capital Ltd. 3 | | | | |
| Avoca Inc. | | | | |
| Babson Clo Ltd. 2004-1 | | | | |
| Balc-Ballyrock Clo II Limited | x | | x | x |
| Banc of America | x | | | |
| Banca Intesa San Paolo | | | | |
| Banca Popolare Di Milano | | | | |
| Bank of Scotland | x | | | x |
| Bayerische Landesbank | | | | |
| Belhurst Clo. Ltd | | | | |
| Bill & Melinda Gates Foundation | | | | |
| Brookville Horizons Fund L.P. | | | | |
| Burdale Financial Limited | | | | |
| Canpartners Investments IV, LLC | | | | |
| Canyon Capital Clo 2004-1 Ltd. | | | | |
| Castleri | | | | |
| Cdf | | | | |
| Celta Clo 2007-1 Ltd. | | | | |
| Cerberus Capital Management, L.P. | | | | x |
| Champlain Clo Ltd. | | | | |
| Charter View Portfolio | | | | |
| Charter Financial Services | | | | |
| Citibank | x | | | x |
| Clapboard | x | | | x |
| Credit Suisse | x | | | |
| Deutsche Bank | x | x | | |
| DZ Bank | x | | | |
| General Electric Capital Corp. | x | | | x |
| GMAC, LLC | | | | |
| Goldman Sachs | x | x | x | x |
| Grand Central Asset Trust | | | x | |
| Halcyon Capital | | | | |
| Halcyon Asset Management, LLC | | | | |
| Harbourmaster Capital | | | | |
| ING Financial Services | | | | |
| Banca Intesa San Paolo | | | | |
| JP Morgan Securities Ltd. | x | | x | |
| King Street Capital Management | | | | |
| KKR Financial Holdings LLC | x | x | | x |

Landica II LLC
Lazier Enterprises LLC
Lloyds TSB
Merrill Lynch Capital Corp.
Morgan Stanley
National City Corporation
Natixis Funds
Oaktree Capital Management
Oha Finlandia Credit Fund
OHSF Financing Ltd.
Protean CBNA Loan Funding LLC
Protective Life Corporation
RZB Finance LLC
Silver Oak Partners
SG Finance Inc.
Societe Generale
State of California
Stichting Pensioenfonds Metaal En Technick
Stichting Mn Services US High Yield
Swiftcurrent Offshore Ltd.
Symphony Asset Management
UBS
Wachovia
Watershed LB Holdings LLC
Wells Fargo
Western Asset Management Co.

**Debtors & Debtor Affiliates**

**Debtor Companies:**
Basell Finance USA Inc.
Basell Germany Holdings GmbH
Basell North America Inc.
Basell USA Inc.
Circle Steel Corporation
Duke City Lumber Company, Inc.
Equistar Chemicals, LP
Equistar Transportation Company, LLC
Glidco Leasing, Inc.
Glidden Latin America Holdings Inc.
HOISU Ltd.
Houston Refining LP
HPT 28 Inc.
HPT 29 Inc.
H.W. Loud Co.
IMWA Equities II, Co., L.P.
ISB Liquidating Company
LBI Acquisition LLC
LBIH LLC
LeMean Property Holdings Corporation
Lyondell Asia Pacific, Ltd.
Lyondell Chemical Company
Lyondell Chemical Delaware Company
Lyondell Chemical Espana Co.
Lyondell Chemical Europe, Inc.
Lyondell Chemical International Co.

| Entity | | |
|---|---|---|
| Lyondell Chemical Nederland, Ltd. | x | x |
| Lyondell Chemical Products Europe, LLC | x | x |
| Lyondell Chemical Properties, L.P. | x | x |
| Lyondell Chemical Technology Management, Inc. | x | x |
| Lyondell Chemical Technology 1 Inc. | x | x |
| Lyondell Chemical Technology, L.P. | x | x |
| Lyondell Chimie France LLC | x | x |
| Lyondell-Equistar Holdings Partners | x | x |
| Lyondell Europe Holdings Inc. | x | x |
| Lyondell Greater China, Ltd. | x | x |
| Lyondell Houston Refinery Inc. | x | x |
| Lyondell LP3 GP, LLC | x | x |
| Lyondell LP3 Partners, LP | x | x |
| Lyondell LP4 Inc. | x | x |
| Lyondell (Pelican) Petrochemical L.P. 1, Inc. | x | x |
| Lyondell Petrochemical L.P. Inc. | x | x |
| Lyondell Refining Company LLC | x | x |
| Lyondell Refining I LLC | x | x |
| LyondellBasell Advanced Polyolefins USA Inc. | x | x |
| LyondellBasell Finance Company | | |
| MHC Inc. | | |
| Millennium America Holdings Inc. | x | x |
| Millennium America Inc. | x | x |
| Millennium Chemicals Inc. | x | x |
| Millennium Holdings, LLC | x | x |
| Millennium Petrochemicals GP LLC | x | x |
| Millennium Petrochemicals Inc. | x | x |
| Millennium Petrochemicals LP LLC | x | x |
| Millennium Petrochemicals Partners, LP | x | x |
| Millennium Realty Inc. | x | x |
| Millennium Specialty Chemicals Inc. | x | x |
| Millennium US Op Co LLC | x | x |
| Millennium Worldwide Holdings I Inc. | | |
| MWH South America LLC | | |
| National Distillers & Chemical Corporation | | |
| NDCC International II Inc. | | |
| Nell Acquisition (US) LLC | | |
| Penn Export Company, Inc. | | |
| Penn Navigation Company | | |
| Penn Shipping Company, Inc. | | |
| Permirans Company | | |
| PH Burbank Holdings, Inc. | | |
| Power Liquidating Company, Inc. | | |
| Quantum Acceptance Corporation | | |
| SCM Plants, Inc. | | |
| Suburban Propane GP, Inc. | | |
| Tiona, Ltd. | | |
| UAR Liquidating Inc. | | |
| USI Chemicals International, Inc. | x | x |
| USI Credit Corp. | | |
| USI Puerto Rico Properties, Inc. | | |
| Walter Kidde & Company, Inc. | | |
| Wyatt Industries, Inc. | | |

**Non-Debtor North American Affiliates**

| Entity | | | (were client prior to merge) |
|---|---|---|---|
| AI Petrochemicals LLC | | | |
| BAFB B.V. | X | X | |
| Basell Finance Company B.V. | X | X | |
| Basell Funding S.à r.l. | X | X | |
| Basell Impact Holding Company | X | X | |
| Basell Mexico, S. de R.L. de C.V. | X | X | |
| Baselltech USA Inc. | X | X | |
| BASF | | X | X |
| Baypo LP | X | X | X |
| BI S.a r.l. | | | |
| BIPPO Corporation | | | |
| E.I. DuPont (GP) Dupont Feedstocks Company (LP) | X | X | |
| Equistar Chemicals de Mexico, Inc. | X | X | |
| Equistar Funding Corporation | X | X | |
| Equistar Olefins GP, LLC | X | X | |
| Equistar Olefins Offtake G.P., LLC | X | X | |
| Equistar Olefins Offtake LP | X | X | |
| Equistar Polypropylene LLC | X | X | |
| Equistar Receivables II, LLC | X | X | |
| Equistar Receivables LLC | X | X | |
| Equistar Transportation Company, LLC | X | X | |
| Lyondell Asia Holdings Limited (Hong Kong) | X | X | |
| Lyondell Asia Pacific, Ltd. | X | X | |
| Lyondell Basell Advanced Polyolefins USA Inc. | X | X | |
| Lyondell/Basell Receivables I, L.L.C. | X | X | |
| Lyondell Bayport, LLC | X | X | |
| Lyondell Centennial Corp. | X | X | |
| Lyondell Chemical Holding Company | X | X | X |
| Lyondell Chemical Italia S.r.l. | X | X | |
| Lyondell Chemical Overseas Serv. Inc. | X | X | |
| Lyondell Chemical Pan America, Inc. | X | X | |
| Lyondell Chemical Wilmington, Inc. | X | X | |
| Lyondell Chimie France SAS (France) | X | X | |
| Lyondell Chimie TDI SCA (France) | X | X | |
| Lyondell China Holdings Limited (Hong Kong) | X | X | |
| Lyondell France Holdings SAS (France) | X | X | |
| Lyondell Funding II, LLC | X | X | |
| Lyondell General Methanol Company | X | X | |
| Lyondell Greater China Holdings Ltd. (Hong Kong Corp.) | X | X | |
| Lyondell Greater China Trading Limited (PRC) | X | X | |
| Lyondell Intermediate Holding Company | X | X | |
| Lyondell POYGP, LLC | X | X | |
| Lyondell POYLP, LLC | X | X | |
| Lyondell POTechGP, Inc | X | X | |
| Lyondell POTechLP, Inc. | X | X | |
| Lyondell/Basell AF GP S.a.r.l. | X | X | |
| NAG Investments LLC | | | |
| Nell Limited | | | |
| Nihon Oxirane Co., Ltd. (Japan) | X | X | X |
| Ningbo ZRCC Lyondell Chemicals Co. Ltd. (PRC) | X | X | |
| NOVA | X | X | |
| Olefins IV LP | X | X | |
| PD Glycol | X | X | |
| PO Offtake, LP | X | X | |

PO JV, LP
POSM Delaware, Inc.
POSM II Limited Partnership, L.P.
POSM II Properties Partnership, L.P.
Quantum Pipeline Company
San Jacinto Rail Limited LP
Sinopec Zhenhai Refining & Chemical Co. Ltd.
Sumitomo Chemical Company Limited
Sunoco LaPorte LLC
Sunoco Olefins, LP
Technology JV, LP

European Non-Debtor Affiliates:
Basell International Holdings B.V.
LyondellBasell Australia (Holdings) Pty Ltd
PolyPacific Pty Ltd
PolyPacific Polymers Sdn Bhd.
Basell International Trading FZE
Basell Europe Holdings B.V.
Basell Polyolefins India Private Ltd.
Basell Asia Pacific Ltd.
Basell Asia Pacific Trading (Shenzhen) Limited
Basell Asia Pacific Consulting (Shanghai) Co., Ltd.
SunAllomer Ltd.
Polymirae Co. Ltd
Basell (Thailand) Holdings B.V.
HMC Polymers Company Ltd.
Rayong Olefins Co. Ltd.
PTT chemical PCL
Basell Advanced Polyolefins (Thailand) Company Ltd.
LyondellBasell Brasil Holdings B.V.
Basell Holdings Middle East GmbH
Saudi Polyolefins Company
Basell Moyen Orient Investissements SAS
Saudi Ethylene & Polyethylene Company
Basell Arabie Investissements SAS
Al-Waha Petrochemical Company
LyondellBasell Proche Orient Investissements SAS
Basell Polyolefine Korea Ltd
Basell Poliolefinas Ltda.
Basell Poliolefinas, S. de R.L. de C.V.
Lyondell Japan, Inc.
Lyondell South Asia PTE Ltd.
Basell Cayman Corporation
Basell (VI) Corporation
Basell Sales & Marketing company B.V.
Basell Service Company B.V.
Basell Finance & Trading Company B.V.
Basell China AP Holdings B.V.
Basell Advanced Polyolefins (Suzhou) Co. Ltd
GuangZhou Basell Advanced Polyolefins co. Ltd
Basell Canada inc.
Indelpro S.A. de C.V.
Basell Polypropylene S.A.S.

| Entity | | |
|---|---|---|
| SCI de Plastiques de Normandie | | |
| Lyondell/Basell Netherlands Holdings B.V. | x | x |
| Lyondell Chemie International B.V. | x | x |
| Lyondell Chemie Nederland B.V. | x | x |
| Lyondell Chemie (PO11) B.V. | x | x |
| Lyondell Chemie (POSM) B.V. | x | x |
| Lyondell Chemie Investment Nederland B.V. | x | x |
| Lyondell PO11 C.V. | x | x |
| Lyondell Buyer MM VOF | x | x |
| Lyondell Chemie Utilities B.V. | x | x |
| Steamclac B.V. | | |
| Euregon C.V. | | |
| Basell Europe Holdings B.V. | x | x |
| Basell UK Holdings Ltd. | x | x |
| Basell Polyolefins UK Ltd. | x | x |
| Basell UK Ltd. | x | x |
| Basell Holdings B.V. | x | x |
| Basell Polyolefins Company BVBA | x | x |
| Basell Benelux B.V. | x | x |
| Basell Orion Polyolefins Sp. z o.o. | x | x |
| Basell Orion Polyolefins Sprzedaz Sp. z o.o. | x | x |
| Lyondell Basell Kazakhstan Holdings B.V. | x | x |
| Kazakhstan Petrochemicals Industries Inc. LLP | x | x |
| Basell Int'l Holdings B.V. | x | x |
| Basell Polyolefin Istanbul Ticaret Limited Sirketi | x | x |
| Basell Chemie Köln GmbH | x | x |
| Basell Nederland B.V. | x | x |
| Lyondell/Basell Industries Holdings B.V | x | x |
| Basell Poliolefine Italia S.r.l. | x | x |
| Basell Italia S.r.l. | x | x |
| Basell Brindisi S.r.l. | x | x |
| Brindisi Servizi Generali S.c.a r.l. | | |
| Polymer Servizi Ecologici | | |
| I.F.M. S.c.a r.l. | | |
| Basell Polyéthylène S.A.S. | x | x |
| Basell France S.A.S. | x | x |
| Basell Production France S.A.S. | x | x |
| Basell Polyoléfines France S.A.S. | x | x |
| Société du Craqueur de l'Aubette S.A.S | | |
| Albette S.A.S. | | |
| Basell IPS S.A.S. | x | x |
| Basell Opo-Olefins S.A.S. | x | x |
| Basell Gemma S.A.S. | x | x |
| Compagnie de Distribution des Hydrocarbures S.A.S. | | |
| Compagnie Petrochimique de Berre S.A.S. | | |
| GIE Stockage Terminal de la Crau | | |
| GP Enterprise SA Co., Ltd | | |
| SN2A SNC | | |
| Société du Pipeline Méditerranéen Rhône S.A.S. | | |
| GIE Groupement Pétrolier de la Côte d'Azur | | |
| Shell Stockage Pétrolier du Rhône SA | | |
| Basell Ibérica Poliolefinas Holdings S.L. | x | x |
| Basell Poliolefinas Ibérica S.L. | | |
| Complejo Industrial Taqsa A.I.E. | | |
| Hisane A.I.E. | | |

| | | |
|---|---|---|
| Basell Poliolefinas Comercial Espagñola S.L. | x | x |
| UNA S.A. | | |
| Basell Plasticos Lda. | x | x |
| Petroken Petroquimica Ensenada SA | | |
| Lyondell Chemical Central Europe GmbH | x | x |
| Basell Germany Holdings GmbH | x | x |
| Basell Polyolefine GmbH | x | x |
| Basell Deutschland GmbH | x | x |
| Basell North America Inc. | x | x |
| Basell Bayreuth Chemie GmbH | | |
| InfraServ GmbH & Co. Höchst KG | | |
| InfraServ GmbH & Co. Knapsack KG | | |
| Industriepark Münchsmünster Verwaltungsgesellschaft mbH | | |
| Industriepark Münchsmünster GmbH & Co. KG | | |
| EPS Ethylen-Pipeline Süd Geschäftsführungs GmbH | | |
| EPS Ethylen-Pipeline-Süd GmbH & Co. KG | | |
| TRV Thermische Rückstandsverwertung Verwaltungs-GmbH | | |
| TRV Thermische Rückstandsverwertung GmbH & Co. KG | | |
| BKV Beteiligungs- und Kunststoffverwertungs-gesellschaft mbH | | |
| RIGK Gesellschaft zur Rückführung industrieller und gewerblicher Kunststoffverpackungen mbH | | |
| TECPOL Technologieentwicklungs GmbH für ökoeffiziente Polymerverwertung | | |

**Directors:**
Alan S. Bigman
Anton de Vries
Bart de Jong
Cees Los
Daniel Beaulieu
David W. O'Connor
Donald Puglisi
Deanna Kelly
Eberhard Failer
Francis P. McGrail
Gary L. Koehler
Ian Dunn
Joseph Lattanzio
Lincoln Benet
Lynn Coleman
Kent Potter
Kevin E. Walsh
Michael P. Mulrooney
Michael Wolkowicz
Phillip Kassin
Richard Floor
Robert Richter
Stephen M. Dwyer
Volker Trautz
Wendy Johnson

**Current Officers:**
Allen C. Holmes
Ann P. Graves
C. Bar de Jong
C. Robert Sperati
Charles F. Cooper
Charles L. Hall

Charles W. Graham
Connie E. Cothran
Corey A. Siegel
Dale Young
David W. O'Connor
Dawna L. Ferguson
Dennis M. Kozak
Edward J. Dirten
Eileen Cheng
Elizabeth C. Brown
Eric A. Silva
Eric H.M. Alofs
Gareth S. Bahlman
Gerald A. O'Brien
James W. Bayer
Jason G. Sowell
Jesus Chagoya
Jill Kuz
Joan K. Pike
JoAnn Beck
John Fisher Gray
Jonathan C. Richmond
Karen Twitchell
Manfred Klepatz
Mario Portela
Mark F. Wilson
Michael P. Ferro
Morris Gelb
Nancy Handjomohamad
Steve Williams
Suzanne K. Trevino
Tsahai Kebede
W. Norman Phillips Jr.

