**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re: LYONDELL CHEMICAL : Case No. 09-10023 (CGM)
COMPANY, *et al.*, :
: Chapter 11
Debtors. :
: (Jointly Administered)
------------------------------------------------------------x
:
EDWARD S. WEISFELNER, AS LITIGATION :
TRUSTEE OF THE LB LITIGATION TRUST, :
:
Plaintiff, : Adv. Pro. No. 09-1375 (MG)
:
v. :
:
LEONARD BLAVATNIK, *et al.*, :
:
Defendants. :
------------------------------------------------------------x
:
EDWARD S. WEISFELNER, AS LITIGATION :
TRUSTEE OF THE LB LITIGATION TRUST, :
:
Plaintiff, : Adv. Pro. No. 11-1844 (MG)
:
v. :
:
NAG Investments LLC, :
:
Defendant. :
------------------------------------------------------------x

**DEFENDANTS-APPELLEES' DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, Defendants-Appellees Access Industries, Inc., Access Industries Holdings LLC, AI International, S.à.r.l., Nell Limited, Len Blavatnik, Lincoln Benet, Philip Kassin, NAG Investments LLC, and Perella Weinberg Partners LP (together, the "<u>Defendants-Appellees</u>"), by and through their undersigned counsel, respectfully designate the following items to be included in the record on appeal in connection with the appeal by Plaintiff-Appellant Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust (the "<u>Litigation Trustee</u>"), in the above-captioned adversary proceedings from (i) the Final Judgment in Adversary Proceedings [Docket No. 924], (ii) the Memorandum Opinion and Order After Trial [Docket No. 919], (iii) the Order Denying Cross Motions for Summary Judgment on Count 9 of the Amended Complaint [Docket No. 771], and (iv) the Decision and Order on Defendants' Motions to Dismiss Counts 12, 15, and 16 [Docket No. 697].

**DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL**

Defendants-Appellees designate each of the following documents from the above-captioned cases for inclusion in the record on appeal.

**Documents Filed in Case No. 09-1375 (*Weisfelner v. Blavatnik, et al.*)**

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 965 | 12/3/2009 | 254 | Affidavit of H. Peter Haveles, Jr. |
| 966 | 12/4/2009 | 260 | Affidavit of H. Peter Haveles, Jr. (under seal) |
| 967 | 12/4/2009 | 261 | Affidavit of H. Peter Haveles, Jr., Volume II (under seal) |
| 968 | 1/28/2010 | 317 | Affidavit of H. Peter Haveles, Jr. - Redacted |
| 969 | 1/29/2010 | 321 | Affidavit of H. Peter Haveles, Jr. (under seal) |
| 970 | 6/27/2016 | 745 | Answer to Amended Complaint by Perella Weinberg Partners LP |

1

| 971 | 6/27/2016 | 746 | Answer to Amended Complaint |
| 972 | 11/7/2016 | 871 | Statement of Judicial Notice Pursuant to Federal Rule of Evidence 201 |

**Documents Filed in Case No. 11-01844 (*Weisfelner v. NAG Investments, LLC*)**

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 973 | 9/30/2016 | 46 | Answer to Amended Complaint |

**Exhibits Admitted at Trial[1]**

| Designation No. | Trial Exhibit No. | Date | Description |
|---|---|---|---|
| 974 | DX0095 | 6/19/2007 | SBFIC Board Meeting Minutes |
| 975 | DX0122 | 7/13/2007 | Access Industries, Inc Engagement Letter with Perella Weinberg Partners, LP |
| 976 | DX0149 | 7/21/2007 | ABN/AMRO Credit Memo |
| 977 | DX0220 | 11/5/2007 | Email chain from Bigman to Blavatnik attaching LBI business plan summary |
| 978 | DX0222 | 11/12/2007 | Statement of the Sole Incorporator of LyondellBasell Finance Company |
| 979 | DX0229 | 11/20/2007 | Lyondell Chemical Company Form 8-K |
| 980 | DX0242 | 12/11/2007 | Minutes of the Meeting of the Sole Manager and General Partner of Basell AF S.C.A. |
| 981 | DX0246 | 12/14/2007 | Basell Holdings B.V. Shareholders Resolution |
| 982 | DX0253 | 12/19/2007 | Resolutions of the Shareholders of Basell AF S.C.A. |
| 983 | DX0260 | 12/20/2007 | Resolutions of the Managers of Basell Funding S.a.r.l. |
| 984 | DX0261 | 12/20/2007 | Resolutions of the Sole Shareholder or Basell Funding |

---

[1] The Exhibits Admitted at Trial are attached in Appendices 1 - 6.

