UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                            :
   In Re:                                   :
                                            :
      Lyondell Chemical Company, et al.     :
                                            :
                                            :
                  Debtor(s)                 :      Case No. 09-10023 (MG)
                                            :      Chapter 11
                                            :
------------------------------------------------------------ x
                                            :
   Edward S. Weisfelner, as Trustee of      :
                                            :
      the LB Creditor Trust, et al.         :
                                            :
                                            :      Adv. Pro. No. 09-1375 (MG)
                                            :
                  Plaintiff(s)              :
              v.                            :
      Leonard Blavatnik, et. al.            :
                                            :
                  Defendant(s)              :
------------------------------------------------------------x
```

**ORDER DIRECTING CLERK'S OFFICE TO DESTROY ANY HARD COPIES
OR ELECTRONIC STORAGE DEVICES WITH DOCUMENTS FILED
UNDER SEAL AND CLOSE THE ADVERSARY PROCEEDING**

Orders having been entered on October 15, 2009 (Document number 156), and November 3, 2009 (Document number 191), and November 3, 2009 (Document number 196), and November 30, 2009 (Document number 227), and November 23, 2009 (Document no. 222), and December 2, 2009 (Document number 235), and December 3, 2009 (Document number 237), and December 3, 2009 (Document number 252), December 18, 2009 (Document number 275), and December 23, 2009 (Document number 283), and Final Case Management Order entered on 9/24/2009 (Document number 124),

1

and January 12, 2010 (Document number 297), January 28, 2010 (Document number 311), and January 28, 2010 (Document number 315), and January 28, 2010 (Document number 313), January 28, 2010 (Document number 314), and February 16, 2010 (Document number 356), and February 16, 2010 (Document number 357), and May 5, 2011 (Document number 543), and June 15, 2011 (Document number 563), and September 12, 2011 (Document number 594), and October 17, 2011 (Document number 603), and October 27, 2011 (Document number 623), and November 10, 2011 (Document number 639), and November 16, 2011 (Document number 654) Authorizing Parties to File Certain Documents Under Seal, and

Count I of the complaint, constructive fraudulent transfer against Nell Limited, AI Chemical, and Leonard Blavatnik, having been resolved (document numbers 919, 924, 969); and Count II of the complaint, intentional fraudulent transfer against Nell Limited, AI Chemical, and Leonard Blavatnik, having been resolved (document numbers 919, 924, 969), and Count III of the complaint, constructive fraudulent transfer against Lyondell Officers & Directors, having been settled and dismissed (document number 813), and Count IV of the complaint, intentional fraudulent transfer against Lyondell Officers & Directors having been dismissed (document number 700), and Count V of the complaint, breach of fiduciary duty against Lyondell Directors, having been settled and dismissed (document number 732), and Count VI of the complaint, mismanagement and breach of duty under Luxembourg law against Leonard Blavatnik, having been resolved (document numbers 919, 924, 969), and Count VII of the complaint, tort claim under Luxembourg law against Alan Bigman, Philip Kassin, Diane Currier, Richard Floor, Leonard Blavatnik, Access Industries, and Lincoln Benet having been resolved (document numbers 919, 924, 969), and Count VIII of the complaint, breach of fiduciary duty against Subsidiary Directors, having been settled and dismissed (document number 813), and Count IX of the complaint, avoidable preference against Access Industries Holdings having been resolved (document numbers 919, 924, 969, and Count X of the complaint, equitable subordination against AI International, having been resolved (document numbers 919, 924, 969), and Count XI of the complaint, fraudulent transfer against Nell Limited and Parella Weinberg having been resolved (document numbers Nos. 919, 924, 969), and Count XII, breach of contract against Access Industries and AI International having been resolved (document numbers Nos. 919, 924, 969), and Count XIII of the complaint, illegal dividends or redemption against Lyondell Directors, having been settled and dismissed (document number 813), and Counts XIV, XV, XVI and XIX of the complaint having been withdrawn or dismissed (document number 732), and Count XVII of the complaint having been withdrawn or dismissed (document number 836), and Count XVIII, aiding and abetting breach of fiduciary duty against Access Industries and AI Chemicals, having been resolved (document numbers 919, 924, 969), and Count XX of the complaint, breach of fiduciary duty against Dan Smith, Kevin DiNicola, Edward Dineen, Kerry Galvin, and Norman Phillips, having been settled and dismissed (document number 813), and Count XXI of the complaint, aiding and abetting breach of fiduciary duty against Kevin DeNicola, Edward Dineen, Kerry Galvin, and Norman Phillips, having been settled and dismissed (document number 813), and

A trial having been held in October 2016, before Judge Glenn, on Counts 1, II, VI, VII, IX, X, XI, XII, and XVIII of the second amended complaint, and

The other counts in the Blavatnik action having been settled, and or dismissed prior to trial (document number 813), and,

After trial, an order having been entered resolving all Counts with the exception of Count XII in the Blavatnik Action (Document numbers 919, 924), and

Judgment having been entered on Count XII in favor of the Trustee and Against defendants Access Industries Holdings and AI International (document number 924), and

The Trustee having appealed the Bankruptcy Court's Order, and a Modified Judgment having been entered on February 22, 2018 against Access Industries Holdings and AI International (document number 969), therefore

IT IS ORDERED, that upon entry of this order, the Clerk's Office is directed to destroy any documents or electronic storage device(s) that were placed under seal, and to close the adversary proceeding.

Dated: **June 5, 2018**
New York, New York

_/s/Martin Glenn_

The Honorable Martin Glenn
United States Bankruptcy Judge