**Former Officers/Directors**

Carol A. Anderson
Dan F. Smith
Daniel J. Murphy
Danny W. Huff
David J. Lesar
David J.P. Meachin
Donald Puglisi
John A. Hollinshead
Kerry A. Galvin
Michael B. Wimberly
Michael P. Ferro
Michael P. Mulrooney
Michelle S. Miller
Nancy Corbet
Paul S. Halitas
Rick Fontenot
Stephen I. Chazen
Stephen R. Wessels
Susan K. Carter
T. Kevin DeNicola
Theodore Dziemianowicz

Travis Engen

**Companies Affiliated with Directors and Officers**
Evonik Industries AG

**Principal Equity Holders:**
Access Group
Capital Access Group LLC
Leonard Blavatnik
Bi SARL

**Insurance Carriers:**
ACE
ACE American
ACE Bermuda Insurances Ltd.
ACE Bermuda International (Dublin)
ACE Europe
ACE INA UK Limited
AIG
AIG Cat Excess Liability
AIG Environmental
AIG Europe S.A.
Allianz Group
Allianz Netherlands
American Guarantee & Liability Ins. Co.
The American Club - P&I Club
Arch Insurance Company - International Aerospace Insurances Services, Inc.
AWAC (Allied World Assurance Co.) Bermuda
Catlin Group Limited
CAN (Coordinated Assistance Network)
Glacier Reinsurance A.G.
Great American Insurance Group
Great Lakes Munich Re (MARP)
Hartford Insurance
HCC Insurance Holdings, Inc.
HDI Gerling Insurance
Lexington (AIG)
Liberty Mutual Europe Limited
MARP - Munich American RiskPartners
Navigators Group
OCIL Casualty Insurance Ltd.
OIL - Oil Insurance Limited
SCOR
St Paul Insurance Company
Starr Marine Agency
Swiss Re
XL Capital Ltd.
XL Capital Bermuda
XL Specialty Insurance Company
Zurich Financial Services
Zurich Insurance Limited (Ireland)
Zurich Netherlands

**Significant Creditors:**
Allied Capital Lending Corporation
Chevron Corporation

Deutsche Bank
GMAC Commercial Finance
Grand Central Asset Trust
Laodicea II LLC
Leverage Source III Sarl Societe
PDVSA-Petroleo S.A.
Stone Tower Capital, LLC
**Custodians**
A & R Transport, Inc.
Abaco Transport
Abalos, Inc.
Accel Cuautitlan (8017)
Accel Comercial, S.A.
Accel Distribución, S.A.
Ali Southeast D
Allranstek, LLC
Almacenadora AC
APL Logistics
Arlington Utility
Atmos Energy Corporation
Basque Data Systems Inc.
BP Solvay North America LLC
Bulkmatic Transport Company
Burlington North
C.T.L. Forwarding LC
Canadian Nation
CDF Industries
Central Freight Lines, Inc.
City of Grand Prairie
Columbus & Ohio Railway
Con-Way Southern Express
CSXT N/A 107971
DHL Airways, Inc.
Duncan Disposal Company
EE-Jay Motor Transports, Inc.
Expeditors International
Federal Express
Fedex Custom Critical
Fedex Freight
Fedex Trade Networks
First Union Rail Corp.
GATX Rail Corp.
Geologistics Am
Gonski Bulk Transport
Grand Prairie D
Hartwick O'Shea & Cartwright Limited
Kansas City South
Kelron Logistics
KMS Packaging &Warehousing Inc
Kuehne & Nagel
Marubeni Corporation
Nashoba Valley
Norfolk Southern Corporation
Norraeberns Truck Service

Northern Dry-Bu
Nova Warehouse 55
Oakley Trucking, Inc.
Omni Logistics, Inc.
Plastic Express, Inc.
PMC/BETA Corporation
Quality Carrier
Quality Transport, Co.
R & L Carriers
Reliable Delivery
RJR Transport Services
Roadway Express
Robyn T. Conlon
Royal Traffic
SAIA Motor Freight Line, Inc.
Savage Services
Saxon Transport
Schneider National, Inc.
Servicecraft Corp.
Shanghai Menglo
Southeastern Freight Lines
Southwestern Motor Transport Inc.
Sparton Logistics
Suez Energy Resources NA
Sweeney Transportation, Inc.
T.S. Expediting Services
T.T.S.I. Transport
TNT USA, Inc.
Transport Georg
Truck Rail Handling
Union Pacific Corp.
UPS
UPS Supply Chain Solutions
UPS, Lockbox 577
USF Holland
Van Someren Transport
Werner Enterprise
West Motor Freight, Inc.
WestSide Transport
Witte Enterprise, LLC
Worcester Truck Company
Yellow Freight

**Suppliers:**

A&R Transport, Inc.
Air Products and Chemicals, Inc.
Air Products LLC
Altura Cogen LLC
Arcadis Of New York Inc
Arco Midcon LLC
Astra Oil Co Inc
Austin Industrial (Maintenance)
BASF Corporation
Basic Industries
Bayco C/O Bayer Corp
Beeline.com Inc

| Company | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| BP Energy Company | X | X | X | X |
| Brandywine Operating Partnership LP | | | | |
| BTMU Capital Corporation | | | | |
| Buckeye Gulf Coast Pipe Lines, LP | | | | |
| Calcasieu Parish Sheriff Office | | | | |
| Calpine Corporation | | | | |
| Catalyst Service Inc | | | | |
| CDI Engineering Group Inc | | | | |
| CDI Engineering Solutions Inc | | | | |
| Chase Savings & Investment Plan | | | | |
| Chemtrade Refinery Services Inc | | | | |
| Chevron Products Company | | | | |
| Citgo Petroleum Corporation | | | | |
| Cokinos Natural Gas Co | | | | |
| Computer Sciences Corp | | | | |
| Conam Inspection Inc. | | | | |
| ConocoPhillips | X | X | X | X |
| ConocoPhillips CO | X | X | X | X |
| Criterion Catalyst & Tech LP | X | X | X | X |
| CSX Transportation, Inc. | X | X | X | X |
| Dow Chemical Co. | X | X | X | X |
| Eagle Energy Partners I LP | | | | |
| Engineers and Constructors, LLC | | | | |
| Entergy Corporation | | | | |
| Enterprise Products Partners, L.P. | X | X | X | X |
| Enterprise Texas Pipeline LLC | | | | |
| ExxonMobil Chemical Corp. | X | X | X | X |
| Flint Hills Resources LP | X | X | X | X |
| Fossil Energy Resources Ltd of BVI | | | | |
| Gulf Coast Waste Disposal Authority | | | | |
| Gulfmark Energy Ltd. | | | | |
| HRO | | | | |
| Interchem USA Inc. | X | | | X |
| Jacobs Field Svc N America Inc | | | | |
| Jacobs Field Svcs North America Inc | X | X | X | X |
| Kellogg, Brown & Root Industrial | X | X | | X |
| Kirby Inland Marine | X | | X | X |
| Kubota Metal Corporation | X | | | X |
| Lanxess Corp. | | | | |
| LBC Petrounited LP | X | | | X |
| Linde Gas LLC | | | | |
| Man Financial, Inc. | | | | |
| Marathon Petroleum Company LLC | X | X | X | X |
| Metroplex Energy Solutions | | | | |
| Morris Cogeneration LLC | | | | |
| Nalco Company | X | | X | X |
| Norfolk Southern | X | X | X | X |
| Petróleos de Venezuela S.A. (PDVSA) | | X | | |
| Pro Inspect, Inc. | | | | |
| PRSI Trading Co., LP | | | | |
| S & B Engineering & Constructors | | | | |
| SAP America Inc | | | | |
| Saracen Merchant Energy LP | | | | |
| Seaway Pipeline Co | | | | |
| Shell Chemical Corporation | X | X | X | X |

Sonatrach Petroleum Corporation
Sud-Chemie, Inc.
SUEZ - DEGS of Tuscola LLC
Suncor Energy Inc.
Sunoco Chemicals Polymers Division
Tauber Oil Company
Teppco Crude Oil LP
Texas State Treasury
Total Petrochemicals, Inc.
Tricon Energy Ltd
Trakos Energy Navigation Limited
Uni-Form Components Company
Union Pacific Railroad
Veolia Environmental Services
Royal Vopak
Westlake Petrochemicals LP
Wyat Field Service Company
Zachary Construction Corporation

**Landlords**
BIT Holdings Forty-Six Inc.
Brandywine Operating Partnership, L.P.
Campus Investors Office B, L.P.
CPS Air LLC
Crescent HC Investors, L.P.
Digital-Midway, L.P.
Evening Star Associates
INVISTA S.à r.l.
Michigan State University Foundation
Occidental Chemical Corporation
Soluria Inc.
Sunoco Polyolefins, L.P.
The Woodlands Commercial Properties Company, L.P.
Underground Services (Markham), L.P.

**Professionals**
AlixPartners
Clifford Chance
Epiq Systems
Evercore Partners L.L.C.
FTI Consulting
Susman Godfrey LLP
Shrick

**Litigation Adversaries:**
Agnita (France)
Alco Industries
Alco Industries
Allianz Paint Insurance Claim
Ann Johnson
AstraZeneca
Bumbury Corporation
Carpenter Company
CHOS Olefins
City of Houston

Crosslink Technologies, Inc.
Delphi Corporation
Dizayn Grup
Dresser Rand
Edison Energia S.p.A.
Eneco Company
Flexible Foam Products, Inc.
Global Power Professional Services LLC
Green Mountain Energy Company
ICI
In re Solutia, Inc.
Industrial Polymers Inc.
MPI Research
MTBE Resources
Nylos Corporation Pty. Ltd.
Purfina SAS (Chimida SAS)
PARS (Pharmco Corporation)
Pulp & Paper of America
Radnor Holdings/Styrochem
RBX Industries
Seagott Holdings, Inc.
Shawn Moniz
Shell Petrochemicals N.V.
Walter Ryan
Woodbridge Foam

**Miscellaneous:**
Bank of New York (Trustee for Holders of the Millennium Notes)

**Significant Counter-Parties to Leases**
Arco Midcon LLC
Arco Pipe Line Company
Buckeye Gulf Coast Pipelines, LLC
Cowboy Pipeline Service Company, LP
PetroLogistics Olefins LLC
Seagull Products Pipeline Corporation
Texas Brine Corporation
Underground Services L.P.

**Creditors' Committee Members and Proposed Professionals**
Wilmington Trust, FSB
Pension Benefit Guaranty Corporation
BASF Corporation
Air Liquide Large Industries U.S LP
Veolia ES Industrial Services
United Steel Workers
Brown Rudnick LLP
Peter J. Solomon Company
Mesirow Financial Consulting, LLC

# EXHIBIT C

Nebeker Affidavit
(to be submitted subsequently)

Edward S. Weisfelner (EW-5581)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

Steven D. Pohl
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Proposed Counsel for the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                               :

In re:                         :      Case No. 09-10023 (REG)
                              :

LYONDELL CHEMICAL      :      Chapter 11
COMPANY, et al.,          :
                              :      (Jointly Administered)
            Debtors.     :
                              :
------------------------------------------------------x

### AFFIDAVIT OF HORACE G. NEBEKER, JR.

**Horace G. Nebeker, Jr.**, being duly sworn, deposes and says:

1.      I am the Sr. Vice President and Corporate Secretary of Purvin & Gertz

Inc. ("PGI"), resident in PGI's office located at 600 Travis Street, Suite 2150 Houston,

Texas. Unless otherwise stated, I have personal knowledge of the facts hereinafter set

forth. This affidavit (the "Nebeker Affidavit") is submitted to CMAI on behalf of PGI

pursuant to Rule 2014(a) of the Federal Bankruptcy Rules of Bankruptcy Procedure ("the

Bankruptcy Rules") in connection with the application (the "Application") by the Official

Committee of Unsecured Creditors appointed in the United States Bankruptcy Court,

Southern District of New York, in re: LYONDELL CHEMICAL COMPANY, et al,

Debtors, in Case No. 09-10023 (REG), Chapter 11 (Jointly Administered) (the

"Committee") for the entry of an order authorizing the retention of CMAI and PGI as

industry experts to the Committee. Unless otherwise stated, I have personal knowledge of

the facts hereinafter set forth.

## QUALIFICATIONS OF PROFESSIONALS

2.      PGI is a firm offering expertise in the petroleum industry, and has agreed
to assist CMAI in providing the services set-out in the Application.

3.      I understand that the Committee has selected CMAI, along with PGI, as its
industry experts because of their diverse experience and extensive knowledge in the
chemical, petroleum, and polymer industries. CMAI and PGI have well-known
reputations as premier providers of consulting services to the chemical and related
industries.

4.      I have been advised that the Committee needs assistance in understanding
and analyzing information relating to the Debtors' fairly broad and complex operations.
The Committee requires CMAI's and PGI's expertise in these fields to understand how
the pricing of the various feedstock and commodities purchased and sold in the Debtors'
chemical and polymer businesses impacts the Debtors' profitability, projected
performance over a reasonable projection period and ultimate value of the Debtors'
enterprise. CMAI and PGI have broad and deep experience providing expert consulting
advice in these industries. As such, CMAI and PGI are qualified to perform the work
required in these cases.