2

| 985 | DX0262 | 1/20/2007 | Minutes of Meeting of Director of Nell Limited |
| --- | --- | --- | --- |
| 986 | DX0263 | 12/20/2007 | Minutes of Meeting of Shareholders of Nell Limited |
| 987 | DX0282 | 3/26/2008 | Written Consent of Lyondell Chemical Company |
| 988 | DX0283 | 3/26/2008 | Written Consent of the Sole Manager of Access |
| 989 | DX0284 | 3/26/2008 | Written Consent of the Class A Member of Access |
| 990 | DX0286 | 3/27/2008 | Managing Board Resolution of Basell Finance Company |
| 991 | DX0287 | 3/27/2008 | Written Resolutions of the Board of Managers of LyondellBasell AFGP S.à.r.l, acting as the General Partner and Manager of LBI |
| 992 | DX0314 | 4/29/2008 | LBI Minutes of the Annual General Meeting of the Shareholders |
| 993 | DX0343 | 6/19/2008 | LBI SB Minutes 19-20 June 2008 |
| 994 | DX0344 | 6/19/2008 | LBI SBFIC Board Meeting Minutes |
| 995 | DX0381 | 9/19/2008 | Intercompany Account Agreement between Lyondell Chemical Delaware Company and Lyondell Chemical Company |
| 996 | DX0407 | 10/14/2008 | LBI SBFIC Update Presentation |
| 997 | DX0432 | 11/18/2008 | LYB-Q3 2008 LyondellBasell Earning Conference Call |
| 998 | DX0464 | 4/6/2009 | Excerpts from the LyondellBasell Industries AF S.CA. Schedules |
| 999 | DX0482 | 3/12/2010 | Excerpts from Third Amended and Restated Joint Chapter 11 Plan of Reorganization for the LyondellBasell Debtors |
| 1000 | DX0483 | 3/15/2010 | Excerpts from Debtor's Third Amended Disclosure Statement Accompanying Third Amended Joint Chapter 11 Plan of Reorganization for LyondellBasell Debtors |
| 1001 | DX0523 |  | Robert A. Bartell; Scott S. Bedans; Thomas W. Schwallie Professional Credentials |
| 1002 | DX0526 |  | Lyondell Basell Senior Secured Facility Presentation |
| 1003 | DX0531 |  | Analysis of Daily Liquidity and Impact of Access Revolver |

3

| 1004 | DX0607 | | Letter from D. Smith to L. Blavatnik re thoughts on acquisition of Lyondell |
|---|---|---|---|
| 1005 | DX0857[2] | | Stress Tests/Probabilities of Oil Prices |
| 1006 | DX0874 | | LBI Total Enterprise Value Per Lead Arrangers |
| 1007 | DX0876 | | ICIS Chemical Business article |

### Deposition Transcripts[3]

| Designation No. | Date of Deposition | Deponent |
|---|---|---|
| 1008 | 10/22/2009 | David H. Witte |

### Additional Items[4]

| Designation No. | Date | Description |
|---|---|---|
| 1009 | 2/2/2017 | Defendants' Closing Arguments |
| 1010 | | Declaration of Len Blavatnik Exhibit Number Reference Table |

Dated: June 27, 2017
    New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Richard I. Werder, Jr.*
      Richard I. Werder, Jr.
      Susheel Kirpalani
      Andrew Rossman
      Rex Lee

---

   [2] Although DX0857, DX0874, and DX0876 were included in the Trustee's designations, Defendants-Appellees designate them here because the Trustee's appendices contained incorrect versions of the documents.

   [3] The following transcript is attached in Appendix 7.

   [4] The Additional Items are attached in Appendix 7.

4

51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

- and –

KLEE, TUCHIN, BOGDANOFF
& STERN LLP

Kenneth N. Klee
Whitman L. Holt
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
(310) 407-4000

*Attorneys for Access Industries, Inc.; Access Industries Holdings LLC; AI International, S.à.r.l.; Nell Limited; Len Blavatnik; Lincoln Benet; Philip Kassin; NAG Investments LLC; and Perella Weinberg Partners LP.*

5