## SERVICES TO BE RENDERED

2

5.      Subject to the direction of the Committee, and further order of this Court,

the professional services to be rendered by CMAI and PGI will include the following:

a.      providing industry knowledge to support legal arguments;

b.      advising and assisting the Committee in asset valuation as supported by the
Debtors' operations / asset modeling to estimate operating-margins and
replacement value methodologies including back testing of the model to
historical reported performance;

c.      advising and assisting the Committee in scenario analysis as /if necessary to
explore and test valuation assumptions and analysis;

d.      advising and assisting the Committee in operations assessment/integration
analysis of the Debtors;

e.      advising and assisting the Committee in development of analyses targeted at
assessing the strategic issues facing the various businesses of the Debtors;

f.      advising and assisting the Committee in strategic business analysis including
recommendations for various assets;

g.      advising and assisting the Committee in answering specific industry,
operational and technical questions;

h.      advising and assisting the Committee by delivering expert advice and
testimony, as necessary;

i.      advising and assisting the Committee by attending client meetings, as
necessary; and

j.      advising and assisting the Committee by rendering such other advisory
services as may be agreed upon by CMAI and the Committee in connection
with the foregoing.

6.     Subject to this Court's approval of the Application, PGI is willing to assist CMAI in serving as the Committee's industry experts and to perform the services described above.

## DISINTERESTEDNESS OF PROFESSIONALS

7.     I understand that CMAI intends to utilize the services of PGI, CMAI's strategic petroleum consulting partner, as a subcontractor to CMAI to provide some of the services described in this Nebeker Affidavit.

8.     Based upon information supplied by CMAI, Committee counsel and Debtors' counsel in connection with its retention in the Debtors' chapter 11 cases (the "Case Parties"), which case lists were represented to be comprehensive based on information provided by the Debtors, PGI searched its records[1] to identify any connection or relationship with the following entities:

    a.  The Debtors and their affiliates;

    b.  The Debtors' officers and directors;

    c.  The equity shareholders known to own more than twenty percent (20%) of outstanding stock of the Debtors;

    d.  The Debtors' major secured creditors;

    e.  Insurance carriers;

    f.  Custodians;

    g.  Suppliers;

    h.  The Debtors' fifty (50) largest unsecured creditors;

---

[1]  PGI does not intend to suggest that Bankruptcy Rule 2014 requires that a professional seeking retention under the Bankruptcy Code must disclose any connections that an affiliate of the professional may have to the creditors or other parties-in-interest in the bankruptcy case. Rather, out of an abundance of caution, PGI has searched certain portions of PGI's database and made appropriate disclosures of relationships, with the exception of those relationships described in the section titled "Ethical Wall and Trading Wall Procedures."

4

       i.  All members of the Committee;

       j.  Counsel to the Committee; and

      k.  Financial advisors and counsel to the Debtors and certain other parties-in-interest.

The Case Parties are set forth in Exhibit A attached hereto and incorporated herein by reference.

    9.    Based upon the database search described above, PGI does not represent any other entity having an adverse interest in connection with these cases, and does not hold or represent an interest adverse to the interests of the estates with respect to the matter on which PGI will be employed, in accordance with section 328(c) and 1103(b) of the Bankruptcy Code.

    10.    PGI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, given that, to the best of my information and belief, PGI:

      a.  is not a creditor, an equity security holder, or an insider of the Debtors;

      b.  is not and was not, within two years before the commencement of these chapter 11 cases, a director, officer or employee of the Debtors; and

      c.  does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

    11.    To the best of my knowledge, except as set forth herein and in Exhibit B attached hereto and incorporated herein by reference and subject to the limitations discussed herein, (a) PGI has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the PGI professionals working on this matter are not relatives of the United States Trustee of the

Southern District of New York or of any known employee in the office thereof, or any
United States Bankruptcy Judge of the Southern District of New York.

12.    PGI has in the past been retained by, and presently and likely in the future
will provide services for, certain creditors of the Debtors, other parties-in-interest, and
their respective attorneys and accountants in matters unrelated to such parties' claims
against the Debtors or interests in these chapter 11 cases. PGI currently performs or has
previously performed such services for the entities listed in Exhibit B.

13.    With the exception of three creditors referenced in Exhibit B, Societe
Generale, Chevron Corporation and PetroLogistics, who each accounted for between
1.1% and 1.7% of PGI's gross revenue for the past twelve (12) months, no single creditor
or party in interest client of PGI referenced in Exhibit B hereto, accounted for more than
1% of PGI's gross revenues for the past twelve (12) months.

14.    As part of its practice, PGI appears in many cases, proceedings, and
transactions involving many different law firms, financial consultants, and investment
bankers in matters unrelated to this bankruptcy. PGI has not identified any material
relationships or connections with any law firm, financial consultant or investment banker
involved in these chapter 11 cases that would cause it to be adverse to the Debtors, the
Debtors' estates, any creditor or any other party-in-interest, or that would otherwise affect
PGI's judgment or ability to perform services for the Committee.

15.    PGI has not provided, and will not provide, any professional services to
the Debtors, any of the individual creditors, other parties-in-interest, or their respective
attorneys and accountants with regard to any matter related to these chapter 11 cases.
Notwithstanding the foregoing, PGI provides marketing advisory services in the form of
industry and market analysis publications distributed to a multi-client group who

6

subscribe to receive these services. The Debtors, some of the individual creditors, and other parties-in-interest subscribe to and receive PGI's multi-client industry and market analysis publications. In addition to the multi-client services provided by PGI described herein, PGI also provides single client work tailored to the specific needs of particular clients. PGI have provided and will continue to provide these single client services to some of the individual creditors, and other parties-in-interest. The customized services that PGI provides to single clients may relate to the Debtors' bankruptcy proceeding and the businesses of the Debtors and their affiliate non-debtor entities. I, however, hereby agree on behalf of PGI that PGI will not accept employment by any person having an adverse interest to the Committee pursuant to Section 1103(b) of the Bankruptcy Code or who would otherwise cause a conflict of interest with its representation of the Committee. To further address any conflict that may arise from PGI providing multi-client services to the Debtors, some of the individual creditors, and other parties-in-interest and single client services to some of the individual creditors, and other parties-in-interest, PGI has established an "Ethical Wall," more fully described in paragraph 17 hereof, that will segregate the employees of CMAI and PGI who provide multi-client services and single client services to some of the individual creditors, and other parties-in-interest from the employees providing services to the Committee.

16.    Prior to the Petition Date, PGI received payments in the ordinary course of business from the Debtors within the past year. These payments from Debtors were received in payment for PGI's multi-client industry news publications to which the Debtors subscribe. PGI will continue to provide Debtors with its multi-client subscription services post-petition. With the exception of the payments disclosed in this paragraph 16,

PGI has not received any payments from the Debtors and is not a prepetition creditor of the Debtors.

17.     I have reviewed the affidavit of David H. Witte (the "Witte Affidavit") in support of the retention application that CMAI filed with the Bankruptcy Court, including all of the "connections" (as such term is used in Bankruptcy Rule 2014(a)) in these cases as disclosed therein. All statements concerning PGI, including all of PGI's connections disclosed therein, are accurate and true.

**ETHICAL WALL PROCEDURES**

18.     PGI has established an "Ethical Wall" between the employees of PGI working for the Committee (the "Lyondell Team") and (1) any employee of PGI that provides multi-client advisory services, including subscription based industry publications ("Multi-Client Employees") and (2) any employee of PGI that provides single client services to any creditor or party-in-interest ("Single Client Employees"). The Ethical Wall prohibits the Lyondell Team from sharing confidential or non-public information concerning the Debtors and these cases with any Multi-Client Employee or Single Client Employee.   Multi-Client Employees and Single Client Employees, however, are not limited from sharing information about the Debtors with the Lyondell Team. PGI has informed all employees of the Ethical Wall procedures.

**PROFESSIONAL COMPENSATION**

19.     PGI's requested compensation for professional services rendered to CMAI on behalf of the Committee will be based upon the hours actually expended by each assigned staff member at each staff member's hourly billing rate. The Committee has advised CMAI that it has agreed to compensate CMAI for professional services that PGI

renders at its normal and customary hourly rates. CMAI will in turn compensate PGI the exact amount that CMAI receives on behalf of PGI for the services rendered by PGI.

20.    PGI will also seek reimbursement for necessary expenses incurred, which shall include, but not be limited to, travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

21.    I understand that CMAI intends, on behalf of CMAI and PGI, to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules. PGI has agreed to accept as compensation such sums as may be allowed by the Court. PGI understands that interim and final fee awards are subject to approval by this Court.

22.    In accordance with section 504 of the Bankruptcy Code, I hereby state that, with the exception of the subcontracting relationship with CMAI disclosed herein, there is no agreement or understanding between PGI and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases.

23.    This affidavit is provided in accordance with section 328(c) and 1103(b) of the Bankruptcy Code and Bankruptcy Rule 2014.

(Remainder of Page Intentionally Blank)

Name: Horace G. Nebeker, Jr.
Title:   Sr. Vice President

Sworn to before me this
12th day of February, 2009

Notary Public, in and for
The State of _Texas_

DANA BURCHFIELD
Notary Public, State of Texas
My Commission Expires
May 22, 2011

10

## EXHIBIT A

This information is being provided in connection with the Affidavit of Horace G Nebeker, Jr. The following names were compared to PGI's client database to identify any connection or relationship:

### Potential Parties in Interest

**Secured Lenders:**
ABN Amro
Access Industries
Aim Floating Rate Fund
Airlie Clo 2006-1 LTD
Allied Irish Banks
Altenberg Funding
Apollo Global Management, LLC
Apollo Management, L.P.
Ares Management LLC
Asclepiu
Ascerpios Research Group
Atlas Loan Funding (Navigator) LLC
Avalon Capital Ltd. 3
Avoca Inc.
Babson Clo Ltd. 2004-1
Balc-Ballyrock Clo II Limited
Banc of America
Banca Intesa San Paolo
Banca Popolare Di Milano
Bank of Scotland
Bayerische Landesbank
Belhurst Clo. Ltd
Bill & Melinda Gates Foundation
Brookville Horizons Fund L.P.
Burdale Financial Limited
Canpartners Investments IV, LLC
Canyon Capital Clo 2004-1 Ltd.
Castleri
Celf
Celts Clo 2007-1 Ltd.
Cerberus Capital Management, L.P.
Champlain Clo Ltd.
Charter View Portfolio
Charter Financial Services
Citibank
Clapboard
Credit Suisse

Deutsche Bank
DZ Bank
General Electric Capital Corp.
GMAC, LLC
Goldman Sachs
Grand Central Asset Trust
Halcyon Capital
Halcyon Asset Management, LLC
Harbourmaster Capital
ING Financial Services
Banca Intesa San Paolo
JP Morgan Securities Ltd.
King Street Capital Management
KKR Financial Holdings LLC
Laodicea II LLC
Lerner Enterprises LLC
Lloyds TSB
Merrill Lynch Capital Corp.
Morgan Stanley
National City Corporation
Natixis Funds
Oaktree Capital Management
Oha Finlandia Credit Fund
OHSF Financing Ltd.
Protean CBNA Loan Funding LLC
Protective Life Corporation
RZB Finance LLC
Silver Oak Partners
SG Finance Inc.
Societe Generale
State of California
Stichting Pensioenfonds Metaal En Techniek
Stitching Mn Services US High Yield
Swiftcurrent Offshore Ltd.
Symphony Asset Management
UBS
Wachovia
Watershed LB Holdings LLC
Wells Fargo
Western Asset Management Co.


## Debtors & Debtor Affiliates

Debtor Companies:
Basell Finance USA Inc.

Basell Germany Holdings GmbH
Basell North America Inc.
Basell USA Inc.
Circle Steel Corporation
Duke City Lumber Company, Inc.
Equistar Chemicals, LP
Equistar Transportation Company, LLC
Glidco Leasing, Inc.
Glidden Latin America Holdings Inc.
HOISU Ltd.
Houston Refining LP
HPT 28 Inc.
HPT 29 Inc.
H.W. Loud Co.
IMWA Equities II, Co., L.P.
ISB Liquidating Company
LBI Acquisition LLC
LBIH LLC
LeMean Property Holdings Corporation
Lyondell Asia Pacific, Ltd.
Lyondell Chemical Company
Lyondell Chemical Delaware Company
Lyondell Chemical Espana Co.
Lyondell Chemical Europe, Inc.
Lyondell Chemical International Co.
Lyondell Chemical Nederland, Ltd.
Lyondell Chemical Products Europe, LLC
Lyondell Chemical Properties, L.P.
Lyondell Chemical Technology Management, Inc.
Lyondell Chemical Technology 1 Inc.
Lyondell Chemical Technology, L.P.
Lyondell Chimie France LLC
Lyondell-Equistar Holdings Partners
Lyondell Europe Holdings Inc.
Lyondell Greater China, Ltd.
Lyondell Houston Refinery Inc.
Lyondell LP3 GP, LLC
Lyondell LP3 Partners, LP
Lyondell LP4 Inc.
Lyondell (Pelican) Petrochemical L.P. 1, Inc.
Lyondell Petrochemical L.P. Inc.
Lyondell Refining Company LLC
Lyondell Refining I LLC
LyondellBasell Advanced Polyolefins USA Inc.
LyondellBasell Finance Company
MHC Inc.

Millennium America Holdings Inc.
Millennium America Inc.
Millennium Chemicals Inc.
Millennium Holdings, LLC
Millennium Petrochemicals GP LLC
Millennium Petrochemicals Inc.
Millennium Petrochemicals LP LLC
Millennium Petrochemicals Partners, LP
Millennium Realty Inc.
Millennium Specialty Chemicals Inc.
Millennium US Op Co LLC
Millennium Worldwide Holdings I Inc.
MWH South America LLC
National Distillers & Chemical Corporation
NDCC International II Inc.
Nell Acquisition (US) LLC
Penn Export Company, Inc.
Penn Navigation Company
Penn Shipping Company, Inc.
Penntrans Company
PH Burbank Holdings, Inc.
Power Liquidating Company, Inc.
Quantum Acceptance Corporation
SCM Plants, Inc.
Suburban Propane GP, Inc.
Tiona, Ltd.
UAR Liquidating Inc.
USI Chemicals International, Inc.
USI Credit Corp.
USI Puerto Rico Properties, Inc.
Walter Kidde & Company, Inc.
Wyatt Industries, Inc.

Non-Debtor North American Affiliates:
AI Petrochemicals LLC
BAFB B.V.
Basell Finance Company B.V.
Basell Funding S.á.r.l.
Basell Impact Holding Company
Basell Mexico, S. de R.L. de C.V.
Baselltech USA Inc.
BASF
Baypo LP
BI S.a.r.l.
BIPPO Corporation
Chem Connect
E.I. DuPont (GP) Dupont Feedstocks Company (LP)

Equistar Chemicals de Mexico, Inc.
Equistar Funding Corporation
Equistar Olefins G.P., LLC
Equistar Olefins Offtake G.P., LLC
Equistar Olefins Offtake LP
Equistar Polypropylene LLC
Equistar Receivables II, LLC
Equistar Receivables LLC
Equistar Transportation Company, LLC
Lyondell Asia Holdings Limited (Hong Kong)
Lyondell Asia Pacific, Ltd.
Lyondell Basell Advanced Polyolefins USA Inc.
LyondellBasell Receivables 1, L.L.C.
Lyondell Bayport, LLC
Lyondell Centennial Corp.
Lyondell Chemical Holding Company
Lyondell Chemical Italia S.r.l.
Lyondell Chemical Overseas Serv. Inc.
Lyondell Chemical Pan America, Inc.
Lyondell Chemical Wilmington, Inc.
Lyondell Chimie France SAS (France)
Lyondell Chimie TDI SCA (France)
Lyondell China Holdings Limited (Hong Kong)
Lyondell France Holdings SAS (France)
Lyondell Funding II, LLC
Lyondell General Methanol Company
Lyondell Greater China Holdings Ltd. (Hong Kong Corp.)
Lyondell Greater China Trading Limited (PRC)
Lyondell Intermediate Holding Company
Lyondell POJVGP, LLC
Lyondell POJVLP, LLC
Lyondell POTechGP, Inc
Lyondell POTechLP, Inc.
LyondellBasell AF GP S.a.r.l.
NAG Investments LLC
Nell Limited
Nihon Oxirane Co., Ltd. (Japan)
Ningbo ZRCC Lyondell Chemicals Co. Ltd. (PRC)
NOVA
Olefins JV LP
PD Glycol
PO Offtake, LP
PO JV, LP
POSM Delaware, Inc.
POSM II Limited Partnership, L.P.
POSM II Properties Partnership, L.P.

Quantum Pipeline Company
San Jacinto Rail Limited LP
Sinopec Zhenhai Refining & Chemical Co. Ltd.
Sumitomo Chemical Company Limited
Sunoco LaPorte LLC
Sunoco Olefins, LP
Technology JV, LP

European Non-Debtor Affiliates:
Basell International Holdings B.V.
LyondellBasell Australia (Holdings) Pty Ltd
PolyPacific Pty Ltd
PolyPacific Polymers Sdn.Bhd.
Basell International Trading FZE
Basell Europe Holdings B.V.
Basell Polyolefins India Private Ltd.
Basell Asia Pacific Ltd.
Basell Asia Pacific Trading (Shenzhen) Limited
Basell Asia Pacific Consulting (Shanghai) Co., Ltd.
SunAllomer Ltd.
Polymirae Co. Ltd
Basell (Thailand) Holdings B.V.
HMC Polymers Company Ltd.
Rayong Olefins Co. Ltd.
PTT chemical PCL
Basell Advanced Polyolefins (Thailand) Company Ltd.
LyondellBasell Brasil Holdings B.V.
Basell Holdings Middle East GmbH
Saudi Polyolefins Company
Basell Moyen Orient Investissements SAS
Saudi Ethylene & Polyethylene Company
Basell Arabie Investissements SAS
Al-Waha Petrochemical Company
LyondellBasell Proche Orient Investissements SAS
Basell Polyolefins Korea Ltd
Lyondell Quimica do Brasil, Ltda.
Basell Poliolefinas Ltda.
Basell Poliolefinas, S. de R.L. de C.V.
Lyondell Japan, Inc.
Lyondell South Asia PTE Ltd.
Basell Cayman Corporation
Basell (VI) Corporation
Basell Sales & Marketing company B.V.
Basell Service Company B.V.
Basell Finance & Trading Company B.V.
Basell China AP Holdings B.V.
Basell Advanced Polyolefins (Suzhou) Co. Ltd

GuangZhou Basell Advanced Polyolefins co. Ltd
Basell Canada inc.
Indelpro S.A. de C.V.
Basell Polypropylene S.A.S.
SCI de Plastiques de Normandie
LyondellBasell Netherlands Holdings B.V.
Lyondell Chemie International B.V.
Lyondell Chemie Nederland B.V.
Lyondell Chemie (PO11) B.V.
Lyondell Chemie (POSM) B.V.
Lyondell Chemie Investment Nederland B.V.
Lyondell PO11 C.V.
Lyondell Bayer MM VOF
Lyondell Chemie Utilities B.V.
Steamelac B.V.
Eurogen C.V.
Basell Europe Holdings B.V.
Basell UK Holdings Ltd.
Basell Polyolefins UK Ltd.
Basell UK Ltd.
Basell Holdings B.V.
Basell Polyolefins Company BVBA
Basell Benelux B.V.
Basell Orien Polyolefins Sp. z o.o.
Basell Orien Polyolefins Sprzedaz Sp. z o.o.
LyondellBasell Kazakhstan Holdings B.V.
Kazakhstan Petrochemicals Industries Inc. LLP
Basell Int'l Holdings B.V.
Basell Polyolefin Istanbul Ticaret Limited Sirketi
Basell Chemie Köln GmbH
Basell Nederland B.V.
LyondellBasell Industries Holdings B.V.
Basell Poliolefine Italia S.r.l.
Basell Italia S.r.l.
Basell Brindisi S.r.l.
Brindisi Servizi Generali S.c.a r.l.
Polymer Servizi Ecologici
I.F.M. S.c.a r.l.
Basell Polyéthylène S.A.S.
Basell France S.A.S.
Basell Production France S.A.S.
Basel Polyoléfines France S.A.S.
Société du Craqueur de l'Aubette S.A.S.
Aibette S.A.S.
Basell FPS S.A.S.
Basell Osp-Olefins S.A.S.

Basell Gemma S.A.S.
Compagnie de Distribution des Hydrocarbures S.A.S.
Compagnie Petrochimique de Berre S.A.S.
GIE Stockage Termianl de la Crau
GP Enterprise SA Co., Ltd.
SN2A SNC
Société du Pipeline Méditerranéen Rhône S.A.S.
GIE Groupement Pétrolier de la Côté d'Azur
Shell Stockage Pétrolier du Rhône SA
Basell Ibérica Poliolefinas Holdings S.L.
Basell Poliolefinas Ibérica S.L.
Complejo Industrial Taqsa A.I.E.
Hisane A.I.E.
Basell Poliolefinas Comercial Espagñola S.L.
UNA S.A.
Basell Plasticos Lda.
Petroken Petroquimica Ensenada SA
Lyondell Chemical Central Europe GmbH
Basell Germany Holdings GmbH
Basell Polyolefine GmbH
Basell Deutschland GmbH
Basell North America Inc.
Basell Bayreuth Chemie GmbH
InfraServ GmbH & Co. Höchst KG
InfraServ GmbH & Co. Knapsack KG
Industriepark Münchsmünster Verwaltungsgesellschaft mbH
Industriepark Münchsmünster GmbH & Co. KG
EPS Ethylen-Pipeline Süd Geschäftsführungs GmbH
EPS Ethylen-Pipeline-Süd GmbH & Co. KG
TRV Thermische Rückstandsverwertung Verwaltungs-GmbH
TRV Thermische Rückstandsverwertung GmbH & Co. KG
BKV Beteiligungs- und Kunststoffverwertungs-gesellschaft mbH
RIGK Gesellschaft zur Rückführung industrieller und gewerblicher
Kunststoffverpackungen mbH
TECPOL Technologieentwicklungs GmbH für ökoeffiziente Polymerverwertung

**Directors:**
Alan S. Bigman
Anton de Vries
Bart de Jong
Cees Los
Daniel Beaulieu
David W. O'Connor
Donald Puglisi
Deanna Kelly
Eberhard Faller
Francis P. McGrail

8

Gary L. Koehler
Ian Dunn
Joseph Lattanzio
Lincoln Benet
Lynn Coleman
Kent Potter
Kevin E. Walsh
Michael P. Mulrooney
Michael Wolkowicz
Phillip Kassin
Richard Floor
Robert Richter
Stephen M. Dwyer
Volker Trautz
Wendy Johnson

**Current Officers:**
Allen C. Holmes
Ann P. Graves
C. Bar de Jong
C. Robert Sperati
Charles F. Cooper
Charles L. Hall
Charles W. Graham
Connie E. Cothran
Corey A. Siegel
Dale Young
David W. O'Connor
Dawna L. Ferguson
Dennis M. Kozak
Edward J. Dineen
Eileen Cheng
Elizabeth C. Brown
Eric A. Silva
Eric H.M. Alofs
Gareth S. Bahlman
Gerald A. O'Brien
James W. Bayer
Janna G. Sewell
Jesus Chagoya
Jill Kuz
Joan K. Pike
JoAnn Beck
John Fisher Gray
Jonathan C. Richmond
Karen Twitchell
Manfred Klepacz

Mario Portela
Mark F. Wilson
Michael P. Ferro
Morris Gelb
Nancy Hardjomohamad
Steve Williams
Suzanne K. Trevino
Tsahai Kebede
W. Norman Phillips Jr.

**Former Officers/Directors:**
Carol. A. Anderson
Dan F. Smith,
Daniel J. Murphy
Danny W. Huff
David J. Lesar
David J.P. Meachin
Donald Puglisi
John A. Hollinshead
Kerry A. Galvin
Michael B. Wimberly
Michael P. Ferro
Michael P. Mulrooney
Michelle S. Miller
Nancy Corbet
Paul S. Halata
Rick Fontenot
Stephen I. Chazen
Stephen R. Wessels
Susan K. Carter
T. Kevin DeNicola
Theodore Dziemianowicz
Travis Engen

**Companies Affiliated with Directors and Officers**
Evonik Industries AG

**Principal Equity Holders:**
Access Group
Capital Access Group LLC
Leonard Blavatnik
Bi SARL

**Insurance Carriers:**
ACE
ACE American
ACE Bermuda Insurances Ltd.

10

ACE Bermuda International (Dublin)
ACE Europe
ACE INA UK Limited
AIG
AIG Cat Excess Liability
AIG Environmental
AIG Europe S.A.
Allianz Group
Allianz Netherlands
American Guarantee & Liability Ins. Co.
The American Club - P&I Club
Arch Insurance Company - International Aerospace Insurances Services, Inc.
AWAC (Allied World Assurance Co.) Bermuda
Catlin Group Limited
CAN (Coordinated Assistance Network)
Glacier Reinsurance A.G.
Great American Insurance Group
Great Lakes Munich Re (MARP)
Hartford Insurance
HCC Insurance Holdings, Inc.
HDI Gerling Insurance
Lexington (AIG)
Liberty Mutual Europe Limited
MARP – Munich American RiskPartners
Navigators Group
OCIL Casualty Insurance Ltd.
OIL - Oil Insurance Limited
SCOR
St Paul Insurance Company
Starr Marine Agency
Swiss Re
XL Capital Ltd.
XL Capital Bermuda
XL Specialty Insurance Company
Zurich Financial Services
Zurich Insurance Limited (Ireland)
Zurich Netherlands

**Significant Creditors:**
Allied Capital Lending Corporation
Chevron Corporation
Deutsche Bank
GMAC Commercial Finance
Grand Central Asset Trust
Laodicea II LLC
Leverage Source III Sarl Societe
PDVSA-Petroleo S.A.

Stone Tower Capital, LLC

**Custodians**
A & R Transport, Inc.
Abaco Transport
Abalos, Inc.
Accel Cuautitlan (8017)
*Accel* Comercial, S.A.
*Accel* Distribución, S.A.
Accel San Nicolas De Los Garza (8017A)
All Southeast D
Alltranstek, LLC
Almacenadora AC
APL Logistics
Arlington Utility
Atmos Energy Corporation
Bourque Data Systems Inc.
BP Solvay North America LLC
Bulkmatic Transport Company
Burlington North
C.T.L. Forwarding LC
Canadian Nation
CDF Industries
Central Freight Lines, Inc.
City of Grand Praire
Columbus & Ohio  Railway
Con-Way Southern Express
CSXT N/A 107971
DHL Airways, Inc.
Duncan Disposal Company
EE-Jay Motor Transports, Inc.
Expeditors International
Federal Express
Fedex Custom Critical
Fedex Freight
Fedex Trade Networks
First Union Rail Corp.
GATX Rail Corp.
Geologistics Am
Gorski Bulk Transport
Grand Prairie D
Hartwick O'Shea & Cartwright Limited
Kansas City South
Kelron Logistics
KMS Packaging &Warehousing Inc
Kuehne & Nagel
Marubeni Corporation

12

Nashoba Valley
Norfolk Southern Corporation
Norresberns Truck Service
Northern Dry-Bu
Nots Warehouse 55
Oakley Trucking, Inc.
Omni Logistics, Inc.
Plastic Express, Inc.
PMC/BETA Corporation
Quality Carrier
Quality Transport, Co.
R & L Carriers
Reliable Delivery
RJR Transport Services
Roadway Express
Robyn T. Conlon
Royal Traffic
SAIA Motor Freight Line, Inc.
Savage Services
Saxon Transport
Schneider National, Inc.
Servicecraft Corp.
Shanghai Mengto
Southeastern Freight Lines
Southwestern Motor Transport Inc.
Spartan Logistics
Suez Energy Resources NA
Sweeney Transportation, Inc.
T.S. Expediting Services
T.T.S.I. Transport
TNT USA, Inc.
Transport Georg
Truck Rail Handling
Union Pacific Corp.
UPS
UPS Supply Chain Solutions
UPS, Lockbox 577
USF Holland
Van Someren Transport
Werner Enterprise
West Motor Freight, Inc.
WestSide Transport
Wiles Enterprise, LLC
Worcester Truck Company
Yellow Freight

**Suppliers:**
A&R Transport, Inc.
Air Products and Chemicals, Inc.
Air Products LLC
Altura Cogen LLC
Arcadis Of New York Inc
Arco Midcon LLC
Astra Oil Co Inc
Austin Industrial (Maintenance)
BASF Corporation
Basic Industries
Baypo C/O Bayer Corp
Beeline.com Inc
BP Energy Company
Brandywine Operating Partnership LP
BTMU Capital Corporation
Buckeye Gulf Coast Pipe Lines, LP
Calcasieu Parish Sheriff Office
Calpine Corporation
Catalyst Service Inc
CDI Engineering Group Inc
CDI Engineering Solutions Inc
Chase Savings & Investment Plan
Chemtrade Refinery Services Inc
Chevron Products Company
Citgo Petroleum Corporation
Cokinos Natural Gas Co
Computer Sciences Corp
Conam Inspection Inc.
ConocoPhillips
ConocoPhillips CO
Criterion Catalyst & Tech LP
CSX Transportation, Inc.
Dow Chemical, Co.
Eagle Energy Partners I LP
Engineers and Constructors, LLC
Entergy Corporation
Enterprise Products Partners, L.P.
Enterprise Texas Pipeline LLC
ExxonMobil Chemical Corp.
Flint Hills Resources LP
Fossil Energy Resources Ltd of BVI
Gulf Coast Waste Disposal Authority
Gulfmark Energy Ltd.
HRO
Interchem USA Inc.

Jacobs Field Svc N America Inc
Jacobs Field Svcs North America Inc
Kellogg, Brown & Root Industrial
Kirby Inland Marine
Kubota Metal Corporation
Lanxess Corp.
LBC Petrounited LP
Linde Gas LLC
Man Financial, Inc.
Marathon Petroleum Company LLC
Metroplex Energy Solutions
Morris Cogeneration LLC
Nalco Company
Norfolk Southern
Petróleos de Venezuela S.A. (PDVSA)
Pro Inspect, Inc.
PRSI Trading Co., LP
S & B Engineering & Constructors
SAP America Inc
Saracen Merchant Energy LP
Seaway Pipeline Co
Shell Chemical Corporation
Sonatrach Petroleum Corporation
Sud-Chemie, Inc.
SUEZ - DEGS of Tuscola LLC
Suncor Energy, Inc.
Sunoco Chemicals Polymers Division
Tauber Oil Company
Teppco Crude Oil LP
Texas State Treasury
Total Petrochemicals, Inc.
Tricon Energy Ltd
Tsakos Energy Navigation Limited
Uni-Form Components Company
Union Pacific Railroad
Veolia Environmental Services
Royal Vopak
Westlake Petrochemicals LP
Wyatt Field Service Company
Zachary Construction Corporation

**Landlords**
BIT Holdings Forty-Six Inc.
Brandywine Operating Partnership, L.P.
Campus Investors Office B, L.P.
CFS Air, LLC
Crescent HC Investors, L.P.

Digital-Midway, L.P.
Evening Star Associates
INVISTA S.à r.l.
Michigan State University Foundation
Occidental Chemical Corporation
Solutia Inc.
Sunoco Polyolefins, L.P.
The Woodlands Commercial Properties Company, L.P.
Underground Services (Markham), L.P.

## Professionals
AlixPartners
Clifford Chance
Epiq Systems
Evercore Partners L.L.C.
FTI Consulting
Susman Godfrey LLP
Sitrick

## Litigation Adversaries:
Agintis (France)
Alco Industries
Alco Industries
Allianz Paint Insurance Claim
Ann Johnson
AstraZeneca
Bumbury Corporation
Carpenter Company
CHOS Olefins
City of Houston
Crosslink Technologies, Inc.
Delphi Corporation
Dizayn Grup
Dresser Rand
Edison Energia S.p.A.
Eneco Company
Flexible Foam Products, Inc.
Global Power Professional Services LLC
Green Mountain Energy Company
ICI
In re Solutia, Inc.
Industrial Polymers Inc.
MPI Research
MTBE Resources
Nylex Corporation Pty. Ltd.
Parfina SAS (Chimidis SAS)
PARS (Pharmos Corporation)

Pulp & Paper of America
Radnor Holdings/Styrochem
RBX industries
Seegott Holdings, Inc.
Shawn Moniz
Shell Petrochemicals N.V.
Walter Ryan
Woodbridge Foam

**Miscellaneous:**
Bank of New York (Trustee for Holders of the Millennium Notes)

**Significant Counter-Parties to Leases**
Arco Midcon LLC
Arco Pipe Line Company
Buckeye Gulf Coast Pipelines, LLC
Cowboy Pipeline Service Company, LP
PetroLogisitics Olefins LLC
Seagull Products Pipeline Corporation
Texas Brine Corporation
Underground Services L.P.

**General Unsecured Creditors (Top 50)**
The Bank of New York, as Indenture Trustee (London)
The Bank of New York, as Indenture Trustee (New York)
Petroles Der Venezuela S.A.
BASF Corp.
Sonatrach
GIM Channelview Cogeneration
Linde Gas LLC
Calpine Corporation
Castor Americas Inc.
Enterprise Texas Pipeline LLC
Chevron Phillips Chemical Co
Air Products LLC
Air Liquide America Corp.
SAP America Inc.
Jacobs Field Services North America
BASF Corporation
Wyatt Field Service Company
Kirby Inland Marine
Morgan Stanley Capital Group
Morris Cogeneration LLC
Veolia Environment Services
Arco Midcon LLC
Union Pacific Railroad

BEELINE.COM Inc.
Brock Services Ltd
Chemtrade Refinery Services Inc.
Norfold Southern
Arcardis
Computer Sciences Corp

## General Unsecured Creditors (Top 50) continued

Westlake Petrochemical Corporation
Kellogg, Brown & Root Industrial
Chevron Products company
S & B Engineering & Constructors
Austin Industrial (Maintenance)
Catalyst Services Inc.
Stolt Tankers
CIBO Specialty Chemicals
JV Industrial Companies LTD
A Schulman Inc.
BP Products North America Inc.
Tauber Oil Inc.
Burlington Northern Santa Fe
Basic Industries
ExxonMobil Chemical Co.
Dow Chemical
Sunoco Chemicals
CDI Engineering Group
Marathon Petroleum Company LLC
Methanex Methanol Company
Centerpoint Energy Gas Rec. LLC-CGSI

## Creditors' Committee Members and Proposed Professionals

Wilmington Trust, FSB
Law Debenture Trust of New York
Pension Benefit Guaranty Corporation
BASF Corporation
Air Liquide Large Industries U.S.LP
Veolia ES Industrial Services
United Steel Workers
Brown Rudnick LLP
Mesirow Financial Consulting, LLC

## EXHIBIT B

CMAI/PGI "Connections"
(see attached)



| Case Parties | CMAI | | Purvin & Gertz | |
| --- | --- | --- | --- | --- |
| **Secured Lenders:** | Multiclient | Single Client | Multiclient | Single Client |
| ABN Amro | X | X | | |
| Access Industries | X | X | | X |
| Aim Floating Rate Fund | | | | |
| Airlie Clo 2006-1 LTD | | | | |
| Allied Irish Banks | | | | |
| Altenberg Funding | | | | |
| Apollo Global Management, LLC | | | | |
| Apollo Management, L.P. | X | X | | |
| Ares Management LLC | X | X | | |
| Asclepiu | | | | |
| Ascerpios Research Group | | | | |
| Atlas Loan Funding (Navigator) LLC | | | | |
| Avalon Capital Ltd. 3 | | | | |
| Avoca Inc. | | | | |
| Babson Clo Ltd. 2004-1 | | | | |
| Babc-Ballyrock Clo II Limited | X | | X | X |
| Banc of America | | | | |
| Banca Intesa San Paolo | | | | |
| Banca Popolare Di Milano | X | | | X |
| Bank of Scotland | | | | |
| Bayerische Landesbank | | | | |
| Belhurst Clo. Ltd | | | | |
| Bill & Melinda Gates Foundation | | | | |
| Brookville Horizons Fund L.P. | | | | |
| Burdale Financial Limited | | | | |
| Canpartners Investments IV, LLC | | | | |
| Canyon Capital Clo 2004-1 Ltd. | | | | |
| Castleri | | | | |
| Celf | | | | |
| Cela Clo 2007-1 Ltd. | | | | |
| Cerberus Capital Management, L.P. | X | | | X |
| Champlain Clo Ltd. | | | | |
| Charter View Portfolio | | | | |
| Charter Financial Services | | | | |
| Citibank | X | | | X |
| Clapboard | X | | | X |
| Credit Suisse | X | X | | |
| Deutsche Bank | X | X | | X |
| DZ Bank | | | | |
| General Electric Capital Corp. | X | | | X |
| GMAC, LLC | | | | |
| Goldman Sachs | X | X | X | X |
| Grand Central Asset Trust | | | | |
| Halcyon Capital | | | | |
| Halcyon Asset Management, LLC | | | | |
| Harbourmaster Capital | | | | |
| ING Financial Services | | | | |
| Banca Intesa San Paolo | | | | |
| JP Morgan Securities Ltd. | X | X | X | X |
| King Street Capital Management | | | | |
| KKR Financial Holdings LLC | | | | |

| Entity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Laodicea II LLC | | | | | | | |
| Lerner Enterprises LLC | | | | | | | |
| Lloyds TSB | | | | | | | |
| Merrill Lynch Capital Corp. | | | X | | | X | X | X |
| Morgan Stanley | | | | | | | X |
| National City Corporation | | | | | | | |
| Natixis Funds | | | | | | | |
| Oaktree Capital Management | | X | X | | | | |
| Oha Finlandia Credit Fund | | | | | | | |
| OHSF Financing Ltd. | | | | | | | |
| Protean CBNA Loan Funding LLC | | | | | | | |
| Protective Life Corporation | | | | | | | |
| RZB Finance LLC | | | | | | | |
| Silver Oak Partners | | | | | | | |
| SG Finance Inc. | | | | | | | |
| Societe Generale | | X | X | | | X | X |
| State of California | | | | | | | |
| Stichting Pensioenfonds Metaal En Technick | | | | | | | X |
| Stichting Mn Services US High Yield | | | | | | | |
| Swiftcurrent Offshore Ltd. | | | | | | | |
| Symphony Asset Management | | | | | | | X |
| UBS | | X | | | | | |
| Wachovia | | | | | | | |
| Watershed LB Holdings LLC | X | X | | | | | |
| Wells Fargo | X | X | | | | | |
| Western Asset Management Co. | | | | | | | |
| **Debtors & Debtor Affiliates** | | | | | | | |
| **Debtor Companies:** | | | | | | | |
| Basell Finance USA Inc. | | X | X | X | X | | |
| Basell Germany Holdings GmbH | | X | X | X | X | | |
| Basell North America Inc. | | X | X | X | X | | |
| Basell USA Inc. | | X | X | X | X | | |
| Circle Steel Corporation | | | | | | | |
| Duke City Lumber Company, Inc. | | | | | | | |
| Equistar Chemicals, LP | | X | X | X | X | | |
| Equistar Transportation Company, LLC | | X | X | X | X | | |
| Glidden Leasing, Inc. | | | | | | | |
| Glidden Latin America Holdings Inc. | | | | | | | |
| HOISU Ltd. | | | | | | | |
| Houston Refining LP | | | | | | | |
| HPT 28 Inc. | | | | | | | |
| HPT 29 Inc. | | | | | | | |
| I.W. Loud Co. | | | | | | | |
| IMWA Equities II, Co., L.P. | | | | | | | |
| ISB Liquidating Company | | | | | | | |
| LBI Acquisition LLC | | | | | | | |
| LBIH LLC | | | | | | | |
| LeMean Property Holdings Corporation | | | | | | | |
| Lyondell Asia Pacific, Ltd. | | X | X | X | X | | |
| Lyondell Chemical Company | | X | X | X | X | | X | X |
| Lyondell Chemical Delaware Company | | X | X | X | X | | |
| Lyondell Chemical Espana Co. | | X | X | X | X | | |
| Lyondell Chemical Europe, Inc. | | X | X | X | X | | |
| Lyondell Chemical International Co. | | X | X | X | X | | |

| | | |
|---|---|---|
| Lyondell Chemical Nederland, Ltd. | x | x |
| Lyondell Chemical Products Europe, LLC | x | x |
| Lyondell Chemical Properties, L.P. | x | x |
| Lyondell Chemical Technology Management, Inc. | x | x |
| Lyondell Chemical Technology 1 Inc. | x | x |
| Lyondell Chemical Technology, L.P. | x | x |
| Lyondell Chimie France LLC | x | x |
| Lyondell-Equistar Holdings Partners | x | x |
| Lyondell Europe Holdings Inc. | x | x |
| Lyondell Greater China, Ltd. | x | x |
| Lyondell Houston Refinery Inc. | x | x |
| Lyondell LP3 GP, LLC | x | x |
| Lyondell LP3 Partners, LP | x | x |
| Lyondell LP4 Inc. | x | x |
| Lyondell (Pelican) Petrochemical L.P. 1, Inc. | x | x |
| Lyondell Petrochemical L.P. Inc. | x | x |
| Lyondell Refining Company LLC | x | x |
| Lyondell Refining I LLC | x | x |
| LyondellBasell Advanced Polyolefins USA Inc. | x | x |
| LyondellBasell Finance Company | x | x |
| MHC Inc. | | |
| Millennium America Holdings Inc. | x | x |
| Millennium America Inc. | x | x |
| Millennium Chemicals Inc. | x | x |
| Millennium Holdings, LLC | x | x |
| Millennium Petrochemicals GP LLC | x | x |
| Millennium Petrochemicals Inc. | x | x |
| Millennium Petrochemicals LP LLC | x | x |
| Millennium Petrochemicals Partners, LP | x | x |
| Millennium Realty Inc. | x | x |
| Millennium Specialty Chemicals Inc. | x | x |
| Millennium US Op Co LLC | x | x |
| Millennium Worldwide Holdings I Inc. | x | x |
| MWH South America LLC | x | x |
| National Distillers & Chemical Corporation | | |
| NDCC International II Inc. | | |
| Nell Acquisition (US) LLC | | |
| Penn Export Company, Inc. | | |
| Penn Navigation Company | | |
| Penn Shipping Company, Inc. | | |
| Penntrans Company | | |
| PH Burbank Holdings, Inc. | | |
| Power Liquidating Company, Inc. | | |
| Quantum Acceptance Corporation | | |
| SCM Plants, Inc. | | |
| Suburban Propane GP, Inc. | | |
| Tiona, Ltd. | x | x |
| UAR Liquidating Inc. | | |
| USI Chemicals International, Inc. | | |
| USI Credit Corp. | x | x |
| USI Puerto Rico Properties, Inc. | | |
| Walter Kidde & Company, Inc. | | |
| Wyatt Industries, Inc. | | |

**Non-Debtor North American Affiliates:**

| Entity | | (were client prior to merge) |
|---|---|---|
| AI Petrochemicals LLC | x | |
| BAFB B.V. | x | |
| Basell Finance Company B.V. | x | |
| Basell Funding S.à.r.l. | x | |
| Basell Impact Holding Company | x | |
| Basell Mexico, S. de R.L. de C.V. | x | |
| Baselltech USA Inc. | x | |
| BASF | x | x |
| BI S.a.r.l. | | |
| Baypo LP | x | x |
| BIPPO Corporation | | |
| E.I. DuPont (GP) Dupont Feedstocks Company (LP) | x | |
| Equistar Chemicals de Mexico, Inc. | x | |
| Equistar Funding Corporation | x | |
| Equistar Olefins G.P., LLC | x | |
| Equistar Olefins Offtake G.P., LLC | x | |
| Equistar Olefins Offtake LP | x | |
| Equistar Polypropylene LLC | x | |
| Equistar Receivables II, LLC | x | |
| Equistar Receivables LLC | x | |
| Equistar Transportation Company, LLC | x | |
| Lyondell Asia Holdings Limited (Hong Kong) | x | |
| Lyondell Asia Pacific, Ltd. | x | |
| Lyondell Basell Advanced Polyolefins USA Inc. | x | |
| LyondellBasell Receivables I, L.L.C. | x | |
| Lyondell Bayport, LLC | x | |
| Lyondell Centennial Corp. | x | |
| Lyondell Chemical Holding Company | x | x |
| Lyondell Chemical Italia S.r.l. | x | |
| Lyondell Chemical Overseas Serv. Inc. | x | |
| Lyondell Chemical Pan America, Inc. | x | |
| Lyondell Chemical Wilmington, Inc. | x | |
| Lyondell Chimie France SAS (France) | x | |
| Lyondell Chimie TDI SCA (France) | x | |
| Lyondell China Holdings Limited (Hong Kong) | x | |
| Lyondell France Holdings SAS (France) | x | |
| Lyondell Funding II, LLC | x | |
| Lyondell General Methanol Company | x | |
| Lyondell Greater China Holdings Ltd. (Hong Kong Corp.) | x | |
| Lyondell Greater China Trading Limited (PRC) | x | |
| Lyondell Intermediate Holding Company | x | |
| Lyondell POIVGP, LLC | x | |
| Lyondell POIVLP, LLC | x | |
| Lyondell POTechGP, Inc | x | |
| Lyondell POTechLP, Inc. | x | |
| LyondellBasell AF GP S.a.r.l. | x | |
| MAG Investments LLC | x | |
| Neil Limited | | |
| Nihon Oxirane Co., Ltd. (Japan) | x | |
| Ningbo ZRCC Lyondell Chemicals Co. Ltd. (PRC) | x | |
| NOVA | x | x |
| Olefins JV LP | x | |
| PD Glycol | x | x |
| PO Offtake, LP | x | |

| Entity | | | |
|---|---|---|---|
| PO JV, LP | | | |
| POSM Delaware, Inc. | | | |
| POSM II Limited Partnership, L.P. | | | |
| POSM II Properties Partnership, L.P. | | | |
| Quantum Pipeline Company | X | X | |
| San Jacinto Rail Limited LP | X | X | |
| Sinopec Zhenhai Refining & Chemical Co. Ltd. | | | X |
| Sumitomo Chemical Company Limited | X | X | |
| Sunoco LaPorte LLC | | X | |
| Sunoco Olefins, LP | | X | |
| Technology JV, LP | X | X | |
| **European Non-Debtor Affiliates:** | | | |
| Basell International Holdings B.V. | X | X | |
| LyondellBasell Australia (Holdings) Pty Ltd | | | |
| PolyPacific Pty Ltd | | | |
| PolyPacific Polymers Sdn.Bhd. | X | X | |
| Basell International Trading FZE | X | X | |
| Basell Europe Holdings B.V. | X | X | |
| Basell Polyolefine India Private Ltd | X | X | |
| Basell Asia Pacific Ltd. | X | X | |
| Basell Asia Pacific Trading (Shenzhen) Limited | X | X | |
| Basell Asia Pacific Consulting (Shanghai) Co., Ltd. | | | |
| SunAllomer Ltd. | | | |
| Polymirae Co. Ltd | | | |
| Basell (Thailand) Holdings B.V. | X | X | |
| HMC Polymers Company Ltd. | X | X | |
| Rayong Olefins Co. Ltd. | X | | |
| PTT chemical PCL | X | | |
| Basell Advanced Polyolefins (Thailand) Company Ltd. | X | X | |
| LyondellBasell Brasil Holdings B.V. | X | X | |
| Basell Holdings Middle East GmbH | X | X | |
| Saudi Polyolefins Company | X | | |
| Basell Moyen Orient Investissements SAS | X | X | |
| Saudi Ethylene & Polyethylene Company | X | | |
| Basell Arabie Investissements SAS | X | X | |
| Al Waha Petrochemical Company | X | | |
| LyondellBasell Proche Orient Investissements SAS | X | X | |
| Lyondellbasell Korea Ltd | X | X | |
| Basell Polyolefini Korea Ltd | X | X | |
| Lyondell Quimica do Brasil, Ltda. | X | X | |
| Basell Poliolefinas Ltda. | X | X | |
| Basell Poliolefinas, S. de R.L. de C.V. | X | X | |
| Lyondell Japan, Inc. | X | X | |
| Lyondell South Asia PTE Ltd. | X | X | |
| Basell Cayman Corporation | X | X | |
| Basell (VI) Corporation | X | X | |
| Basell Sales & Marketing company B.V. | X | X | |
| Basell Service Company B.V. | X | X | |
| Basell Finance & Trading Company B.V. | X | X | |
| Basell China AP Holdings B.V. | X | X | |
| Basell Advanced Polyolefins (Suzhou) Co. Ltd | X | X | |
| GuangZhou Basell Advanced Polyolefins co. Ltd | X | X | |
| Basell Canada inc. | X | X | |
| Indelpro S.A. de C.V. | X | | |
| Basell Polypropylene S.A.S. | X | X | |

| Entity | | |
|---|---|---|
| SCI de Plastiques de Normandie | | |
| Lyondell/Basell Netherlands Holdings B.V. | x | x |
| Lyondell Chemie International B.V. | x | x |
| Lyondell Chemie Nederland B.V. | x | x |
| Lyondell Chemie (PO11) B.V. | x | x |
| Lyondell Chemie (POSM) B.V. | x | x |
| Lyondell Chemie Investment Nederland B.V. | x | x |
| Lyondell PO11 C.V. | x | x |
| Lyondell Bayer MM VOF | x | x |
| Lyondell Chemie Utilities B.V. | | |
| Steamelae B.V. | | |
| Eurogen C.V. | | |
| Basell Europe Holdings B.V. | x | x |
| Basell UK Holdings Ltd. | x | x |
| Basell Polyolefins UK Ltd. | x | x |
| Basell UK Ltd. | x | x |
| Basell Holdings B.V. | x | x |
| Basell Polyolefine Company BVBA | x | x |
| Basell Benelux B.V. | x | x |
| Basell Orion Polyolefins Sp. z o.o. | x | x |
| Basell Orion Polyolefins Sprzedaz Sp. z o.o. | x | x |
| Lyondell/Basell Kazakhstan Holdings B.V. | x | x |
| Kazakhstan Petrochemicals Industries Inc. LLP | x | x |
| Basell Int'l Holdings B.V. | x | x |
| Basell Polyolefin Istanbul Ticaret Limited Sirketi | x | x |
| Basell Chemie Köln GmbH | x | x |
| Basell Nederland B.V. | x | x |
| Lyondell/Basell Industries Holdings B.V. | x | x |
| Basell Poliolefine Italia S.r.l. | x | x |
| Basell Italia S.r.l. | x | x |
| Basell Brindisi S.r.l. | x | x |
| Brindisi Servizi Generali S.c.a.r.l. | | |
| Polymer Servizi Ecologici | | |
| I.F.M. S.c.a.r.l. | | |
| Basell Polyèthylene S.A.S. | x | x |
| Basell France S.A.S. | x | x |
| Basell Production France S.A.S. | x | x |
| Basel Polyoléfines France S.A.S. | x | x |
| Société du Craqueur de l'Aubette S.A.S. | | |
| Aibette S.A.S. | | |
| Basell FPS S.A.S. | x | x |
| Basell Oop-Olefins S.A.S. | x | x |
| Basell Gemma S.A.S. | x | x |
| Compagnie de Distribution des Hydrocarbures S.A.S. | | |
| Compagnie Petrochimique de Berre S.A.S. | | |
| GIE Stockage Terminal de la Crau | | |
| GP Enterprise SA Co., Ltd. | | |
| SN2A SNC | | |
| Société du Pipeline Méditerranéen Rhône S.A.S. | | |
| GIE Groupement Pétrolier de la Côte d'Azur | | |
| Shell Stockage Pétrolier du Rhône SA | x | x |
| Basell Ibérica Poliolefinas Holdings S.L. | x | x |
| Basell Poliolefinas Ibérica S.L. | | |
| Complejo Industrial Tarpa A.I.E. | | |
| Hisane A.I.E. | | |

| | | |
|---|---|---|
| Baseil Poliolefinas Comercial Espagñola S.L. | x | x |
| UNA S.A. | | |
| Baseil Plasticos Lda. | x | x |
| Petroken Petroquimica Ensenada SA | | |
| Lyondell Chemical Central Europe GmbH | x | x |
| Baseil Germany Holdings GmbH | x | x |
| Baseil Polyolefine GmbH | x | x |
| Baseil Deutschland GmbH | x | x |
| Baseil North America Inc. | x | x |
| Baseil Bayreuth Chemie GmbH | x | x |
| InfraServ GmbH & Co. Höchst KG | | |
| InfraServ GmbH & Co. Knapsack KG | | |
| Industriepark Münchsmünster Verwaltungsgesellschaft mbH | | |
| Industriepark Münchsmünster GmbH & Co. KG | | |
| EPS Ethylen-Pipeline Süd Geschäftsführungs GmbH | | |
| EPS Ethylen-Pipeline-Süd GmbH & Co. KG | | |
| TRV Thermische Rückstandsverwertung Verwaltungs-GmbH | | |
| TRV Thermische Rückstandsverwertung GmbH & Co. KG | | |
| BKV Beteiligungs- und Kunststoffverwertungs-gesellschaft mbH | | |
| RIGK Gesellschaft zur Rückführung industrieller und gewerblicher Kunststoffverpackungen mbH | | |
| TECPOL Technologieentwicklungs GmbH für ökoeffiziente Polymerverwertung | | |

**Directors**
Alan S. Bigman
Anton de Vries
Bart de Jong
Cees Los
Daniel Beaulieu
David W. O'Connor
Donald Puglisi
Deanna Kelly
Eberhard Falter
Francis P. McGrail
Gary L. Koehler
Ian Dunn
Joseph Lattanzio
Lincoln Benet
Lynn Coleman
Kent Potter
Kevin E. Walsh
Michael P. Mulrooney
Michael Wolkowicz
Phillip Kassin
Richard Floor
Robert Richter
Stephen M. Dwyer
Volker Trautz
Wendy Johnson
**Current Officers**
Allen C. Holmes
Ann P. Graves
C. Bar de Jong
C. Robert Sprauti
Charles F. Cooper
Charles L. Hall

Charles W. Graham
Connie E. Cothran
Corey A. Siegel
Dale Young
David W. O'Connor
Dawna L. Ferguson
Dennis M. Kozak
Edward J. Dineen
Eileen Cheng
Elizabeth C. Brown
Eric A. Silva
Eric H.M. Alofs
Gareth S. Bahlman
Gerald A. O'Brien
James W. Bayer
Janna G. Sewell
Jesus Chagoya
Jill Kuz
Joan K. Pike
JoAnn Beck
John Fisher Gray
Jonathan C. Richmond
Karen Twitchell
Manfred Klepacz
Mario Portela
Mark F. Wilson
Michael P. Ferro
Morris Geib
Nancy Hardjomohamad
Steve Williams
Suzanne K. Trevino
Tashal Kebede
W. Norman Phillips Jr.

**Former Officers/Directors:**

Carol. A. Anderson
Dan F. Smith,
Daniel J. Murphy
Danny W. Huff
David J. Lesar
David J.P. Meachin
Donald Puglisi
John A. Hollinshead
Kerry A. Galvin
Michael B. Wimberly
Michael P. Ferro
Michael P. Mulrooney
Michelle S. Miller
Nancy Corbet
Paul S. Halata
Rick Fontenot
Stephen I. Chazen
Stephen R. Wessels
Susan K. Carter
T. Kevin DeNicola
Theodore Dziemianowicz

Travis Engen

**Companies Affiliated with Directors and Officers**

| | | | |
|---|---|---|---|
| Evonik Industries AG | X | | |

**Principal Equity Holders:**

| | | | |
|---|---|---|---|
| Access Group | X | | |
| Capital Access Group LLC | | | |
| Leonard Blavatnik | | | |
| Bi SARL | | | |

**Insurance Carriers:**

| | | | |
|---|---|---|---|
| ACE | X | | |
| ACE American | X | | |
| ACE Bermuda Insurances Ltd. | | | |
| ACE Bermuda International (Dublin) | | | |
| ACE Europe | | | |
| ACE INA UK Limited | | | |
| AIG | | | |
| AIG Cat Excess Liability | | | |
| AIG Environmental | | | |
| AIG Europe S.A. | | | |
| Allianz Group | | | |
| Allianz Netherlands | | | |
| American Guarantee & Liability Ins. Co. | | | |
| The American Club - P&I Club | | | |
| Arch Insurance Company - International Aerospace Insurances Services, Inc. | | | |
| AWAC (Allied World Assurance Co.) Bermuda | | | |
| Catlin Group Limited | | | |
| CAN (Coordinated Assistance Network) | | | |
| Glacier Reinsurance A.G. | | | |
| Great American Insurance Group | | | |
| Great Lakes Munich Re (MARP) | | | |
| Hartford Insurance | | | |
| HCC Insurance Holdings, Inc. | | | |
| HDI Gerling Insurance | | | |
| Lexington (AIG) | | | X |
| Liberty Mutual Europe Limited | | | |
| MARP – Munich American RiskPartners | | | |
| Navigators Group | | | |
| OCIL Casualty Insurance Ltd. | | | |
| OIL- Oil Insurance Limited | | | |
| SCOR | | | |
| St Paul Insurance Company | | | |
| Starr Marine Agency | | | |
| Swiss Re | | | |
| XL Capital Ltd. | | | |
| XL Capital Bermuda | | | X |
| XL Specialty Insurance Company | | | |
| Zurich Financial Services | | | |
| Zurich Insurance Limited (Ireland) | | | |
| Zurich Netherlands | | | |

**Significant Creditors:**

| | | | |
|---|---|---|---|
| Allied Capital Lending Corporation | X | X | X |
| Chevron Corporation | X | X | X |

Deutsche Bank
GMAC Commercial Finance
Grand Central Asset Trust
Laodica II LLC
Leverage Source III Sarl Societe
PDVSA-Petroleo S.A.
Stone Tower Capital, LLC
Custodians
A & R Transport, Inc.
Abaco Transport
Abalos, Inc.
Accel Cuautitlan (8017)
Accel Comercial, S.A.
Accel Distribucion, S.A.
Accel San Nicolas De Los Garza (8017A)
All Southeast D
Alltranstek, LLC
Almacenadora AC
APL Logistics
Arlington Utility
Atmos Energy Corporation
Bourque Data Systems Inc.
BP Solvay North America LLC
Bulkmatic Transport Company
Burlington North
C.T.L. Forwarding LC
Canadian Nation
CDF Industries
Central Freight Lines, Inc.
City of Grand Prairie
Columbus & Ohio Railway
Con-Way Southern Express
CSXT N/A 107971
DHL Airways, Inc.
Duncan Disposal Company
EE-Jay Motor Transports, Inc.
Expeditors International
Federal Express
Fedex Custom Critical
Fedex Freight
Fedex Trade Networks
First Union Rail Corp.
GATX Rail Corp.
Geologistics Am
Gorski Bulk Transport
Grand Prairie D
Hartwick O'Shea & Cartwright Limited
Kansas City South
Kelron Logistics
KMS Packaging & Warehousing Inc
Kuehne & Nagel
Marubeni Corporation
Nashoba Valley
Norfolk Southern Corporation
Norrebems Truck Service

Northern Dry-Bu
Nota Warehouse 55
Oakley Trucking, Inc.
Omni Logistics, Inc.
Plastic Express, Inc.
PMC/BETA Corporation
Quality Carrier
Quality Transport, Co.
R & L Carriers
Reliable Delivery
RJR Transport Services
Roadway Express
Robyn T. Conlon
Royal Traffic
SAIA Motor Freight Line, Inc.
Savage Services
Saxon Transport
Schneider National, Inc.
Servicecraft Corp.
Shanghai Mengto
Southeastern Freight Lines
Southwestern Motor Transport Inc.
Spartan Logistics
Suez Energy Resources NA
Sweeney Transportation, Inc.
T.S. Expediting Services
T.T.S.I. Transport
TNT USA, Inc.
Transport Georg
Truck Rail Handling
Union Pacific Corp.
UPS
UPS Supply Chain Solutions
UPS, Lockbox 577
USF Holland
Van Someren Transport
Warner Enterprise
West Motor Freight, Inc.
WestSide Transport
Wiles Enterprise, LLC
Worcester Truck Company
Yellow Freight
**Suppliers:**
A&R Transport, Inc.
Air Products and Chemicals, Inc.
Air Products LLC
Altura Cogen LLC
Arcadis Of New York Inc
Arco Midcon LLC
Astra Oil Co Inc
Austin Industrial (Maintenance)
BASF Corporation
Basic Industries
Bayco C/O Bayer Corp
Beclme.com Inc

| Company | | | | |
|---|---|---|---|---|
| BP Energy Company | x | x | x | x |
| Brandywine Operating Partnership LP | | | | |
| BTMU Capital Corporation | | | | |
| Buckeye Gulf Coast Pipe Lines, LP | | | | |
| Calcasieu Parish Sheriff Office | | | | |
| Calpine Corporation | | | | |
| Catalyst Service Inc | | | | |
| CDI Engineering Group Inc | | | | |
| CDI Engineering Solutions Inc | | | | |
| Chase Savings & Investment Plan | | | | |
| Chemtrade Refinery Services Inc | | | | |
| Chevron Products Company | x x | x x | x x | x x |
| Citgo Petroleum Corporation | | | | |
| Cokinos Natural Gas Co | | | | |
| Computer Sciences Corp | | | | |
| Conam Inspection Inc. | | | | |
| ConocoPhillips | x x | x x | x x x | x x x |
| ConocoPhillips CO | | | | x |
| Criterion Catalyst & Tech LP | | | | x |
| CSX Transportation, Inc. | x | x | x | x |
| Dow Chemical, Co. | | | | |
| Eagle Energy Partners I LP | | | | |
| Engineers and Constructors, LLC | x | x | x | x |
| Entergy Corporation | | | | |
| Enterprise Products Partners, L.P. | x x | x x | x x | x x |
| Enterprise Texas Pipeline LLC | | | | |
| ExxonMobil Chemical Corp. | | | | |
| Flint Hills Resources LP | | | | |
| Fossil Energy Resources Ltd of BVI | | | | |
| Gulf Coast Waste Disposal Authority | | | | |
| Gulfmark Energy Ltd. | | | | |
| HRO | x | | | x |
| Interchem USA Inc. | | | | |
| Jacobs Field Svc N America Inc | x x | x | x | x x |
| Jacobs Field Svcs North America Inc | | | | |
| Kellogg, Brown & Root Industrial | | | | |
| Kirby Inland Marine | x | | x | x |
| Kubota Metal Corporation | | | | |
| Lanxess Corp. | | | | |
| L3C Petrounited LP | | | | |
| Linde Gas LLC | | | | |
| Man Financial, Inc. | x | x | x | x |
| Marathon Petroleum Company LLC | | | | |
| Metroplex Energy Solutions | | | | |
| Morris Cogeneration LLC | | | | |
| Nalco Company | x | x | x | x |
| Norfolk Southern | | | | |
| Petroleos de Venezuela S.A. (PDVSA) | x | x | x | x |
| Pro Inspect, Inc. | | | | |
| PRSI Trading Co., LP | | | | |
| S & B Engineering & Constructors | | | | |
| SAP America Inc | | | | |
| Saracen Merchant Energy LP | | | | |
| Seaway Pipeline Co | x | x | x | x |
| Shell Chemical Corporation | | | | |

Sonatrach Petroleum Corporation
Sud-Chemie, Inc.
SUEZ - DEGS of Tuscola LLC
Suncor Energy, Inc.
Sunoco Chemicals Polymers Division
Tauber Oil Company
Teppco Crude Oil LP
Texas State Treasury
Total Petrochemicals, Inc.
Trakos Energy Navigation Limited
Uni-Form Components Company
Union Pacific Railroad
Veolia Environmental Services
Royal Vopak
Westlake Petrochemicals LP
Wyatt Field Service Company
Zachary Construction Corporation

**Landlords**
BIT Holdings Forty-Six Inc.
Brandywine Operating Partnership, L.P.
Campus Investors Office B, L.P.
CFS Air, LLC
Crescent HC Investors, L.P.
Digital-Midway, L.P.
Evening Star Associates
INVISTA S.à r.l.
Michigan State University Foundation
Occidental Chemical Corporation
Solutia Inc.
Sunoco Polyolefins, L.P.
The Woodlands Commercial Properties Company, L.P.
Underground Services (Markham), L.P.

**Professionals**
Alix Partners
Clifford Chance
Epiq Systems
Evercore Partners L.L.C.
FTI Consulting
Susman Godfrey LLP
Sitrick

**Litigation Adversaries:**
Aginitis (France)
Alco Industries
Alco Industries
Allianz Paint Insurance Claim
Ann Johnson
AstraZeneca
Bumbury Corporation
Carpenter Company
CHOS Olefins
City of Houston

Crosslink Technologies, Inc.
Delphi Corporation
Dizayn Grup
Dresser Rand
Edison Energia S.p.A.
Eneco Company
Flexible Foam Products, Inc.
Global Power Professional Services LLC
Green Mountain Energy Company
ICI  ×  ×
In re Solutia, Inc.
Industrial Polymers Inc.
MPI Research
MTBE Resources
Nylex Corporation Pty. Ltd.
Parfina SAS (Chimdie SAS)
PARS (Pharmos Corporation)
Pulp & Paper of America
Radnor Holdings/Styrochem  ×
RBX Industries
Seagset Holdings, Inc.
Shawn Moniz
Shell Petrochemicals N.V.  ×
Walter Ryan
Woodbridge Foam

**Miscellaneous**
Bank of New York (Trustee for Holders of the Millennium Notes)

**Significant Counter-Parties to Leases**
Arco Midcon LLC
Arco Pipe Line Company
Buckeye Gulf Coast Pipelines, LLC
Cowboy Pipeline Service Company, LP
PetroLogistics Olefins LLC
Seagull Products Pipeline Corporation  ×
Texas Brine Corporation
Underground Services L.P.

**Creditors' Committee Members and Proposed Professionals**
Wilmington Trust, FSB
Pension Benefit Guaranty Corporation  ×
BASF Corporation
Air Liquide Large Industries U.S.LP
Veolia ES Industrial Services
United Steel Workers
Brown Rudnick LLP
Peter J. Solomon Company
Mesirow Financial Consulting, LLC

# EXHIBIT B

February 10, 2009

The Official Committee of Unsecured Creditors of
Lyondell Chemical Company
c/o Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Attention:    Edward S. Weisfelner, Esq.

The purpose of this letter is to confirm the understanding and agreement (the "Agreement") among Brown Rudnick LLP ("BR") on behalf of The Official Committee (the "Committee") of Unsecured Creditors of the Lyondell Chemical Company, *et*, *al.*, (the "Debtors") and Chemical Market Associates, Inc. ("CMAI"), as the Committee's advisor regarding the analysis and quantification of the Debtors' refining, chemical and polymer assets in connection with the Debtors' Chapter 11 proceedings and reorganization before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). It is understood that the retention of CMAI and effectiveness of this Agreement is subject to the approval of the Bankruptcy Court.

Subject to Bankruptcy Court approval, the Debtors' estates will compensate and reimburse CMAI and undertake the indemnification and other obligations pursuant to the terms of this Agreement. Notwithstanding such arrangement, CMAI's duties hereunder run solely to, and for the benefit of, the Committee and CMAI is not authorized to be, and will not purport to be, a representative or agent of the Debtors for any purpose. All communication and correspondence by and among CMAI, BR and the Committee and all work product and analyses prepared by CMAI for the Committee and its participants and assignees shall not constitute a waiver of the attorney-client and work product privileges, among others.

Section 1.    Services to be Rendered. The scope of work to be provided by CMAI to the Committee under this Agreement includes the following:

(a)    CMAI will be providing industry knowledge to support legal arguments;

(b)    CMAI will be advising and assisting the Committee in asset valuation as supported by the Debtors' operations / asset  modeling to estimate operating-margins and replacement value methodologies including back testing of the model to historical reported performance;

(c)    CMAI will be advising and assisting the Committee in scenario analysis as /if necessary to explore and test valuation assumptions and analysis;

(d)    CMAI will be advising and assisting the Committee in operations assessment/integration analysis of the Debtors;

(e)    CMAI will be advising and assisting the Committee in development of analyses targeted at assessing the strategic issues facing the various businesses of the Debtors;

(f)    CMAI will be advising and assisting the Committee in strategic business analysis including recommendations for various assets;

(g)    CMAI will be advising and assisting the Committee in answering specific industry, operational and technical questions;

(h)    CMAI will be advising and assisting the Committee by delivering expert advice and testimony, as necessary;

(i)    CMAI will be advising and assisting the Committee by attending client meetings, as necessary; and

(j)    CMAI will be advising and assisting the Committee by rendering such other advisory services as may be agreed upon by CMAI and the Committee in connection with the foregoing.

Section 2.    Availability and Terms of Employment.    CMAI will be retained as an independent contractor by the Committee to consult and advise the Committee from and after the date hereof on a month-to-month basis; provided, however, that either the Committee or CMAI may terminate this Agreement at any time after delivery of written notice to the other parties; provided, that CMAI must provide 30 days prior written notice of termination to the Committee. Notwithstanding any termination, (i) CMAI shall be entitled to any fees which are due and owing to CMAI upon the effective date of termination; (ii) CMAI will be entitled to reimbursement for the out-of-pocket expenses incurred prior to termination to the extent described in Section 4; and (iii) the Debtors continuing obligations under Section 8 hereof shall not be affected or impaired. The Committee acknowledges that CMAI, by accepting this engagement, is not limited from providing consulting or other services to any other person with respect to the business of the Debtors, including but not limited to strategic business analysis, operations assessments, and recommendation for various assets. Notwithstanding the foregoing, CMAI will not accept employment by any person having an adverse interest to the Committee pursuant to Section 1103(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") or who would otherwise cause a conflict of interest with its representation of the Committee. CMAI further acknowledges and agrees that, from time to time, it will receive confidential or proprietary information or materials from the Committee, the Debtors, Peter J. Solomon Company, L.P., or Mesirow Financial Consulting ("Confidential Information"), and any such Confidential Information received by CMAI must be maintained in confidence by CMAI, to the extent such information is not generally available to the public. CMAI will install internal firewalls to ensure that Confidential Information is properly segregated from any persons at CMAI who may be providing consulting or other services to persons other than the Committee.

Section 3.    Fees.    CMAI acknowledges that neither the Committee nor any member thereof individually shall have any liability hereunder for fees, expenses or other amounts payable to CMAI by the Debtors' estates. Subject to approval by the Bankruptcy Court in

2

accordance with the procedure established for such payment in these cases, in consideration of
the services described in Section 1 above, CMAI shall be paid in cash (via wire transfer) by the
Debtors based upon the hours actually expended by each assigned staff member at each staff
member's hourly billing rate. The Committee has agreed that CMAI will be compensated for
professional services rendered at its normal and customary hourly rates. The current normal and
customary hourly rates for financial advisory services to be rendered by and applicable herein are
as follows:

| Level | Rates |
|-------|-------|
| Officer | $630 |
| Director | $575 |
| Senor Consultant | $525 |
| Consultants | $420 |
| Research Associate | $335 |
| Analyst | $205 |

    Section 4.   Expenses.   Without in any way reducing or affecting the provisions of
Exhibit A hereof, the Debtors shall reimburse CMAI for its reasonable out-of-pocket expenses
incurred in connection with the provision of services hereunder and the execution and delivery of
this Agreement, including without limitation the fees, disbursements and other charges of
CMAI's counsel. Out-of-pocket expenses also shall include, but not be limited to, travel and
lodging, data processing and communication charges, research and courier services.   The
Debtors shall promptly reimburse CMAI upon presentation of an invoice or other similar
documentation in accordance with the procedures approved by the Bankruptcy Court.

    Section 5.  Indemnity and Other Rights; No Liability.  Exhibit A hereto is an integral part
of this Agreement and its terms are incorporated by reference herein.  Such Exhibit A shall
survive any termination, expiration or completion of CMAI's engagement hereunder.  All
requests of CMAI for payment of indemnity pursuant to Exhibit A shall be made by means of an
application (interim or final as the case may be) and shall be subject to review by the Bankruptcy
Court to ensure that payment of such indemnity conforms to the terms of this Agreement and is
reasonable based upon the circumstances of the litigation or settlement in respect of which
indemnity is sought; provided, however, that in no event shall CMAI be indemnified in the case
of its own bad faith, self-dealing, breach of fiduciary duty, gross negligence, or reckless or
willful misconduct arising from the foregoing (other than ordinary negligence).

    Section 6.  Standard of Care.  CMAI and its subsidiaries and affiliates ("Contractor") and its
subcontractors will perform its services utilizing reasonable care and skill in accordance with
customary industry standards. This is the sole and exclusive standard of care which will be utilized to
measure performance of services, whether performed by Contractor or its subcontractors. Any and all
implied warranties arising out of services or the relationship between Contractor and the Committee,
including any associated with work by a subcontractor, are hereby expressly disclaimed and negated. In
particular, but not by way of limitation, no implied warranty of merchantability or fitness for a
particular purpose shall apply.   Recommendations and conclusions by Contractor and its
subcontractors will be made to the best of their knowledge and belief based on data and information
made available to Contractor and its subcontractors, as applicable, at the time the services are

3

performed, and upon a number of factors, which include but are not limited to: federal, state and local laws, rules, codes regulations and ordinances, market conditions, energy costs, wage rates, and political climate. Changes in factors upon which the services are based could affect the results. To the extent that Contractor or its subcontractors may rely on third party and Committee information in conducting its services, neither Contractor nor any subcontractor accepts liability for inaccuracies in the information provided to Contractor or its subcontractors.

Section 7. Limitation of Rights and Remedies. Each of the following provisions applies, even if it results in Contractor or any of its subcontractors being released in whole or in part from the consequences of its sole or concurrent negligence or other fault. Contractor and its subcontractors shall not be liable for the failure to discover any condition which, pursuant to the standard of care, could not reasonably be discovered as a result of the services provided. Each of the Committee and Contractor agree that neither shall be entitled to recover from the other or any Contractor's subcontractor for any indirect, special or consequential damages as a result of their actions or inactions under this Agreement. Contractor's and its subcontractors' total liability for compensable damage arising from work done under this Agreement will be limited to a sum not to exceed the total amount paid to Contractor for consulting services and reimbursable expenses with respect to services provided under this Agreement, whether such liability is based on principles of contract law, tort law or otherwise. The Committee will look only to Contractor's and its subcontractors' respective corporate entities for satisfaction of any claim or cause of action arising from the services. In no event will Contractor's directors, officers or employees or the directors, officers or employees of its subcontractor's be liable for any liability, damages, expenses or losses of any nature caused by or resulting from the services or use of Contractor's and/or subcontractors' work product. Contractor and its subcontractors shall not be liable for consequences of events that are beyond the reasonable control of Contractor or its subcontractors, including but not limited to, interference by third parties, changed conditions, labor strikes, fires, thefts, or other losses or acts of God. Notwithstanding anything to the contrary in this provision, CMAI shall be fully liable if the Debtors, the estate, or the Committee asserts a claim for, and a court determines by final order that such claim arose out of, CMAI's own bad faith, self-dealing, breach of fiduciary duty, gross negligence, or reckless or willful misconduct arising from the foregoing (other than ordinary negligence).

Section 8.    Miscellaneous.

(a)    The Committee shall, promptly after the execution of this Agreement by all parties hereto, seek an order from the Bankruptcy Court authorizing the retention of CMAI pursuant to the terms of this Agreement, as professional persons pursuant to, and subject to the standard of review of, Sections 328(a), 330 and 1103 of the United States Bankruptcy Code (the "Bankruptcy Code") and rules and applicable local rules and orders of the Bankruptcy Court. The retention application and proposed order shall be provided to CMAI sufficiently in advance of their filing so as to provide CMAI and counsel an opportunity to review and comment thereon and must be acceptable to CMAI in its sole discretion. The Committee will use its best efforts to obtain Bankruptcy Court approval of CMAI's retention *nunc pro tunc* to the date of this Agreement and of the other obligations provided herein. If the order authorizing the retention of CMAI is obtained, the Debtors shall pay all fees and expenses as promptly as possible in accordance with the Bankruptcy Code and rules and applicable local rules and orders of the Bankruptcy Court.

4

(b)     In connection with allowances of compensation and reimbursement of expenses, CMAI shall file appropriate applications for allowance of interim and final compensation and reimbursement of expenses in accordance with Sections 330 and 331 of the United States Bankruptcy Code and applicable rules at such times as directed by the Bankruptcy Court or established by administrative order entered in the bankruptcy cases.  In accordance with the guidelines of the Bankruptcy Court, CMAI shall maintain detailed records of time spent working on this assignment, which records shall be available for submission to the Bankruptcy Court subject to appropriate redactions to preserve confidential or sensitive information.

(c)     CMAI's compensation set forth herein and payments made pursuant to reimbursement provisions of this Agreement shall be entitled to priority as expenses of administration under Sections 503(b)(1)(A) and 507(a)(1) of the Bankruptcy Code and shall be entitled to the benefits of any "carve-outs" for professional fees and expenses in effect in the Chapter 11 case pursuant to one or more financing orders now or hereafter in effect.

(d)     Purvin & Gertz, Inc. ("PGI"), CMAI's strategic petroleum consulting partner, will also provide services described in this Agreement to the Committee as a subcontractor to CMAI and agrees to comply with all covenants agreed to by CMAI. CMAI will be reimbursed by Debtors for all fees and expenses incurred in its contracting relationship with PGI. Further, the indemnification and other obligations pursuant to the terms of this Agreement shall apply to PGI.

(e)     Sections 2 through 8 shall survive termination or expiration of this Agreement.

(f)     The advice (oral or written) rendered by CMAI pursuant to this Agreement is intended solely for the benefit and use of the Committee and its professionals in considering the matters to which this Agreement relates and such advice may not be relied upon by any other person, used for any other purpose or reproduced, disseminated, quoted or referred to at any time, in any manner or for any purpose, nor shall any public references to CMAI be made by the Committee, without the prior written consent of CMAI. The Committee shall not provide reports or materials to third parties who have not agreed to accept the standard of care and limitations of rights and remedies in these terms and conditions.

(g)     The parties agree that CMAI shall have the right after completion of its engagement to place advertisements in financial and other newspapers and journals at its own expense describing its services hereunder.

(h)     In the event of early termination of this Agreement by the Committee without cause, Contractor shall discontinue its services and shall proceed to cancel promptly all existing orders, contracts, and subcontracts insofar as such orders, contracts, or subcontracts are chargeable to the Debtors' estates under this Agreement, but, in such event, Contractor shall be entitled to payment for its reasonable and necessary time and expenses incurred in demobilizing its own personnel and incurred by Contractor in canceling such orders, contracts, and subcontracts, in addition to payment for services and expenses to the date of termination.

(i)     Any lawsuits with respect to, in connection with or arising out of this Agreement shall be brought in the Bankruptcy Court and the parties hereto consent to the jurisdiction and

5

venue of such court as the sole and exclusive forum, unless such court is unavailable, for the resolution of claims by the parties arising under or relating to this Agreement. The parties hereto further agree that proper service of process on a party may be made on any agent designated by such party located in the State of New York.

(j)     To the extent permitted by applicable law, each of the parties hereby waives trial by jury, rights of setoff, and the right to interpose counterclaims in any lawsuit with respect to, in connection with or arising out of this Agreement, or any other claim or dispute relating to the engagement of CMAI arising among the parties hereto. Each of the parties hereby confirm that the foregoing waivers are informed and freely made.

(k)     The relationship of CMAI to the Committee hereunder shall be that of an independent contractor and CMAI shall have no authority to bind, represent or otherwise act as agent for the Committee.

(l)     If in the future Contractor or any of its subcontractors is requested by the Committee or BR to provide assistance, give testimony, review documents or the like in connection with claims, disputes, investigations or litigation involving the project or facilities to which this Agreement pertains, or the conduct of the Committee or BR causes Contractor or any of its subcontractors to be subpoenaed or otherwise required by law to provide testimony or produce documents in connection with investigations or litigation involving the project or facilities to which this Agreement pertains, then the Debtors' estate shall compensate Contractor and its subcontractors, as applicable, for time and expenses (including reasonable and necessary attorney's fees) incurred by Contractor and its subcontractors, as applicable, in connection with such activities.

(m)     This Agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original, but all such counterparts together shall constitute one and the same instrument. Delivery of an executed counterpart signature page to this Agreement by telecopier or e-mail shall be as effective as delivery of a manually executed counterpart signature page of this Agreement. This Agreement shall be effective as of the date hereof upon delivery by all parties hereto of executed counterpart signature pages to this Agreement.

(n)     This Agreement along with its exhibits constitute the Agreement between the Committee and CMAI with respect to the subject matter referenced herein and merge all of the previous and contemporaneous discussions, representations, understandings and agreements between the parties with respect to the subject matter of this Agreement.

(o)     This Agreement may not be amended or modified except by a writing executed by each of the parties and this Agreement, including all controversies arising from or relating to performance under this Agreement, shall be governed by and construed in accordance with the laws of the State of Texas, without giving effect to such state's rules concerning conflicts of law. The provisions of this Agreement, including, without limitation, the obligation to make the payments set forth in Sections 3, 4 and 5 (including Exhibit A), shall be binding on the Debtors and its successors and assigns.

6

\*    \*    \*

If the foregoing correctly sets forth the understanding and agreement among CMAI and the Committee, please so indicate by signing the enclosed copy of this letter, whereupon it shall become a binding agreement among the parties hereto as of the date first above written.

Very truly yours,

CHEMICAL MARKET ASSOCIATES, INC

By:    David H. Witte
Title:    Executive Vice President

Accepted and Agreed to as of
the day first written above:

On Behalf of
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LYONDELL CHEMICAL COMPANY

By:    Its Chairman

LAW DEBENTURE TRUST OF NEW YORK,
solely in its capacity as Chair of the Committee and not
in its individual capacity

By:    _____
        Robert L. Bice II
        Senior Vice President

7

\*      \*      \*

If the foregoing correctly sets forth the understanding and agreement among CMAI and the Committee, please so indicate by signing the enclosed copy of this letter, whereupon it shall become a binding agreement among the parties hereto as of the date first above written.

Very truly yours,

CHEMICAL MARKET ASSOCIATES, INC

By: _____
David H. Witte
Title:   Executive Vice President

Accepted and Agreed to as of
the day first written above:

On Behalf of
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LYONDELL CHEMICAL COMPANY

By:    Its Chairman

LAW DEBENTURE TRUST OF NEW YORK,
solely in its capacity as Chair of the Committee and not
in its individual capacity

By: _____
Robert L. Bice II
Senior Vice President

## EXHIBIT A

The Debtors shall indemnify and hold harmless CMAI and its affiliates, counsel, subcontractors, and other professional advisors, and the respective directors, officers, members, partners, controlling persons, agents and employees of each of the foregoing (CMAI and all of such other persons collectively, the "Indemnified Parties"), from and against any losses, claims or proceedings including stockholder actions, damages, judgments, assessments, investigation costs, settlement costs, fines, penalties, arbitration awards, other liabilities, costs, fees and expenses (collectively, "Losses") (i) related to or arising out of (A) oral or written information provided by the Debtors, the Debtors' employees or other agents, which either the Debtors or CMAI provides to any persons, or (B) other action or failure to act by the Debtors, the Debtors' employees or other agents or CMAI at the Debtors' request or with the Debtors' consent, or (ii) otherwise related to or arising out of the engagement of CMAI under this Agreement or any transaction or conduct in connection therewith, provided that this clause (ii) shall not apply if it is finally judicially determined by a court of competent jurisdiction that such Losses arose solely out of the gross negligence or bad faith of such Indemnified Party. If multiple claims are brought against an Indemnified Party in an arbitration, with respect to at least one of which indemnification is permitted under applicable law and provided for under this Agreement, the Debtors agree that any arbitration award shall be conclusively deemed to be based on claims as to which indemnification is permitted and provided for, except to the extent the arbitration award expressly states that the award, or any portion thereof, is based solely on a claim as to which indemnification is not available.

The Debtors shall further reimburse any Indemnified Party promptly for, or at the Indemnified Party's option advance amounts sufficient to cover, any legal or other fees or expenses as they are incurred (i) in investigating, preparing or pursuing any action or other proceeding (whether formal or informal) or threat thereof, whether or not in connection with pending or threatened litigation or arbitration and whether or not any Indemnified Party is a party (an "Action") and (ii) in connection with enforcing such Indemnified Party's rights under this Agreement (including, without limitation, its rights under this Exhibit A); provided, however, that in the event it is finally judicially determined by a court of competent jurisdiction that the Losses of such Indemnified Party arose solely out of the gross negligence or bad faith of such Indemnified Party, such Indemnified Party will promptly remit to the Debtors any amounts reimbursed or advanced under this paragraph.

The Debtors shall, if requested by CMAI, assume the defense of any such Action including the employment of counsel reasonably satisfactory to CMAI and will not settle, compromise, consent or otherwise resolve or seek to terminate any pending or threatened Action (whether or not any Indemnified Party is a party thereto) unless it obtains the prior written consent of CMAI or an express, unconditional release of each Indemnified Party from all liability relating to such Action and the engagement of CMAI under this Agreement. Any Indemnified Party shall be entitled to retain separate counsel of its choice and participate in the defense of any Action in connection with any of the matters to which this Exhibit A relates, but

8

the fees and expenses of such counsel shall be at the expense of such Indemnified Party unless: (i) the Debtors have failed promptly to assume the defense and employ counsel or (ii) the named parties to any such Action (including any impleaded parties) include such Indemnified Party and the Debtors, and such Indemnified Party shall have been advised by counsel that there may be one or more legal defenses available to it which are different from or in addition to those available to the Debtors; provided that the Debtors shall not in such event be responsible under this Exhibit A for the fees and expenses of more than one firm of separate counsel (in addition to local counsel) in connection with any such Action in the same jurisdiction.

The Debtors agree that if any right of any Indemnified Party set forth in the preceding paragraphs is finally judicially determined to be unavailable (except by reason of the gross negligence or bad faith of such Indemnified Party), or is insufficient to hold such Indemnified Party harmless against such Losses as contemplated herein, then the Debtors shall contribute to such Losses (i) in such proportion as is appropriate to reflect the relative benefits received by the Debtors and its stockholders, on the one hand, and such Indemnified Party, on the other hand, in connection with the transactions contemplated hereby, and (ii) if (and only if) the allocation provided in clause (i) is not permitted by applicable law, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the relative fault of the Debtors and such Indemnified Party; provided, however, that in no event shall the amount, if any, to be contributed by all Indemnified Parties exceed the amount of the fees actually received by CMAI hereunder. Benefits received (or anticipated to be received) by the Debtors and its stockholders shall be deemed to be equal to the aggregate cash consideration and value of securities or any other property payable, exchangeable or transferable in any proposed or potential transactions within the scope of this Agreement, and benefits received by CMAI shall be deemed to be equal to the compensation payable by the Debtors to CMAI in connection with this Agreement. Relative fault shall be determined by reference to, among other things, whether any alleged untrue statement or omission or any other alleged conduct relates to information provided by the Debtors or other conduct by the Debtors (or the Debtors' employees or other agents) on the one hand or by CMAI on the other hand. The parties hereto agree that it would not be just and equitable if contribution were determined by pro rata allocation or by any other method of allocation that does not take into account the equitable considerations referred to above.

The Debtors also agree that no Indemnified Party shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Debtors for or in connection with advice or services rendered or to be rendered by any Indemnified Party pursuant to this Agreement, the transactions contemplated hereby or any Indemnified Party's actions or inactions in connection with any such advice, services or transactions except for Losses of the Debtors that are finally judicially determined by a court of competent jurisdiction to have arisen solely out of the gross negligence or bad faith of such Indemnified Party in connection with any such advice, actions, inactions or services.

The rights of the Indemnified Parties hereunder shall be in addition to any other rights that any Indemnified Party may have at common law, by statute or otherwise. Except as otherwise expressly provided for in this Exhibit A, if any term, provision, covenant or restriction contained in this Exhibit A is held by a court of competent jurisdiction or other authority to be

9

invalid, void, unenforceable or against its regulatory policy, the remainder of the terms, provisions, covenants and restrictions contained in this Agreement all remain in full force and effect and shall in no way be affected, impaired or invalidated. The reimbursement, indemnity and contribution obligations of the Debtors set forth herein shall apply to any modification of this Agreement and shall remain in full force and effect regardless of any termination of, or the completion of any Indemnified Party's services under or in connection with, this Agreement.

# 8203693 v7 - DAMATON - 028135/0001

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                          :

In re:                         :       Case No. 09-10023 (REG)
                          :

LYONDELL CHEMICAL     :       Chapter 11
COMPANY, et al.,         :
                          :       (Jointly Administered)

          Debtors.     :
                          :

------------------------------------------------------x

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
### OF CHEMICAL MARKET ASSOCIATES, INC AS INDUSTRY EXPERT FOR
### THE OFFICIAL COMMITTEE OF UNSECURED
### CREDITORS EFFECTIVE AS OF FEBRUARY 10, 2009

Upon the amended application dated February 23, 2009 (the "Application") of the Official

Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned chapter 11

cases (collectively, the "Cases") of Lyondell Chemical Company, et al. (collectively, the

"Debtors"), for entry of an order authorizing the Committee to employ and retain Chemical Market

Associates, Inc. ("CMAI") as industry expert to the Committee effective as of February 10, 2009;

and upon the Affidavit of David H. Witte filed in support of the Application; and as this Court has

jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, as this matter constitutes

a core proceeding pursuant to 28 U.S.C. § 157(b), and as venue is proper before this Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that CMAI is a "disinterested person"

as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy

Code"), and does not hold or represent an interest adverse to the interests of the Debtors' estates

with respect to the matters for which CMAI is to be employed, as required by section 328(c) of the

Bankruptcy Code, and does not represent any other entity having an adverse interest in connection

with the Cases, as required by section 1103(b) of the Bankruptcy Code; and the Court being

satisfied that the employment of CMAI is in the best interests of the Committee; and sufficient

cause appearing thereof, it is hereby

ORDERED that the Application is allowed as set forth herein; and it is further

ORDERED that, in accordance with sections 1103(a) and 1103(b) of the Bankruptcy Code,

and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the

Committee is authorized to employ and retain CMAI as its industry expert to perform all of the

services set forth in the Application *nunc pro tunc* as of February 10, 2009; and it is further

ORDERED, except as provided in the following decretal paragraph, CMAI shall receive (a)

CMAI's compensation as specified in the CMAI Retention Letter, and (b) reimbursement of

CMAI's expenses, and it is further

ORDERED, that the United States Trustee retains all rights to object to CMAI's fee

applications (including expense reimbursement) on all grounds including but not limited to the

reasonableness standard provided for in Section 330 of the Bankruptcy Code; and it is further

ORDERED that the Debtors and their estates shall be bound by the indemnification

provision set forth in the Application subject to the conditions set forth in this order; and it is further

ORDERED, that all requests of CMAI for payment of indemnity pursuant to the Application

shall be made by means of an application (interim or final as the case may be) and shall be subject

to review by the Court to ensure that payment of such indemnity conforms to the terms of the

Application and is reasonable based upon the circumstances of the litigation or settlement in respect

of which indemnity is sought, provided, however, that in no event shall CMAI be indemnified in the

case of its own bad-faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful

misconduct; and it is further

ORDERED, that in no event shall CMAI be indemnified if the Debtor or a representative of

the estate, asserts a claim for, and a court determines by final order that such claim arose out of,

CMAI's own bad-faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct; and it is further

ORDERED, that in the event that CMAI seeks reimbursement for attorneys' fees from the Debtors pursuant to the Application, the invoices and supporting time records from such attorneys shall be included in CMAI's own applications (both interim and final) and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of §§ 330 and 331 of the Bankruptcy Code without regard to whether such attorney has been retained under § 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy Section 330(a)(3)(C) of the Bankruptcy Code.

Dated: _____

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

# 8204086